```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
KEITH CHIN, individually and on behalf of all others similarly      :
situated,                                                           :
                                                                    :
                                            Plaintiff,              :        1:21-cv-11196-GHW
                                                                    :
                      -against-                                     :            ORDER
                                                                    :
                                                                    :
KE HOLDINGS INC., PENG YONGDONG, and                                :
XU TAO,                                                             :
                                                                    :
                                            Defendants.             :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2022

GREGORY H. WOODS, District Judge:

The Court has received Plaintiffs' motion to appoint lead plaintiffs.  Dkt. Nos. 17, 19, 22, 26.  Any opposition to those motions is due no later than March 21, 2022.  Any reply is due no later than one week following service of the latest timely-filed opposition brief.

SO ORDERED.

Dated:  March 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge