USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x
KEITH CHIN, Individually and on Behalf of       :   Civil Action No. 1:21-cv-11196-GHW
All Others Similarly Situated,                              :
                                                                              :   ORDER APPOINTING LEAD PLAINTIFF
                                             Plaintiff,             :   AND APPROVING LEAD PLAINTIFF'S
                                                                              :   SELECTION OF LEAD COUNSEL
          vs.                                                             :
                                                                              :
KE HOLDINGS INC., PENG YONGDONG    :
and XU TAO,                                                        :
                                                                              :
                                             Defendants.       :
                                                                              :
―――――――――――――――――――――――――― x

Having considered the Saskatchewan Healthcare Employees' Pension Plan's unopposed Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The unopposed Motion is GRANTED.

2. Saskatchewan Healthcare Employees' Pension Plan is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Robbins Geller Rudman & Dowd LLP is appointed Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: (a) preparing and filing pleadings; (b) briefing and arguing motions; (c) conducting discovery proceedings and depositions; (d) settlement negotiations with counsel for defendants; (e) pretrial proceedings and the trial of this matter; and (f) the supervision of all other matters concerning the prosecution or resolution of this action.

The Clerk of Court is directed to terminate the motions at Dkt. Nos. 13, 17, 19, 22, and 26.

SO ORDERED.

Dated: March 29, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

4873-8137-3201.v1