UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KEITH CHIN, Individually and on Behalf of : 
All Others Similarly Situated, :
:
              Plaintiff, :
:
      vs :
:
KE HOLDINGS INC., PENG YONGDONG, :
XU TAO, SHAN YIGANG, BAO FAN, LI : 21-cv-11196 (GHW)
ZHAOHUI, CHEN XIAOHONG, COLLEEN :
A. DE VRIES, GOLDMAN SACHS (ASIA) :
L.L.C., MORGAN STANLEY & CO. LLC, J.P. :
MORGAN SECURITIES LLC, CHINA :
RENAISSANCE SECURITIES (HONG :
KONG) LIMITED, GOLDMAN SACHS & :
CO. LLC and CHINA RENAISSANCE :
SECURITIES (US) INC., :
:
           Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ROBERT A. FUMERTON
IN SUPPORT OF DEFENDANTS' JOINT MOTION
<u>TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>**

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants KE Holdings Inc. and Colleen A. De Vries in this action.

2.      I respectfully submit this declaration in support of the Defendants' Joint Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

| | **Description** |
| --- | --- |
| Exhibit A | Amended Class Action Complaint, dated June 17, 2022 (ECF No. 51) |

| Exhibit B | Excerpts of KE Holdings Inc. Secondary Public Offering Prospectus, dated November 18, 2020 |
|---|---|
| Exhibit C | Excerpts of KE Holdings Inc. Initial Public Offering Prospectus, dated August 12, 2020 |
| Exhibit D | KE Holdings Inc. Announces Third Quarter 2021 Unaudited Financial Results, Form 6-K, dated November 8, 2021 |
| Exhibit E | KE Holdings Inc. Announces Third Quarter 2020 Unaudited Financial Results, Form 6-K, dated November 16, 2020 |
| Exhibit F | KE Holdings Inc. Announces Fourth Quarter and Fiscal Year 2020 Unaudited Financial Results, Form 6-K, dated March 15, 2021 |
| Exhibit G | KE Holdings Inc. Announces First Quarter 2021 Unaudited Financial Results, Form 6-K, dated May 19, 2021 |
| Exhibit H | KE Holdings Inc. Announces Second Quarter 2021 Unaudited Financial Results, Form 6-K, dated August 11, 2021 |
| Exhibit I | KE Holdings Inc. Historical Stock Prices Chart (November 16, 2020 to June 17, 2022) |
| Exhibit J | KE Holdings Refutes the Muddy Waters' Report, Form 6-K, dated December 17, 2021 |
| Exhibit K | KE Holdings Inc. Announces Substantial Completion of Internal Review, Form 6-K, dated January 28, 2022 |
| Exhibit L | Excerpts of KE Holdings Inc. Form 20-F, dated April 6, 2021 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2022, in New York, New York.

/s/  *Robert A. Fumerton*
Robert A. Fumerton

2