# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

KEITH CHIN, Individually and on Behalf of   :   Civil Action No. 1:21-cv-11196-GHW
All Others Similarly Situated,   :
  :
                   Plaintiff,   :
  :
  : **AMENDED COMPLAINT FOR**
       vs.   : **VIOLATIONS OF THE FEDERAL**
  : **SECURITIES LAWS**
KE HOLDINGS INC., PENG YONGDONG,   :
XU TAO, SHAN YIGANG, BAO FAN,   :
LI ZHAOHUI, CHEN XIAOHONG,   :
COLLEEN A. DE VRIES, GOLDMAN   :
SACHS (ASIA) L.L.C., MORGAN STANLEY   :
& CO. LLC, J.P. MORGAN SECURITIES   :
LLC, CHINA RENAISSANCE SECURITIES   :
(HONG KONG) LIMITED, GOLDMAN   :
SACHS & CO. LLC and CHINA   :
RENAISSANCE SECURITIES (US) INC.,   :
  :
           Defendants.   : <u>DEMAND FOR JURY TRIAL</u>

——————————————————————— x

**TABLE OF CONTENTS**

**Page**

I.   NATURE OF THE ACTION ..................................................................................1

II.  JURISDICTION AND VENUE ............................................................................6

III. PARTIES ...............................................................................................................6

    A.   Lead Plaintiff ............................................................................................6

    B.   KE Holdings...............................................................................................7

    C.   The Individual Defendants.........................................................................7

    D.   The Underwriter Defendants......................................................................8

IV.  SUBSTANTIVE ALLEGATIONS .....................................................................10

    A.   Background of the Company's Business ..................................................10

    B.   KE Holdings Raises Billions of Dollars Through an IPO and a Secondary Offering in the United States ..................................................................13

    C.   KE Holdings Reports Positive Financial Results and Operating Metrics..............14

    D.   KE Holdings Admits that It Has Been Overstating the Numbers of Stores and Agents on Its Platform, by Including Inactive Stores and Agents, but Continues to Conceal the Full Extent of Its Inflated Metrics ..............................15

    E.   Muddy Waters Finds Substantial Evidence that the Reported Numbers of Stores and Agents on KE Holdings' Platform Were Even More Significantly Inflated than the Company Has Admitted.......................................18

        1.   Evidence of Inflated Store Counts ............................................18

            a.   Muddy Waters Finds a Multitude of Nonexistent "Ghost Stores".......................................................................................20

            b.   Muddy Waters Finds a Multitude of Double-Counted "Clone Stores" ..............................................................27

            c.   Muddy Waters' Case Study in the City of Sanhe Langfang Finds that KE Holdings' Store Count Was Inflated by 59% ........30

            d.   Muddy Waters Finds Brokerage Stores that Were Registered as Company-owned Lianjia stores, but Were Actually Less Profitable Franchised Deyou Stores ......................35

**Page**

2. Evidence of Inflated Agent Counts..............................................................36

    a. Local Government Real Estate Websites Shows that KE Holdings Overstated the Number of Agents on Its Platform.........37

    b. SAIC Data from Shanghai and Beijing – KE Holdings' Two Largest Markets –Shows that KE Holdings Overstated the Number of Agents on Its Platform............................................39

F. Muddy Waters Also Finds Evidence that KE Holdings Reported Inflated GTV and Revenues in 2Q21 and 3Q21 ................................................41

    1. Evidence of Inflated GTV...............................................................42

        a. Muddy Waters Finds that New Home GTV Was Inflated by Approximately 126% in 2Q21 and 3Q21 .......................................42

        b. Muddy Waters Finds that Existing Home GTV Was Inflated by Approximately 33% in 2Q21 and 3Q21 .....................44

        c. Muddy Waters Finds that Combined GTV Was Inflated by Approximately 65% in 2Q21 and 3Q21 .......................................45

    2. Evidence of Inflated Revenues .......................................................46

V. ALLEGATIONS RELEVANT TO THE EXCHANGE ACT CLAIMS .........................48

A. Materially False and Misleading Statements Made During the Class Period........48

    1. The 3Q20 Press Release..................................................................48

    2. The Secondary Offering Documents ...............................................49

    3. The 4Q20 Press Release..................................................................54

    4. The 2020 20-F................................................................................54

    5. The 1Q21 Press Release..................................................................58

    6. The 2Q21 Press Release..................................................................58

    7. The 3Q21 Press Release..................................................................60

B. The Truth Emerges ...............................................................................63

**Page**

    C.    Additional Scienter Allegations ...............................................................65

    D.    Loss Causation and Economic Loss ........................................................68

    E.    A Presumption of Reliance Applies..........................................................69

    F.    The Safe Harbor Does Not Insulate Defendants' Representations ........70

VI.    ALLEGATIONS RELEVANT TO THE SECURITIES ACT CLAIMS..........................71

    A.    The Secondary Offering Documents Contained Inaccurate Statements of Material Fact and Omitted Material Information...................................72

VII.    CLASS ACTION ALLEGATIONS ................................................................76

VIII.    CLAIMS .................................................................................................78

    A.    COUNT I:  For Violations of Section 10(b) of the Exchange Act and Rule 10b-5 (Against the Exchange Act Defendants) ......................................78

    B.    COUNT II:  For Violations of Section 20(a) of the Exchange Act (Against the Executive Defendants) .....................................................................80

    C.    COUNT III:  For Violations of Section 11 of the Securities Act (Against All Defendants).......................................................................................81

    D.    COUNT IV:  For Violations of Section 12(a)(2) of the Securities Act (Against All Defendants) ......................................................................83

    E.    COUNT V:  For Violations of Section 15 of the Securities Act (Against the Individual Defendants)......................................................................84

IX.    PRAYER FOR RELIEF .............................................................................85

Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan ("Lead Plaintiff"), individually and on behalf of all others similarly situated, by its undersigned attorneys, alleges the following based upon personal knowledge as to itself and its own acts and upon information and belief as to all other matters based on the investigation undertaken by its counsel, which included, among other things, a review of U.S. Securities and Exchange Commission ("SEC") filings of KE Holdings Inc. ("KE Holdings" or the "Company"), press releases, analyst and media reports, and other public reports and information about the Company. Lead Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I. NATURE OF THE ACTION

1. This is a federal securities class action on behalf of those who purchased or otherwise acquired the American Depository Shares ("ADSs") of KE Holdings: (i) between November 16, 2020, and December 16, 2021, inclusive (the "Class Period"), seeking to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder; and (ii) pursuant or traceable to the registration statements and prospectus, as amended, issued in connection with the Company's November 19, 2020 secondary offering (the "Secondary Offering"), seeking to pursue remedies under Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act").

2. KE Holdings, through its "Beike" brand, operates what it describes as "the leading integrated online and offline platform for housing transactions and services in China." The Company has expanded its business by leveraging the benefits of both its online brokerage platform, and its network of physical brokerage stores across China. Its brick-and-mortar stores provide a key "competitive advantage," serving as an "entry point" for customers and providing localized insight into the housing market and customers' needs.

3.      KE Holdings primarily generates revenues from commissions and fees for housing transactions and services.  Therefore, its profitability is driven by the number of brokerage stores and agents on its platform – since more brokerage stores and agents using the platform generally leads to more housing transactions taking place on the platform.  For this reason, the Company considers "the number of real estate brokerage stores and agents on [its] platform" to be a "key operating metric." Another "key operating metric" is gross transaction value ("GTV"), which represents the total value of all transactions the Company facilitated on its platform.

4.      The Company went public in the United States via an initial public offering ("IPO") on the New York Stock Exchange ("NYSE") on August 13, 2020.  Just three months later, on November 16, 2020 – the same day that it announced financial results for its first quarter as a public company – KE Holdings also announced that it planned to conduct the Secondary Offering.  The IPO and the Secondary Offering *each* raised more than *$2.3 billion* in net proceeds for the Company.

5.      Thereafter, KE Holdings reported several quarters of positive financial results and operating metrics that exceeded its guidance and analysts' expectations – including increased numbers of stores and agents on the Company's platform, and corresponding growth in GTV and revenues.  Then, in the second quarter of 2021 ("2Q21"), the residential real estate market in China began to experience a slowdown in growth due to increased government regulation.  Unbeknownst to investors, however, by reporting inflated GTV and revenues – and using inflated agent and store counts to justify those numbers – KE Holdings was able to once again exceed its quarterly guidance, and analysts' expectations.

6.      On November 8, 2021, KE Holdings announced its financial results for the third quarter of 2021 ("3Q21"), and revealed that significant portions of the stores and agents on the

Company's platform were *inactive*. For the first time, the Company disclosed both the numbers of stores and agents on its platform, and the numbers of "active" stores and agents – providing those numbers for 3Q21, and each quarter going back to the IPO. The percentages of inactive stores disclosed by KE Holdings ranged from 7.8% to 9.1%, while the percentages of inactive agents disclosed by KE Holdings ranged from 9.8% to 15.5%.

7. Through these purported disclosures, the Company accomplished its aim of obscuring the continuing discrepancies between its reported store and agent counts and the true numbers of stores and agents on its platform. In truth, the reported numbers of stores and agents on KE Holdings' platform were even more inflated than the Company admitted, and included not just inactive stores and agents, but nonexistent ones.

8. KE Holdings' ongoing inflation of its store and agent counts, in turn, provided justification for the inflated GTV and revenues that it reported in 3Q21 – allowing the Company to once again announce that it had exceeded its guidance and analysts' expectations, despite a downturn in China's residential real estate market. This scheme enabled KE Holdings to blunt the impact of its admission concerning inactive agents and stores, while continuing to conceal the true extent of its overstatement of store and agent counts – thereby maintaining the artificial inflation in its share price.

9. On December 16, 2021, shortly before the markets opened, Muddy Waters Capital LLC ("Muddy Waters") published a detailed, 77-page report setting forth the results of its investigation of KE Holdings.[1] Muddy Waters explained that it conducted a comprehensive

---

[1] The "Muddy Waters Report" or the "Report" (cited as "Report at __") is attached hereto as Exhibit A, and is electronically available at https://d.muddywatersresearch.com/tou/?redirect=/content/uploads/2021/12/MW_BEKE_12162021.pdf. Muddy Waters is a research-based equity investor known for exposing fraud at China-based companies, including Luckin Coffee Inc., Rino International Corp., China MediaExpress Holdings, Duoyan Global Water Inc., Sino-Forest Corp.,

investigation consisting of an analysis of data collected from KE Holdings' platform, as well as field work in multiple cities that included site visits to brokerage stores.

10.     The Muddy Waters Report revealed that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company had admitted in the 3Q21 press release.  Based on its analysis of platform data, for example, Muddy Waters estimated that in 2Q21, KE Holdings' reported store count was inflated by 23%, and its reported agent count was inflated by 26%.  Report at 14, 30.  Muddy Waters further detailed how its field work uncovered substantial evidence of nonexistent stores and agents.  Based on its investigation, Muddy Waters concluded that, in truth, "far fewer stores and agents use the platform (or even exist) than [KE Holdings] claims."  *Id*. at 3.

11.     The Muddy Waters Report also revealed evidence that KE Holdings had materially overstated its reported GTV and revenues during at least 2Q21 and 3Q21.  Based on its investigation, Muddy Waters found that KE Holdings had inflated its reported: (i) GTV of new home transactions by 126% during 2Q21 and 3Q21 combined; (ii) GTV of existing home transactions by 33% during 2Q21 and 3Q21 combined; (iii) GTV of new and existing home transactions combined by 75% in 2Q21; and (iv) GTV of new and existing home transactions combined by 51% in 3Q21.  Report at 7-9.  Muddy Waters likewise found that KE Holdings had inflated its reported revenues from new and existing home transactions by 88% in 2Q21, and by 63% in 3Q21 – amounting to a 77% inflation during 2Q21 and 3Q21 combined.  *Id*. at 11.  Muddy Waters summarized its findings as follows:

> **We are short [KE Holdings] because we conclude the Company is engaged in systemic fraud,**[2] by our estimate, inflating its new home sales GTV by over ~126%

Superb Summit International Group Ltd., and China Huishan Dairy Holdings Co.  Muddy Waters disclosed a short position in KE Holdings ADSs.

[2]     All emphasis in quotations is added unless otherwise noted.

and its commission revenues by approximately ~77–96%. ***We found massive discrepancies between the transaction volumes, store count and agent count reported to investors*** and the transaction data from our multi-month data collection program from [KE Holdings'] platform. We corroborated these discrepancies by spot-checking our findings through primary due diligence on [KE Holdings'] stores, including field interviews and site visits.

[KE Holdings'] mantra, oft repeated on Company earnings calls, is "doing the right thing, even if it is difficult." Nothing could seem further from the truth. Put simply, we found massive fraud . . . . ***Our field work found ghost stores, clone stores*** and undisclosed schemes to inflate revenues by round tripping cash through connected brokerages. . . . ***[T]his is a real business with significant amounts of fraud***.

Report at 2. (Emphasis altered).

12.     In response to the Muddy Waters Report, the price of KE Holdings' ADSs tumbled 4.47% on unusually heavy trading volume, from a closing price of $18.68 per ADS on December 15, 2021, to an opening price of $17.96 per ADS on December 16, 2021. The price of the Company's ADSs declined further during the trading day, as the market digested the Muddy Waters Report, trading as low as $17.72 per ADS – a total decline of 5.74% from the closing price on December 15, 2021.

13.     The price of the Company's ADSs fell again on December 20, 2021, to close at $17.31 per ADS, after the Company issued an incomplete response to the Muddy Waters' Report, which failed to persuade investors that the Report lacked merit.

14.     Despite announcing an "internal review" of the Muddy Waters Report and assuring investors that "[t]he Company [would] provide updates on the internal review when appropriate," just six weeks later, KE Holdings reported that the review was "substantially complete," and declared that "the allegations in the Muddy Waters Report were not substantiated" – but failed to provide any supporting details. Indeed, KE Holdings did not even provide the name of the "international law firm and forensic accounting experts" involved in the supposed internal review. To date, the Company had not released any additional information about the internal review.

## II. JURISDICTION AND VENUE

15. The claims asserted herein arise under: (i) Sections 10(b) and 20(a) of the Exchange Act [15 U.S.C. §§78j(b), 78n(a), and 78t(a)], and the rules and regulations promulgated thereunder, including SEC Rule 10b-5 [17 C.F.R. §240.10b-5]; and (ii) Sections 11, 12(a)(2), and 15 of the Securities Act [15 U.S.C. §§77k, 77l(a)(2) and 77o].

16. This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act [15 U.S.C. §78aa], Section 22 of the Securities Act [15 U.S.C. §77v], and 28 U.S.C. §1331.

17. Venue is proper in this District pursuant to Section 27 of the Exchange Act, Section 22 of the Securities Act, and 28 U.S.C. §1391(b). KE Holdings ADSs trade and were distributed in this District, and many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District. In addition, the Underwriter Defendants (defined below) for the Secondary Offering conduct substantial operations in this District; and the ADSs are listed and trade on the NYSE, a national securities exchange based in this District.

18. In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the NYSE.

## III. PARTIES

### A. Lead Plaintiff

19. As set forth in its Certification previously filed with the Court and incorporated herein by reference, Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan purchased KE Holdings ADSs during the Class Period, and was damaged thereby. *See* ECF No. 24-2. Additionally, as set forth in its Certification, Lead Plaintiff purchased KE Holdings ADSs on

November 19, 2020 at the Secondary Offering price of $58.00 per ADS pursuant and/or traceable to the Secondary Offering Documents, and was damaged thereby. *See id*.

### B. KE Holdings

20. Defendant KE Holdings is a Cayman Islands corporation headquartered in Beijing, China. Under the brand name Beike, the Company operates an integrated online and offline platform that facilitates housing transactions between service providers and customers, including existing and new home sales, home rentals, home renovation, and real estate financial solutions. KE Holdings conducted an initial public offering ("IPO") on August 13, 2020, and its ADSs now trade on the NYSE under the ticker symbol "BEKE." Each ADS represents three Class A ordinary shares of the Company.

### C. The Individual Defendants

21. Defendant Peng Yongdong ("Yongdong") is a co-founder of the Company and was, at all relevant times, an Executive Director and the Chief Executive Officer ("CEO") of KE Holdings. Defendant Yongdong has also served as Chairman of the Board of Directors since May 2021. He signed the Offering Documents for the Secondary Offering, and is described in KE Holdings' SEC filings as a "[k]ey member[] of [its] management team." According to the Company's SEC filings, Yongdong is "the mastermind that spearheads [its] standardization and digitalization efforts[,]" and is responsible for the "[o]verall strategy, business development and management of the Company[.]" Furthermore, Yongdong was "actively involv[ed] [in]" KE Holdings' IPO, and is "actively involv[ed] [in] overseeing the recruitment of all key management staff[.]"

22. Defendant Xu Tao ("Tao") was, at all relevant times, the Chief Financial Officer ("CFO") of KE Holdings, and has also served as its Executive Director since August 2021. He signed the Offering Documents for the Secondary Offering, and is described in KE Holdings' SEC

- 7 -

filings as a "[k]ey member[] of [its] management team." According to the Company's SEC filings, Tao's responsibilities include "[o]verall strategy, business development, accounting, . . . [and] internal control[.]"

23. Defendant Shan Yigang ("Yigang") is a co-founder of the Company and was, at all relevant times, an Executive Director of KE Holdings. He signed the Offering Documents for the Secondary Offering, and is described in KE Holdings' SEC filings as a "[k]ey member[] of [its] management team." According to the Company's SEC filings, Yigang is responsible for KE Holdings' "[o]verall strategy and business development"; has been "deeply involved in all strategic decisions of . . . Lianjia"; and is "actively involv[ed] [in] overseeing the recruitment of all key management staff[.]"

24. Defendants Bao Fan, Li Zhaohui, and Chen Xiaohong each served as a director of the Company at the time of the Secondary Offering, and signed the Offering Documents for the Secondary Offering.

25. Defendant Colleen A. De Vries ("De Vries") served as a Senior Vice President of KE Holdings at the time of the Secondary Offering. De Vries was KE Holdings' "Authorized U.S. Representative" in connection with the Secondary Offering, and signed the Offering Documents in New York, New York in that capacity.

26. The individual defendants referenced above in ¶¶21-25 are collectively referred to herein as the "Individual Defendants." Defendants Yongdong, Tao, and Yigang are collectively referred to herein as the "Executive Defendants." KE Holdings and the Executive Defendants are collectively referred to herein as the "Exchange Act Defendants."

**D. The Underwriter Defendants**

27. Defendants Goldman Sachs (Asia) L.L.C. ("Goldman Sachs"), Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, and China Renaissance Securities (Hong Kong) Limited ("China

Renaissance") served as joint bookrunners of the Secondary Offering and representatives of the underwriters. Collectively, they received commissions and other professional fees of approximately $35.4 million in connection with the Secondary Offering.

28.     As shown below in a chart from the Prospectus on Form 424B4, dated November 19, 2020 (the "Secondary Offering Prospectus"), which is incorporated and forms part of the Secondary Offering Documents, the Underwriter Defendants received and offered the following number of ADSs for sale:

| Underwriter | Number of ADSs |
|---|---|
| Goldman Sachs (Asia) L.L.C. | 16,992,000 |
| Morgan Stanley & Co. LLC | 8,142,000 |
| J.P. Morgan Securities LLC | 6,018,000 |
| China Renaissance Securities (Hong Kong) Limited | 4,248,000 |
| **Total** | **35,400,000** |

29.     The above underwriters also received an option – which they exercised in full – to purchase on a *pro rata* basis up to 5,310,000 additional ADS at the Secondary Offering price, less underwriting discounts and commissions.

30.     Defendant Goldman Sachs & Co. LLC. ("GS&C") is a New York limited liability company whose principal executive office is located at 200 West Street, New York, New York 10282. GS&C is Goldman Sachs' SEC-registered broker-dealer affiliate in the U.S. The Secondary Offering Prospectus represented that Goldman Sachs offered ADSs for sale in the U.S. through GS&C, and, upon information and belief, GS&C did offer the ADSs for sale in the U.S. Accordingly, GS&C acted as an underwriter of the ADSs and is liable under the Securities Act in the same manner and to the same extent as the other underwriters, including Goldman Sachs.

31.     Defendant China Renaissance Securities (US) Inc. ("CRSI") is a New York corporation whose principal executive office is located at 600 Fifth Avenue, 21st Floor, New York, New York 10020.  CRSI is China Renaissance's SEC-registered broker-dealer affiliate in the U.S. The Secondary Offering Prospectus represented that China Renaissance offered ADSs for sale in the U.S. through CRSI, and, upon information and belief, CRSI did offer the ADSs for sale in the U.S. Accordingly, CRSI acted as an underwriter of the ADSs and is liable under the Securities Act in the same manner and to the same extent as the other underwriters, including China Renaissance.

32.     The underwriters identified above, including GS&C and CRSI, are collectively referred to herein as the "Underwriter Defendants."  The Underwriter Defendants participated in drafting and disseminating the Offering Documents, soliciting investors for the Secondary Offering, and marketing and pricing the Secondary Offering.  The Underwriter Defendants failed to conduct adequate due diligence in connection with the Secondary Offering, and were negligent in failing to ensure that the Offering Documents were prepared accurately and in accordance with the rules and regulations governing their preparation.  The Underwriter Defendants' negligence was a substantial factor leading to the harm complained of herein.

33.     Unless otherwise noted, KE Holdings, the Individual Defendants, and the Underwriter Defendants are collectively referred to herein as "Defendants."

## IV.     SUBSTANTIVE ALLEGATIONS

### A.     Background of the Company's Business

34.     Defendant KE Holdings operates an integrated online and offline platform for housing transactions and services in China, under the brand name Beike.  The Company's Beike platform, launched in 2018, facilitates housing transactions between service providers and customers across the residential real estate ecosystem, including existing and new home sales, home rentals, home renovation, and financial solutions.  KE Holdings traces its origins to the real estate brokerage

brand Lianjia, founded in 2001, which it now operates as part of the Beike platform.  The Company serves a range of real estate industry participants, including housing customers, brokerage brands and agents, and developers.

35.     The brokerages on the Beike platform consist of both Company-owned Lianjia stores, and third-party brokerages that are not owned by the Company.  Third-party brokerages include franchise stores, which pay fees to KE Holdings for use of its "Deyou" franchise brand, and "connected" stores, which pay fees to KE Holdings to utilize the Beike platform while maintaining their status as independent brokerage brands.

36.     KE Holdings has expanded its operations by leveraging the integrated online and offline nature of its business.  According to the Company, its "extensive" network of "community-centric" physical stores represents a key strength, serving "as convenient access points for local . . . customers," and enabling KE holdings "to amass housing information offline" and gain insights into customers' needs.

37.     The foundation of the Company's platform is its "Agent Cooperation Network," which uses a commission allocation mechanism to prescribe rights and obligations to the various brokers and agents involved in each housing transaction, in effort to foster cooperative and efficient transactions.

38.     KE Holdings has three revenue sources: existing home transactions, new home transactions, and emerging and other services.  For existing home transactions, KE Holdings generates revenues from: (i) commissions for housing transactions facilitated by Lianjia, as well as commissions split with other brokerage firms that collaborate with Lianjia agents; (ii) franchise fees charged to brokerage firms associated with the Company's franchise brands, including Deyou; (iii) platform service fees charged to "connected" brokerages that utilize the Beike platform; and

(iv) fees for other value-added services, such as closing services. For new home transactions, KE Holdings generates revenues from sales commissions charged to real estate developers for new home sales that the Company completes. For emerging and other services, KE Holdings generates revenues from other home-related services, such as financial services and home renovation services.

39. During the first half of 2020, KE Holdings reportedly generated 51.3% of its revenues from new home transactions, 46.1% from existing home transactions, and 2.67% from emerging and other services.

40. The Company's method of revenue recognition differs based upon whether a transaction involved a new, versus an existing home transaction, as well as whether the transaction was facilitated by a Company-owned Lianjia store, versus a connected store. For all new home transactions, KE Holdings recognizes revenue from commissions on a gross basis. For existing home transactions, KE Holdings recognizes revenue from commissions: (i) on a gross basis for Company-owned Lianjia stores; and (ii) on a net basis for connected stores.

41. KE Holdings' profitability is driven, in large part, by the number of brokerage stores and agents on its platform – since more brokerage stores and agents using the platform generally leads to more housing transactions taking place on the platform. Therefore, the Company considers "the number of real estate brokerage stores and agents on [its] platform" to be a "key operating metric." Another "key operating metric" is GTV, which represents the total value of all transactions the Company facilitated on its platform during a given period, as evidenced by signed contracts.

42. The Muddy Waters Report explained the importance of GTV to KE Holdings' business model, as follows:

> [KE Holdings'] value proposition is built on its claim to have the leading market share, measured by gross transaction value (GTV), in brokered housing transactions in China. The Company claims a market leading GTV in existing and new home sales through its in-house brokerage (Lianjia) and its connected stores. [KE

Holdings] also claims a GTV growth rate that vastly outperforms the underlying housing market.

Report at 2.

43.     Using KE Holdings' reported financial metrics, Muddy Waters illustrated the close correlation between the number of stores and agents on KE Holdings' platform, on the one hand, and the Company's reported GTV and revenues, on the other hand:



*Id*. at 3.

44.     KE Holdings claims to have generated a GTV of RMB2,128 billion (US$313 billion), and facilitated over 2.2 million housing transactions on its platform, during 2019 – making it China's largest housing transactions and services platform and the second largest commerce platform across all industries.  According the Company, as of September 30, 2020, the Beike platform had over 270 real estate brokerage brands, over 44,000 community-centric stores and over 477,000 agents across 103 cities in China.

**B.     KE Holdings Raises Billions of Dollars Through an IPO and a Secondary Offering in the United States**

45.     Seeking to raise capital from the public by listing its shares on a U.S. stock exchange, on August 13, 2020, KE Holdings conducted an IPO of 121.9 million of its ADSs (each representing three Class A ordinary shares), at $20.00 per ADS.

46.     That day, the Company filed with the SEC a final prospectus on Form 424B4, and its ADSs began trading on the NYSE.  KE Holdings raised more than *$2.3 billion* in net proceeds from the IPO, after the underwriters exercised their over-allotment option.

47.     Just three months later, KE Holdings raised *an additional* $2.3 billion by again tapping the U.S. capital markets.  On November 6, 2020, the Company filed with the SEC, on a confidential basis, a draft registration statement on Form F-1 for the "Secondary Offering.

48.     Thereafter, on November 16, 2020, KE Holdings filed with the SEC a registration statement on Form F-1 (the "Registration Statement"), which would be utilized for the Secondary Offering.  The Registration Statement disclosed that the Company intended to offer 35.4 million additional ADSs to the public, and that the Underwriter Defendants had the right to exercise an over-allotment option to purchase an additional 5,310,000 ADSs.  The SEC declared the Registration Statement effective on November 18, 2020.

49.     On November 19, 2020, KE Holdings filed the Secondary Offering Prospectus with the SEC on Form 424B4 which, together with the Registration Statement, constitute the "Secondary Offering Documents" or the "Offering Documents."

50.     KE Holdings and the Underwriter Defendants priced the Secondary Offering at $58.00 per ADS – *nearly triple* the price at which the ADSs were sold in the IPO.  After the Underwriter Defendants fully exercised their over-allotment option, the Company once again received more than *$2.3 billion* in net proceeds.

C.     **KE Holdings Reports Positive Financial Results and Operating Metrics**

51.     Following the IPO and the Secondary Offering, KE Holdings reported successive quarters of positive financial results and operating metrics, including increased numbers of stores and agents on its platform, and corresponding growth in GTV and revenues.  For example, KE Holdings reported that: (i) in 3Q20, net revenues increased by 70.9% year-over-year ("y-o-y"),

"driven by solid growth of GTV"; (ii) in 4Q20, net revenues increased by 57.6% y-o-y, "exceeding the high end of [the Company's] previous guidance range"; and (iii) in 1Q21, net revenues increased by 190.7% y-o-y, "beating both the top end of [the Company's] previous guidance and street consensus."

52.    In 2Q21, the residential real estate market in China began to experience a slowdown in growth, due in part to a series of "market-cooling measures" and increased regulation imposed by the government.  Unbeknownst to investors, however, by reporting inflated GTV and revenues – and using inflated agent and store counts to justify those numbers – KE Holdings was able to once again exceed the high end of its quarterly guidance, and analysts' expectations.  In particular, the Company reported that net revenues increased by 20% y-o-y in 2Q21, "beating both the high end of [the Company's] guidance and street consensus."

**D.    KE Holdings Admits that It Has Been Overstating the Numbers of Stores and Agents on Its Platform, by Including Inactive Stores and Agents, but Continues to Conceal the Full Extent of Its Inflated Metrics**

53.    Then, on November 8, 2021, KE Holdings announced its financial results for 3Q21. In what Muddy Waters later described as a "jaw-dropping" "admission" "[f]or a company that [went public] a little more than a year ago" (Report at 14), KE Holdings revealed that significant portions of the stores and agents on the Company's platform were inactive.  For the first time, the Company provided a breakdown of the number of stores versus "active" stores on its platform, stating that "as of September 30, 2021," the "[n]umber of stores was 53,946 . . . , a 20.2% increase from one year ago" – while the "[n]umber of active stores[] was 49,468 . . . , a 20.2% increase from one year ago." Thus, KE Holdings admitted that 4,478 stores – ***approximately 9.1%*** – were not "active" stores.

54.    The 3Q21 press release provided the following definition of "[a]ctive stores":

"Active stores" as of a given date is defined as stores on our platform excluding the stores which (i) have not facilitated any housing transaction during the preceding 60 days, (ii) do not have any agent who has engaged in any critical steps in housing

transactions (including but not limited to introducing new properties, attracting new customers and conducting property showings) during the preceding seven days, or (iii) have not been visited by any agent during the preceding 14 days.

55.    The 3Q21 press release likewise provided a breakdown of the number of agents versus "active" agents on its platform, stating that "as of September 30, 2021," the "[n]umber of agents was 515,486 . . . , a 7.9% increase from one year ago" – while the "[n]umber of active agents[] was 468,014 . . . , a 13.1% increase from one year ago."  Thus, KE Holdings admitted that 47,472 agents – ***approximately 10.1%*** – were not "active" agents.  The 3Q21 press release provided the following definition of "[a]ctive agents":

> "Active agents" as of a given date is defined as agents on our platform excluding the agents who (i) delivered notice to leave but have not yet completed the exit procedures, (ii) have not engaged in any critical steps in housing transactions (including but not limited to introducing new properties, attracting new customers and conducting property showings) during the preceding 30 days, or (iii) have not participated in facilitating any housing transaction during the preceding three months.[3]

56.    The 3Q21 press release also retroactively provided the numbers of "active stores" and "active agents" on KE Holdings' platform on a quarterly basis, for each quarter since the Company's IPO, stating as follows:

> The numbers of active stores on our platform are 41,152, 43,436, 44,937 and 49,046 as of September 30, 2020, December 31, 2020, March 31, 2021 and June 30, 2021, respectively.
>
> \*        \*        \*
>
> The numbers of active agents on our platform are 413,732, 445,438, 479,308 and 499,690 as of September 30, 2020, December 31, 2020, March 31, 2021 and June 30, 2021, respectively.

---

[3]    Muddy Waters characterized the Company's definition as "a very low bar for an agent to remain listed as 'active' on the platform."  Report at 14 n.25.

57.     A comparison of the quarterly numbers of "active" stores and agents that KE Holdings disclosed in the 3Q21 press release, and the quarterly numbers of stores and agents that the Company previously reported, is set forth in the following chart:

| Reported vs. Active Agents and Stores | | | | |
|---|---|---|---|---|
| | Reported | Active | Amount Overstated | Percent Overstated |
| | | | 3Q20 | |
| Agents: | 477,810 | 413,732 | 64,078 | 15.488% |
| Stores: | 44,883 | 41,152 | 3,731 | 9.066% |
| | | | 4Q20 | |
| Agents: | 493,088 | 445,438 | 47,650 | 10.697% |
| Stores: | 46,946 | 43,436 | 3,510 | 8.081% |
| | | | 1Q21 | |
| Agents: | 528,424 | 479,308 | 49,116 | 10.247% |
| Stores: | 48,717 | 44,937 | 3,780 | 8.412% |
| | | | 2Q21 | |
| Agents: | 548,600 | 499,690 | 48,910 | 9.788% |
| Stores: | 52,868 | 49,046 | 3,822 | 7.793% |

58.     The 3Q21 press release stated that KE Holdings had supposedly "introduced the number of active agents and active stores" to "better reflect the operational activeness of stores and agents on [its] platform[,]" and attributed the decision to the Company's "accumulated operational experience[.]"  In truth, the Company's disclosures were not motivated by candor or operational experience.

59.     Instead, they were designed to "to obscure [the] discrepancies between" KE Holdings' reported store and agent counts and the true numbers of stores and agents on its platform. Report at 14.  In fact, the reported numbers of stores and agents on KE Holdings' platform were even more inflated than the Company admitted, and included not just inactive stores and agents, but nonexistent ones.

60.     The Company's continued inflation of its store and agent counts, in turn, provided justification for inflated GTV and revenues.  In the 3Q21 press release, KE Holdings again reported inflated GTV and revenues for 3Q21, stating that although net revenues had decreased by 11.9%

- 17 -

y-o-y in 3Q21, "the Company had nonetheless "exceed[ed] both the high end of [its] guidance and street consensus."

61.     By reporting inflated quarterly GTV and revenues that exceeded analysts' and investors' expectations, even in the face of a downturn in China's residential real estate market, KE Holdings was able to maintain the artificial inflation in its share price.  At the same time, the Company was able to blunt the impact of its admission concerning inactive agents and stores, while continuing to conceal the true extent of its overstatement of store and agent counts.

**E.       Muddy Waters Finds Substantial Evidence that the Reported
          Numbers of Stores and Agents on KE Holdings' Platform Were Even
          More Significantly Inflated than the Company Has Admitted**

62.     On December 16, 2021, Muddy Waters published its Report detailing the results of its investigation of KE Holdings.  With respect to the numbers of stores and agents that KE Holdings reported on its platform, Muddy Waters explained that it "***found massive discrepancies*** between the . . . store count and agent count[s] reported to investors and the transaction data from [its] multi-month data collection program from [KE Holdings'] platform."  Report at 2.

63.     Muddy Waters explained that it "corroborated these discrepancies by spot-checking [its] findings through primary due diligence on [KE Holdings'] stores, including field interviews and site visits." *Id*.  Based on its analysis of platform data, field work, and site visits, Muddy Waters concluded that, in truth, "***far fewer stores and agents use the platform (or even exist) than [KE Holdings] claims***." *Id*. at 3.

**1.       Evidence of Inflated Store Counts**

64.     In order to investigate the Company's reported store counts, Muddy Waters explained that it first analyzed KE Holdings' platform data – and found that the Company was inflating its 2Q21 store count by ***at least 23%***. *Id*. at 14.  As Muddy Waters explained, it "wrote a [computer] program to collect the transaction data on [KE Holdings'] platform." *Id*. at 2.  The "program

captured the transaction data on [KE Holdings'] platform from May 25[, 2021] to October 22, 2021." *Id*. at 5. n.2.[4]

65.     In KE Holdings' 2Q21 press release, the Company publicly reported having 52,868 brokerage stores on its platform as of June 30, 2021.  2Q21 Press Release; *see also id.* at 14. According to Muddy Waters, however, the platform data that it collected "showed that as of July 16, 2021" – just two weeks later – "the platform listed only 43,026 stores," indicating that KE Holdings' "2Q21 store count was inflated by at least 23%."  Report at 14.  Muddy Waters summarized its findings in the following table:

**Comparison of BEKE Claimed Store Number vs. BEKE's Own Platform Data**

|  | # of stores |
|---|---|
| Number of stores reported by BEKE (2Q 2021) | 52,868 |
| Lianjia stores from collected data (as of 7/16/2021) | 7,516 |
| Connected stores from collected data (as of 7/16/2021) | 35,510 |
| Number of stores found on BEKE's platform | 43,026 |
| Inflated % | 23% |

*Id*.

66.     To corroborate these findings, Muddy Waters then "conducted field work and physical site visits" to a sampling of brokerage stores listed on the Company's platform.  *Id*.  That field work reportedly uncovered a "multitude" of what Muddy Waters termed "ghost stores" – *i.e.*, brokerage stores that were listed on KE Holdings' platform as active stores, but did not exist, and "clone stores" – *i.e.*, brokerage stores that were listed on KE Holdings' platform as multiple, separate stores, but were actually a single store.  *Id*.  Based on these findings, Muddy Waters "***conclude[d] that [KE Holdings'] actual store count [was] even lower than*" Muddy Waters' "*data collection alone*" had indicated**.  *Id*.; *see also id*. at 3.

---

[4]     Muddy Waters' methodology is set out in detail in Appendix I of the Report.  *Id*. at 47-71.

67.     Muddy Waters explained that its "investigators visited seven cities that [were] important markets for" KE Holdings' directly-owned Lianjia brokerage stores, its Deyou-branded franchise stores, or its recently-acquired brokerages. *Id*. at 15. According to Muddy Waters, the seven cities that its investigators made field visits to were:

> [1] Beijing – a major market for Lianjia; [2] Langfang – a suburb of Beijing which also has a lot of Lianjia and Deyou operations and which shows as having a high level of activity at each store[;] [3] Shanghai – the second largest market for Lianjia; [4] Nanchang . . . ; [5] Hangzhou . . . ; [6] Nanjing . . . ; and [7] Shenzhen . . . .

*Id*. at 15 n.26. Muddy Waters stated that it also made "[c]ontact . . . with [KE Holdings'] Lianjia, Deyou, and other connected store agents and managers at many other Tier 1, New Tier 1, Tier 2 cities." *Id*.

68.     In the course of its field work, Muddy Waters found "discrepancies in the names, addresses, [and] locations of the stores in comparison [to] the information shown on the [Company's] platform" and in pertinent "SAIC registrations." *Id*. at 15.[5] According to Muddy Waters, [i]n many locations, where [it] should have found thriving, active stores, [it] found the opposite." *Id*. The Report provided a number of examples of Muddy Watters' site visits to the Company's brokerage stores, as follows.

### a.     Muddy Waters Finds a Multitude of Nonexistent "Ghost Stores"

69.     *Ghost Store Example 1: The Nanchang Zhonghuan Ershishanzhong Store*. In the city of Nanchang, Muddy Waters visited a Zhonghuan[6] brokerage store known as "Ershishanzhong."

---

[5]     "SAIC" refers to the State Administration for Industry and Commerce, the government agency in China formerly responsible for market regulation and enforcement, including registering and licensing business organizations. In March 2018, the State Administration for Market Regulation ("SAMR") was established to replace the SAIC. In practice, however, the SAMR and its local branches sometimes continue to be referred to as the SAIC.

[6]     KE Holdings acquired Zhonghuan Real Estate Agency, a regional real estate brokerage firm, in 2019.

The store appeared to be an active store on KE Holdings' platform, based on screen shots that showed 136 and 89 properties listed through the store as of October 5, 2021, and December 7, 2021, respectively. *Id*. According to Muddy Waters, "[t]he store's address listed on [KE Holdings'] platform [led] to a large apartment complex, while its SAIC certificate provide[d] a more detailed address." *Id*.

70. However, when Muddy Waters' "investigator visited the store's SAIC[-]registered address," the investigator "found a derelict and abandoned store front located in a former gate guard's room[,]" and "found no further evidence of" the store's "existence elsewhere." *Id*. at 15. Based on this site visit, Muddy Waters concluded that the "abandoned guard's room is not likely an active location." *Id*. The Report provided the following photograph of the location:



*Id*. at 16.

71.     *Ghost Store Example 2: The Nuojia Chengjia 9 Dragon Seal Flagship Store*. Muddy Waters also investigated KE Holdings' "Nuojia Chengjia 9 Dragon Seal Flagship Store." *Id*.

According to data collected from KE Holdings' platform, the store had 12 agents as of August 2021; 23 to 24 agents as of October 2021; and 14 agents as of December 2021. *Id*. at 16-17. Furthermore, data collected from KE Holdings' platform in October and December 2021 showed 266 to 350 active property listings. *Id*. However, when Muddy Waters' "investigator visited [the] store at the address listed on [KE Holdings'] platform in September 2021," the investigator "found the store closed[,] with a 'for lease' sign displayed" (*id*. at 17), as shown in the following photograph:



*Id*.

72. According to Muddy Waters, its investigator "then contacted a store agent to confirm the store address[,]" and was informed that the store had "moved to another store" known as "Shuxiangmendi." *Id*. As Muddy Waters explained, the "Shuxiangmendi" store was "listed on the [Company's] platform as a separate store" – meaning that "the platform ha[d] two stores listed, including one that ha[d] been shut down[,]" when there was actually only one active store. *Id*.

73. *Ghost Store Example 3: The Seven Colors Baichuan Store*. Muddy Waters also conducted a site visit to KE Holdings' "Seven Colors Baichuan Store" in September 2021, and found

- 22 -

another apparent instance of a "double-counted" store. *Id*. "According to [KE Holdings'] platform," the "store had 4 [to] 8 agents, almost 200 clients and over 164 properties listed for sale or rent in the past three months" – indicating that it was "a thriving brokerage and certainly an 'active store.'" *Id*. However, Muddy Waters' site visit revealed that the store "[did not] exist." *Id*. at 18.

74.     According to Muddy Waters, "[t]he address listed on [the] store page only contain[ed] the name of the road," without providing a "street number." After finding a "detailed address on [the store's] SAIC certificate[,]" Muddy Waters' investigator visited the "location in September 2021" and found "a closed store front" (*id*.), as depicted in the following photograph:



*Id*.

75.     Muddy Waters explained that "[w]hen a store agent was contacted to check the address, the agent confirmed she worked at Seven Colors Baichuan[,] but gave the address of another store" on the Company's platform – "Zhonghuan Youjia No. 3 Store" located at "788 Bayuehu Road." *Id*. Muddy Waters concluded that this was "a single location accounting for two active stores on [KE Holdings'] platform." *Id*.

76.     *Ghost Store Example 4: Sanhe Langfang Lianjia Yanjiao Branches 2 and 15*.  In the city of Langfang, Muddy Waters reported finding "two Lianjia branches registered to the same street in the SAIC database." *Id*.  Muddy Waters explained that "[o]n [KE Holdings'] platform, Branch 2 and [Branch] 15 [were] known as Tianyang Cheng No. 2 and Tianyang Cheng No. 6, respectively[,]" and "Yatai Street" [was] listed as the location for both stores.  *Id*.  According to Muddy Waters, that information was consistent with "the SAIC business certificates" for the two stores.  *Id*.

77.     Since the addresses for these stores provided on KE Holdings' platform contained "only . . . the street name" and "no street number," Muddy Waters "contact[ed] the stores' agents to get directions."  *Id*.  Muddy Waters "spoke with the agents at these two stores," and was "given identical locations for the branch: go to the intersection of Yatai Blvd. and Tianyang Cheng, [and] look for Building No. 9, on the ground floor, next to the Commercial Bank."  *Id*.  When Muddy Waters followed these directions, it reportedly "found only one Lianjia store at Building No. 9, on the ground floor, next to the Commercial Bank" (*id*.), as shown in the following photograph:



*Id*. at 19.

78.     When Muddy Waters "visited the store in the fall of 2021[,]" it observed "Branch No. 15's business registration hanging on the wall." *Id*. "An agent at the store" then "confirmed" to Muddy Waters "that the local Tianyang[ C]heng Store No[.] 2 (Branch No. 2) was closed and had merged with Tianyang [C]heng Store No. 6 (Branch No. 15)." *Id*. According to Muddy Waters, the agent explained that: "We are Store No. 6 . . . . [T]here was another store, but it was closed . . . . Store No. 2 used to be across the street. But when its lease was up, they closed the store and moved here." *Id*. Based on its investigation, Muddy Waters concluded that Tianyang Cheng No. 2 and Tianyang Cheng No. 6 were "clearly the same store[,]" even though "both stores appear[ed] separately on [KE Holdings'] platform." *Id*.

79.     Although stores that were closed or merged into other stores, such as Branch No. 2 (Store No. 2) and Branch No. 15 (Store No. 6) should have been removed from the platform or "show[n] zero agents[,]" Muddy Waters reported that both of those stores "continue[d] to be" displayed on KE Holdings' platform "with transactions and active agents," (*id*. at 20), as depicted in the following screen shots:



*Id.*

80.    Muddy Waters also compared the names of the agents shown on KE Holdings' platform as working at Store No. 2 and Store No. 6 as of November 2021, and reported that there was "no overlap" – indicating that the Company continued to list both stores on its platform as separate, active stores, after Store No. 2 had been merged into Store No. 6.  *Id.* at 20-21.

81.    Muddy Waters hypothesized that – in addition to inflating KE Holdings' reported store count – the inclusion of ghost stores on the Company's platform enabled KE Holdings to report inflated transaction volumes.  *Id.* at 20.  Muddy Waters reported that platform data showed 22 transactions for Branch No. 2 (Store No. 2), and 35 transactions for Branch No. 15 (Store No. 6) between May 25, 2021 and October 22, 2021.  *Id.* at 19.  According to Muddy Waters, platform data from 30 other Lianjia stores in Sanhe Langfang showed that those stores had an average transaction volume of 22 transactions per store during the same five-month period.  *Id.* at 20.  Since "Branch No. 2 and [Branch] No. 15 [were] actually one store," Muddy Waters compared "their combined

transaction volume . . . to the average transaction volume per store for the remaining stores[,]"and found that it was "159% higher than other Lianjia stores in Sanhe Langfang[.]" *Id*. at 19-20. Muddy Waters summarized its findings in the following chart:

| 5 Month Transaction Volumes Comparison | # of Existing Homes | # of New Homes | # of Total Homes |
|---|---|---|---|
| Branch No. 2, Tianyang Cheng Store No. 2 | 21 | 1 | 22 |
| Branch No. 15, Tianyang Cheng Store No. 6 | 31 | 4 | 35 |
| Subtotal | 52 | 5 | 57 |
| Other 30 stores' average | 19 | 3 | 22 |
| Difference % | 175% | 63% | 159% |

*Id*. at 20.

### b. Muddy Waters Finds a Multitude of Double-Counted "Clone Stores"

82. According to the Report, KE Holdings also utilized "clone stores" to inflate its reported store count. *Id*. at 21. Muddy Waters described this tactic as follows: KE Holdings would "set[] up multiple stores on its platform with the same or [a] similar name and/or location but a different suffix, such A, B or C." *Id*. But "despite multiple stores appearing on [KE Holdings'] platform, often only one [store] exist[ed] in practice." *Id*.

83. In particular, Muddy Waters found evidence of a "large number of fake" Lianjia brokerage stores that appear[ed] active on the platform but [did] not exist." *Id*. at 24. As Muddy Waters explained, KE Holdings' franchise brand "Deyou labels its stores A and B based on the stores' performance and the number of agents each store has." *Id.* at 21. According to Muddy Waters, it had expected "Lianjia's A/B/C stores designations [to] follow[] a similar ranking system[.]" *Id*. However, Muddy Waters' investigation revealed that "seemingly separate stores on [KE Holdings'] platform" were actually "located in the same store, purportedly under different managers." *Id*.

84. Muddy Waters reported that the Lianjia brokerage stores known as "Quanshuiwan Flagship [Store] A" and "Quanshuiwan [Flagship Store] C" "appear[ed]" as "two separate stores" on

KE Holdings' platform – with "different number[s] of agents, [] different number[s] of clients serviced, and [] different number[s] of listings." *Id*. at 22. Specifically, the webpage for the "Quanshuiwan Flagship A store" displayed "18 agents, 1100 clients and 124 listing properties[,]" while the webpage for the "Quanshuiwan Flagship C store" displayed "15 agents, 150 clients and 163 listing properties[.]" *Id*.

85. Yet when Muddy Waters "contacted Quanshuiwan Flagship C store," it was informed by an agent that "the A store and the C store [were] the same store." *Id*. According to Muddy Waters, "[t]he agent told [its] investigator that the reason the A and C stores were listed separately [was] because the store ha[d] two managers, and dividing the agents, listings and clients into two groupings under A and C [made] it easier to keep track of the business of the respective managers operating out of the same store." *Id*. The agent reportedly "confirmed that the letter designation of Lianjia stores on the platform represent[ed] the number of mangers or teams" operating out of the store – and not the actual store count[]." *Id*. at 23. As Muddy Waters noted, under this system, "one store can easily turn into two, three or more stores on the platform." *Id*.

86. Muddy Waters confirmed that this practice was widespread by examining platform data for Lianjia brokerages across seven cities, as of November 30, 2021. *Id*. at 21. Muddy Waters explained that it "found five cities with significant numbers of cloned Lianjia [brokerage] stores on [KE Holdings'] platform." *Id*. at 21. In particular, platform data indicated that in the cities of "Xiamen and Haikou, 41% and 32% of the Lianjia stores" were "probable clone stores" – along with 9.1% of the stores in the Company's "key market of Beijing[.]" *Id*. at 21, 24.

87. Muddy Waters provided the following example of its methodology for determining the percentages of clone stores:

> [O]ur data collection in Xiamen found 82 stores. 61 of these stores had designations suggesting that they were clones (such as ending with A, B or C), but they occupied

only 27 locations.  So, to estimate the number of clone stores, we simply subtracted the number of stores with such A/B/C designations (61) by the number of locations (27) to get a suspected to 34 clone stores.  Of the 82 stores in Xiamen, we therefore estimated that 41.5% were clones.

*Id*. at 23.

88.     Muddy Waters set forth the percentages of likely clone stores in the cities that it examined in the following table:

|  | # of stores on BEKE's platform | # of stores with clone designations (e.g. A, B, C) | # of locations with multiple clone stores | Estimated # of clone stores | % of fake stores |
|---|---|---|---|---|---|
|  | a | B | c | d=b-c | e=d/a |
| Xiamen | 82 | 61 | 27 | 34 | 41.5% |
| Haikou | 28 | 5 | 2 | 9 | 32.1% |
| Dalian | 330 | 62 | 31 | 31 | 9.4% |
| Beijing | 1,452 | 256 | 124 | 132 | 9.1% |
| Nanjing | 277 | 38 | 19 | 19 | 6.9% |

Note: The cloned store are the stores in one location with the name of [\_\_\_]A store, [\_\_\_]B store, or [\_\_\_]C store, etc.; or [\_\_\_]No.1 store, [\_\_\_]No.2 store, or [\_\_\_]No.3 store, etc.

*Id*. at 23; *see also id*. at 21.  Muddy Waters further explained that since "[n]ot all stores on [KE Holdings'] platform show[ed] SAIC certificates or detailed addresses" capable of verification, "the actual number of clone stores might be even higher."  *Id*. at 21.

89.     Muddy Waters reportedly "spot checked this analysis by searching on Baidu Maps[,]" and found that "[i]n instances of clone stores," there was "only one store listed on the map with the store name," and no "B or C stores."  *Id*. at 24.  Muddy Waters further noted that on KE Holdings' platform, "the A store usually show[ed] all [of] the detailed information[,] including address and business license, but the B or C stores [did] not."  *Id*.  Muddy Waters reasoned that this was "likely why approximately 30% of the stores listed on the platform [did] not have complete store information and/or a verifiable business license."  *Id*.  Moreover, Muddy Waters reported "that store names were frequently changing, and many stores did not display a correct and/or specific address, instead giving a vague, highly simplified general location or an incorrect location."  *Id*.

- 29 -

90. Muddy Waters concluded that the "pattern of clone stores" uncovered by its investigation showed "that there [were] far fewer stores than appear[ed] on [the Company's] platform," and that KE Holding's "exaggeration of its store count [was] likely far more egregious than even the platform data suggest[ed]." *Id*. at 21.

c. **Muddy Waters' Case Study in the City of Sanhe Langfang Finds that KE Holdings' Store Count Was Inflated by 59%**

91. According to Muddy Waters, the number of Lianjia brokerage stores reported in KE Holdings' "SEC filings generally align[ed] with the number of Lianjia stores registered [with] a given city's [local] SAIC." *Id*. at 24. However, Muddy Waters reported that its "field work across China revealed . . . many stores with active SAIC registrations that did not exist." *Id*. As Muddy Waters explained, this "suggest[ed] that branch store registrations were being created on paper and filed with . . . local SAIC" offices, "but no physical operation was being maintained." *Id*.

92. In order to "[t]o investigate these store count discrepancies further[,]" Muddy Waters conducted a case study of Company-owned Lianjia brokerage stores in the city of Sanhe Langfang. *Id*.[7] According to Muddy Waters, it "compared" publicly-available "SAIC data . . . with the results of physical site visits." *Id*. Muddy Waters reported that "SAIC data show[ed] 51 Lianjia stores located in Sanhe Langfang." *Id*. "Yet when [Muddy Waters] tried [to] visit [those] locations," it reportedly was "only able to confirm the existence of 32" brokerage stores – with the remaining 19 appearing to be "ghost stores." *Id*. Indeed, Muddy Waters "observ[ed] non-existent stores, double[-

---

[7]     "Sanhe Langfang is a satellite city of Beijing located within the Hebei province." *Id*. at 24. Muddy Waters explained that it "chose this city for a deep dive because [KE Holdings] purports to be strong in and around Beijing, and the Company supposedly maintains a significant number of Lianjia brokerages in the area." *Id*. Indeed, since "[t]he Sanhe Langfang Lianjia stores displayed very high numbers of transactions per store," Muddy Waters "expected to find a high degree of activity." *Id*.

]counted stores, and stores that appeared to be entirely different brands – including" KE Holdings' franchise brand Deyou. *Id*.[8]

93.    Muddy Waters explained that its "site visits and field work" in Sanhe Langfang "indicate[d] that [KE Holdings] overstated the store count" in that city "by 59%" – "by keeping branch SAIC registrations current" even though the registrations did not actually represent active stores. *Id*. Given that KE Holdings claimed to have "an extensive national network" of Lianjia stores, Muddy Waters posited "that Sanhe Langfang [was] representative of" other cities, and that overstated Lianjia store counts were "endemic" throughout China. *Id*. at 24, 74.

94.    *Case Study Example 1 – Muddy Waters found only one store where SAIC registrations indicated there were seven*. Muddy Waters provided an example from its field work in Sanhe Langfang, in which it found seven Lianjia brokerage stores registered with the SAIC in the same vicinity, but only two physical stores – one of which was closed. *Id*. at 24. In particular, SAIC data for all seven Lianjia stores showed nearly-identical addresses "on the same street[,]" and showed that the stores were "established at the same time" (May 25-26, 2017) "with the same legal representative" (an individual named "Song Xinghua"). *Id*. at 24 & n.37. According to Muddy Waters, "[a]ll of these branches . . . filed . . . annual reports with SAIC in the past four years and ha[d] active current registrations." *Id*. at 27.

95.    Muddy Waters explained that it "visited the street to verify the existence of these stores but found only one store" known as "Sanhe Lianjia Yanjiao Branch No. 53 . . . in suite A1-8." *Id*. at 24-25. Muddy Waters then reportedly "spoke with an agent at the operating Lianjia store[,]" who "confirmed that there was indeed only one Lianjia store on the street." *Id*. at 25.

---

[8]    This discrepancy is significant because KE Holdings reports revenue on a gross basis for its wholly-owned Lianjia stores, and collects platform fees from its franchised Deyou stores.

96.     Muddy Waters also found additional "discrepancies" when it "compar[ed] the data of

the confirmed store with the SAIC data[.]" *Id*.  As the Report explained:

> The only unique store of the seven observed, Branch No. 53, is located at E2-A1-8 of the MOBO apartment complex. . . . On [KE Holdings] platform, Branch 53 is also known as Lianjia ShouErTianCheng No. 2[,] and the listed address matches with the address plaque hung outside of the store. . . . However, the store has a different address listed in its SAIC business license certificate.  The accompanying SAIC business license provided to the store page shows Branch No. 53 is registered in District E, building 1, 1st Floor, Unit 1, Suite A1-8, which should be E1-A1-8 and not E2-A1-8 as listed elsewhere.

*Id*. at 25-26.  Muddy Waters posited that KE Holdings was "intentionally creat[ing] inconsistencies

such as these to misrepresent its actual store counts." *Id*. at 26.



*Id*. at 27.

98.     *Case Study Example 2 – Muddy Waters found that Branch No. 10 and Branch No. 79 were a single store*.  In another example from its case study of Sanhe Langfang, Muddy Waters reportedly found "two [Lianjia] branches registered to the same street address in the SAIC database[,]" but only one physical store.  *Id*.  As Muddy Waters explained, "both Branch No. 10 and Branch No. 79" appeared on KE Holdings' platform "with the same vague location description: 'Shenwei North Street.'"  *Id*. at 72.  Indeed, Muddy Waters found that "[t]he use of similar but different store names and the extremely vague store location descriptions and addresses [was] a common theme on [KE Holdings'] platform."  *Id*. at 27.  Muddy Waters posited that this tactic was designed to "obfuscate, allowing some stores to exist on paper alone."  *Id*. at 72.

99.     According to Muddy Waters, its site visit showed that Lianjia "Branches 10 and 79 [were] co-located" – even though they appeared on KE Holdings' platform "as distinct and different stores" – "with different store numbers, different branch numbers, and different SAIC business registrations."  *Id*. at 27.[9]  During its site visit, Muddy Waters observed that the "SAIC business license displayed on the wall was for Branch No. 79."  *Id*.  On the opposite wall, however, Muddy Waters observed "award banners" for "both Branch No. 10[] and Branch No. 79[.]"  *Id*.  According to Muddy Waters, "[t]he agent at the store stated that Branch No. 10 . . . was closed and had merged with Branch [No.]79[.]"  *Id*.

100.    However, platform data collected by Muddy Waters reportedly showed "13 exiting home and 2 new home transactions" at Branch No. 10, and "27 existing home and 2 new home transactions" at Branch No. 79 during the period from May 25, 2021 to October 22, 2021.  *Id*.  Muddy Waters explained that – "like the example of Branch No. 2 (Tianyang Cheng No. 2) and No.

---

[9]     *See also id*. at 72 (depicting screenshots from KE Holdings' platform).

15 (Tianyang Cheng No. 6)" – "both stores" continued to "display[] active transactions even after one was closed and the two [had] seemingly merged." *Id*.

102. *Case Study Example 4 – Lianjia Branches No. 4 and No. 88 were registered on the same street, but only Branch No. 88 existed*. In another example from its case study of Sanhe Langfang, Muddy Waters reported that Lianjia "Branch[] [No.] 4 and" Lianjia Branch No. "88 [were] registered on the same street, only two stores [apart]." *Id*. Both branches reportedly "filed their 2020 annual reports and [were] supposedly active" brokerage stores. *Id*. at 76. But when Muddy Waters visited the location during the fourth quarter of 2021, it "found one Lianjia store" – "Branch [No.] 88" – and found "a restaurant" at [t]he location where Branch 4" should have been (*id*.), as depicted below:



*Id*. at 29.  Baidu Maps corroborated that Branch No. 4 did not exist – likewise showing the restaurant at Branch No. 4's registered location.  *Id*. at 75-76.

> **d.**      **Muddy Waters Finds Brokerage Stores that Were Registered as Company-owned Lianjia stores, but Were Actually Less Profitable Franchised Deyou Stores**

103.      Muddy Waters' investigation also uncovered instances of brokerage stores that were registered as Company-owned Lianjia brokerages, but were actually franchised Deyou brokerages. Muddy Waters explained that "[w]hen reviewing Lianjia's SAIC registrations, [it] found two Lianjia stores that share[d] addresses with two Deyou stores."  *Id*. at 76.  "More importantly," during a site visit, Muddy Waters reportedly "found a Deyou store at one of these physical locations, but not [a] Lianjia [store]."  *Id*.

104.      According to Muddy Waters, Lianjia "Branch No. 56" was registered with the SAIC at: "ShouErYuan TianCheng, District E, building 7, 1st Floor, Unit 1, Suite A1-8 in the Yanjiao New High-Tech Zone[.]"  *Id*.  However, "[t]he same address [was] also registered with the SAIC" as the location of the "Langfang Wisdom Deyou Real Estate Agency Co., Ltd."  *Id*.

105.      In another instance, Muddy Waters reportedly found that Lianjia "Branch No. 36 and another Deyou store share[d] [the] same registered address" – "Yanjiao New Development Zone, West side of Yanxing Rd., Xiangxin Store, No. 92."  *Id*. at 77.  "When [Muddy Waters] visited" that location, however, it "only the found the Deyou store[.]"  *Id*.

106.      As Muddy Waters explained, these Deyou brokerages "appear[ed] to be pulling double duty – doubling up as [] Lianjia store[s] and being counted as [] Deyou store[s]."  *Id*. at 76. The Report further explained:

> Lianjia stores and Deyou franchise stores present very different economic contributions to [KE Holdings].  All of the commissions collected by Lianjia stores are reported on a gross basis, while only a small percent of the commissions generated by Deyou stores plus some other possible fees flow to [KE Holdings] from Deyou operations.  Therefore, changing from a Lianjia to a Deyou store is not a

matter of rebranding, but one of economics – directly impacting commission revenue.

*Id*. at 77.

### 2. Evidence of Inflated Agent Counts

107. According to Muddy Waters, its investigation also uncovered evidence that KE Holdings was significantly overstating the number of agents on its platform. *Id*. at 5, 30. Muddy Waters explained that "[m]ultiple [i]ndependent [d]ata [p]oints" supported this finding, including platform data, local government real estate websites, and SAIC data. *Id*. at 30; *see also id*. at 31-37. As Muddy Waters further explained, "much like the store count, [its] field work and independent evidence . . . suggest[ed] that the agent count [was] even more exaggerated" than its analysis of platform data indicated. *Id*. at 5.

108. Muddy Waters described the significance of the agent overstatement, as follows:

> Home sales on [KE Holdings'] platform are a function of the number of agents using its platform. Clearly, the more agents on the platform, the more home sales closed and recorded through the platform, and the larger the Company's GTV and related revenues. This link between agent growth and GTV and revenue growth is an important pillar of the narrative supporting [the Company's] stock price.

*Id*. at 30. In other words, since "[r]evenue and GTV are a function of agent count," Muddy Waters posited that, "to justify its fabricated GTV and revenue figures," KE Holdings "also significantly inflated the number of agents on its platform" to mislead investors about the scale of its business. *Id*. at 38, 41.

109. As it did with KE Holdings' store count, Muddy Waters first examined data that it collected from the Company's platform – which indicated that KE Holdings was "inflat[ing] its agent count by *approximately 26%*." *Id*. at 30. Muddy Waters explained that it "used a program to collect the number of agents listed on the Company's platform as of July 16, 2021[,]" and used the "Find Agent" function on KE Holdings' platform "to locate the agents." *Id*.

- 36 -

110.    In KE Holdings' 2Q21 press release, the Company publicly reported having 548,600 agents on its platform as of June 30, 2021. 2Q21 Press Release; *see also* Report at 30.[10] According to Muddy Waters, however, the platform data that it collected on July 16, 2021 – two weeks after the end of 2Q21 – "detected only 435,888 agents," which "suggest[ed]" that KE Holdings' 2Q21 agent count was "inflated . . . by approximately 26%." *Id*. Muddy Waters summarized its findings in the following table:

| Comparison of BEKE Claimed Agent Number vs. BEKE Platform Data | # of Agents |
|---|---|
| Number of agents reported by BEKE (2Q 2021) | 548,000 |
| Number of Lianjia agents from collected data (as of 7/16/2021) | 115,940 |
| Number of Connected stores agents from collected data(as of 7/16/2021) | 319,948 |
| Total agents on BEKE's platform (as of 7/16/2021) | 435,888 |
| Difference | (112,112) |
| **Inflated %** | **26%** |

*Id*.

### a.    Local Government Real Estate Websites Shows that KE Holdings Overstated the Number of Agents on Its Platform

111.    Muddy Waters sought to verify these findings by "compar[ing] a local real estate license registry" in the city of Nanchang "against the detailed disclosures provided by [KE Holdings] in connection [with its 2019] acquisition" of the real estate brokerage firm Zhonghuan. *Id*. at 31.

112.    Muddy Waters described the local real estate registry as follows:

As a protection against unscrupulous real estate agents, the city of Nanchang in Jiangxi Province provides a quantitative score and ranking for all agents, tracking good and bad behaviors with 100 points (5 stars) being the highest ranking.

These scores are listed in Nanchang City's Real Estate Broker Credit Registry (the "Registry"). Agents with scores below 60 are entered onto a blacklist and their brokerage credentials are cancelled. The Registry is public and searchable. Local authorities confirmed that the Registry is updated frequently and that the registry is [] current, displaying whether an agent is still with an agency, or if they have resigned or have been blacklisted.

---

[10]    Muddy Waters used a slightly lower figure – 548,000 – which it took from an investor presentation for 2Q21, posted by KE Holdings to its investor relations website, which reported "548,000+" agents as of June 30, 2021. *Id*. at 30.

*Id.* (footnotes omitted).

113.    According to Muddy Waters, its collection of KE Holdings' platform data showed that "in late August 2021, Zhonghuan's Nanchang operation had 363 stores with 2,050 agents." *Id.* at 32.  But when Muddy Waters "checked [those] numbers against the Nanchang Registry[,]" it found that "although the reported store count closely matched, the number of Zhonghuan agents was exaggerated by 50%." *Id.* at 32.  The Report summarized these findings in the following table:

| Zhonghuan's operation in Nanchang | # of Stores | # of Agents |
|---|---|---|
| BEKE platform | 363 | 2,050 |
| Nanchang Real Estate Bureau Registry | 360 | 1,307 |
| Inflated % | 1% | 50% |

*Source: Nanchang Housing Security and Real Estate Administration database, Data collected from BEKE platform*

*Id.*

114.    Muddy Waters found a similar pattern when it looked at a single store.  "[A]ccording to [KE Holdings'] platform, Zhonghuan Youjia No. 3 store supposedly ha[d] 12 agents" as of December 10, 2021.  *Id.* at 32.  "Yet when [Muddy Waters] compared the listed agents at Zhonghuan Youjia No. 3 and the Registry," it reportedly "found three agents [who] had . . . left Zhonghuan." *Id.* at 33.

115.    Indeed, "the Nanchang registry implie[d] that the number of active agents [was] substantially less than the number of agents on the platform," which Muddy Waters explained was "likely because the registry [was] scrubbed far more often for real estate agents who drop out of the business or leave the Company." *Id.*  Muddy Waters concluded that KE Holdings "use[d] former agents who ha[d] left the Company to inflate the agent count on its platform." *Id.* at 32.

**b.      SAIC Data from Shanghai and Beijing – KE Holdings'
Two Largest Markets –Shows that KE Holdings
Overstated the Number of Agents on Its Platform**

116.    Muddy Waters explained that it examined SAIC data for Shanghai and Beijing because those cities were KE Holdings' "two primary markets" – collectively generating 32% of the Company's reported revenues for 2020.  *Id.* at 34; *see also* 2020 20-F at 19.[11]  As Muddy Waters further explained, "Chinese companies are required to report [their] number of employees to [the] SAIC" in connection with making mandatory "contribution[s] to social insurance for all employees." Report at 34.  Therefore, Muddy Waters performed "[a] simple check of the SAIC data for [KE Holdings'] subsidiaries" – which indicated "that the Company [was] materially inflating its agent count in the[] key markets of Shanghai and Beijing.  *Id.*

117.    Shanghai:  According to KE Holdings' 2020 20-F, the Company's Lianjia brokerages "had approximately . . . 21,000 agents" in Shanghai as of December 31, 2020.  2020 20-F at 60; *see also* Report at 34 n.48.  Muddy Waters examined KE Holdings' SEC filings and SAIC corporate registry databases, and identified two Company subsidiaries in Shanghai.  Report at 34 & n.50. Muddy Waters then looked at "the annual SAIC data for [KE Holdings'] Shanghai subsidiaries" from publicly-available databases, and found a total of 9,996 employees registered at the two subsidiaries.  *Id.* at 34-35.  Muddy Waters also examined the Company's other Shanghai businesses, including variable interest entities, and found 199 additional employees registered with the SAIC. *Id.* at 35.

118.    Muddy Waters' investigator also contacted six Lianjia stores in Shanghai, and was reportedly told "that Lianjia stores do not employ part-time or temporary agents and that Lianjia pays social insurance for its employees" – meaning that the number of employees reported in the

---

[11]     KE Holdings' Annual Report for the year ended December 31, 2020 was filed with the SEC on Form 20-F on April 6, 2021 (the "2020 20-F").

"SAIC data should generally match the agent count reported by the Company in its SEC filings." *Id*. at 36.

119. Instead, the total number of registered Shanghai employees found by Muddy Waters – 10,197 – was *106%* lower than the 21,000 Shanghai-based agents that the Company reported in its 2020 20-F. *Id*. at 35. Muddy Waters posited that the true agent overstatement was likely even greater, since a portion of "of the 10,197 employees reported in the SAIC data . . . should be non-agent support staff[.]" *Id*.

120. Beijing: Muddy Waters reported that it encountered "the same pattern when [it] compare[d]" KE Holdings' SEC "disclosures with independent records from the Company's other key market, Beijing." *Id*. at 5, 36. According to KE Holdings' 2020 20-F, the Company's Lianjia brokerages "had approximately 27,000 . . . agents" in Beijing as of December 31, 2020. 2020 20-F at 60; *see also* Report at 34 n.48. Muddy Waters examined KE Holdings' SEC filings and SAIC corporate registry databases, and identified 28 Company subsidiaries and variable interest entities in Beijing. Report at 36 & n.53. According to Muddy Waters, SAIC data for those entities showed that they "reported a total of only 14,236 employees[.]" *Id*. at 36. That figure "indicat[ed] that [KE Holdings was] exaggerating the number of its agent in Beijing by *90%*" in comparison to the 27,000 Beijing-based agents that the Company reported in its 2020 20-F. *Id*.

121. Moreover, since KE Holdings is headquartered in Beijing, "[a] large portion of [its] employees are based" there, including employees working in non-agent roles such as platform operations, research and development, and administration. 2020 20-F at 130; *see also* Report at 36. Therefore, Muddy Waters explained that the actual agent overstatement was likely even greater, since the 14,236 employees registered with the SAIC would presumably include a significant number of non-agent employees. Report at 37.

### F.     Muddy Waters Also Finds Evidence that KE Holdings Reported Inflated GTV and Revenues in 2Q21 and 3Q21

122.    Muddy Waters explained that, in order "[t]o assess the authenticity of [KE Holdings']

reported GTV and associated commission revenues, [it] wrote a program to collect the publicly

available [transaction] data on [KE Holdings'] platform." *Id*. at 6.  Muddy Waters described its

research methodology in detail, in a 24-page appendix to the Report.  *Id*. at 47-71 ("Appendix I:

Data Collection Methodology and Results").  The Report contained the following summary:

> The program begins with the Find Agent function in the app.  After finding the agents, it collects the stores with which they are affiliated and the store information. Then it collects the transaction information and other transaction details that are included in its code.  The [KE Holdings] platform contains at least 15 collectable data points, including the total number of new and existing home sales on the platform.  The Lianjia and Deyou agents with whom we spoke also confirmed that the transactions posted on the external network match up with sales transactions on their internal network.  We collected and analyzed code and detailed transaction data accessible via [KE Holdings'] external platform from May through mid-November 2021, enabling us to compare [the Company's] claimed GTV over that period to the GTV evidenced by the data on [its] platform.

*Id*. at 6 (footnotes omitted); *see also id*. at 5 n.2.

123.    "To verify that [its] collected data was comprehensive," Muddy Waters then

"compared the key metrics from the data [it] collected from the platform with [KE Holdings'] SEC

disclosures."  Muddy Waters reported the following results of this comparison:

> [KE Holdings] reported connecting with 278 real estate brokerage brands other than Lianjia.  [2020 20-F at 60.]  In our July data collection, we identified 310 brands. [KE Holdings] stated that its Lianjia stores operate in 29 cities in China.  [*Id*.]  Our collected data captured Lianjia brokerage transaction data in 29 cities.  [KE Holdings] reported that its platform includes connected brokerages in "more than 100 economically vibrant cities in China."  [2020 20-F at 54.]  We collected transaction data from connected and franchise stores with agents for 142 cities, including Beijing and Shanghai.

*Id*. at 6-7 (footnotes omitted).

1. **Evidence of Inflated GTV**

   a. **Muddy Waters Finds that New Home GTV Was Inflated by Approximately 126% in 2Q21 and 3Q21**

124. Muddy Waters first analyzed KE Holdings' reported GTV of new home transactions, by comparing the reported GTV to data that Muddy Waters collected from the Company's platform. Muddy Waters explained its methodology for analyzing GTV of new home transactions, in pertinent part:

> The methodology for comparing [KE Holdings'] claims against the data we collected for new home sales on its platform was straightforward and required few assumptions. We collected data covering late May through mid-November 2021, which gave us the number of new home transactions on the platform during that period for both Lianjia and connected brokerages. We then multiplied this transaction data by the new home prices previously disclosed by [KE Holdings] . . . .

*Id*. at 7.

125. Muddy Waters further explained:

> In its SEC filings, [KE Holdings] disclosed the average price per new home transaction on its platform for both Company[-]owned and connected brokerages in 2020. For Lianjia, [KE Holdings] disclosed GTV and the number of transactions, which yield an average price of RMB 2.06 million per new home. For the connected brokerages, [KE Holdings'] numbers equate to an average price of RMB 1.4 million per new home.

*Id*. (footnote omitted); *see also id*. at 55. Since "housing data show[ed] that the price of new homes in China . . . remained flat from 2020 to 2021[,]" Muddy Waters "use[d] the average prices for 2020 reported by [KE Holdings] in its SEC filings to estimate" 2Q21 and 3Q21 "GTV from the collected transaction data." *Id*. at 7 (footnote omitted).

126. Since "data from [KE Holdings'] platform [was] available in 76-day increments" (*id*. at 7 n.13), Muddy Waters examined "the number of new home transactions collected from [KE Holdings'] platform for Lianjia stores for two overlapping 76-day windows" (*id*. at 7), as set forth in the following table:

| | May 25, 2021 - Aug 8, 2021 | | | June 30, 2021 - Sep 13, 2021 | | |
|---|---|---|---|---|---|---|
| Ref. | City | | # of transactions | Ref. | City | | # of transactions |
| 1 | Dalian | 大连 | 1,119 | 1 | Dalian | 大连 | 1,144 |
| 2 | Shenyang | 沈阳 | 680 | 2 | Shenyang | 沈阳 | 660 |
| 3 | Jinan | 济南 | 1,082 | 3 | Jinan | 济南 | 782 |
| 4 | Chengdu | 成都 | 4,180 | 4 | Chengdu | 成都 | 4,240 |
| 5 | Zhengzhou | 郑州 | 1,046 | 5 | Zhengzhou | 郑州 | 745 |
| 6 | Changsha | 长沙 | 432 | 6 | Changsha | 长沙 | 339 |
| 7 | Qingdao | 青岛 | 585 | 7 | Qingdao | 青岛 | 495 |
| 8 | Foshan | 佛山 | 209 | 8 | Foshan | 佛山 | 181 |
| 9 | Nanjing | 南京 | 787 | 9 | Nanjing | 南京 | 699 |
| 10 | Yantai | 烟台 | 522 | 10 | Yantai | 烟台 | 403 |
| 11 | Guangzhou | 广州 | 659 | 11 | Guangzhou | 广州 | 664 |
| 12 | Shijiazhuang | 石家庄 | 337 | 12 | Shijiazhuang | 石家庄 | 315 |
| 13 | Tianjin | 天津 | 808 | 13 | Tianjin | 天津 | 717 |
| 14 | Hefei | 合肥 | 388 | 14 | Hefei | 合肥 | 348 |
| 15 | Wuhan | 武汉 | 1,238 | 15 | Wuhan | 武汉 | 1,129 |
| 16 | Xian | 西安 | 614 | 16 | Xian | 西安 | 693 |
| 17 | Hangzhou | 杭州 | 312 | 17 | Hangzhou | 杭州 | 340 |
| 18 | Wuxi | 无锡 | 159 | 18 | Wuxi | 无锡 | 94 |
| 19 | Beijing | 北京 | 1,661 | 19 | Beijing | 北京 | 1,379 |
| 20 | Suzhou | 苏州 | 363 | 20 | Suzhou | 苏州 | 323 |
| 21 | Shanghai | 上海 | 1,278 | 21 | Shanghai | 上海 | 1,328 |
| 22 | Langfang | 廊坊 | 97 | 22 | Langfang | 廊坊 | 69 |
| 23 | Xiamen | 厦门 | 154 | 23 | Xiamen | 厦门 | 108 |
| 24 | Chongqing | 重庆 | 859 | 24 | Chongqing | 重庆 | 940 |
| 25 | Dongguan | 东莞 | 68 | 25 | Dongguan | 东莞 | 57 |
| 26 | Shenzhen | 深圳 | 222 | 26 | Shenzhen | 深圳 | 207 |
| 27 | Zhongshan | 中山 | 55 | 27 | Zhongshan | 中山 | 61 |
| 28 | Huizhou | 惠州 | 49 | 28 | Huizhou | 惠州 | 40 |
| 29 | Haikou | 海口 | 0 | 29 | Haikou | 海口 | 1 |
| Total | | | 19,963 | Total | | | 18,501 |

*Id*. at 8.

127.    Based on the number of new home transactions found by Muddy Waters' data collection, and the average sales price reported by KE Holdings in its SEC filings, Muddy Waters "estimate[d] that [KE Holdings'] actual GTV [of] new home sales" through both its Lianjia brokerages and connected stores was only RMB 402 billion during 2Q21 and 3Q21 combined. *Id*. at 7.  By contrast, the Company reported that GTV of new home transactions on its platform was: (i) RMB 498.3 billion in 2Q21; and (ii) and RMB 410.1 billion in 3Q21 – a GTV of approximately RMB 908 billion during 2Q21 and 3Q21 combined.  *See id*.  Thus, Muddy Waters' analysis indicated that KE Holdings had inflated its GTV of new home transactions by ***approximately 126%*** during 2Q21 and 3Q21.  *Id*. at 7-8.  Muddy Waters summarized its analysis in the following table:

**The Collected Data Suggest BEKE Grossly Overstates its New Home GTV**

| RMB M | Avg. Price per Home | 76 days (May 25 - Aug 8) # of new homes | Estimated GTV | 2Q 2021 (91 days) Estimated GTV | 2Q 2021 Reported GTV | 2Q 2021 Inflated% |
|---|---|---|---|---|---|---|
| New homes - Lianjia | 2.06 | 19,963 | 41,099 | 49,211 | 83,800 | 70% |
| New homes - Connected Stores | 1.40 | 93,975 | 131,668 | 157,655 | 414,500 | 163% |
| Total | | 113,938 | 172,767 | 206,866 | 498,300 | 141% |
| RMB M | Avg. Price per Home | 76 days (Jun 30 - Sep 13) # of new homes | Estimated GTV | 3Q 2021 (92 days) Estimated GTV | 3Q 2021 Reported GTV | 3Q 2021 Inflated% |
| New homes - Lianjia | 2.06 | 18,501 | 38,089 | 46,108 | 72,550 | 57% |
| New homes - Connected Stores | 1.40 | 87,998 | 123,293 | 149,249 | 337,550 | 126% |
| Total | | 106,499 | 161,382 | 195,358 | 410,100 | 110% |
| RMB M | Avg. Price per Home | 152 days # of new homes | Estimated GTV | 2Q-3Q 2021 Estimated GTV | 2Q-3Q 2021 Reported GTV | 2Q-3Q 2021 Inflated% |
| New homes - Lianjia | 2.06 | 38,464 | 79,189 | 95,319 | 156,350 | 64% |
| New homes - Connected Stores | 1.40 | 181,973 | 254,961 | 306,904 | 752,050 | 145% |
| Total | | 220,437 | 334,150 | 402,224 | 908,400 | 126% |

*Id.* at 9.

**b.**      **Muddy Waters Finds that Existing Home GTV Was Inflated by Approximately 33% in 2Q21 and 3Q21**

128.    Next, Muddy Waters analyzed KE Holdings' reported GTV of existing home transactions, by comparing the reported GTV to data that Muddy Waters collected from the Company's platform. Muddy Waters summarized its methodology for analyzing GTV of existing home transactions, in pertinent part:

> The methodology for estimating existing home GTV required more assumptions than for new homes. Our estimate of [KE Holdings'] GTV exaggeration of existing home transactions would be significantly greater had we not intentionally made so many assumptions in the Company's favor.

> Our program collected hundreds of thousands existing home transactions during the period. For many such existing home transactions, prices were also readily available, making price assumptions unnecessary. For other existing home transactions, however, price assumptions were necessary to estimate GTV.

*Id.* at 9; *see also* Appendix 1 at 58-69 (setting forth a detailed explanation of Muddy Waters' methodology and assumptions).

129.    Based on its data collection, Muddy Waters estimated that KE Holdings' actual GTV of existing home transactions through both its Lianjia brokerages and connected stores was

"approximately RMB 775 billion" during 2Q21 and 3Q21 combined. *Id*. at 9. By contrast, the Company reported that GTV of existing home transactions on its platform was: (i) RMB 652.0 billion in 2Q21; and (ii) RMB 378.2 billion in 3Q21 – a GTV of approximately RMB 1,030.2 billion during 2Q21 and 3Q21 combined. *See id*. Thus, Muddy Waters' analysis indicated that KE Holdings had inflated its GTV of existing home transactions by *approximately 33%* during 2Q21 and 3Q21. *Id*. Muddy Waters summarized its analysis in the following table:

| RMB M | 2Q 2021 | | | 3Q 2021 | | | 2Q-3Q 2021 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% |
| GTV of existing home sales by Lianjia | 309,500 | 216,839 | 43% | 185,300 | 160,866 | 15% | 494,800 | 377,706 | 31% |
| GTV of existing home sales by connected stores | 342,500 | 232,630 | 47% | 192,900 | 164,791 | 17% | 535,400 | 397,421 | 35% |
| GTV of existing home sales | 652,000 | 449,469 | 45% | 378,200 | 325,657 | 16% | 1,030,200 | 775,126 | 33% |

*Id*.

### c.      Muddy Waters Finds that Combined GTV Was Inflated by Approximately 65% in 2Q21 and 3Q21

130.     Muddy Waters then analyzed the inflation in KE Holdings' reported GTV of new and existing home transactions on a combined basis. KE Holdings' reported GTV of new and existing home transactions was approximately RMB 1,150.2 billion in 2Q21, and approximately RMB 788.4 billion in 3Q21.[12]

131.     According to Muddy Waters, however, "the data collected from [KE Holdings'] platform" indicated that 3Q21 GTV of new and existing home transactions was "RMB 521 billion, compared to a reported RMB 788 billion" – which amounted to approximately a "*51% overstatement*" of 3Q21 GTV. Report at 7. For 2Q21, Muddy Waters "[a]djust[ed] for the partial Q2 data" by "using company[-]favorable assumptions[,]" which "yielded an estimated" 2Q21 GTV of new and existing home transactions of RMB 656 billion, compared to a reported RMB 1,150 billion – which amounted to approximately a "*75% overstatement*" of 2Q21 GTV. *Id*. Muddy

---

[12]     *See* 2Q21 Press Release; 3Q21 Press Release. These figures do not include reported GTV of "emerging and other services." *Id*.

| RMB BN | 2Q 21 | 3Q 21 | 2Q-3Q 2021 |
|---|---|---|---|
| Reported home sales GTV | 1,150 | 788 | 1,939 |
| Home sales GTV estimate from collected data | 656 | 521 | 1,177 |
| **Inflated %** | **75%** | **51%** | **65%** |

*Source: MW Data Collection*

*Id*.

### 2. Evidence of Inflated Revenues

132. Finally, Muddy Waters evaluated the impact of KE Holdings' GTV inflation in 2Q21 and 3Q21 on the Company's reported revenues from new and existing home transactions during those quarters. *See id*. at 10.

| Reported commission rate | 2Q 2021 | 3Q 2021 | 2Q-3Q 2021 |
|---|---|---|---|
| New home sales by Lianjia and connected stores | 2.79% | 2.76% | 2.77% |
| Existing home sales by Lianjia | 2.75% | 2.86% | 2.79% |
| Existing home sales by connected stores | 0.32% | 0.41% | 0.35% |

*Id*.

134. Muddy Waters then "appl[ied] [KE Holdings'] reported commission rates to the GTV data" that it had "collected from [the Company's] platform[.]" *Id*.[13]

---

[13] As Muddy Waters explained, KE Holdings' commission revenues are a direct "function of its GTV[.]" *Id*. Moreover, because KE Holdings recognizes revenues from commissions on a gross

**BEKE Likely Inflated Its Home Sales Transaction Services Revenues (using reported commission rates)**

| RMB M | 2Q 2021 | | | 3Q 2021 | | | 2Q - 3Q 2021 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% |
| GTV of new home sales by Lianjia and connected | 498,300 | 206,866 | 141% | 410,100 | 195,358 | 110% | 908,400 | 402,224 | 126% |
| Reported commission rate | 2.79% | 2.79% | | 2.76% | 2.76% | | 2.77% | 2.77% | |
| Rev from new home sales | 13,900 | 5,770 | 141% | 11,300 | 5,383 | 110% | 25,200 | 11,153 | 126% |
| GTV of existing home sales by Lianjia | 309,500 | 216,839 | 43% | 185,300 | 160,866 | 15% | 494,800 | 377,706 | 31% |
| Reported commission rate | 2.75% | 2.75% | | 2.86% | 2.86% | | 2.79% | 2.79% | |
| Rev from existing home sales by Lianjia | 8,500 | 5,955 | 43% | 5,300 | 4,601 | 15% | 13,800 | 10,556 | 31% |
| GTV of existing home sales by connected stores | 342,500 | 232,630 | 47% | 192,900 | 164,791 | 17% | 535,400 | 397,421 | 35% |
| Reported commission rate | 0.32% | 0.32% | | 0.41% | 0.41% | | 0.35% | 0.35% | |
| Rev from existing home sales by connected stores | 1,100 | 747 | 47% | 800 | 683 | 17% | 1,900 | 1,431 | 33% |
| GTV of home sales | 1,150,300 | 656,335 | 75% | 788,300 | 521,015 | 51% | 1,938,600 | 1,177,350 | 65% |
| **Revenue from commission of home sales** | 23,500 | 12,473 | 88% | 17,400 | 10,667 | 63% | 40,900 | 23,140 | 77% |

*Source: BEKE's Public Filings, Data collected from BEKE's platform, MW calculation*

*Id.*

---

basis for all new home transactions – regardless of whether they were facilitated by a Company-owned Lianjia store, or by a connected store – new home transactions have an outsized impact on the Company's revenues. *See id.* at 9-10.

- 47 -

## V.    ALLEGATIONS RELEVANT TO THE EXCHANGE ACT CLAIMS

### A.    Materially False and Misleading Statements Made During the Class Period

#### 1.    The 3Q20 Press Release

136.    The Class Period begins on November 16, 2020, when KE Holdings issued a press release announcing its financial results for the third quarter of 2020, ended September 30 ("3Q20"). The same day, the Company filed the 3Q20 press release with the SEC as an exhibit to a Current Report on Form 6-K, which was signed by Defendant Tao.  Under the heading "Business Highlights for the Third Quarter of 2020," the 3Q20 press release represented that the "*[n]umber of stores*" on KE Holdings' platform "*was 44,883 as of September 30, 2020, a 41.7% increase year-over-year*." It further represented that the "*[n]umber of agents*" on the Company's platform "*was 477,810 as of September 30, 2020, a 50.7% increase year-over-year*."

137.    The statement referenced above in ¶136 reporting 44,883 stores on KE Holdings' platform as of September 30, 2020 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 3,731 of the stores – *approximately 9.1%* – were not "active" stores.  Likewise, the statement referenced above in ¶136 reporting 477,810 agents on KE Holdings' platform as of September 30, 2020 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 64,078 of the agents – *approximately 15.5%* – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

- 48 -

## 2.    The Secondary Offering Documents

138.    Also on November 16, 2020, KE Holdings issued a separate press release announcing the Secondary Offering, and filed with the SEC the Registration Statement for the Secondary Offering.  Shortly thereafter, on November 19, 2020, the Company filed with the SEC the Secondary Offering Prospectus.  The Secondary Offering Documents were signed by each of the Exchange Act Defendants, among others.

139.    The Secondary Offering Documents repeatedly highlighted the numbers of stores and agents on KE Holdings' platform, stating that, "*[a]s of September 30, 2020, there were more than 477,000 real estate agents and over 44,000 brokerage stores on [the Company's] platform* . . . ."

140.    The statements referenced above in ¶139 were materially false and misleading when made because they failed to disclose that – as KE Holdings has now admitted: (i) at least 3,731 of the stores – *approximately 9.1%* – were not "active" stores; and (ii) at least 64,078 of the agents – *approximately 15.5%* – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

141.    The Secondary Offering Documents further cited both "the number of real estate brokerage stores and agents on [KE Holdings'] platform and their activity level" as factors specifically affecting the Company's operating results:

Specific Factors Affecting Our Results of Operations

\*         \*         \*

*The growth in gross transaction value on our platform and platform service revenues are also affected by the number of real estate brokerage stores and agents on our platform and their activity level*.  Since the inception of our Beike platform,

- 49 -

we have attracted an increasing number of real estate brokerage stores and agents to join our platform while maintaining high service quality.

142. The Secondary Offering Documents likewise highlighted the importance of the Company's "large and active network" of agents and brokerage stores, stating, in pertinent part:

> ***We believe the large and active network of*** real estate brokerage brands and their affiliated ***stores and agents contributes significantly to the success of our platform***.

> \* \* \*

> ***We believe a large and active network of agents, brokerage stores*** and brokerage brands across China ***provides a solid foundation for serving a large number of housing customers***.

> \* \* \*

> Through the agents, stores and brokerage brands on our platform, we are able to effectively hone local market expertise, generate leads and build relationships with our housing customers.

143. The statements referenced above in ¶¶141-142 were materially false and misleading when made for the reasons set forth in ¶140. In addition, upon choosing to speak about the "activity level" of the "brokerage stores and agents on [the Company's] platform" as a factor affecting KE Holdings' "gross transaction value" and "revenues," and to speak about the Company's "large and active network" of stores and agents as a factor that "provide[d] a solid foundation" and "contribute[d] significantly to the success of [KE Holdings'] platform," the Exchange Act Defendants assumed a duty to speak completely and accurately. The Exchange Act Defendants' failure to disclose that material portions of both the stores and agents on KE Holdings' platform as of September 30, 2020 were inactive – and in some cases, nonexistent – rendered these statements materially false and misleading.

144. Similarly attributing the Company's success to how "actively" and "proactive[ly]" agents and stores engaged with housing market participants, the Secondary Offering Documents stated, in pertinent part:

We believe our reputation for high-quality service among the large housing customer base and *our growing network of real estate brokerage stores and agents that transact actively on our platform* well position us to increase cooperation with existing and new real estate developers.

\*      \*      \*

We believe our *proactive engagement with platform participants both online and offline* enables us to know them better and serve them better.

145.    The statements referenced above in ¶144 were materially false and misleading when made for the reasons set forth in ¶140 and because they failed to disclose that a material portion of KE Holdings' "network of . . . brokerage stores and agents" did not "transact actively on [the Company's] platform" or "proactive[ly] engage[] with platform participants both online and offline[.]"

146.    The Secondary Offering Documents further described the "scale" of KE Holdings' network of agents and stores as both a "crucial indicator[] of [its] operations," and a "[k]ey [s]uccess [f]actor[]," stating as follows:

We believe *the numbers of real estate brokerage stores and agents on our platform demonstrate our scale and are crucial indicators of our operations*.

\*      \*      \*

*Key Success Factors*

The following are key factors to a successful integrated housing transactions and services platform in China:

*Scale and quality of agent and store network.  Agents and physical stores are fundamental to China's housing transactions and services market, playing a key role in helping brokerage service providers capture potential customers by serving as a gateway into local communities.  It is important to build an extensive agent and store network across brokerage brands*.  The platform's strong and unique value propositions to agents and store not only increase their stickiness to the platform, but also empower them to meet housing customers' evolving needs and establish trust with customers.  An extensive agent and store network with an effective and efficient collaboration mechanism allows the platform to maintain close relationships with both housing customers and other industry participants such as real estate developers and other home-related service providers.

- 51 -

147. The statements referenced above in ¶146 were materially false and misleading when made for the reasons set forth in ¶140. In addition, upon choosing to characterize "the numbers of real estate brokerage stores and agents on [KE Holdings'] platform" as "crucial indicators of [the Company's] operations" that "demonstrate[d] [its] scale," to emphasize the "importan[ce] [of] build[ing] an extensive agent and store network," and to describe the "[s]cale and quality of [its] agent and store network" as a "[k]ey [s]uccess [f]actor[]," the Exchange Act Defendants assumed a duty to speak completely and accurately. The Exchange Act Defendants' failure to disclose that material portions of both the stores and agents on KE Holdings' platform as of September 30, 2020 were inactive – and thus were not contributing to the Company's success – rendered these statements materially false and misleading. Likewise, although "[a]gents and physical stores [were] fundamental" to KE Holdings' business and "play[ed] a key role in . . . captur[ing] potential customers by serving as a gateway into local communities," the Exchange Act Defendants failed to disclose that material portions of both the physical stores and agents on KE Holdings' platform as of September 30, 2020 were inactive – and in some cases, nonexistent.

148. Under a heading listing the Company's "[s]trengths," the Secondary Offering Documents characterized KE Holdings' brokerage stores as its "competitive advantage," stating, in pertinent part:

> **Our offline stores serve as an entry point for our customers to our platform** as they are conveniently located within the communities **and at the same time have become our competitive advantage in the industry**.

149. The statement referenced above in ¶148 was materially false and misleading when made for the reasons set forth in ¶140 and because it failed to disclose that a material portion of the "offline stores" on KE Holdings' platform as of September 30, 2020 were not providing a "competitive advantage" for the Company because those stores were inactive – and in some cases, nonexistent.

- 52 -

150.    The Secondary Offering Documents referenced hypothetical risks associated with "inaccuracies" in the Company's "key operating metrics," including the "number of . . . brokerage stores and agents on [its] platform," stating as follows:

> *We rely on certain key operating metrics to evaluate the performance of our business, and real or perceived inaccuracies in such metrics may harm our reputation and negatively affect our business*.
>
> *We rely on certain key operating metrics, such as GTV, and the number of real estate brokerage stores and agents on our platform among other things, to evaluate the performance of our business*.  Our operating metrics may differ from estimates published by third parties or from similarly titled metrics used by other companies due to differences in methodology and assumptions. We calculate these operating metrics using internal company data. *If we discover material inaccuracies in the operating metrics we use*, or if they are perceived to be inaccurate, our reputation may be harmed and our evaluation methods and results may be impaired, which could negatively affect our business.  If investors make investment decisions based on operating metrics we disclose that are inaccurate, we may also face potential lawsuits or disputes.

151.    The statements referenced above in ¶150 were materially false and misleading when made because they portrayed "inaccuracies" in "key operating metrics," including "the number[s] of . . . brokerage stores and agents on [the Company's] platform," as hypothetical future risks, when in truth, the numbers of stores and agents as of September 30, 2020 that KE Holdings provided in the Secondary Offering Documents were presently inaccurate.  As KE Holdings has now admitted: (i) at least 3,731 of the stores – *approximately 9.1%* – were not "active" stores; and (ii) at least 64,078 of the agents – *approximately 15.5%* – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

- 53 -

### 3.     The 4Q20 Press Release

152.     On March 15, 2021, KE Holdings issued a press release announcing its financial results for the fourth quarter and full year of 2020, ended December 31 ("4Q20" and "FY20," respectively).  The following day, the Company filed the  press release with the SEC as an exhibit to a Current Report on Form 6-K, which was signed by Defendant Tao.  Under the heading "Business Highlights for the Fourth Quarter of 2020," the 4Q20 press release represented that the "*[n]umber of stores*" on KE Holdings' platform "*was 46,946 as of December 31, 2020, a 25.1% increase from one year ago*."  It further represented that the "*[n]umber of agents*" on the Company's platform "*was 493,088 as of December 31, 2020, a 37.9% increase from one year ago*."

153.     The statement referenced above in ¶152 reporting 46,946 stores on KE Holdings' platform as of December 31, 2020 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 3,510 of the stores – *approximately 8.2%* – were not "active" stores.  Likewise, the statement referenced above in ¶152 reporting 493,088 agents on KE Holdings' platform as of December 31, 2020 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 47,650 of the agents – *approximately 10.7%* – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

### 4.     The 2020 20-F

154.     On April 6, 2021, KE Holdings filed its annual report for the year ended December 31, 2020 with the SEC on Form 20-F.  The 2020 20-F repeatedly highlighted the numbers of stores and agents on KE Holdings' platform, stating that, "*[a]s of December 31, 2020, there were*

*more than 493,000 real estate agents and approximately 47,000 brokerage stores on [the Company's] platform . . . .*"

155.    The statements referenced above in ¶154 were materially false and misleading when made because they failed to disclose that – as KE Holdings has now admitted: (i) at least 3,510 of the stores – *approximately 8.2%* – were not "active" stores; and (ii) at least 47,650 of the agents – *approximately 10.7%* – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

156.    Just as the Secondary Offering Documents had, the 2020 20-F cited both "the number of real estate brokerage stores and agents on [KE Holdings'] platform and their activity level" as factors specifically affecting the Company's operating results:

Specific Factors Affecting Our Results of Operations

\*        \*        \*

*The growth in gross transaction value on our platform and platform service revenues are also affected by the number of real estate brokerage stores and agents on our platform and their activity level*.  Since the inception of our Beike platform, we have attracted an increasing number of real estate brokerage stores and agents to join our platform while maintaining high service quality.

157.    Like the Secondary Offering Documents, the 2020 20-F also highlighted the importance of the Company's "large and active network" of agents and brokerage stores, stating, in pertinent part:

*We believe the large and active network of* real estate brokerage brands and their affiliated *stores and agents contributes significantly to the success of our platform*.

\*        \*        \*

> *We believe a large and active network of agents, brokerage stores* and brokerage brands across China *provides a solid foundation for serving a large number of housing customers*.

*   *   *

> Through the agents, stores and brokerage brands on our platform, we are able to effectively hone local market expertise, generate leads and build relationships with our housing customers.

158. The statements referenced above in ¶¶156-157 were materially false and misleading when made for the reasons set forth in ¶155. In addition, upon choosing to speak about the "activity level" of the "brokerage stores and agents on [the Company's] platform" as a factor affecting KE Holdings' "gross transaction value" and "revenues," and to speak about the Company's "large and active network" of stores and agents as a factor that "provide[d] a solid foundation" and "contribute[d] significantly to the success of [KE Holdings'] platform," the Exchange Act Defendants assumed a duty to speak completely and accurately. The Exchange Act Defendants' failure to disclose that material portions of both the stores and agents on KE Holdings' platform as of December 31, 2020 were inactive – and in some cases, nonexistent – rendered these statements materially false and misleading.

159. Similar to the Secondary Offering Documents, the 2020 20-F attributed the Company's success to how "actively" agents and stores engaged with housing market participants, stating, in pertinent part:

> We believe our reputation for high-quality service among the large housing customer base and *our growing network of real estate brokerage stores and agents that transact actively on our platform* well position us to increase cooperation with existing and new real estate developers.

160. The statements referenced above in ¶159 were materially false and misleading when made for the reasons set forth in ¶155 and because they failed to disclose that a material portion of

- 56 -

KE Holdings' "network of . . . brokerage stores and agents" did not "transact actively on [the Company's] platform[.]"

161.    Just as the Secondary Offering Documents had, the 2020 20-F referenced hypothetical risks associated with "inaccuracies" in the Company's "key operating metrics," including the "number of . . . brokerage stores and agents on [its] platform," stating as follows:

> ***We rely on certain key operating metrics to evaluate the performance of our business, and real or perceived inaccuracies in such metrics may harm our reputation and negatively affect our business***.
>
> ***We rely on certain key operating metrics, such as GTV, and the number of real estate brokerage stores and agents on our platform among other things, to evaluate the performance of our business***.  Our operating metrics may differ from estimates published by third parties or from similarly titled metrics used by other companies due to differences in methodology and assumptions.  We calculate these operating metrics using internal company data.  ***If we discover material inaccuracies in the operating metrics we use***, or if they are perceived to be inaccurate, our reputation may be harmed and our evaluation methods and results may be impaired, which could negatively affect our business.  If investors make investment decisions based on operating metrics we disclose that are inaccurate, we may also face potential lawsuits or disputes.

162.    The statements referenced above in ¶161 were materially false and misleading when made because they portrayed "inaccuracies" in "key operating metrics," including "the number[s] of . . . brokerage stores and agents on [the Company's] platform" as hypothetical future risks, when in truth, the numbers of stores and agents as December 31, 2020 that KE Holdings provided in the 2020 20-F were presently inaccurate.  As KE Holdings has now admitted: (i) at least 3,510 of the stores – ***approximately 8.2%*** – were not "active" stores; and (ii) at least 47,650 of the agents – ***approximately 10.7%*** – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

- 57 -

### 5.    The 1Q21 Press Release

163.    On May 19, 2021, KE Holdings issued a press release announcing its financial results for the first quarter of 2021, ended March 31 ("1Q21"). The following day, the Company filed the 1Q21 press release with the SEC as an exhibit to a Current Report on Form 6-K, which was signed by Defendant Tao. Under the heading "Business Highlights for the First Quarter of 2021," the 1Q21 press release represented that the "*[n]umber of stores*" on KE Holdings' platform "*was 48,717 as of March 31, 2021, a 25.4% increase from one year ago*." It further represented that the "*[n]umber of agents*" on the Company's platform "*was 528,424 as of March 31, 2021, a 41.8% increase from one year ago*."

164.    The statement referenced above in ¶163 reporting 48,717 stores on KE Holdings' platform as of March 31, 2021 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 3,780 of the stores – *approximately 8.4%* – were not "active" stores. Likewise, the statement referenced above in ¶163 reporting 528,424 agents on KE Holdings' platform as of March 31, 2021 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted –at least 49,116 of the agents – *approximately 10.2%* – were not "active" agents. In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones. The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

### 6.    The 2Q21 Press Release

165.    On August 11, 2021, KE Holdings issued a press release announcing its financial results for 2Q21, ended June 30. The following day, the Company filed the 2Q21 press release with the SEC as an exhibit to a Current Report on Form 6-K, which was signed by Defendant Tao. Under

the heading "Business Highlights for the Second Quarter of 2021," the 2Q21 press release represented that the "*[n]umber of stores*" on KE Holdings' platform "*was 52,868 as of June 30, 2021, a 25.1% increase from one year ago*." It further represented that the "*[n]umber of agents*" on the Company's platform "*was 548,600 as of June 30, 2021, a 20.3% increase from one year ago*."

166. The statement referenced above in ¶165 reporting 52,868 stores on KE Holdings' platform as of June 30, 2021 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 3,822 of the stores – *approximately 7.8%* were not "active" stores. Likewise, the statement referenced above in ¶165 reporting 548,600 agents on KE Holdings' platform as of June 30, 2021 was materially false and misleading when made because it failed to disclose that – as KE Holdings has now admitted – at least 48,910 of the agents – *approximately 9.8%* – were not "active" agents. In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones. The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

167. The 2Q21 press release also reported that KE Holdings' *GTV for 2Q21* "*was RMB1,220.8 billion* (US$189.1 billion), an increase of 22.2% year-over-year." The 2Q21 press release further broke down the Company's quarterly GTV of existing and new home transactions, as follows:

> *GTV of existing home transactions was RMB652.0 billion* (US$101.0 billion), an increase of 11.7% year-over-year.

> *GTV of new home transactions was RMB498.3 billion* (US$77.2 billion), an increase of 32.3% year-over-year.

168. The statements referenced above in ¶167 were materially false and misleading when made because they failed to disclose that – as Muddy Waters found – the Company's actual 2Q21

GTV of new and existing home transactions was RMB 656 billion, compared to a reported RMB 1,150.2 billion[14] – an overstatement of *approximately 75%*.  In addition – as Muddy Waters found – the Company's reported GTV of new home transactions was inflated by *approximately 126%*, and the Company's reported GTV of existing home transactions was inflated by *approximately 33%*.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

169.    Finally, the 2Q21 press release reported that KE Holdings' "*[n]et revenues* increased by 20.0% [y-o-y,] to *RMB24.2 billion* (US$3.7 billion) in [2Q21.]"  The 2Q21 press release further broke down the Company's quarterly net revenues from existing and new home transactions, as follows:

> *Net revenues from existing home transaction services* increased by 4.9% [y-o-y,] to *RMB9.6 billion* (US$1.5 billion) in [2Q21.]
>
> *Net revenues from new home transaction services* increased by 31.9% [y-o-y,] to *RMB13.9 billion* (US$2.2 billion) in [2Q21.]

170.    The statements referenced above in ¶169 were materially false and misleading when made because they failed to disclose that – as Muddy Waters found – the Company's actual 2Q21 net revenues from new and existing home transactions were RMB 12.5 billion, compared to a reported RMB 23.5 billion[15] – an overstatement of *approximately 88%*.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

### 7.    The 3Q21 Press Release

171.    On November 8, 2021, KE Holdings issued a press release announcing its financial results for 3Q21, ended September 30.  The following day, the Company filed the 3Q21 press release with the SEC as an exhibit to a Current Report on Form 6-K, which was signed by Defendant Tao.

---

[14]    Excluding "GTV of emerging and other services" of RMB 70.6 billion.

[15]    Excluding "[n]et revenues from emerging and other services" of RMB 0.7 billion.

172.    As set forth above, in the 3Q21 press release, KE Holdings revealed that significant portions of the stores and agents on the Company's platform were inactive – for the first time providing a breakdown of the numbers of stores and agents versus "active" stores and agents on its platform.  The 3Q21 press release stated that "as of September 30, 2021," the "[n]umber of stores was 53,946 . . . , a 20.2% increase from one year ago" – while the "[n]umber of active stores[] was 49,468 . . . , a 20.2% increase from one year ago."  Thus, KE Holdings admitted that 4,478 stores – *approximately 9.1%* – were not "active" stores.  It further stated that "as of September 30, 2021," the "[n]umber of agents was 515,486 . . . , a 7.9% increase from one year ago" – while the "[n]umber of active agents[] was 468,014 . . . , a 13.1% increase from one year ago."  Thus, KE Holdings admitted that 47,472 agents – *approximately 10.1%* – were not "active" agents.

173.    The statements referenced above in ¶172 were materially false and misleading when made because they failed to disclose that – as Muddy Waters found – the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company admitted, and included not just inactive stores and agents, but nonexistent ones.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

174.    The 3Q21 press release also reported that KE Holdings' *GTV for 3Q21* "*was RMB830.7 billion* (US$128.9 billion), a decrease of 20.9% year-over-year."  The 3Q21 press release further broke down the Company's quarterly GTV of existing and new home transactions, as follows:

> *GTV of existing home transactions was RMB378.2 billion* (US$58.7 billion), a decrease of 34.3% year-over-year.
>
> *GTV of new home transactions was RMB410.1 billion* (US$63.7 billion), a decrease of 2.5% year-over-year.

175.    The statements referenced above in ¶174 were materially false and misleading when made because they failed to disclose that – as Muddy Waters found – the Company's actual 3Q21

GTV of new and existing home transactions was RMB 521 billion, compared to a reported RMB 788.4 billion[16] – an overstatement of ***approximately 51%***.  In addition – as Muddy Waters found – the Company's reported GTV of new home transactions was inflated by ***approximately 126%***, and the Company's reported GTV of existing home transactions was inflated by ***approximately 33%***. The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

176.    Finally, the 3Q21 press release reported that KE Holdings' "***[n]et revenues*** decreased by 11.9% [y-o-y,] to ***RMB18.1 billion*** (US$2.8 billion) in [3Q21.]"  The 3Q21 press release further broke down the Company's quarterly net revenues from existing and new home transactions, as follows:

> ***Net revenues from existing home transaction services were RMB6.1 billion*** (US$0.9 billion) in [3Q21.]
>
> ***Net revenues from new home transaction services*** increased by 2.5% [y-o-y,] to ***RMB11.3 billion*** (US$1.8 billion) in [3Q21.]

177.    The statements referenced above in ¶176 were materially false and misleading when made because they failed to disclose that – as Muddy Waters found – the Company's actual 3Q21 net revenues from new and existing home transactions were RMB 10.7 billion, compared to a reported RMB 17.4 billion[17] – an overstatement of ***approximately 63%***.  The Exchange Act Defendants knew, or recklessly disregarded, these undisclosed facts.

---

[16]    Excluding "GTV of emerging and other services" of RMB 42.3 billion.

[17]    Excluding "[n]et revenues from emerging and other services" of RMB 610 million.

**B.     The Truth Emerges**

178.     On December 16, 2021, shortly before the markets opened, Muddy Waters issued its comprehensive, 77-page report on its investigation of KE Holdings.[18]  Muddy Waters summarized its findings as follows:

> ***We are short [KE Holdings] because we conclude the Company is engaged in systemic fraud***, by our estimate, inflating its new home sales GTV by over ~126% and its commission revenues by approximately ~77–96%.  ***We found massive discrepancies between the transaction volumes, store count and agent count reported to investors*** and the transaction data from our multi-month data collection program from [KE Holdings'] platform.  We corroborated these discrepancies by spot-checking our findings through primary due diligence on [KE Holdings'] stores, including field interviews and site visits.
>
> [KE Holdings'] mantra, oft repeated on Company earnings calls, is "doing the right thing, even if it is difficult."  Nothing could seem further from the truth.  Put simply, we found massive fraud . . . .  ***Our field work found ghost stores, clone stores*** and undisclosed schemes to inflate revenues by round tripping cash through connected brokerages. . . . ***[T]his is a real business with significant amounts of fraud***.

Report at 2.  (Emphasis altered).

179.     As set forth above, the Muddy Waters Report revealed a multitude of evidence showing that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company had admitted in the 3Q21 press release – and included not just inactive stores and agents, but nonexistent ones.  The Muddy Waters Report also revealed evidence that KE Holdings had materially overstated its reported GTV and revenues during at least 2Q21 and 3Q21.

180.     In response to the Muddy Waters Report, the price of KE Holdings' ADSs tumbled 4.47% on unusually heavy trading volume, from a closing price of $18.68 per ADS on December 15, 2021, to an opening price of $17.96 per ADS on December 16, 2021.  The price of the Company's ADSs declined further during the trading day, as the market digested the Muddy Waters Report,

---

[18]     Muddy Waters tweeted a link to The Report at 8:48 EST on December 16, 2021.

trading as low as $17.72 per ADS – a total decline of 5.74% from the closing price on December 15, 2021.

181.   On Friday, December 17, 2021, after the close of the market, KE Holdings issued a press release, filed with the SEC on Form 6-K, attempting to address some, but not all, of the Muddy Waters Report.   For example, the press release stated that Muddy Waters' agent count was "incomplete" because "agents responsible solely for new home sales" could "in their discretion, [] opt out from the search results page" on the Company's "'Find Agent' function" (without explaining why an agent would have any reason to do so) – and did not even attempt to address Muddy Waters' evidence of ghost stores and clone stores.

182.   The press release also stated that KE Holdings' "Board of Directors ha[d] authorized the independent audit committee to conduct an internal review of the key allegations contained in the Muddy Waters' report, with assistance and advice from independent third-party advisors to be engaged by the audit committee."  The press release assured investors that "[t]he Company [would] provide updates on the internal review when appropriate."  Reflecting investors' dissatisfaction with the Company's incomplete response, the price of KE Holdings' ADSs fell to a closing price of $17.31 per ADS on Monday, December 20, 2021.

183.   Just six weeks later, on January 28, 2022, KE Holdings issued a press release announcing that its internal review of Muddy Waters' allegations was "substantially complete," and declaring that "the allegations in the Muddy Waters Report were not substantiated" – but failing to provide any supporting details.  Indeed, KE Holdings did not even provide the name of the "international law firm and forensic accounting experts" involved in the supposed internal review. To date, the Company had not released any additional information about the internal review.

### C.    Additional Scienter Allegations

184.    As alleged herein, the Exchange Act Defendants acted with scienter in that the Exchange Act Defendants knew, or at the very least were reckless in not knowing, that the public documents and statements they issued or disseminated in the name of the Company or in their own names during the Class Period were materially false and misleading when made; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.

185.    The Exchange Act Defendants, by virtue of their receipt of information reflecting the true facts regarding KE Holdings, their control over, and/or receipt and/or modification of KE Holdings' allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning KE Holdings, were active and culpable participants in the fraudulent scheme alleged herein.

186.    The Exchange Act Defendants knew and/or recklessly disregarded the false and misleading nature of the information which they caused to be disseminated to the investing public. The fraudulent scheme described herein could not have been perpetrated during the Class Period without the knowledge and complicity or, at least, the reckless disregard of the personnel at the highest levels of the Company, including the Executive Defendants (Yongdong, Tao, and Yigang).

187.    The Executive Defendants, by virtue of their high-level positions with the Company, directly participated in the management of the Company, were directly involved in the day-to-day operations of the Company at the highest levels, and were privy to confidential proprietary information concerning the Company and its business, operations, financial statements, and financial condition, as alleged herein.  The Executive Defendants had the ultimate authority over and were involved in drafting, producing, reviewing and/or disseminating the false and misleading statements

and information alleged herein, were aware, or recklessly disregarded, that the false and misleading statements regarding the Company were being issued, and approved or ratified these statements, in violation of the federal securities laws.

188. KE Holdings, as an entity, acted with corporate scienter throughout the Class Period because its officers, management, and agents had actual knowledge of the misrepresentations and omissions of material facts set forth herein (for which they had a duty to disclose), or acted with reckless disregard for the truth because they failed to ascertain and to disclose such facts, even though such facts were available to them. Such material misrepresentations and/or omissions were done knowingly or with recklessness, and without a reasonable basis, for the purpose and effect of concealing KE Holdings' true operating condition from investors.

189. The fact that in 3Q21, KE Holdings disclosed the numbers of "active stores" and "active agents" on its platform for each prior quarter during the Class Period gives rise to a strong inference that the Exchange Act Defendants had contemporaneous knowledge, at the time of their misstatements, that a material portion of the reported stores and agents on its platform were inactive. Indeed, it is implausible that the numbers of "active store" and "active agents" in previous quarters could have been determined retroactively.

190. The Exchange Act Defendants' lack of candor in response to the Muddy Waters Report, including: (i) their incomplete response; (ii) the speed with which the Company completed its purported internal review; and (iii) the Exchange Act Defendants' failure to release any details about the internal review, also supports a strong inference of scienter. Likewise, shortly after Muddy Waters issued its report, KE Holdings reportedly removed some of the information used by Muddy Waters from its platform. As shown in screenshots of the Company's platform that Muddy Waters posted to Twitter on January 12, 2022, "[e]ach store" on KE Holdings' platform "previously

displayed the number of agents, and also provided access to the names of the agents." But as of January 12, 2022, the number of agents, and the agents' names, were no longer publicly available on KE Holdings' platform. As Muddy Waters explained via Twitter, KE Holdings likely "chang[ed] its system" in an effort "to prevent further data collection" that would provide evidence of the Company's fraud.

191. In addition to the fraudulent scheme alleged herein, Muddy Waters uncovered evidence of additional improprieties at KE Holdings, which further contribute to an inference of scienter.

192. In particular, while Muddy Waters used the Company's reported commission rates to estimate that KE Holdings was overstating its revenues by approximately 77% during 2Q21 and 3Q21, Muddy Waters found evidence that the actual overstatement was likely greater because KE Holding's true commission rates were lower than reported. *See* Report at 11-12.

193. The evidence found by Muddy Waters included: (i) a 2020 blog post by "[a] former Lianjia agent . . . revealing that [KE Holdings'] company policy was to go as low as 2% on commissions"; and (ii) "field work" in "nine cities[,]" which included "discuss[ing] home purchases with Lianjia and connected store agents," and which reportedly found that "the average discounted commission rate was close to 2%[.]" *Id*. at 11. Muddy Waters also cited evidence that KE Holdings was inflating commission revenues by disguising franchised stores as Company-owned Lianjia stores, in order to improperly book gross commission revenues – instead of smaller franchise fees – from those stores. *Id*. at 12.

194. Finally, Muddy Waters pointed to evidence that KE Holdings was disguising its inflated revenues through a sham acquisition of Zhonghuan Real Estate Agency ("Zhonghuan"), which KE Holdings claimed to have paid RMB 1.8 billion to acquire in 2020. *Id*. at 42. KE

Holdings claimed to have "acquired 100% of Zhonghuan" in a two-part transaction, first paying "RMB 931 million for 62% of Zhonghuan on July 12, 2019[,]" and then paying "RMB 910 million for the remaining 38% in April 2020." *Id*.

195.    According to Muddy Waters however, "SAIC data" showed that in the first part of the transaction, KE Holdings only acquired 28%, while Tianjin Yunju Real Estate Agency – a likely straw entity, incorporated just six weeks earlier and controlled by an apparent Company proxy – acquired 33.6% of Zhonghuan, and "[w]ithin six months, . . . flipped its newly acquired . . . ownership" to KE Holdings, and then "deregistered." *Id*.  Muddy Waters posited that KE Holdings had "routed" its acquisition of Zhonghuan though a straw buyer in order to fraudulently inflate the purchase price, thereby gaining a mechanism to account for fake cash that was a byproduct of the Company's inflated revenues.  *Id*. at 44.

### D.    Loss Causation and Economic Loss

196.    During the Class Period, as detailed herein, the Exchange Act Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of KE Holdings ADSs and operated as a fraud or deceit on Class Period purchasers of KE Holdings ADSs by failing to disclose and misrepresenting the adverse facts detailed herein.  When the Exchange Act Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of KE Holdings ADSs fell precipitously as the prior artificial inflation dissipated.  As a result of their purchases of KE Holdings ADSs during the Class Period, Lead Plaintiff and the other Class members suffered economic loss, *i.e.*, damages, under the federal securities laws.

197.    By failing to disclose to investors the adverse facts detailed herein, the Exchange Act Defendants presented a misleading picture of KE Holdings' business and prospects.  The Exchange Act Defendants' false and misleading statements and omissions had the intended effect and caused

- 68 -

KE Holdings ADSs to trade at artificially inflated levels throughout the Class Period, reaching as high as $79.40 per ADS on November 16, 2020, the first day of the Class Period.

198.    The precipitous decline in the price of KE Holdings ADSs was a direct result of the nature and extent of the Exchange Act Defendants' fraud finally being revealed to investors and the market.  The timing and magnitude of the decline in the price of KE Holdings ADSs negates any inference that the loss suffered by Lead Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to the Exchange Act Defendants' fraudulent conduct.  The economic loss, *i.e.*, damages, suffered by Lead Plaintiff and the other Class members was a direct result of the Exchange Act Defendants' fraudulent scheme to artificially inflate the price of KE Holdings ADSs and the subsequent significant decline in the value of KE Holdings ADSs when the Exchange Act Defendants' prior misrepresentations and other fraudulent conduct were revealed.

### E.    A Presumption of Reliance Applies

199.    Lead Plaintiff is entitled to a presumption of reliance under the fraud-on-the market doctrine, because the market for KE Holdings' publicly traded ADSs was open, well-developed, and efficient at all times during the Class Period.  As a result of the materially false and misleading statements alleged herein, KE Holdings ADSs traded at artificially inflated prices during the Class Period.  Lead Plaintiff and other Class members purchased KE Holdings ADSs in reliance on the integrity of the market price of the securities and the market information relating to KE Holdings, and were damaged thereby.

200.    At all relevant times, the market for KE Holdings ADSs was efficient for at least the following reasons:

(a)    KE Holdings ADSs met the requirements for listing, and were listed and actively traded on the NYSE, a highly efficient, electronic stock market;

(b)      KE Holdings ADSs traded at volumes during the Class Period that reflected the impact of available information, and the trading price of the ADSs reacted promptly to publicly available news and information;

(c)      KE Holdings filed periodic public reports with the SEC and otherwise regularly communicated with analysts and investors using established market communication mechanisms, including press releases; and

(d)      Securities analysts and investors followed KE Holdings and issued reports on its prospects and performance, and information on KE Holdings regularly entered the marketplace and was reflected in the trading price of its ADSs.

201.      As a result, the market for KE Holdings ADSs promptly digested relevant information from publicly available sources and the trading price of the ADSs reflected such information.  Under these circumstances, all purchasers of KE Holdings ADSs during the Class Period suffered similar injury by purchasing the ADSs at artificially inflated prices and a presumption of reliance applies.

202.      A presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972).  Because the claims alleged are predicated in part upon omissions of material fact for which there was a duty to disclose, positive proof of reliance is not a prerequisite to recovery.  All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions.  Given the importance of the Exchange Act Defendants' material misstatements and omissions set forth above, that requirement is satisfied here.

**F.      The Safe Harbor Does Not Insulate Defendants' Representations**

203.      The statutory safe harbor for forward-looking statements under certain circumstances does not apply to any of the materially false and misleading statements or omissions alleged herein.

204.     *First*, the materially false and misleading statements and omissions relate to historical facts or existing conditions, and omissions are not protected by the statutory safe harbor.  Such false or misleading statements are not forward-looking because they: (i) relate to historical or current fact; (ii) implicate existing conditions; and (iii) do not contain projections of future performance or future objectives.  If any statements might be construed to touch on future intent, they are mixed statements of present fact and future intent and are not entitled to safe harbor protection with respect to the part that refers to the present.

205.     *Second*, any purported cautionary language was not meaningful and therefore was ineffectual because any risks warned of had already transpired and the language was boilerplate, was not specifically tailored to the risks at issue, did not change as risks evolved or conditions changed, and did not mention important factors of similar significance to those actually realized.

206.     *Third*, the Exchange Act Defendants are liable for any forward-looking statement identified as such (or otherwise) because they knew the statement was false or misleading when made.  Additionally, any such statement was authorized or approved by a defendant or executive officer who could bind any of the Exchange Act Defendants and who knew the statement was false or misleading when made.  All such false or misleading statements are accordingly attributable to KE Holdings and/or the other Exchange Act Defendants, whether identified as forward-looking or otherwise.

## VI.     ALLEGATIONS RELEVANT TO THE SECURITIES ACT CLAIMS

207.     The allegations set forth above in §§I-IV are incorporated by reference herein, except to the extent they sound in fraud.  The Securities Act allegations herein are based in strict liability and negligence, and Lead Plaintiff expressly disclaims any allegation or inference of fraud or scienter for these allegations.  The only statements and omissions actionable under Sections 11, 12(a)(2) and 15 of the Securities Act are those in the Secondary Offering Documents.

A.      **The Secondary Offering Documents Contained Inaccurate Statements of Material Fact and Omitted Material Information**

208.    The Secondary Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact, omitted to state other facts necessary to make the statements made not misleading, and were not prepared in accordance with the rules and regulations governing their preparation.

209.    The Secondary Offering Documents repeatedly highlighted the numbers of stores and agents on KE Holdings' platform, stating that, "*[a]s of September 30, 2020, there were more than 477,000 real estate agents and over 44,000 brokerage stores on [the Company's] platform* . . . ."

210.    The statements referenced above in ¶209 were materially false and misleading when made because they negligently failed to disclose that – as KE Holdings has now admitted: (i) at least 3,731 of the stores – *approximately 9.1%* – were not "active" stores; and (ii) at least 64,078 of the agents – *approximately 15.5%* – were not "active" agents.  In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.

211.    The Secondary Offering Documents further cited both "the number of real estate brokerage stores and agents on [KE Holdings'] platform and their activity level" as factors specifically affecting the Company's operating results:

Specific Factors Affecting Our Results of Operations

\*       \*       \*

**The growth in gross transaction value on our platform and platform service revenues are also affected by the number of real estate brokerage stores and agents on our platform and their activity level**.  Since the inception of our Beike platform, we have attracted an increasing number of real estate brokerage stores and agents to join our platform while maintaining high service quality.

- 72 -

212.    The Secondary Offering Documents likewise highlighted the importance of the

Company's "large and active network" of agents and brokerage stores, stating, in pertinent part:

> **We believe the large and active network of** real estate brokerage brands and their
> affiliated **stores and agents contributes significantly to the success of our platform**.

*        *        *

> **We believe a large and active network of agents, brokerage stores** and brokerage
> brands across China **provides a solid foundation for serving a large number of
> housing customers**.

*        *        *

> Through the agents, stores and brokerage brands on our platform, we are able to
> effectively hone local market expertise, generate leads and build relationships with
> our housing customers.

213.    The statements referenced above in ¶¶211-212 were materially false and misleading

when made for the reasons set forth in ¶210.  In addition, upon choosing to speak about the "activity

level" of the "brokerage stores and agents on [the Company's] platform" as a factor affecting KE

Holdings' "gross transaction value" and "revenues," and to speak about the Company's "large and

active network" of stores and agents as a factor that "provide[d] a solid foundation" and

"contribute[d] significantly to the success of [KE Holdings'] platform," Defendants assumed a duty

to speak completely and accurately.  Defendants' negligent failure to disclose that material portions

of both the stores and agents on KE Holdings' platform as of September 30, 2020 were inactive –

and in some cases, nonexistent – rendered these statements materially false and misleading.

214.    Similarly attributing the Company's success to how "actively" and "proactive[ly]"

agents and stores engaged with housing market participants, the Secondary Offering Documents

stated, in pertinent part:

> We believe our reputation for high-quality service among the large housing customer
> base and **our growing network of real estate brokerage stores and agents that
> transact actively on our platform** well position us to increase cooperation with
> existing and new real estate developers.

- 73 -

* * *

We believe our ***proactive engagement with platform participants both online and offline*** enables us to know them better and serve them better.

215.    The statements referenced above in ¶214 were materially false and misleading when made for the reasons set forth in ¶210 and because they negligently failed to disclose that a material portion of KE Holdings' "network of . . . brokerage stores and agents" did not "transact actively on [the Company's] platform" or "proactive[ly] engage[] with platform participants both online and offline[.]"

216.    The Secondary Offering Documents further described the "scale" of KE Holdings' network of agents and stores as both a "crucial indicator[] of [its] operations," and a "[k]ey [s]uccess [f]actor[]," stating as follows:

We believe ***the numbers of real estate brokerage stores and agents on our platform demonstrate our scale and are crucial indicators of our operations***.

* * *

***Key Success Factors***

The following are key factors to a successful integrated housing transactions and services platform in China:

• ***Scale and quality of agent and store network.  Agents and physical stores are fundamental to China's housing transactions and services market, playing a key role in helping brokerage service providers capture potential customers by serving as a gateway into local communities.  It is important to build an extensive agent and store network across brokerage brands***.  The platform's strong and unique value propositions to agents and store not only increase their stickiness to the platform, but also empower them to meet housing customers' evolving needs and establish trust with customers.  An extensive agent and store network with an effective and efficient collaboration mechanism allows the platform to maintain close relationships with both housing customers and other industry participants such as real estate developers and other home-related service providers.

217.    The statements referenced above in ¶216 were materially false and misleading when made for the reasons set forth in ¶210.  In addition, upon choosing to characterize "the numbers of

- 74 -

real estate brokerage stores and agents on [KE Holdings'] platform" as "crucial indicators of [the Company's] operations" that "demonstrate[d] [its] scale," to emphasize the "importan[ce] [of] build[ing] an extensive agent and store network," and to describe the "[s]cale and quality of [its] agent and store network" as a "[k]ey [s]uccess [f]actor[]," Defendants assumed a duty to speak completely and accurately. Defendants' negligent failure to disclose that material portions of both the stores and agents on KE Holdings' platform as of September 30, 2020 were inactive – and thus were not contributing to the Company's success – rendered these statements materially false and misleading. Likewise, although "[a]gents and physical stores [were] fundamental" to KE Holdings' business and "play[ed] a key role in . . . captur[ing] potential customers by serving as a gateway into local communities," Defendants negligently failed to disclose that material portions of both the physical stores and agents on KE Holdings' platform as of September 30, 2020 were inactive – and in some cases, nonexistent.

218. Under a heading listing the Company's "[s]trengths," the Secondary Offering Documents characterized KE Holdings' brokerage stores as its "competitive advantage," stating, in pertinent part:

> ***Our offline stores serve as an entry point for our customers to our platform*** as they are conveniently located within the communities ***and at the same time have become our competitive advantage in the industry***.

219. The statement referenced above in ¶218 was materially false and misleading when made for the reasons set forth in ¶210 and because it negligently failed to disclose that a material portion of the "offline stores" on KE Holdings' platform as of September 30, 2020 were not providing a "competitive advantage" for the Company because those stores were inactive – and in some cases, nonexistent.

220.    The Secondary Offering Documents referenced hypothetical risks associated with "inaccuracies" in the Company's "key operating metrics," including the "number of . . . brokerage stores and agents on [its] platform," stating as follows:

> ***We rely on certain key operating metrics to evaluate the performance of our business, and real or perceived inaccuracies in such metrics may harm our reputation and negatively affect our business***.
>
> ***We rely on certain key operating metrics, such as GTV, and the number of real estate brokerage stores and agents on our platform among other things, to evaluate the performance of our business***. Our operating metrics may differ from estimates published by third parties or from similarly titled metrics used by other companies due to differences in methodology and assumptions. We calculate these operating metrics using internal company data. ***If we discover material inaccuracies in the operating metrics we use***, or if they are perceived to be inaccurate, our reputation may be harmed and our evaluation methods and results may be impaired, which could negatively affect our business. If investors make investment decisions based on operating metrics we disclose that are inaccurate, we may also face potential lawsuits or disputes.

221.    The statements referenced above in ¶220 were materially false and misleading when made because they negligently portrayed "inaccuracies" in "key operating metrics," including "the number[s] of . . . brokerage stores and agents on [the Company's] platform," as hypothetical future risks, when in truth, the numbers of stores and agents as of September 30, 2020 that KE Holdings provided in the Secondary Offering Documents were presently inaccurate. As KE Holdings has now admitted: (i) at least 3,731 of the stores – ***approximately 9.1%*** – were not "active" stores; and (ii) at least 64,078 of the agents – ***approximately 15.5%*** – were not "active" agents. In addition, Muddy Waters uncovered substantial evidence that the reported numbers of stores and agents on KE Holdings' platform were even more significantly inflated than the Company has admitted, and included not just inactive stores and agents, but nonexistent ones.

## VII.    CLASS ACTION ALLEGATIONS

222.    Lead Plaintiff brings this action as a class action under Federal Rules of Civil Procedure 23(a) and 23(b)(3) on behalf of all those who purchased or otherwise acquired KE

Holdings ADSs: (i) pursuant or traceable to the Offering Documents, including purchasers who were successfully solicited by any defendant, seeking to pursue remedies under the Securities Act; and (ii) during the Class Period, seeking to pursue remedies under the Exchange Act (collectively, the "Class"). Excluded from the Class are Defendants and their families; officers, directors and affiliates of Defendants and members of their immediate families at all relevant times; legal representatives, heirs, successors or assigns of any of the foregoing; and any entity in which any Defendant has or had a controlling interest.

223. The members of the Class are so numerous that joinder of all members is impracticable. KE Holdings ADSs are actively traded on the NYSE and millions of shares were sold in the Secondary Offering. While the exact number of Class members is unknown to Lead Plaintiff at this time and can only be ascertained through discovery, there are likely hundreds, if not thousands, of members in the Class. Record owners and other Class members may be: (i) identified from records maintained by KE Holdings or its transfer agent; (ii) notified of the pendency of this action using a form of notice customarily used in securities class actions; and (iii) given an opportunity to exclude themselves from the Class.

224. Common questions of law and fact exist as to all Class members that predominate over any questions solely affecting individual Class members, including:

(a) whether Defendants violated the Securities Act and/or the Exchange Act;

(b) whether Defendants misrepresented or omitted material information in the Offering Documents and/or during the Class Period; and

(c) whether and to what extent Class members have sustained damages, as well as the proper measure of damages.

225. Lead Plaintiff's claims are typical of the claims of the Class, as all Class members were similarly affected by Defendants' conduct.

226. Lead Plaintiff will fairly and adequately protect the interests of Class members and has retained counsel competent and experienced in securities class actions.

227. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, because the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it exceedingly difficult, if not impossible and impracticable, for Class members to individually redress the wrongs alleged. There will be no difficulty in managing this action as a class action.

## VIII. CLAIMS

### A. COUNT I: For Violations of Section 10(b) of the Exchange Act and Rule 10b-5 (Against the Exchange Act Defendants)

228. Lead Plaintiff repeats, incorporates, and realleges each and every allegation set forth above, except those that disclaim fraud or scienter, as if fully set forth herein.

229. This Count is brought pursuant to Section 10(b) of the Exchange Act, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5, on behalf of the Class, against the Exchange Act Defendants (*i.e.*, KE Holdings and the Executive Defendants).

230. During the Class Period, the Exchange Act Defendants carried out a plan, scheme, and course of conduct which was intended to, and did: (i) deceive the investing public, including Lead Plaintiff and other Class members, as alleged herein; and (ii) cause Lead Plaintiff and other Class members to purchase KE Holdings ADSs at artificially inflated prices.

231. During the Class Period, the Exchange Act Defendants disseminated or approved the materially false and misleading statements specified above, which they knew or deliberately

disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

232. The Exchange Act Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's ADSs during the Class Period.

233. As alleged herein, the Exchange Act Defendants acted with scienter in that they knew that the public documents and statements they issued, approved, or otherwise disseminated were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.

234. Additionally, the Exchange Act Defendants participated in the fraudulent scheme alleged herein by virtue of their receipt of information reflecting the true facts, their control over the allegedly materially false and misleading statements and omissions, and their access to nonpublic information.

235. Lead Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for KE Holdings ADSs. Lead Plaintiff and the Class would not have purchased KE Holdings ADSs at the prices they paid, or at all, had they been aware that the market prices had been artificially and falsely inflated by the Exchange Act Defendants' misleading statements and/or omissions.

236.    As a direct and proximate result of the Exchange Act Defendants' wrongful conduct, Lead Plaintiff and the other members of the Class suffered damages in connection with their purchases of KE Holdings ADSs during the Class Period.

**B.    COUNT II:  For Violations of Section 20(a) of the Exchange Act (Against the Executive Defendants)**

237.    Lead Plaintiff repeats, incorporates, and realleges each and every allegation set forth above, except those that disclaim fraud or scienter, as if fully set forth herein.

238.    This Count is brought pursuant to Section 20(a) of the Exchange Act, 15 U.S.C. §78t(a), on behalf of the Class, against the Executive Defendants.

239.    The Executive Defendants acted as controlling persons of KE Holdings within the meaning of Section 20(a) of the Exchange Act, as alleged herein.  By virtue of their positions as officers and/or directors of KE Holdings, the Executive Defendants had, and exercised, power and authority to cause KE Holdings to engage in the wrongful conduct complained of herein.

240.    As set forth above, KE Holdings and the Executive Defendants violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint.  Moreover, by virtue of their positions as controlling persons, the Executive Defendants are liable pursuant to Section 20(a) of the Exchange Act for KE Holdings' Section 10(b) and Rule 10b-5 violations.  To the extent necessary, each of the Executive Defendants culpably participated in the underlying violation given their knowledge of and/or involvement in the wrongful conduct alleged herein.

241.    As a direct and proximate result of the Executive Defendants' wrongful conduct, Lead Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's ADSs during the Class Period.  By reason of such conduct, the Executive Defendants are liable pursuant to Section 20(a) of the Exchange Act.

**C.      COUNT III:  For Violations of Section 11 of the Securities Act
(Against All Defendants)**

242.     Lead Plaintiff repeats, incorporates, and realleges each and every allegation set forth above, other than those that allege fraud or scienter, as if fully set forth herein.

243.     This Count is brought pursuant to Section 11 of the Securities Act, 15 U.S.C. §77k, on behalf of the Class, against all Defendants.  This Count does not allege, and does not intend to allege, fraud or scienter, which are not elements of a Section 11 claim, and any implication of fraud or scienter is disclaimed.

244.     The Registration Statement, which was incorporated in and formed part of the Secondary Offering Documents, contained inaccurate and misleading statements of material fact, omitted facts necessary to render statements therein non-misleading, and omitted to state material facts required to be stated therein.

245.     KE Holdings was the registrant for the Secondary Offering.  As an issuer of securities to the public, KE Holdings is strictly liable to Lead Plaintiff and the Class for the misstatements and omissions.

246.     The Individual Defendants each signed and/or authorized the signing of the Registration Statement.  Each of the Individual Defendants had a duty to make a reasonable and diligent investigation of the truthfulness and accuracy of the statements contained in the Registration Statement.  They had a duty to ensure that such statements were true and accurate, that there were no omissions of material fact that would make the statements misleading, and that the Registration Statement contained all facts required to be stated therein.  By virtue of the Individual Defendants' failure to exercise reasonable care, the Registration Statement contained material misstatements and/or omissions of material facts.  As such, the Individual Defendants are strictly liable to Lead Plaintiff and the Class.

247. The Underwriter Defendants failed to perform adequate due diligence in connection with their role as underwriters and were negligent in failing to ensure that the Registration Statement for the Secondary Offering was prepared properly and accurately. The Underwriter Defendants' failure to conduct an adequate due diligence investigation was a substantial factor leading to the harm complained of herein. As such, the Underwriter Defendants are strictly liable to Lead Plaintiff and the Class.

248. Defendants were responsible for the contents and dissemination of the Registration Statement. None of the Defendants made a reasonable investigation or possessed reasonable grounds to believe that the statements in the Secondary Offering Documents were complete, accurate or non-misleading.

249. By reason of the conduct herein alleged, each Defendant violated, and/or controlled a person who violated, Section 11 of the Securities Act.

250. Lead Plaintiff and the other members of the Class purchased KE Holdings ADSs pursuant and/or traceable to the Registration Statement for the Secondary Offering and have sustained damages as a result. The price of the ADSs has declined substantially subsequent and due to Defendants' violations.

251. At the time of their purchases of KE Holdings ADSs, Lead Plaintiff and other members of the Class were without knowledge of the facts concerning the wrongful conduct alleged herein, and could not have reasonably discovered those facts prior to the disclosures herein.

252. Less than one year has elapsed from the time that Lead Plaintiff discovered, or reasonably could have discovered, the facts upon which this claim is based to the time this action was filed. Less than three years has elapsed between the time the securities were offered to the public and the time this action was filed.

**D.      COUNT IV:  For Violations of Section 12(a)(2) of the Securities Act (Against All Defendants)**

253.      Lead Plaintiff repeats, incorporates, and realleges each and every allegation set forth above, other than those that allege fraud or scienter, as if fully set forth herein.

254.      This Count is brought pursuant to Section 12(a)(2) of the Securities Act, 15 U.S.C. §77l, on behalf of the Class, against all Defendants.  This Count does not allege, and does not intend to allege, fraud or scienter, which are not elements of a Section 12(a)(2) claim, and any implication of fraud or scienter is disclaimed.

255.      By means of the defective Secondary Offering Prospectus, Defendants promoted and sold KE Holdings ADSs to Lead Plaintiff and other members of the Class.

256.      The Underwriter Defendants participated in the preparation and dissemination of the defective and inaccurate Secondary Offering Prospectus for their own financial benefit.  But for their participation in the Secondary Offering, including their solicitation, the Secondary Offering could not, and would not, have been accomplished.  Specifically, the Underwriter Defendants:

(a)      made the decision to conduct the Secondary Offering and do it at the price set forth in the Secondary Offering Prospectus.  The Underwriter Defendants drafted, revised and/or approved the Secondary Offering Prospectus and participated in its being declared effective by the SEC.  The Secondary Offering Prospectus was calculated to create interest in KE Holdings ADSs and was widely distributed by, or on behalf of, the Underwriter Defendants for that purpose; and

(b)      conceived and planned the Secondary Offering and orchestrated all activities necessary to affect the sale of KE Holdings ADSs to the investing public by issuing, promoting and supervising the distribution and ultimate sale of KE Holdings ADSs to the investing public.

257.      The Secondary Offering Prospectus contained untrue statements of material fact, and/or concealed or failed to disclose material facts, as detailed above.  Defendants owed Lead

Plaintiff and the other members of the Class who purchased KE Holdings ADSs pursuant to the Secondary Offering Prospectus the duty to make a reasonable and diligent investigation of the statements contained in the Secondary Offering Prospectus to ensure that such statements were true and that there was no omission to state a material fact required to be stated in order to make the statements contained therein not misleading.

258.    Lead Plaintiff did not know, nor in the exercise of reasonable diligence could have known, of the untruths and omissions contained in the Secondary Offering Prospectus at the time Lead Plaintiff acquired KE Holdings ADSs.

259.    By reason of the conduct alleged herein, Defendants violated Section 12(a)(2) of the Securities Act.  As a direct and proximate result of such violations, Lead Plaintiff and the other members of the Class who purchased KE Holdings ADSs pursuant to the Secondary Offering Prospectus sustained damages in connection with their purchases.  Accordingly, Lead Plaintiff and the other members of the Class who hold the ADSs issued pursuant to the Secondary Offering Prospectus have the right to rescind and recover the consideration paid for their shares, and hereby tender their ADSs to the defendants sued herein.  Class members who have sold their ADSs seek damages to the extent permitted by law.

### E.    COUNT V:  For Violations of Section 15 of the Securities Act (Against the Individual Defendants)

260.    Lead Plaintiff repeats, incorporates, and realleges each and every allegation set forth above, other than those that allege fraud or scienter, as if fully set forth herein.

261.    This Count is brought pursuant to Section 15 of the Securities Act, 15 U.S.C. §77o, on behalf of the Class, against the Individual Defendants.  This Count does not allege, and does not intend to allege, fraud or scienter, which are not elements of a Section 15 claim, and any implication of fraud or scienter is disclaimed.

262.    The Individual Defendants each were control persons of KE Holdings by virtue of their positions as directors and/or senior officers of KE Holdings.  The Individual Defendants each had a series of direct and/or indirect business and/or personal relationships with other directors and/or officers and/or major shareholders of KE Holdings.

263.    The Individual Defendants each were culpable participants in the primary violations of Sections 11 and 12(a)(2) of the Securities Act alleged herein, based on their having signed or authorized the signing of the Secondary Offering Documents and having otherwise participated in the process which allowed the Secondary Offering to be successfully completed.

## IX.    PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiff prays for relief and judgment, as follows:

A.      Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure and certifying the Class accordingly, designating Lead Plaintiff as class representative, and appointing Lead Counsel as Class Counsel;

B.      Awarding Lead Plaintiff and the Class compensatory damages against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, together with interest thereon;

C.      Awarding rescission or a rescissory measure of damages, to the extent available under the Securities Act, together with prejudgment interest thereon;

D.      Awarding Lead Plaintiff and the Class their reasonable costs and expenses incurred in this action, including, but not limited to, counsel and expert fees; and

E.      Granting such other, further and/or different relief as the Court deems just and proper.

### JURY TRIAL DEMAND

Lead Plaintiff hereby demands a trial by jury.

DATED:  June 17, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN


*/s/ Erin W. Boardman*
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

**CERTIFICATE OF SERVICE**

I, Erin W. Boardman, hereby certify that on June 17, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Erin W. Boardman
ERIN W. BOARDMAN

# EXHIBIT A



**Muddy Waters Capital LLC**
info@muddywatersresearch.com
Director of Research: Carson C. Block

**These Terms of Use govern current reports published by Muddy Waters Research and supersede any prior Terms of Use for older reports of Muddy Waters Research, which you may download from the Muddy Waters Research's website.**

The reports on this website have been prepared by Muddy Waters Capital LLC ("Muddy Waters Capital"). We refer to Muddy Waters Research and Muddy Waters Capital collectively as "Muddy Waters" and individually these entities are referred to as a "Muddy Waters Entity". **You should assume that, as of the publication date of a Muddy Waters report, Muddy Waters Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Muddy Waters Related Persons clients and/or investors and/or their clients and/or investors have a short position in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore stand to realize significant gains in the event that the prices of either equity or debt securities of a Covered Issuer decline or appreciate.** Muddy Waters Research, Muddy Waters Capital and/or the Muddy Waters Related Persons intend to continue transacting in the securities of Covered Issuers for an indefinite period after an initial report on a Covered Person, and such person may be long, short, or neutral at any time hereafter regardless of their initial position and views as stated in the research report published by Muddy Waters Research or Muddy Waters Capital. Neither Muddy Waters Research nor Muddy Waters Capital will update any report or information on its website to reflect changes in positions that may be held by a Muddy Waters Related Person. Each report specifies the publisher and owner of that report. All reports are for informational purposes only. Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.

Muddy Waters Research is an online research publication that produces due diligence-based reports on publicly traded securities, and Muddy Waters Capital LLC is an investment adviser registered with the U.S. Securities and Exchange Commission. The reports are the property of the applicable Muddy Waters Entity that published that report. This website is owned by Muddy Waters Research. The opinions, information and reports set forth herein are solely attributable to the applicable Muddy Waters Entity and are not attributable to any Muddy Waters Related Person (defined below) (other than the applicable Muddy Waters Entity).

By downloading from, or viewing material on this website, you agree to the following Terms of Use. You agree that use of the research on this website is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Muddy Waters Research, Muddy Waters Capital and its affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Muddy Waters Related Persons") for any direct or indirect losses (including trading losses) attributable to any information on this website or in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this website. You further agree that you will not communicate the contents of reports and other materials on this site to any other person unless that person has agreed to be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website on your own behalf, you agree to and shall be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website as an agent for any other person, you are binding your principal to these same Terms of Use.

This is not an offer to sell or a solicitation of an offer to buy any security. Neither Muddy Waters Research nor any Muddy Waters Related Person (including Muddy Waters Capital) are offering, selling or buying any security to or from any person through this website or reports on this website. Muddy Waters Research is affiliated with Muddy Waters Capital. Muddy Waters Capital is an investment adviser with the U.S. Securities and Exchange Commission and is not registered as investment adviser in any other jurisdiction. Muddy Waters Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Muddy Waters Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Muddy Waters Capital has no such knowledge about you.

If you are in the United Kingdom, you confirm that you are accessing research and materials as or on behalf of: (a) an investment professional falling within Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (b) high net worth entity falling within Article 49 of the FPO (each a "Permitted Recipient"). In relation to the United Kingdom, the research and materials on this website are being issued only to, and are directed only at, persons who are Permitted Recipients and, without prejudice to any other restrictions or warnings set out in these Terms of Use, persons who are not Permitted Recipients must not act or rely on the information contained in any of the research or materials on this website.

The research and reports presented on this website express the opinion of the applicable Muddy Waters Entity only. Reports are based on generally available information, field research, inferences and deductions through the applicable Muddy Waters Entity's due diligence and analytical process. To the best of the applicable Muddy Waters Entity's ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources that the applicable Muddy Waters Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied. With respect to their respective research reports, Muddy Waters Research and Muddy Waters Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any report on this site contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and neither Muddy Waters Research nor Muddy Waters Capital undertakes to update or supplement any reports or any of the information, analysis and opinion contained in them.

In no event shall Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information on this website. This limitation of liability applies regardless of any negligence or gross negligence of Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons. You accept all risks in relying on the information on this website.

You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link: http://www.muddywatersresearch.com/research/. If you have obtained research published by Muddy Waters Research or Muddy Waters Capital in any manner other than by download from that link, you may not read such research without going to that link and agreeing to the Terms of Use. You further agree that any dispute between you and Muddy Waters Research and its affiliates arising from or related to this report and / or the Muddy Waters Research website or viewing the material hereon shall be governed by the laws of the State of California, without regard to any conflict of law provisions. You knowingly and independently agree to submit to the personal and exclusive jurisdiction of the state and federal courts located in San Francisco, California and waive your right to any other jurisdiction or applicable law, given that Muddy Waters Research and its affiliates are based in San Francisco, California. The failure of Muddy Waters Research or Muddy Waters Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Muddy Waters Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to this website or the material on this website must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.

Page 1 of 77

| Report Date: December 16, 2021 | Industry: Real Estate Services |
|---|---|
| Company:<br>KE Holdings Inc.<br><br>Ticker:<br>BEKE US | Stock Price: $18.68<br><br>Market Cap: $22.2 billion<br><br>Average Daily Volume (3-month): $196.6 million |

**BEKE: Luckin Coffee's for *These* Closers!**

**Summary**

We are short BEKE because we conclude the Company is engaged in systemic fraud, **by our estimate, inflating its new home sales GTV by over ~126%** and its commission revenues by approximately ~77–96%.  We found massive discrepancies between the transaction volumes, store count and agent count reported to investors and the transaction data from our multi-month data collection program from BEKE's platform.  We corroborated these discrepancies by spot-checking our findings through primary due diligence on BEKE's stores, including field interviews and site visits.

BEKE's mantra, oft repeated on Company earnings calls, is "doing the right thing, even if it is difficult."  Nothing could seem further from the truth.  Put simply, we found massive fraud, including a **likely sham acquisition** seemingly designed to mask the fraudulent revenues.  Our field work found **ghost stores, clone stores** and undisclosed schemes to inflate revenues by round tripping cash through connected brokerages.  Similar to Luckin Coffee, this is a real business with significant amounts of fraud.  The following is a road map through BEKE's multivariate fraud.

**GTV and Revenue Inflation**.  BEKE claims to operate China's leading integrated housing transaction platform.  BEKE's value proposition is built on its claim to have the leading market share, measured by gross transaction value (GTV), in brokered housing transactions in China. The Company claims a market leading GTV in existing and new home sales through its in-house brokerage (Lianjia) and its connected stores.  BEKE also claims a GTV growth rate that vastly outperforms the underlying housing market.

We wrote a program to collect the transaction data on BEKE's platform.  This is a similar approach to how we researched JOYY and GOTU.  Then we spot-checked the results through field interviews, site visits and physical store checks.  The results showed that BEKE, in our opinion, is massively inflating the GTV of new home sales on its platform and the commission revenues derived therefrom.  Based on data collected from BEKE's platform over the third quarter and extrapolated from half of the second quarter of 2021, we estimate that BEKE's platform GTV was only RMB 1,177 billion in 2Q-3Q 2021, roughly a ~**65% inflation** of the claimed GTV over the 2Q-3Q period.  In the critical new home sales category, the primary driver of BEKE's revenue, we estimate that BEKE **overstated GTV by ~126% in 2Q-3Q 2021**.

| RMB BN | 2Q 21 | 3Q 21 | 2Q-3Q 2021 |
|---|---|---|---|
| Reported home sales GTV | 1,150 | 788 | 1,939 |
| Home sales GTV estimate from collected data | 656 | 521 | 1,177 |
| **Inflated %** | **75%** | **51%** | **65%** |

Our platform data collection showed massive exaggeration of GTV, but even this might understate the magnitude of the deception, as our field work and site visits indicate that the platform contains a significant inflation of stores and agents.

Because BEKE's commission revenue is a function of its GTV, and principally BEKE's new home sales GTV, we conclude from our estimates that BEKE's revenues are significantly inflated even at BEKE's reported commission rates. However, based on field work and agent interviews, we believe that BEKE's real commission rates are lower than claimed. We estimate that **BEKE's revenues are inflated by approximately ~77–96%**. We also found evidence that the Company is round- tripping cash to franchised brokerages in order to artificially inflate commission revenues.

**Ghost Stores: Field Work Shows Fake Stores on BEKE's Platform**. The graph below uses BEKE's reported numbers to show the relationship between stores and agents on the platform on one hand, and the resulting reported revenue on the other. It is clear that the number of agents and stores drives revenue. However, we conclude that far fewer stores and agents use the platform (or even exist) than BEKE claims.



**Purported Growth in Revenue and GTV Supposedly Fueled by Growth in Agents and Stores**

Our data collection of BEKE's platform indicates that the reported total store count at the end of 2Q was inflated at least 23%. However, this likely understates the true extent of the deception.

Field work and site visits to the stores on the platform show a pattern of ghost stores among brokerages that are listed by BEKE as "active" on its platform, and yet were shut down or nonexistent when visited. Accordingly, we believe that BEKE operates far fewer brokerages than even the count on its platform shows.

One example is the Zhonghuan store at Nanchang Ershishanzhong, which was shown to be 'active' on its platform, with close to 100 properties listed for sale from that brokerage. But when our investigator visited the address for the store from its SAIC registration, they found a derelict and abandoned store front located in a former gate guard's room.

**Ershishanzhong Store Registered Address**



*Source: Screenshot of SAIC Registration Displayed on BEKE's Platform and MW Investigator's Photo*

In another example in Sanhe Langfang, we found two separate active stores on the platform at the exact same location. Upon visiting the store, the agent confirmed to our investigator that the two stores had been folded in to one, despite both appearing as two separate and distinct brokerages on BEKE's platform.

**Only one Lianjia Store was found following the directions**



*Source: Site Visits:  Langfang Tianyangcheng branches No. 2 and 15 are the same store*

Where we should have found two stores, we only found one.  And this was far from the only instance in which site visits and field work uncovered one store masquerading as two or more stores on the platform.

Of the 51 Lianjia stores we should have found in Langfang, **19 were ghost stores**.  In this city alone, site visits and field work indicate that BEKE overstated the store count by 59%.  We believe that Langfang is representative of the Company's web of lies, and that such **ghost stores are endemic**.

We even found a pattern of **clone stores**, in which multiple stores appear on BEKE's platform with the same or similar location.  Field work indicates that despite the appearance of multiple active stores, often only one exists in practice. This pattern of clone stores is powerful evidence supporting our conclusion that there are far fewer stores than appear on BEKE's platform, meaning that BEKE's exaggeration of its store count to investors is likely far more egregious than even the platform data suggests.

**Sham Acquisition**.  One of the hallmarks of US-listed Chinese companies that have collapsed amid evidence of fraud is the use of sham transactions to funnel shareholder money and burn off non-existent cash balances.  Typically, the company overstates the value of an acquired asset, sometimes secretly purchased from proxies connected to insiders.  Here we found an example that we think is textbook.  SAIC data show that BEKE routed part of an acquisition through a straw buyer controlled by likely proxies,[1] a trick we have seen many times among US-listed Chinese companies to inflate the purchase price of the asset.

**Even Agent Count Overstated**.

BEKE's is a multivariate fraud, with layers of deception metastasizing throughout its business and representations to investors.  Our data collection of BEKE's platform indicates that the agent count BEKE reported in its IPO prospectus, secondary offering, and other financial reports is substantially inflated.  But much like the store count, field work and independent evidence from government real estate registries suggest that the agent count is even more exaggerated than appears at first.

For example, in BEKE's primary market, Shanghai, it claims to have 21,000 agents.  But SAIC data for its three Shanghai brokerage subsidiaries show only 9,998 employees, **indicating that BEKE is significantly inflating its agent count**.  We see the same pattern when we compare BEKE's disclosures with independent records from the Company's other key market, Beijing.

BEKE has made it clear that GTV and revenues are a function of the number of agents it employs, meaning that such agent overstatement tracks closely with other independent data points showing GTV and revenue exaggeration.

Ultimately, we think BEKE is defrauding the capital markets by exaggerating its GTV, new home sales, revenues, agents, and stores.

**Data Collected from BEKE's Platform Indicates Massive New Home GTV and Revenue Fabrication**

We wrote a program to collect the transaction data on BEKE's platform and spot-checked the results with public record searches, field interviews, site visits, and physical store checks.  (See Appendix I for a description of the methodology of collection and estimation.)  We conclude that BEKE is massively inflating the GTV of new and existing home sales on its platform and the commission revenues derived therefrom.  Our estimate from the data collected from BEKE's platform indicates that that BEKE's platform GTV was only RMB 1,177 billion in 2Q-3Q 2021, roughly a ~**65% inflation** of the claimed GTV over that six-month period.  In the critical new home sales category, the primary driver of revenues, we estimate that BEKE overstated GTV by ~**126%** in 2Q-3Q 2021.[2]

BEKE's foundational claim to investors is that it operates China's leading integrated housing transaction platform for the sale of new and existing homes.  BEKE claims that its "platform playbook" enables the digitization of housing transactions through its agent cooperation network (ACN), a SAAS residential real estate platform that captures online and offline sales transactions for new and existing homes in China by Company owned Lianjia brokerages and connected stores.[3]

---

[1] SAIC data is from QiChaCha.

[2] Our program captured the transaction data on BEKE's platform from May 25 to October 22, 2021.  Please see Appendix I for data collection methodology.

[3] BEKE, F-1 Prospectus and 2020 Annual Report



Source: BEKE August 2021 investor presentation[4]

BEKE's platform primarily generates revenues through commissions from the sale of new and existing homes through two networks of real estate brokerages: 1) Company-owned Lianjia stores, and 2) brokerages that are supposedly not owned by the Company but sell homes through BEKE's platform (e.g. Deyou and other brokerage brands).

BEKE claims that as its market share of home transactions through its platform grows, this ballooning GTV will produce network effects allowing BEKE greater pricing power for fees and commissions. Management referred to such network effects as creating a "self-reinforcing virtual cycle of efficiency and stack scalability…"[5] which further enhances the appeal of the platform. Thus, most analysts cite GTV as the primary driver of BEKE's prospects and its stock price.

To assess the authenticity of BEKE's reported GTV and associated commission revenues, we wrote a program to collect the publicly available booking data on BEKE's platform. Details of its methodology are in **Appendix I**.

The program begins with the Find Agent function in the app. After finding the agents, it collects the stores with which they are affiliated and the store information. Then it collects the transaction information and other transaction details that are included in its code. The BEKE's platform contains at least 15 collectable data points, including the total number of new and existing home sales on the platform. The Lianjia and Deyou agents with whom we spoke also confirmed that the transactions posted on the external network match up with sales transactions on their internal network.[6] We collected and analyzed code and detailed transaction data accessible via BEKE's external platform from May through mid-November 2021, enabling us to compare BEKE's claimed GTV over that period to the GTV evidenced by the data on BEKE's platform.

To verify that our collected data was comprehensive, we compared the key metrics from the data we collected from the platform with BEKE's SEC disclosures. BEKE reported connecting with 278 real estate brokerage brands other than Lianjia.[7] In our July data collection, we identified 310 brands. BEKE stated that its Lianjia stores operate in 29 cities in China.[8] Our collected data captured Lianjia brokerage transaction data in 29 cities. BEKE reported that its

---

[4] https://s25.q4cdn.com/166451781/files/doc_financials/2021/q2/BEKE-2Q21-Investor-Presentation.pdf
[5] BEKE, Q1 2021 Earnings Call, May 19, 2021.
[6] The main differences between the internal and external platform data displayed was that the externally displayed data did not show buyer and seller information and the transaction postings would be delayed by about two weeks to prevent outside buyers or agents from trying to interfere with the transaction, i.e. poach sales.
[7] BEKE 2020 20-F, p.60
[8] BEKE 2020 20-F, p.60

platform includes connected brokerages in "more than 100 economically vibrant cities in China."[9]  We collected transaction data from connected and franchise stores with agents for 142 cities, including Beijing and Shanghai.

BEKE claimed that the GTV on its platform from home sales was RMB 1,150 billion and RMB 788 billion in 2Q 2021 and 3Q 2021, respectively.  However, the data collected from BEKE's platform implies 3Q platform GTV of RMB 521 billion, compared to a reported RMB 788 billion, a ~51% overstatement.  Adjusting for the partial Q2 data, using company favorable assumptions yielded an estimated ~75% overstatement.  Our combined estimate for Q2-Q3 is that BEKE inflated its reported platform GTV by **roughly ~65%**.

| RMB BN | 2Q 21 | 3Q 21 | 2Q-3Q 2021 |
|---|---|---|---|
| Reported home sales GTV | 1,150 | 788 | 1,939 |
| Home sales GTV estimate from collected data | 656 | 521 | 1,177 |
| **Inflated %** | **75%** | **51%** | **65%** |

*Source: MW Data Collection*

### a. New Home Sales GTV Inflated by ~126%

BEKE claims that its GTV from **new home sales** on its platform was RMB 908 billion in Q2-Q3, 2021.[10]  Based on the number of new home sales collected and the average sales price reported by BEKE, we estimate that BEKE's actual GTV from new home sales was only RMB 402 million, **indicating that BEKE likely inflated new home GTV by at least approximately ~126%**.

The methodology for comparing BEKE's claims against the data we collected for new home sales on its platform was straightforward and required few assumptions.  We collected data covering late May through mid-November 2021, which gave us the number of new home transactions on the platform during that period for both Lianjia and connected brokerages.  We then multiplied this transaction data by the new home prices previously disclosed by BEKE, which given the exaggeration evident throughout BEKE's business, is company favorable.

In its SEC filings, BEKE disclosed the average price per new home transaction on its platform for both Company owned and connected brokerages in 2020.  For Lianjia, BEKE disclosed GTV and the number of transactions, which yield an average price of RMB 2.06 million per new home.  For the connected brokerages, BEKE numbers equate to an average price of RMB 1.4 million per new home.[11]  Independent housing data shows that the price of new homes in China has remained flat from 2020 to 2021.[12]  Accordingly, we use the average prices for 2020 reported by BEKE in its SEC filings to estimate the associated Q2 and Q3 2021 GTV from the collected transaction data.

The table below shows the number of new home transactions collected from BEKE's platform for Lianjia stores for two overlapping 76-day windows.[13]

**Lianjia-New Home Sales**

---

[9] BEKE 2020 20-F, p.54
[10] BEKE 6-K, August 12, 2021, November 9, 2021
[11] BEKE 2020 20-F, pp. 91, 99
[12] https://www.creprice.cn/
[13] The data from the BEKE platform is available in 76-day increments.

| May 25, 2021 - Aug 8, 2021 | | | | June 30, 2021 - Sep 13, 2021 | | | |
|---|---|---|---|---|---|---|---|
| Ref. | City | | # of transactions | Ref. | City | | # of transactions |
| 1 | Dalian | 大连 | 1,119 | 1 | Dalian | 大连 | 1,144 |
| 2 | Shenyang | 沈阳 | 680 | 2 | Shenyang | 沈阳 | 660 |
| 3 | Jinan | 济南 | 1,082 | 3 | Jinan | 济南 | 782 |
| 4 | Chengdu | 成都 | 4,180 | 4 | Chengdu | 成都 | 4,240 |
| 5 | Zhengzhou | 郑州 | 1,046 | 5 | Zhengzhou | 郑州 | 745 |
| 6 | Changsha | 长沙 | 432 | 6 | Changsha | 长沙 | 339 |
| 7 | Qingdao | 青岛 | 585 | 7 | Qingdao | 青岛 | 495 |
| 8 | Foshan | 佛山 | 209 | 8 | Foshan | 佛山 | 181 |
| 9 | Nanjing | 南京 | 787 | 9 | Nanjing | 南京 | 699 |
| 10 | Yantai | 烟台 | 522 | 10 | Yantai | 烟台 | 403 |
| 11 | Guangzhou | 广州 | 659 | 11 | Guangzhou | 广州 | 664 |
| 12 | Shijiazhuang | 石家庄 | 337 | 12 | Shijiazhuang | 石家庄 | 315 |
| 13 | Tianjin | 天津 | 808 | 13 | Tianjin | 天津 | 717 |
| 14 | Hefei | 合肥 | 388 | 14 | Hefei | 合肥 | 348 |
| 15 | Wuhan | 武汉 | 1,238 | 15 | Wuhan | 武汉 | 1,129 |
| 16 | Xi'an | 西安 | 614 | 16 | Xi'an | 西安 | 693 |
| 17 | Hangzhou | 杭州 | 312 | 17 | Hangzhou | 杭州 | 340 |
| 18 | Wuxi | 无锡 | 159 | 18 | Wuxi | 无锡 | 94 |
| 19 | Beijing | 北京 | 1,661 | 19 | Beijing | 北京 | 1,379 |
| 20 | Suzhou | 苏州 | 363 | 20 | Suzhou | 苏州 | 323 |
| 21 | Shanghai | 上海 | 1,278 | 21 | Shanghai | 上海 | 1,328 |
| 22 | Langfang | 廊坊 | 97 | 22 | Langfang | 廊坊 | 69 |
| 23 | Xiamen | 厦门 | 154 | 23 | Xiamen | 厦门 | 108 |
| 24 | Chongqing | 重庆 | 859 | 24 | Chongqing | 重庆 | 940 |
| 25 | Dongguan | 东莞 | 68 | 25 | Dongguan | 东莞 | 57 |
| 26 | Shenzhen | 深圳 | 222 | 26 | Shenzhen | 深圳 | 207 |
| 27 | Zhongshan | 中山 | 55 | 27 | Zhongshan | 中山 | 61 |
| 28 | Huizhou | 惠州 | 49 | 28 | Huizhou | 惠州 | 40 |
| 29 | Haikou | 海口 | 0 | 29 | Haikou | 海口 | 1 |
| Total | | | 19,963 | Total | | | 18,501 |

Combining the average value per transaction reported by BEKE in its SEC filings with the number of home transactions revealed in our data collection, we estimate that BEKE's GTV from the sale of new homes through both its Lianjia and connected brokerages was only RMB 402 billion in Q2-Q3 2021. **Therefore, based on the collected data we estimate that BEKE inflated GTV by at least ~126% in Q2-Q3 2021**.[14]

---

[14] For details on the methodology, assumptions, data and calculations in the estimates see Appendix I.

**The Collected Data Suggest BEKE Grossly Overstates its New Home GTV**

| RMB M | Avg. Price per Home | 76 days (May 25 - Aug 8) # of new homes | Estimated GTV | 2Q 2021 (91 days) Estimated GTV | 2Q 2021 Reported GTV | **2Q 2021 Inflated%** |
|---|---|---|---|---|---|---|
| New homes - Lianjia | 2.06 | 19,963 | 41,099 | 49,211 | 83,800 | **70%** |
| New homes - Connected Stores | 1.40 | 93,975 | 131,668 | 157,655 | 414,500 | **163%** |
| Total | | 113,938 | 172,767 | 206,866 | 498,300 | **141%** |
| RMB M | Avg. Price per Home | 76 days (Jun 30 - Sep 13) # of new homes | Estimated GTV | 3Q 2021 (92 days) Estimated GTV | 3Q 2021 Reported GTV | **3Q 2021 Inflated%** |
| New homes - Lianjia | 2.06 | 18,501 | 38,089 | 46,108 | 72,550 | **57%** |
| New homes - Connected Stores | 1.40 | 87,998 | 123,293 | 149,249 | 337,550 | **126%** |
| Total | | 106,499 | 161,382 | 195,358 | 410,100 | **110%** |
| RMB M | Avg. Price per Home | 152 days # of new homes | Estimated GTV | 2Q-3Q 2021 Estimated GTV | 2Q-3Q 2021 Reported GTV | **2Q-3Q 2021 Inflated%** |
| New homes - Lianjia | 2.06 | 38,464 | 79,189 | 95,319 | 156,350 | **64%** |
| New homes - Connected Stores | 1.40 | 181,973 | 254,961 | 306,904 | 752,050 | **145%** |
| Total | | 220,437 | 334,150 | 402,224 | 908,400 | **126%** |

Put simply, data collected over months directly from BEKE's platform strongly indicates that the Company is massively exaggerating new home GTV and revenue from its platform, a pattern we also see when we analyze existing home sales.[15]

### b. Existing Home Sales GTV Also Significantly Exaggerated

BEKE reported GTV of RMB 1,030 billion from existing home sales in Q2-Q3, 2021. However, our estimate from the data collection from the BEKE platform indicates that the real GTV was only approximately RMB 775 billion in that period, meaning that we estimate a ~33% GTV inflation over Q2-Q3 2021 for existing home transactions.

| RMB M | 2Q 2021 Reported | MW estimate | Inflated% | 3Q 2021 Reported | MW estimate | Inflated% | 2Q-3Q 2021 Reported | MW estimate | Inflated% |
|---|---|---|---|---|---|---|---|---|---|
| GTV of existing home sales by Lianjia | 309,500 | 216,839 | **43%** | 185,300 | 160,866 | **15%** | 494,800 | 377,706 | **31%** |
| GTV of existing home sales by connected stores | 342,500 | 232,630 | **47%** | 192,900 | 164,791 | **17%** | 535,400 | 397,421 | **35%** |
| GTV of existing home sales | 652,000 | 449,469 | **45%** | 378,200 | 325,657 | **16%** | 1,030,200 | 775,126 | **33%** |

The methodology for estimating existing home GTV required more assumptions than for new homes. Our estimate of BEKE's GTV exaggeration of existing home transactions would be significantly greater had we not intentionally made so many assumptions in the Company's favor.

Our program collected hundreds of thousands existing home transactions during the period. For many such existing home transactions, prices were also readily available, making price assumptions unnecessary. For other existing home transactions, however, price assumptions were necessary to estimate GTV. In **Appendix I**, we set forth a detailed explanation of our calculation showing that where assumptions were necessary, we made a point to make such assumptions in favor of the Company.

Despite such conservatism, the data nevertheless shows material exaggeration of GTV when compared with BEKE's claims. On a blended basis, we estimate that BEKE overstated its GTV from new and existing homes by approximately ~65% in Q2-Q3 2021, with the exaggeration especially pronounced in the critical new home category (~126% inflation). BEKE's exaggeration of new home sales on its platform has a disproportionate impact on its revenues.

---

[15] Please see Appendix I for data collection methodology and results

**We Conclude that BEKE Inflates Revenues by approximately ~77%-96%**

Because BEKE's commission revenue is a function of its GTV, and principally BEKE's new home sales GTV, we conclude from our estimates that BEKE's revenues are significantly inflated, even at BEKE's reported commission rates. However, based on field work and agent interviews, we believe that BEKE's real commission rates are lower than claimed. Based on our macro work with the platform data and our field work spot checking commission rates, we estimate that **BEKE's revenues are inflated by approximately ~77%-96%**.

BEKE primarily generates revenues through commissions from the sale of new and existing homes through two channels of real estate brokerages: 1) BEKE's Company owned and operated Lianjia brand stores, and 2) brokerages that are not Company owned but sell homes through BEKE's platform (e.g. connected stores such as the Deyou franchise brand stores and other brokerage brands' stores).

Revenue recognition differs according to the accounting treatment of each category. Revenue is recognized on a **gross** basis for commissions for **new homes** sold by both BEKE's brokerage, Lianjia; and, connected brokerages including the Deyou franchise. Gross commission revenue is also recognized for sales of existing homes by Company owned brokerage, Lianjia.

By contrast, revenue is recognized on a **net** basis on the sales of existing homes by connected brokerages on BEKE's platform. BEKE collects a platform service fee of 8% of such commissions as well as smaller, miscellaneous fees.[16]

**Table: Revenue recognition for different types of home sales**

| Type of stores | Relationship with BEKE | New Home Sales | Existing Home Sales |
|---|---|---|---|
| Lianjia | Subsidiaries | Gross | Gross |
| Connected stores | Users of BEKE platform | Gross | Net |
| Gross accounting | BEKE accounts 100% of commissions as BEKE's commission revenue | | |
| Net accounting | BEKE accounts 8% of commissions as BEKE's commission revenue | | |

Because BEKE recognizes commission revenues on a gross basis for all new home sales (regardless of whether the brokerage is owned by BEKE or not), **new home sales on BEKE's platform are the primary driver of revenue growth**. This has also made BEKE's business vulnerable to a slowing property cycle, as beginning in Q3 2021, new and existing home sales in China stalled and residential property prices began declining.

Based on BEKE's reported home sales GTV and service revenues, BEKE's reported commission rates for new home sales were 2.79% in 2Q 2021 and 2.76% in 3Q 2021. The reported commission rates for Lianjia stores' existing home sales and connected stores' existing home sales were 2.75% and 0.32% in 2Q 2021 and 2.86% and 0.41% in 3Q 2021.

| Reported commission rate | 2Q 2021 | 3Q 2021 | 2Q-3Q 2021 |
|---|---|---|---|
| New home sales by Lianjia and connected stores | 2.79% | 2.76% | 2.77% |
| Existing home sales by Lianjia | 2.75% | 2.86% | 2.79% |
| Existing home sales by connected stores | 0.32% | 0.41% | 0.35% |

Applying BEKE's reported commission rates to the GTV data collected from BEKE's platform, we calculate that BEKE's actual home transaction services revenues were only approximately RMB 23 billion in the past two quarters, suggesting ~77% revenue inflation. However, we believe that the actual revenue inflation is far greater.

---

[16] The connected stores are the brokerage firms on the BEKE platform under the brands of Deyou and others except for Lianjia. BEKE gets 8% platform service fee from the commission earning by the other brands from the existing home sales.

**BEKE Likely Inflated Its Home Sales Transaction Services Revenues (using reported commission rates)**

| RMB M | 2Q 2021 | | | 3Q 2021 | | | 2Q - 3Q 2021 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% |
| GTV of new home sales by Lianjia and connected | 498,300 | 206,866 | 141% | 410,100 | 195,358 | 110% | 908,400 | 402,224 | 126% |
| Reported commission rate | 2.79% | 2.79% | | 2.76% | 2.76% | | 2.77% | 2.77% | |
| Rev from new home sales | 13,900 | 5,770 | 141% | 11,300 | 5,383 | 110% | 25,200 | 11,153 | 126% |
| | | | | | | | | | |
| GTV of existing home sales by Lianjia | 309,500 | 216,839 | 43% | 185,300 | 160,866 | 15% | 494,800 | 377,706 | 31% |
| Reported commission rate | 2.75% | 2.75% | | 2.86% | 2.86% | | 2.79% | 2.79% | |
| Rev from existing home sales by Lianjia | 8,500 | 5,955 | 43% | 5,300 | 4,601 | 15% | 13,800 | 10,556 | 31% |
| | | | | | | | | | |
| GTV of existing home sales by connected stores | 342,500 | 232,630 | 47% | 192,900 | 164,791 | 17% | 535,400 | 397,421 | 35% |
| Reported commission rate | 0.32% | 0.32% | | 0.41% | 0.41% | | 0.35% | 0.35% | |
| Rev from existing home sales by connected stores | 1,100 | 747 | 47% | 800 | 683 | 17% | 1,900 | 1,431 | 33% |
| | | | | | | | | | |
| GTV of home sales | 1,150,300 | 656,335 | 75% | 788,300 | 521,015 | 51% | 1,938,600 | 1,177,350 | 65% |
| **Revenue from commission of home sales** | **23,500** | **12,473** | **88%** | **17,400** | **10,667** | **63%** | **40,900** | **23,140** | **77%** |

*Source: BEKE's Public Filings, Data collected from BEKE's platform, MW calculation*

Independent evidence and field work (including agent interviews) strongly suggests that BEKE's realized commission rates are meaningfully lower than the figures reported to investors.

A former Lianjia agent in Shenzhen published a tell-all blog in 2020, revealing that BEKE company policy was to go as low as 2% on commissions, despite official rates of 3%.[17] The agent described the difficulty in securing clients when other agents from small, local brokerages would work for as little as 0.5%, and how other chain agencies could go as low as 1%.

Our field work corroborates such steep discounts. Different cities offer different standard rates. Investigators visiting BEKE brokerages were advised on several occasions by BEKE agents that they could drop the commission rates well below the official 3% rate.

For the nine cities where we conducted field work and discussed home purchases with Lianjia and connected store agents, the average discounted commission rate was close to 2%, with Sanhe Langfang at 2.4%, Beijing at 2.2%, five New Tier 1 cities and one second tier city at 2%, and Xiamen offering as low as 1.8% (down from 3.5%).[18] We believe that customers who utilize more aggressive or stubborn negotiation tactics may be able to obtain even lower rates.

| Commission Rate (%) | Standard | Buyer | Seller | After Discount | Effective Discount (%) |
|---|---|---|---|---|---|
| Beijing 北京 | 2.7 | 2.7 | 0 | 2.2 | 18.5% |
| Sanhe Langfang 三河廊坊 | 2.7 | 2.7 | 0 | 2.4 | 11.1% |
| Dalian 大连 | 3 | 1 | 2 | 2 | 33.3% |
| Qingdao 青岛 | 3 | n/a | n/a | 2 | 33.3% |
| Xiamen 厦门 | 3.5 | 2.5 | 1 | 1.8 | 48.6% |
| Guangzhou 广州 | 3 | 2 | 1 | 2 | 33.3% |
| Shenzhen 深圳 | 3 | 2 | 1 | 2 | 33.3% |
| Nanchang 南昌 | 2.5 | 1 | 1.5 | 2 | 20.0% |
| Hangzhou 杭州 | 3 | 1.5 | 1.5 | 2 | 33.3% |

If commission rates are actually closer to 2.25%, we estimate that BEKE's revenues would likely be inflated by ~116%. However, in the following table, we calculate BEKE's revenues based on a 2.5% commission rate, which we think is

---

[17] https://zhuanlan.zhihu.com/p/142956970, dating back to the period of its US IPO announcement
[18] Conversations with Lianjia stores' and connected stores' agents

conservative.  Even using such a conservative assumption, we estimate that BEKE's revenues are **likely inflated by ~96%**.

| BEKE's Estimated Revenue Overstatement Would be 96% if Commission Rates were 2.5% (2Q-3Q 2021) | | | | | |
|---|---|---|---|---|---|
| RMB M | MW estimate GTV | Commission % | MW estimate Rev. | Reported Rev. | **Inflated%** |
| New home sales by Lianjia and connected | 402,224 | 2.50% | 10,056 | 25,200 | **151%** |
| Existing home sales by Lianjia | 377,706 | 2.50% | 9,443 | 13,800 | **46%** |
| Existing home sales by connected stores | 397,421 | 0.35% | 1,410 | 1,900 | **35%** |
| Total Home sales | 1,177,350 | 1.8% | 20,909 | 40,900 | **96%** |

Site visits uncovered another scheme to inflate commission rates.  In the course of our investigation into Lianjia's operations, we found that Lianjia has also been franchising its brand, starting from at least 2017.[19]  We found that substantially all of Zhengzhou's Lianjia brand stores are franchises, not company owned and operated.[20]  We also found what appear to be 24 Lianjia franchise stores in Shanghai.[21]  Although we suspect that undisclosed Lianjia franchise revenue is impermissibly booked as revenue from a Company-owned store, we did not deduct or adjust commission rates for such undisclosed franchised Lianjia stores in our calculation (in order to be favorable to the Company).

- **Field Work Indicates Commissions Inflated by Round Tripping Company Cash**

We also found evidence that the Company is round tripping cash to connected brokerages in order to artificially inflate commission revenues.  When we sent investigators to Deyou stores, we learned that Deyou has what it calls a "pilot store program" wherein it offers certain Deyou franchise stores 10% of the store's assessed value in cash in exchange for a higher percentage of the store's commission revenues.[22]  These "investments" are off the books.  More damningly, BEKE reportedly makes these payments in installments, which presumably makes it easier to match BEKE's outflows with the inflated commission inflows.

Below is a translated excerpt of a conversation between our investigator and a Deyou store manager:

**Deyou manager**: You are talking about our pilot program…it is difficult for newcomers to take part in.

**Investigator**: Hard to participate in?

**Deyou manager**: Yes. For new stores, because we have relatively high requirements for the pilot stores.

**Investigator**: What kind of future performance requirements have to be achieved?

**Deyou manager**: Under normal circumstances, for example, if your annual performance is more than 2.5 million, you are eligible, and someone will contact you.

**Investigator**: If one year's performance reaches Rmb 2.5 million, you can be eligible to participate.

**Deyou manager**: Yes.

---

[19] https://www.sohu.com/a/194451125_99966714

[20] The data collected from BEKE's platform contains 198 Lianjia stores in Zhengzhou of which 193 provided working links to an image of their SAIC registration certificates. Yet none of these 194 stores are Lianjia or BEKE owned.

[21] For example: 链家菊联路一店, 上海孚欣帝实业有限公司: https://m.ke.com/store/37068800690225911184.html,

高兴花园店, 上海金铭房地产经纪事务所: https://m.ke.com/store/38005700720911812945.html

[22] 领航者

> **Investigator**: So if participating [in the program] how much will the platform invest?
>
> **Deyou manager**: The platform invests very little money. The platform only invests 10%. For example, the platform will invest 10% based on a valuation. The platform does not hold shares, and the investment does not account for shares, but the platform fee will increase a bit.
>
> **Investigator**: Invest money without holding shares. That then would be…
>
> **Deyou manager**: For example, if I value this store at 4 million, for example, I invest 10%, but it's not Rmb 400,000, right, I gave the Rmb 400,000 in batches. This is the first, and the second, we invest but I don't take shares, but your expenses will increase. For example, an increase of 1% point per year, that is the maximum number, of points that cannot be increased. Can you understand? For example, if you have 8 points this year, you may have 9 points next year.
>
> **Investigator**: In other words, the platform fee charged by your platform will increase, but it will not receive shares.
>
> **Deyou manager**: Yes.
>
> **Investigator**: This is based on the valuation. How is the valuation calculated? In other words, is the valuation calculation based on the annual sales of my store or based on what, or the registered capital, or what?
>
> **Deyou manager**: Generally speaking, the sales to the platform account are used to calculate the annual performance.
>
> **Investigator**: That is equivalent to saying that the platform gives money. What do you mean it will not hold shares? It means that it will not own any shares?
>
> **Deyou manager**: Yes. Will not participate in profit distributions.
>
> **Investigator**: Not taking distributions.
>
> **Deyou manager**: This is the pilot [program], this is for just select stores.

As described, Deyou would not take an equity stake or seek a profit distribution. Instead, it just increases its commission rates from 8% to 9%, which is a 12.5% increase. Since this process requires no recording of an investment stake with the SAIC, it would be difficult for investors to verify without field work. Additionally, as the "investment" is made in batches, the outflows will be smaller and smoother, creating less lumpiness in the balance sheet and cash flow statements. This seemingly creates a simple and tidy means for BEKE to round trip funds and boost its cash flows from commission revenues.[23]

Based on these various interactions, we believe there is both a lower real commission rate earned, and a commission inflation scheme being carried out through these "pilot programs" and likely other schemes.

Ultimately, BEKE's value proposition to investors is the GTV from transactions on its platform and related revenues. Yet our data collection from BEKE's platform over the last few months causes us to conclude that the number of

---

[23] This does not refer to the Pontus investments in Deyou franchise stores which can be seen in the SAIC company registries. Furthermore, reviews of the Pontus Development HK operations also show systematic investments into the Deyou connected stores, normally taking a 10% equity stake. Our reviews of the SAIC records found over 400 as of Dec 31, 2020 instances of such investments. We believe the intent of these investments is similar to the "pilot" program, with the primary difference being that the "pilot program" does not require reporting changes in equity takes to the SAIC, allowing it to fly below the radar.

transactions and GTV are meaningfully much lower than the reported figure, and that the real commission rate earned from home sales is likely significantly lower than claimed. Even if we make the conservative assumption that commission rates are closer to 2.5%, we estimate that BEKE's revenues in 2Q and 3Q are **likely inflated by ~96%**.

**Ghost Stores and Clone Stores: Field Work and Site Visits Show Inflated Store Count**

Spot-checking BEKE's platform shows that even the platform overstates its store and agent count. To corroborate the data, we conducted field work and physical site visits, which showed a **pattern of ghost and clone stores: brokerages that existed only on the platform, but not in reality**. We believe that BEKE uses these ghost and clone stores to inflate its store count and related GTV and revenues.

    a.   **Platform Data Indicates Material Store Count Inflation**

As of June 30, 2021, BEKE claimed to have 52,868 stores, a 12% increase from 2020.[24]



However, the actual number of stores collected from BEKE's platform undermines the Company's claims. Our data collection showed that as of July 16, 2021, the platform listed only 43,026 stores, suggesting that BEKE's 2Q21 store count was inflated by at least 23%.

**Comparison of BEKE Claimed Store Number vs. BEKE's Own Platform Data**

|  | # of stores |
|---|---|
| Number of stores reported by BEKE (2Q 2021) | 52,868 |
| Lianjia stores from collected data (as of 7/16/2021) | 7,516 |
| Connected stores from collected data (as of 7/16/2021) | 35,510 |
| Number of stores found on BEKE's platform | 43,026 |
| Inflated % | 23% |

The data shows that BEKE is exaggerating about its store count, but we think that this data collection vastly understates the true extent of BEKE's lie.

In 3Q21, BEKE introduced the 'active agent' and 'active stores' distinction to distinguish between active and inactive stores and agents on its platform.[25] In these disclosures, BEKE admits that at least 8% of the stores on its platform are 'inactive.' For a company that IPOed a little more than a year ago, this admission is jaw-dropping. We believe that BEKE recently introduced this metric to obscure discrepancies between BEKE's reported store count and the stores on its platform.

We investigated a sample of these 'active stores' listed on BEKE's platform. To no surprise, our field visits evidenced a multitude of **ghost stores masquerading as 'active stores' on the platform**, leading us to conclude that BEKE's actual store count is even lower than estimated from our data collection alone.

---

[24] BEKE 2Q 2021 Investor Presentation, p.3.
[25] BEKE's definition of active stores are stores that have had a transaction during the past 60 days, have had an agent visit during the past 14 days, or have simply had an agent take 'critical steps' in a housing transaction during the past 7 days. This is a very low bar for an agent to remain listed as "active" on the platform.

### b. Ghost Stores Masquerading as 'Active' Stores on BEKE's Platform

To spot check the data, our investigators visited seven cities that are important markets for either Lianjia, Deyou, or its recent acquisitions.[26] During these visits we noticed discrepancies in the names, addresses, locations of the stores in comparison with the information shown on the platform as well as in the SAIC registrations. In many locations, where we should have found thriving, active stores, we found the opposite. We subsequently evaluated the data collected on the platform and found copious discrepancies and missing stores that were still showing up as active. Below is a small sampling of our field work.

- **Example Ghost Store 1: Nanchang Zhonghuan <u>Nanchang Ershishanzhong</u>**

The Nanchang Zhonghuan Ershishanzhong store was shown to be 'active' on BEKE's platform. In fact, data collected from the platform showed that BEKE was supposedly listing between 89-136 properties through this store over the prior three months.

**Example of Data from BEKE's Platform**



*Source: BEKE's Platform*

The store's address listed on BEKE's platform leads to a large apartment complex, while its SAIC certificate provides a more detailed address. When our investigator visited the store's SAIC registered address, we found a derelict and abandoned store front located in a former gate guard's room.[27] Our investigator found no further evidence of this location's existence elsewhere. While two agents don't require much space, we feel this abandoned guard's room is not likely an active location.

---

[26] Field visits were made to seven cities. Beijing – a major market for Lianjia; Langfang – a suburb of Beijing which also has a lot of Lianjia and Deyou operations and which shows as having a high level of activity at each store, Shanghai – the second largest market for Lianjia; Nanchang – where Zhonghuan was founded, has its headquarters, and has the strongest activity levels (as per the BEKE platform data); Hangzhou – where Shengdu was founded and has its headquarters; Nanjing – where Shengdu has purportedly has strong operations; and Shenzhen – a real estate market hot spot in early 1H21. Contact was also made with BEKE's Lianjia, Deyou, and other connected store agents and managers at many other Tier 1, New Tier 1, Tier 2 cities.

[27] Ershishanzhong Store has sales record of 1 new home and 1 rental from 5/25/2021 to 8/8/2021.

**Nanchang Zhonghuan Ershishanzhong Store Registered Address**



*Source: Screenshot of SAIC Registration displayed on BEKE's platform and MW Investigator's Photo*

- **Example Ghost Store 2: <u>Nuojia Chengjia 9 Dragon Seal Flagship Store</u>**

Listed on BEKE's platform, the Nuojia Chengjia 9 Dragon Seal Flagship Store appears to be 'active' with dynamic client and property counts during 3Q21 and 4Q21.[28]

**Nuojia Chengjia 9 Dragon Seal Flagship Store: 3Q Activity**

| Date | # of Existing Home Transactions | # of New Home Transactions | # of Rental Transactions |
|---|---|---|---|
| 8/22/2021 | 1 | 1 | 19 |
| 9/7/2021 | 1 | 0 | 18 |
| 9/30/2021 | 1 | 0 | 18 |

Source: Data collections from BEKE's platform

**Nuojia Chengjia 9 Dragon Seal Flagship Store: 4Q Activity**

| Date | Agents | Serviced Clients | Listed Properties |
|---|---|---|---|
| 10/3/21 | 24 | 361 | 273 |
| 10/27/21 | 23 | 376 | 350 |
| 12/2/21 | 14 | 396 | 272 |
| 12/12/21 | 14 | 396 | 266 |

Source: Web visits to BEKE's platform

---

[28] https://m.ke.com/store/4402880375093534173.html



*Above: Nuojia Chengjia 9 Dragon Seal page on BEKE's platform, visited on 12/12/2021*

Our earliest data collection showed that the Nuojia 9 Dragon Seal store had 12 agents working in August 2021. We should have found an active store with between 14-24 agents and hundreds of properties advertised for sale. Instead, when our investigator visited this store at the address listed on the platform in September 2021, he found the store closed with a 'for lease' sign displayed.

**Nuojia Chengjia 9 Dragon Seal Closed Store Front with For-Lease Sign**



*Source: MW Investigators Photo, Sept 2021*

Our investigator then contacted a store agent to confirm the store address. The agent informed our investigator that the store moved to another store: Shuxiangmendi. However, this new store is listed on the platform as a separate store. In other words, the platform has two stores listed, including one that has been shut down.

- **Example Ghost Store 3: <u>Seven Colors Baichuan Store</u>**

BEKE's Seven Colors Baichuan Store provides another example of an apparently double-counted 'active' store.[29] According to BEKE's platform, this store had 4-8 agents, almost 200 clients and over 164 properties listed for sale or rent in the past three months. On paper, it appears to be a thriving brokerage and certainly an 'active store.'

---

[29] https://m.ke.com/store/3409830175925361671.html

But it doesn't exist.  The address listed on its store page only contains the name of the road, no street number. We found the detailed address on its SAIC certificate. Our investigator went to visit this location in September 2021, finding a closed store front.[30]

**Ghost Store at Listed Address**



*Source: MW Investigator's Photo*

When a store agent was contacted to check the address, the agent confirmed she worked at Seven Colors Baichuan but gave the address of another store contained in BEKE's platform: Zhonghuan Youjia No. 3 Store (中环-佑家三)788 Bayuehu Road.[31]  Again, we find what appears to be a single location accounting for two active stores on BEKE's platform.

- **Example Ghost Store 4: Sanhe Langfang Lianjia Yanjiao Branch Stores 2 and 15 are the Same Store**

In another example, we found two Lianjia branches registered to the same street in the SAIC database.  On BEKE's platform, Branch 2 and 15 are known as Tianyang Cheng No. 2 and Tianyang Cheng No. 6, respectively.

 

Sanhe Lianjia Branch No. 2[32]          Sanhe Lianjia Branch No. 15[33]
aka Tianyang Cheng No. 2          aka Tianyang Cheng No. 6
*Source: BEKE Platform*
*Note: This information is confirmed by the SAIC business certificates provided on these two stores' pages.*

Again, the addresses of these stores listed on BEKE's platform only have the street name but no street number, so we had to contact the stores' agents to get directions. However, when we spoke with the agents at these two stores, we were given identical locations for the branch: go to the intersection of Yatai Blvd. and Tianyang Cheng, look for Building No. 9, on the ground floor, next to the Commercial Bank.  Following their instruction, we found only one Lianjia store at Building No. 9, on the ground floor, next to the Commercial Bank.

---

[30] 江西七彩色房产经纪有限公司八月湖路分公司, aka: 七彩色地产七彩色百川店-A 店,
https://m.ke.com/store/3409830175092536167.html
[31] https://m.ke.com/store/36078901750055761828.html
[32] https://m.ke.com/store/18078900731505931670.html
[33] https://m.ke.com/store/13088500751985131610.html

| Branch Company Name | Registered Business Address & Location | BEKE Platform Store Name / Location | Physical Location |
|---|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 2 | Yanjiao New High Tech Zone, Hanwang St. West Side, Guihua Rd, South Side, Tianyang Cheng, Hanfu Huating, Building No. 335, Unit 1, Shop-13 | Tianyang Cheng No. 2 Store / Yatai Blvd. | Yatai Blvd., Tianyang Cheng, East Side of Construction Bank, Bldng 9, Ground Floor. |
| 三河市链家房产经纪有限公司燕郊第二分公司 | 燕郊高新区汉王路西侧、规划路南侧天洋城翰府华庭第335号楼1单元商铺-13 | 天洋城二店 / 亚泰大街 | 亚泰大街, 天洋城, 建行东侧,九号楼底商. |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 15 | Yanjiao Development Zone, Guihua Rd, North Side, Tianyang Cheng, Tianyang Square North District, Commerical Building No. 58 | Tianyang Cheng No. 6 Store / Yatai Blvd. | Yatai Blvd., Tianyang Cheng, North District, Bldng 9, Ground Level Commercial Area, Construction Bank, Lianjia Real Estate |
| 三河市链家房产经纪有限公司燕郊第十五分公司 | 燕郊开发区规划路北侧天洋城天洋广场北区商业58号楼 | 天洋城六店 / 亚泰大街 | 亚泰大街, 天洋城, 北区九号楼底商处建设银行, 链家地产 |

**Only one Lianjia Store was found following the directions**




*Source: Site Visits*

We visited the store in the fall of 2021 and saw Branch No. 15's business registration hanging on the wall. An agent at the store confirmed that the local Tianyangcheng Store No 2 (Branch No. 2) was closed and had merged with Tianyangcheng Store No. 6 (Branch No. 15).

**Agent:** We have four stores. Previously, we had seven stores at the peak.

**Researcher:** Which store are you now?

**Agent:** We are Store No. 6

**Agent:** Because there was another store, but it was closed, now there is just store No. 1, No. 2 and No. 6.

**Researcher:** But I saw that Store No. 2 is also here.

**Agent:** Right. Store No. 2 used to be across the street. But when its lease was up, they closed the store and moved here.

These are clearly the same store. However, both stores appear separately on BEKE's platform.

Transaction data collected from BEKE's platform shows 22 transactions from Branch No. 2 and the 35 transactions from Branch No. 15 between May and October.[34] These impressive figures are significantly higher than other Lianjia stores in Langfang.

The collected data contains 32 Lianjia stores in Sanhe Langfang. Over the same a five-month period, the other Sanhe Langfang Lianjia stores had average an transaction per store volume of 15 during the same period. Since Branch No. 2 and No. 15 are actually one store, we consider their combined transaction volume when comparing to the average transaction volume per store for the remaining stores. The results show that the combined transaction volume at Branch

---

[34] May 25, 2021 to October 22, 2021

No. 2 and No. 15 is 159% higher than other Lianjia stores in Sanhe Langfang, which supports our belief that BEKE uses these **ghost stores** to inflate its transaction volumes.

**5 Month Transaction Volumes Comparison**

|  | # of Existing Homes | # of New Homes | # of Total Homes |
|---|---|---|---|
| Branch No. 2, Tianyang Cheng Store No. 2 | 21 | 1 | 22 |
| Branch No. 15, Tianyang Cheng Store No. 6 | 31 | 4 | 35 |
| Subtotal | 52 | 5 | 57 |
| Other 30 stores' average | 19 | 3 | 22 |
| **Difference %** | **175%** | **63%** | **159%** |

In our research, we found that many stores that were recently closed or merged have not been de-platformed. These stores should show zero agents. However, in contrast, as of the middle of November 2020, both Branch No. 2 (Store No. 2) and Branch No. 15 (Store No. 6) continue to be presented as separate stores with active agents. BEKE's platform continues to display both branch stores with transactions and active agents, which supports our belief that BEKE is using ghost stores to inflate its transaction volumes as well as its active agent and store counts.



Source: BEKE's platform

Additionally, a side-by-side comparison of the agents at these two branches shows no overlap, again suggesting that these are two separate branch locations.

| Lianjia Yanjiao Branch No 2 & 15 Agent List Comparison | | | |
|---|---|---|---|
| No. | Sanhe Lianjia Branch No. 2 (aka Tianyang Cheng No. 2) | No. | Sanhe Lianjia Branch No. 15 (aka Tianyang Cheng No. 6) |
| 1 | 黄强, Huang Qiang | 1 | 牛振兴, Niu Zhenxing |
| 2 | 叶富国, Ye Fuguo | 2 | 宋杰, Song Jie |
| 3 | 方晓丽, Fang Xiaoli | 3 | 刘松, Liu Song |
| 4 | 周晓燕, Zhou Xiaoyan | 4 | 周洪涛, Zhou Hongtao |
| 5 | 董建存, Dong Jiancun | 5 | 闫东伟, Yan Dongwei |
| 6 | 王朝阳, Wang Chaoyang | 6 | 刘义伟, Liu Yiwei |
| 7 | 彭钐钐, Peng Shanshan | 7 | 李静, Li Jing |
| 8 | 金秋延, Jin Qiuyan | 8 | 陈璐瑶, Chen Lu Yao |
| 9 | 武佳豪, Wu Jiahao | 9 | 苏青顺, Su Qingshun |
| 10 | 于俊河, Yu Junhe | 10 | 罗桂芳, Luo Guifang |
| 11 | 卫福妮, Wei Funi | 11 | 董佳宝, Dong Jiabao |
| 12 | | 12 | 张海涛, Zhang Haitao |
| 13 | | 13 | 邓闫, Deng Yan |
| 14 | | 14 | 孙旭, Sun Xu |
| 15 | | 15 | 蒋金龙, Jiang Jinlong |
| 16 | | 16 | 董利伟, Dong Li Wei |

Source: Store information on BEKE platform, Nov 2021

### c. Clone Stores

BEKE uses many techniques to inflate its store count, including **clone stores**, in which BEKE sets up multiple stores on its platform with the same or similar name and/or location but a different suffix, such A, B or C. Field work confirms that despite multiple stores appearing on BEKE's platform, often only one exists in practice. This pattern of clone stores is powerful evidence supporting our conclusion that there are far fewer stores than appear on BEKE's platform, meaning that BEKE's exaggeration of its store count is likely far more egregious than even the platform data suggests.

In seven cities surveyed, we found five cities with significant numbers of cloned Lianjia stores on BEKE's platform. Notably, we found that in Xiamen and Haikou, **41% and 32% of the Lianjia stores are clones**. Our research also found that 9% of Lianjia stores in Beijing are also clones. Not all stores on BEKE's platform show SAIC certificates or detailed addresses for us to verify, **so the actual number of clone stores might be even higher**. The table below shows the probable clone stores we identified in seven cities using the methodology described infra:

Table: Identified cloned Lianjia stores in 7 cities

| | # of stores on BEKE's platform | # of clone stores | % of clone stores |
|---|---|---|---|
| | A | b | c=b/a |
| Xiamen | 82 | 34 | 41.5% |
| Haikou | 28 | 9 | 32.1% |
| Dalian | 330 | 31 | 9.4% |
| Beijing | 1,452 | 132 | 9.1% |
| Nanjing | 277 | 19 | 6.9% |

Source: Data collected from BEKE's Platform on November 30, 2021

BEKE's franchised brand Deyou labels its stores A and B based on the stores' performance and the number of agents each store has. Initially, we thought Lianjia's A/B/C stores designations followed a similar ranking system until a Lianjia agent told our investigator otherwise. According to BEKE's agent, these seemingly separate stores on BEKE's platform are located in the same store, purportedly under different managers.

For example, on BEKE's platform Lianjia Quanshuiwan Flagship A store and Quanshuiwan C store are shown as separate stores with a different number of agents, a different number of clients serviced, and a different number of listings.  On BEKE's platform, these appear to be two separate stores.

Webpage of Lianjia Quanshuiwan Flagship A store: 18 agents, 1100 clients and 124 listing properties



Webpage of Lianjia Quanshuiwan Flagship C store: 15 agents, 150 clients and 163 listing properties



Yet when we contacted Quanshuiwan Flagship C store, an agent told us that the A store and the C store are the same store.  The agent told our investigator that the reason the A and C stores were listed separately is because the store has two managers, and dividing the agents, listings and clients into two groupings under A and C makes it easier to keep track of the business of the respective managers operating out of the same store.

**Conversation with An Agent Confirming A store and C store are the Same Store**

**MW**: Why does the name show two stores? Are there A store, B store and C store?

**Agent**: Only A and C, but we are same. Is anything I can help?

**MW**: You are together in one location, why not one store?

**Agent**: You can understand it as one store with two groups.

**MW**: Are A store and C store one store?

**Agent**: Yes.

The agent confirmed that the letter designation of Lianjia stores on the platform represent the number of mangers or teams that Lianjia has, not the actual store counts. Therefore, one store can easily turn into two, three or more stores on the platform.

For example, our data collection in Xiamen found 82 stores. 61 of these stores had designations suggesting that they were clones (such as ending with A, B or C), but they occupied only 27 locations. So, to estimate the number of clone stores, we simply subtracted the number of stores with such A/B/C designations (61) by the number of locations (27) to get a suspected to 34 clone stores. Of the 82 stores in Xiamen, we therefore estimated that 41.5% were clones.

| | # of stores on BEKE's platform | # of stores with clone designations (e.g. A, B, C) | # of locations with multiple clone stores | Estimated # of clone stores | % of fake stores |
|---|---|---|---|---|---|
| | a | B | c | d=b-c | e=d/a |
| Xiamen | 82 | 61 | 27 | 34 | 41.5% |
| Haikou | 28 | 5 | 2 | 9 | 32.1% |
| Dalian | 330 | 62 | 31 | 31 | 9.4% |
| Beijing | 1,452 | 256 | 124 | 132 | 9.1% |
| Nanjing | 277 | 38 | 19 | 19 | 6.9% |

Note: The cloned store are the stores in one location with the name of [____]A store, [____]B store, or [____]C store, etc.; or [____]No.1 store, [____]No.2 store, or [____]No.3 store, etc.

Using this methodology, we estimate that at least 9.1% of the stores listed on BEKE's platform in its key market of Beijing are clone stores. In Xiamen and Haikou, were estimate that **41.5%** and **32.1%** of the stores are clones in those cities.

We spot checked this analysis by searching on Baidu Maps. In instances of clone stores, we can see that there is only one store listed on the map with the store name, but we don't see any B or C stores. This further corroborates our finding that Lianjia has large number of fake stores that appear active on the platform but do not exist.

The data collected from BEKE's platform shows that the A store usually shows all the detailed information including address and business license, but the B or C stores do not. This is likely why approximately 30% of the stores listed on the platform do not have complete store information and/or a verifiable business license.

Throughout the period of our research, we also noticed that store names were frequently changing, and many stores did not display a correct and/or specific address, instead giving a vague, highly simplified general location or an incorrect location.

Ultimately, the frequency of clone stores in major markets implies that there are far fewer stores in reality than we observed on BEKE's platform, meaning that BEKE's store count inflation is more egregious than we calculated from the platform data alone.

### d.   The Sanhe Langfang Case Study: SAIC Store Count Inflated by 59%

We found that Lianjia store numbers in BEKE's SEC filings generally align with the number of Lianjia stores registered in a given city's SAIC. However, as our field work across China revealed, there were many stores with active SAIC registrations that did not exist. This suggests that branch store registrations were being created on paper and filed with the local SAIC's, but no physical operation was being maintained.

To investigate these store count discrepancies further we decided to conduct field work in one city, Sanhe Langfang, to focus on the Company owned Lianjia brokerages. We compared SAIC data, readily available online through TianYanCha or QiChaCha, with the results of physical site visits.

Sanhe Langfang is a satellite city of Beijing located within the Hebei province.[35] We chose this city for a deep dive because BEKE purports to be strong in and around Beijing, and the Company supposedly maintains a significant number of Lianjia brokerages in the area. The Sanhe Langfang Lianjia stores displayed very high numbers of transactions per store, so we expected to find a high degree of activity.

The SAIC data shows 51 Lianjia stores located in Sanhe Langfang.[36] Yet when we tried visit these locations, we were only able to confirm the existence of 32, observing non-existent stores, double counted stores, and stores that appeared to be entirely different brands – including BEKE's connected Deyou brand.

Of the 51 Lianjia stores we should have found in Langfang, **19 were ghost stores**. In this city alone, site visits and field work indicate that BEKE overstated the store count by 59% by keeping branch SAIC registrations current while not actually stores. We believe that Sanhe Langfang is representative of the Company's web of lies, and that such **ghost stores are endemic**.

- **Example: 7 SAIC Lianjia registrations in same area, but found only 2 and 1 was closed**

In the Langfang SAIC data, we found seven Lianjia stores registered on the same street with near identical addresses. All seven of which were established at the same time with the same legal representative.[37] We visited the street to verify the existence of these stores but found only one store: Sanhe Lianjia Yanjiao Branch No. 53 ("Branch No. 53")

---

[35] 三河市廊坊市,河北
[36] Chinese company information database
[37] Chinese company information database. These stores were established on either May 25 or May 26 of 2017, with Song Xinghua 宋兴华 as their legal representative.

in suite A1-8. To confirm our findings, we spoke with an agent at the operating Lianjia store. The agent confirmed that there was indeed only one Lianjia store on the street.

| Branch Company Name | Registered Business Address & Location | BEKE Platform Store Name | Physical Location |
|---|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 53 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 1, 1st Floor, Unit 1, Suite A1-8 | SouErTianCheng #2 Store | Yes (Sharing address A1-9 with No. 54) |
| 三河市链家房产经纪有限公司燕郊第五十三分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第1幢1单元1层A1-8 | 首尔甜城二店 | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 54 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 1, 1st Floor, Unit 1, Suite A19 | None | Sharing address A1-9 with No. 53 |
| 三河市链家房产经纪有限公司燕郊第五十四分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第1幢1单元1层A19 | | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 55 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 7, 1st Floor, Unit 1, Suite A2-7 | None | No |
| 三河市链家房产经纪有限公司燕郊第五十五分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第7幢1单元1层A2-7 | | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 56 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 7, 1st Floor, Unit 1, Suite A2-6 | None | No |
| 三河市链家房产经纪有限公司燕郊第五十六分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第7幢1单元1层A2-6 | | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 57 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 9, 1st Floor, Unit 1, Suite A2-33 | None | No |
| 三河市链家房产经纪有限公司燕郊第五十七分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第9幢1单元1层A2-33 | | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 58 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 9, 1st Floor, Unit 1, Suite A2-34 | Closed | No |
| 三河市链家房产经纪有限公司燕郊第五十八分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第9幢1单元1层A2-34 | | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 59 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 9, 1st Floor, Unit 1, Suite A2-35 | None | No |
| 三河市链家房产经纪有限公司燕郊第五十九分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期第9幢1单元1层A2-35 | | |

When comparing the data of the confirmed store with the SAIC data, we observed further discrepancies. The only unique store of the seven observed, Branch No. 53, is located at E2-A1-8 of the MOBO apartment complex.

**The address plaque indicates the store is at the MOBO International Center, E2-A1-8**



*Source: Site Visits*

On BEKE's platform, Branch 53 is also known as Lianjia ShouErTianCheng No. 2 and the listed address matches with the address plaque hung outside of the store.[38]



*Source: BEKE's Platform*

However, the store has a different address listed in its SAIC business license certificate.  The accompanying SAIC business license provided to the store page shows Branch No. 53 is registered in District E, building 1, 1st Floor, Unit 1, Suite A1-8, which should be E1-A1-8 and not E2-A1-8 as listed elsewhere.



*Source: BEKE's Platform*

We believe that BEKE intentionally creates inconsistencies such as these to misrepresent its actual store counts.  But that is not the only trick we observed in our field work.

Two of the seven Lianjia stores in question are registered side by side, Branch No. 53 in unit A1-8 and Branch No. 54 in unit A1-9.  The same single store occupies these two addresses and shows up in the SAIC records as two different locations, but in reality, these are a single store.

---

[38] https://m.ke.com/store/1809040089170143 4975.html, 链家首尔甜城二店, 三河市燕郊开发区燕顺路首尔甜城 MOBO 公寓北面底商 E2-A1-8

Lianjia Shouertiancheng No. 2 (aka Branch 53, A1-8 & 54, A1-9) bookended by 2 Deyou stores



*Source: Site Visits*

All of these branches also filed for their annual reports with SAIC in the past four years and have active current registrations.

**There was one Lianjia store where we should have found seven**. We believe BEKE uses these SAIC listed non-physical locations as "**ghost stores**" as false support for its SEC store counts.

The use of similar but different store names and the extremely vague store location descriptions and addresses is a common theme on BEKE's platform. For instance, we observed **two branches registered to the same street address in the SAIC database**. When we visited, we only found one store. Branches 10 and 79 are co-located but presented as distinct and different stores on BEKE's platform with different store numbers, different branch numbers, and different SAIC business registrations.

When visited the store, we saw SAIC business license displayed on the wall was for Branch No. 79. However, on the opposite wall, both Branch No. 10's and Branch No. 79's award banners were presented. The agent at the store stated that Branch No. 10 (Store No. 2) was closed and had merged with Branch 79 (Store No. 4).

However, like the example of Branch No. 2 (Tianyang Cheng No. 2) and No. 15 (Tianyang Cheng No. 6) above, both stores also displayed active transactions even after one was closed and the two seemingly merged. In our collected data from May 25 to Oct 22, we found that Branch No. 10 displayed 13 exiting home and 2 new home transactions and Branch No. 79 showed 27 existing home and 2 new home transactions, combining to produce a total of 44 home sales.



Above left: The business registration certificate displayed for Lianjia Yanjiao Branch No. 79
Above right: Sales Award Banners for both Store 4 (Branch 79) and Store 2 (Branch 10) hanging in same store

Another store simply didn't exist. Branch 51 is registered at Zhugedian Village in Yanjiao Town. Yet when we visited the site, we could not find any Lianjia or other real estate brokerage to speak of.

| Branch Company Name | Registered Business Address & Location | BEKE Platform Store Name | Physical Location |
|---|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 51 | Yanjiao Village, Zhuge Commercial Town | None | No |
| 三河市链家房产经纪有限公司燕郊第五十一分公司 | 燕郊镇诸葛店村 | | |

| SAIC Registration Information for the SanHe City Lianjia Real Estate Brokerage Co, Yanjiao Branches | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51 | 12-Jun-17 | SONG Xinghua 宋兴华 | 133-1561-8352, 563284618@qq.com | On file, operating | On file, operating | On file, operating | On file, operation closed | Active | No |

No Lianjia Store at the Zhugedian Village



*Source: Site Visits, Q4 2021*

In another example, Branches 4 and 88 are registered on the same street, only two stores away. When we visited, we only found one Lianjia store (Branch 88). The location where Branch 4 should be is actually a restaurant.

No Branch No. 4 But a Restaurant Xiang Gu Li



*Source: Site Visits, Q4 2021*

BEKE presents its store count as having a linear relationship with GTV and revenues. Like the latter categories, our data collection of BEKE's platform showed massive exaggeration of BEKE's store count. Yet this even likely overstates the true extent of the misrepresentation, as our field work found many examples of ghost and clone stores which were listed as 'active' on BEKE's platform and existed on paper, but not in reality.

In Appendix II, we include more information from our investigation of Langfang, including supplemental details and photos pertaining to the pattern of ghost stores observed in the examples provided here as well as additional examples.

**Multiple Independent Data Points Show Massive Agent Overstatement**

BEKE's is a multivariate fraud, with layers of deception metastasizing throughout its business and representations to investors. Although our data collection indicates that BEKE's reported agent count is at least 26% inflated, much like the store count, field work and independent evidence from government real estate registries suggest that the agent count is more significantly exaggerated to investors.

Home sales on BEKE's platform are a function of the number of agents using its platform. Clearly, the more agents on the platform, the more home sales closed and recorded through the platform, and the larger the Company's GTV and related revenues.

This link between agent growth and GTV and revenue growth is an important pillar of the narrative supporting BEKE's stock price.

Yet data we collected from BEKE's platform reveals that like GTV and revenues, BEKE is significantly exaggerating the number of agents on its platform. We corroborated this collected data with SAIC data and local government real estate registries, which independently indicate that BEKE significantly overstates the number of agents on its platform to US investors. This is an important part of the thesis, as it tracks the exaggeration of GTV, stores and revenues.

    a.        **Platform Data Indicates Agent Count Significantly Overstated**

BEKE claimed to have 548,000 agents as of June 2021, an 11% increase from 2020.[39]



However, the actual number of agents on BEKE's platform contradicts this reported figure. We used a program to collect the number of agents listed on the Company's platform as of July 16, 2021. Our program used the Find Agent function to locate the agents.[40]

The collection was conducted on July 16, two weeks after the end of the second quarter. Our collection detected only 435,888 agents, suggesting BEKE inflated its agent count by approximately 26%.

**Comparison of BEKE Claimed Agent Number vs. BEKE Platform Data**

|  | # of Agents |
| --- | --- |
| Number of agents reported by BEKE (2Q 2021) | 548,000 |
| Number of Lianjia agents from collected data (as of 7/16/2021) | 115,940 |
| Number of Connected stores agents from collected data(as of 7/16/2021) | 319,948 |
| Total agents on BEKE's platform (as of 7/16/2021) | 435,888 |
| Difference | (112,112) |
| **Inflated %** | **26%** |

---

[39] BEKE 2Q 2021 Investor Presentation, p.3.
[40] BEKE 2020 20-F, pp. 54-57, Since BEKE's ACN is designed to help manage transactions and keep track of sales and most importantly the division of commissions, and is replete with procedures and rules, as well as performance and service scoring, we believe that all agents and stores are highly incentivized, if not required, to be on the platform.

It is possible that BEKE is worried that its inflated agent count will be discovered.  Similar to its stores, in BEKE's 3Q21 earnings press release, the Company introduced new metrics of 'active agents' and 'active stores' on its platform.[41]

Rather than this being an acknowledgement of the number of inactive agents on BEKE's platform, we think it is a thinly veiled attempt to preempt concerns about the discrepancy between BEKE's claims and reality.

Despite this ruse, even if we count the 'active' agents, we still observe a substantial discrepancy between the number of 'active' agents reported by BEKE and the number of agents on its platform.  In other words, our platform data likely overcounts the number of agents working for the Company.  **Spot checking reveals that the overstatement is likely much greater**.

> **b.** **Local Government Real Estate Website Corroborates Exaggerated Agent Count**

In order to determine whether BEKE was overstating the number of agents on its platform, we compared a local real estate license registry against the detailed disclosures provided by BEKE in connection with a recent acquisition.

As a protection against unscrupulous real estate agents, the city of Nanchang in Jiangxi Province provides a quantitative score and ranking for all agents, tracking good and bad behaviors with 100 points (5 stars) being the highest ranking.[42]

These scores are listed in Nanchang City's Real Estate Broker Credit Registry (the "Registry").  Agents with scores below 60 are entered onto a blacklist and their brokerage credentials are cancelled.[43]  The Registry is public and searchable.[44]  Local authorities confirmed that the Registry is updated frequently and that the registry is so current, displaying whether an agent is still with an agency, or if they have resigned or have been blacklisted.

---

[41] https://www.sec.gov/Archives/edgar/data/0001809587/000110465921135986/tm2132196d2_ex99-1.htm
[42] http://www.xinhuanet.com/local/2018-08/03/c_1123219937.htm
[43] 南昌市房地产经纪从业人员信用行为管理规定, http://house.ncfdc.com.cn/News/newsbody.html?id=137485
[44] 南昌经纪从业人员信用档案公示, http://m.ncfdc.com.cn/BrokerCreditFiles



In 2019, BEKE acquired a real estate brokerage called Zhonghuan. Our collection of data from BEKE's platform found that in late August 2021, Zhonghuan's Nanchang operation had 363 stores with 2,050 agents.

We checked these numbers against the Nanchang Registry. The results showed that although the reported store count closely matched, the number of Zhonghuan agents was exaggerated by 50%.

| Zhonghuan's operation in Nanchang | # of Stores | # of Agents |
|---|---|---|
| BEKE platform | 363 | 2,050 |
| Nanchang Real Estate Bureau Registry | 360 | 1,307 |
| Inflated % | 1% | 50% |

*Source: Nanchang Housing Security and Real Estate Administration database,*
*Data collected from BEKE platform*

We believe that BEKE uses former agents who have left the Company to inflate the agent count on its platform. For example, according to BEKE's platform, Zhonghuan Youjia No. 3 store supposedly has 12 agents.[45]

---

[45] As of December 10, 2021 中环地产中环-佑家三店-A店门店店铺 (ke.com)



Yet when we compared the listed agents at Zhonghuan Youjia No. 3 and the Registry, we found three agents had already left Zhonghuan.[46]



Our collected data indicates that there are far fewer agents on BEKE's platform than it reports to investors. But the Nanchang registry implies that the number of active agents is substantially less than the number of agents on the platform, likely because the registry is scrubbed far more often for real estate agents who drop out of the business or leave the Company.

We corroborated this conclusion with other data sources, including SAIC data, which confirm that BEKE's agent count is materially overstated.[47]

---

[46] The three agents' information on BEKE's platform: https://m.ke.com/bj/jingjiren/1000001005193156, https://m.ke.com/bj/jingjiren/1000001009464580, https://m.ke.com/bj/jingjiren/1000001000714187

[47] SAIC data is from QiChaCha.

c.       **SAIC Data in BEKE's Leading Markets Show Overstated Agent Count**

Beijing and Shanghai are BEKE's two primary markets. The Company claimed that these two cities contributed 32% of revenue in 2020, and that Lianjia had 21,000 agents in Shanghai and 27,000 agents in Beijing as of Dec 31, 2020.[48]

In China, companies are required to pay the contribution to social insurance for all employees.[49]  Chinese companies are required to report the number of employees to SAIC.  A simple check of the SAIC data for BEKE's subsidiaries imply that the Company is materially inflating its agent count in these key markets.

i.       **Shanghai: SAIC Data in BEKE's Largest Market Show 100%+ Overstatement in Agent Count**

In BEKE's latest 20-F, the Company claimed it had Lianjia 21,000 agents in Shanghai as of FYE 2020.  In the 20-F, BEKE lists only two subsidiaries in Shanghai: Deyou Real Estate Agency Co., Ltd. ("Deyou Agency") and its subsidiary, Shanghai Deyou Property Consulting Co., Ltd. ("Shanghai Deyou"). [50]

When we spot-checked the Company's claims with the annual SAIC data for its Shanghai subsidiaries from database providers QiChaCha and QiXinBao, these entities reported only 9,996 employees registered.

**Shanghai Deyou: 1,310 employees**

*Source: QCC (database of SAIC registration information)*

---

[48] BEKE 2020 20-F, p. 60: "As of December 31, 2020, Lianjia had approximately 27,000 and 21,000 agents, as well as approximately 1,400 and 1,000 brokerage stores, in Beijing and Shanghai, respectively."
[49] BEKE 2020 20-F, p. 29. BEKE claimed that certain of our PRC subsidiaries and consolidated affiliated entities have failed to make social insurance and housing fund contributions in full for their employees. Yet we think the difference is too big to be explained by this excuse.
[50] BEKE F-1, dated July 24, 2020, p. F-15; BEKE F-1, dated Nov 16, 2020, p. F-112; BEKE 2020 20-F, p. F-11, and public SAIC corporate registry databases such as QiChaCha, QiXinBao

**Deyou Real Estate Agency: 8,686 employees**

| 统一社会信用代码 | 91310120742692413Q | 企业名称 | 德佑房地产经纪有限公司 | | |
| --- | --- | --- | --- | --- | --- |
| 法定代表人 | 王拥群 关联141家企业 > | 登记状态 | 存续（在营、开业、在册） | 成立日期 | 2002-09-04 |
| 注册资本 | 5000万元人民币 | 实缴资本 | 5000万元人民币 | 核准日期 | 2021-02-19 |
| 组织机构代码 | 74269241-3 | 工商注册号 | 310120001430814 | 纳税人识别号 | 91310120742692413Q |
| 企业类型 | 有限责任公司（非自然人投资或控股的法人独资） | 营业期限 | 2002-09-04 至 2032-09-03 | 纳税人资质 | - |
| 所属行业 | 房地产业 | 所属地区 | 上海市 | 登记机关 | 奉贤区市场监督管理局 |
| 人员规模 | 8000-8999人 | 参保人数 | 8686 | 曾用名 | 上海德佑房地产经纪有限公司 |
| 英文名 | Deyou Real Estate Brokerage Co., Ltd. | | | 进出口企业代码 | - |

*Source: QCC (database of SAIC registration information)*

We learned that BEKE is registering some Shanghai employees who have hukous in other cities in its Shenzhen entities. However, BEKE claimed 21,000 agents in Shanghai, while SAIC data for its two Shanghai brokerage subsidiaries show only 9,996 employees and 199 employees in its other subsidiaries (including its VIE). In our opinion, this legally dubious maneuver is unlikely to account for much of the delta because of the potential to attract negative attention and the implication that so little of its agent base is from Shanghai.

**Shanghai Agent Overstatement: SAIC Data vs. Claimed**

| 2020 | # of Employees w/ Social Insurance |
| --- | --- |
| 德佑房地产经纪有限公司 Deyou Agency* | 8,686 |
| 上海德佑物业顾问有限公司 Shanghai Deyou* | 1,310 |
| 上海高策房地产经纪有限公司 | 2 |
| 上海链家房地产经纪有限公司 | 0 |
| 上海闹海房地产经纪有限公司 | 0 |
| 上海德融房地产经纪有限公司 | 0 |
| Brokerage and related business subtotal | 9,998 |
| 上海方毓网络科技有限公司 | 21 |
| 度有文化传播（上海）有限公司 | 0 |
| 贝壳技术有限公司上海分公司 | 171 |
| 上海识切信息科技有限公司 | 0 |
| 上海链鲲技术有限公司 | 6 |
| 上海小宅信息技术有限公司 | 0 |
| 上海小桁网络科技有限公司 | 1 |
| 上海海矗科技有限公司 | 0 |
| 上海晨海贝网络科技有限公司 | 0 |
| Other business subtotal | 199 |
| Total | 10,197 |
| Claimed # of agents in Shanghai | 21,000 |
| **Inflated %** | **106%** |

*Disclosed in the BEKE SEC filings

We think even this metric likely understates the extent of BEKE's misrepresentations. The employee count reported in the SAIC data of BEKE's Shanghai subsidiaries should include a number of employees who are not agents. This means that of the 10,197 employees reported in the SAIC data, a portion should be non-agent support staff such as secretaries and internal accountants.

We contacted six Shanghai Lianjia stores who told our investigator that Lianjia stores do not employ part-time or temporary agents and that Lianjia pays social insurance for its employees. This means that the employee count on the SAIC data should generally match the agent count reported by the Company in its SEC filings. It doesn't and it is not even close.

We see the same pattern when we compare BEKE's disclosures with independent records from the Company's other key market, Beijing.

### ii. Beijing: SAIC Data Shows over 100% Overstatement in Agent Count

BEKE claimed that it had 27,000 agents in Beijing as of Dec 31, 2020.[51] Beijing is also the corporate headquarters for the company, so in additional to agents and its support staff, "a large portion of employees" are based in Beijing working in administration and other office functions.[52]

**D. Employees**

We had a total of 119,658 employees as of December 31, 2020. The following table sets forth the numbers of our employees categorized by function as of December 31, 2020.

| Function | Number of Employees |
| --- | --- |
| Agents and supporting staff | 91,210 |
| Platform operations | 12,316 |
| Research and development | 3,420 |
| Business development, sales and marketing | 5,042 |
| Administration and management | 7,670 |
| Total | 119,658 |

As of December 31, 2020, our employees were mainly based in mainland China. A large portion of our employees are based in Beijing where our headquarters is located, and the rest are mainly at our subsidiaries and branches across the nation.

We reviewed BEKE's IPO and secondary F-1 prospectuses, its 2020 20-F and the public SAIC corporate registry databases to map out the structure and identify companies that might be significant employers in Beijing. We found that in Beijing, BEKE has 28 major and minor subsidiaries (including VIEs).[53] These entities reported a total of only 14,236 employees per SAIC data, indicating that BEKE is exaggerating the number of its agent in Beijing by 90%.

---

[51] BEKE 2020 20-F, p. 60: "As of December 31, 2020, Lianjia had approximately 27,000 and 21,000 agents, as well as approximately 1,400 and 1,000 brokerage stores, in Beijing and Shanghai, respectively."
[52] BEKE 2020 20-F, p. 130
[53] BEKE F-1, dated July 24, 2020, p. F-15; BEKE F-1, dated Nov 16, 2020, p. F-112; BEKE 2020 20-F, p. F-11, and public SAIC corporate registry databases such as QiChaCha, QiXinBao. Note, in the most recent filing, the 2020 20-F shows fewer "major subsidiaries" than in its F-1 prospectuses.

**BEKE's SAIC Data Indicate the Number Its Agents in Beijing are 90% Inflated**

| Company | # of Employees* | Company | # of Employees* |
|---|---|---|---|
| 贝壳找房科技有限公司北京分公司 | 1 | 北京丁丁优房科技信息有限公司 | 0 |
| 北京链家高策房地产经纪有限公司 ** | 1,801 | 万科链家（北京）装饰有限公司 | 72 |
| 北京美宸信息咨询有限公司 | 232 | 北京贝好商务咨询有限公司 | 0 |
| 贝壳找房网（北京）信息技术有限公司 | 0 | 北京伊诺万链商务服务有限公司 | 0 |
| 北京房江湖科技有限公司 | 2 | 北京理房通支付科技有限公司 ** | 142 |
| 北京方源房地产咨询服务有限公司 ** | 330 | 北京宜居泰和科技有限公司 ** | 9 |
| 北京佰诚合信房地产经纪有限公司 | 0 | 北京中融信融资担保有限公司 ** | 277 |
| 北京高策房地产经纪有限公司 | 54 | 北京全装美家装饰有限公司 | 273 |
| 北京链家房地产经纪有限公司 ** | 169 | 北京致经联同科技有限公司 | 1 |
| 贝壳找房（北京）科技有限公司 ** | 4,218 | 贝易拍（北京）拍卖有限公司 | 1 |
| 北京链家置地房地产经纪有限公司 ** | 6,304 | 北京信富咨询有限公司 | 0 |
| 北京贝壳家居科技有限公司 | 0 | 北京链家融信投资咨询有限公司 | 0 |
| 德佑（天津）房地产经纪服务有限公司北京分公司 | 103 | **Other business subtotal** | **1,022** |
| **Brokerage and related business subtotal** | **13,214** | **Total** | **14,236** |
| 北京链家融盛管理咨询有限公司 | 85 | Claimed # of agents in Beijing | 27,000 |
| 北京链家旅居科技服务有限公司 | 161 | Inflated % | 90% |
| 北京贝嘉商务咨询有限公司 | 1 | *# of employees w/ social insurance reported in 2020 |  |

** Disclosed in the BEKE SEC filings

Again, such figures likely understate the true extent of BEKE's misrepresentations, as SAIC data includes a number of non-agent employees, particularly given that BEKE's headquarters are in Beijing.

It is clear that GTV and revenues are a function of the number of agents BEKE employs, meaning that such agent overstatement tracks closely with other independent data points showing GTV and revenue exaggeration.

- **Labor dispatching and outsourcing agencies may legally only make up 10% of the employees**

The evidence is clear that BEKE is materially inflating its agent count. The discrepancy cannot be accounted for by labor dispatching and outsourcing agencies. BEKE's own SEC disclosures state that PRC labor laws limit the number of dispatched and temporary laborers to 10% of the total labor force.[54]

**Labor Dispatch**

Pursuant to the Labor Law of the PRC and Interim Provisions on Labor Dispatch, which was promulgated on 24 January 2014 and became effective on 1 March 2014, labor dispatch employment is a supplemental form which can only be adopted for temporary, auxiliary or alternative job positions. Temporary positions are positions subsisting for no more than nine months; auxiliary positions are positions of non-major business serving for major businesses; and alternative positions are positions that can be held by dispatched laborers for a certain period of time during which the former laborers are temporarily out of their positions for reasons. An employer is required to strictly control the number of dispatched laborers not to exceed 10% of the total number of its labor force.

---

[54] BEKE 2020 20F, p. 78

Even assuming 10% of the labor force is temporary workers, the maximum allowed under PRC law, SAIC data still indicate that BEKE inflates the number of agents in its key Beijing and Shanghai markets by ~79%.

**Labor Dispatching Would Not Explain the Discrepancy**

| | Shanghai | Beijing | Total |
|---|---|---|---|
| # of employees in 2020 SAIC data | 10,197 | 12,920 | 24,433 |
| Labor dispatching limit 10% | 10% | 10% | 10% |
| | 11,217 | 14,212 | 26,876 |
| # of agents claimed in SEC filings | 21,000 | 27,000 | 48,000 |
| **Inflated %** | **87%** | **72%** | **79%** |

*Source: BEKE SEC filings and its subsidiaries' SAIC filings*

BEKE's conflicting disclosures also support this assumption. BEKE reports the breakdown of its employee count by function in its SEC filings. Even if we assume that all the dispatched workers are agents, adding them together with the number of agents reported in the function breakdown section still leaves BEKE far short of the agents necessary for its headline agent claims to be true.

| | 6/30/2020 | 9/30/2020 | 12/31/2020 |
|---|---|---|---|
| # of agents claimed | 134,000 | 133,000 | 139,000 |
| Reported agents and supporting staff | 64,543 | 89,217 | 91,210 |
| Reported dispatched workers | 9,495 | 8,217 | 11,966 |
| Max. # of agents | 74,038 | 97,434 | 103,176 |
| **Inflated %** | **81%** | **37%** | **35%** |

Source: BEKE's Public Filings

Pursuant to PRC labor laws, temporary employees may only constitute a maximum of 10% of the full-time employee count. BEKE confirmed in its SEC filings that it did not exceed this 10% threshold mandated by Chinese law. Accordingly, even assuming all of the temporary agents were agents, the number is still far short of BEKE's headline agent count. We believe the explanation is clear. Revenue and GTV are a function of agent count, so to justify its fabricated GTV and revenue figures, BEKE has also significantly inflated the number of agents on its platform to pump its stock price.

- **Inconsistent SEC Disclosures - Additional Evidence of Agent Overstatement**

We observed discrepancies not only between its SEC filings and local Chinese regulatory filings, but also between the figures reported in BEKE's SEC filings from period to period. Even in its SEC filings, the number of employees fluctuates widely, suggesting, in our opinion, that the Company has trouble keeping its story straight regarding the number of its employees and its agents.

For example, in its initial F-1 filed in April 2020, BEKE stated that as of Dec 31, 2019, it employed 82,282 direct employees and 76,217 dispatched workers, which was 93% of its full-time employee. If true, this would be an admission of violation of PRC labor laws.

**Employees**

We had a total of 82,282 employees as December 31, 2019. The following table sets forth the numbers of our employees categorized by function as of December 31, 2019.

| Function | Number of Employees |
|---|---|
| Agents and supporting staff | 60,248 |
| Platform operations | 8,598 |
| Research and development | 3,043 |
| Business development, sales and marketing | 4,325 |
| Administration and management | 6,068 |
| Total | 82,282 |

In addition to our own employees, our labor force also includes dispatched workers. As of December 31, 2019, we had 76,217 dispatched workers. We have implemented a comprehensive plan to reduce the percentage of dispatched workers. As of the date of this prospectus, the number of our dispatched workers does not exceed 10% of our total labor force. See also "Risk Factors — Enforcement of stricter labor laws and regulations and increases in labor costs in the PRC may materially and adversely affect our business and our profitability".

*Source: BEKE F-1 filed on April 25, 2020, p. 169*

The SEC questioned BEKE about this matter. In June 2020, the Company replied that it had lowered the percentage of dispatched workers to less than 10%. BEKE claimed that, as of April 30, 2020, the number of its full-time employees increased 82% within four months after implementing a comprehensive plan to presumably gain compliance with PRC labor law.[55]

However, two months later, the self-reported figures fluctuated significantly again, when BEKE claimed that the number of its full-time employees decreased 41% to 87,706 and the number of dispatched workers was 9,495.

**Employees**

We had a total of 87,706 employees as of June 30, 2020. The following table sets forth the numbers of our employees categorized by function as of June 30, 2020.

| Function | Number of Employees |
|---|---|
| Agents and supporting staff | 64,543 |
| Platform operations | 9,200 |
| Research and development | 3,080 |
| Business development, sales and marketing | 4,193 |
| Administration and management | 6,690 |
| Total | 87,706 |

In addition to our own employees, our labor force also includes dispatched workers. Historically, we had a relatively large number of dispatched workers. In 2020, we have initiated and implemented a comprehensive plan, including making more direct employment and outsourcing arrangements, to lower the percentage of dispatched workers without any material impact upon our labor demands. As of June 30, 2020, the total number of our dispatched workers was 9,495, which was below 10% of our total labor force of 97,201, and we do not expect the reduction in the percentage of dispatched workers to have any material impact on

Source: BEKE F-1/A, August 12, 2020

BEKE's reported full-time employee count is available almost every quarter in 2020, and these figures swing drastically every quarter. In practice, we believe that companies rarely go through the hassle to hire full-time employees, fire them, and recruit new workers on a quarterly basis. Yet according to BEKE's SEC disclosures, the number of full time and temporary employees and agents gyrated massively from quarter to quarter.

After the IPO and secondary offerings closed, BEKE appears to have returned to its old ways, reporting that as of Dec 31, 2020, it had 139,000 agents in total, but only 91,210 employees who were agents and support staff on its payroll.[56]

---

[55] https://www.sec.gov/Archives/edgar/data/0001809587/000091205720000178/filename1.htm#ei75901_regulation
[56] BEKE 2020 20-F, p.60

As of December 31, 2020, *Lianjia* had approximately 139,000 agents, including agents employed by us and from labor dispatching or outsourcing agencies, and approximately 7,800 offline brokerage stores across 29 cities in China. As of December 31, 2020, *Lianjia* had approximately 27,000 and 21,000 agents, as well as approximately 1,400 and 1,000 brokerage stores, in Beijing and Shanghai, respectively.

Source: BEKE 2020, 20-F, p .60

**D.      Employees**

We had a total of 119,658 employees as of December 31, 2020. The following table sets forth the numbers of our employees categorized by function as of December 31, 2020.

| Function | Number of Employees |
|---|---|
| Agents and supporting staff | 91,210 |
| Platform operations | 12,316 |
| Research and development | 3,420 |
| Business development, sales and marketing | 5,042 |
| Administration and management | 7,670 |
| Total | 119,658 |

As of December 31, 2020, our employees were mainly based in mainland China. A large portion of our employees are based in Beijing where our headquarters is located, and the rest are mainly at our subsidiaries and branches across the nation.

Source: BEKE 2020, 20-F, p .130

The difference between the 139,000 Lianjia agents reported and the 91,210 employed directly by BEKE suggests that at least 47,790 agents were employed through outsourcing agencies.[57]  This suggests that the growth in the total agents in of the end of 2020, 28.5% of its labor force were either coming from labor dispatching agencies, or were simply invented.[58]

**BEKE's Reported Agent Composition Change**

---

[57] Unlike prior quarters disclosures, the 47,790 number of dispatched workers was not disclosed; however, it can be calculated from the difference between the total number of Lianjia employees reported and the total number of agents who are either Lianjia employees or employed via dispatched labor services companies.

[58] BEKE 2020, 20-F, pp., 60, 130

**Lianjia Agents, Employees, and Dispacthed Workers**

|  | 12/31/20 |  |
|---|---|---|
| Number of Lianjia agents including BEKE employees and dispatched workers | 139,000 | a |
| Agents and support staff | 91,210 | b |
| Full-time employee | 119,658 | c |
| Dispatched workers | 47,790 | d=a-b |
| Total labor force | 167,448 | e=d+c |
| % of dispatched workers to total labor force | 28.5% | f=d/e |

One further piece of corroborating evidence emerged unexpectedly during a store visit. One of our investigators approached a Deyou brokerage as a potential buyer of a property. The agent suggested that our investigator temporarily become a Deyou employee to take advantage of the real estate agent employee discount on the sales price offered by the developer. To do so, the agent would upload the buyer's name, government identification number (身份证号), and cell phone number onto the BEKE platform. The agent said that as soon as the home purchase was complete, our investigator could just resign. This unorthodox offer suggests that the number of agents on BEKE's platform could be inflated by buyers disguised as employees.

In our opinion, the dramatic inconsistency in BEKE's disclosed employee count from quarter to quarter in its SEC filings corroborates the evidence we found in the data collection of BEKE's platform and the SAIC data of its primary subsidiaries, all of which show that BEKE lies about the number of agents on its platform to mislead investors regarding the scale of its business, its GTV and revenues.

If BEKE is misleading investors with fake revenues, GTV, stores and agents, how does it account for the fake cash produced by such fraud on its balance sheet?

**Likely Acquisition Fraud to Mask Fake Revenues**

One of the hallmarks of US-listed Chinese companies that have collapsed amid evidence of fraud is the use of sham transactions to burn off non-existent cash balances. Typically, the company overstates the value of an acquired asset, sometimes secretly purchased from proxies connected to insiders. In our research on BEKE, we found an example that we think is a textbook sham transaction.

In addition, we question how BEKE could have spent its claimed RMB 7.2 billion (US$1.1 billion) on R&D since 2018.[59] This also seems to be an overstatement.

**BEKE R&D Expense**

| Period | R&D Expense | | Source |
|--------|---|---|--------|
| 3Q21 | ¥ | 1,043 | 3Q21 6-K financial report, p.6 |
| 2Q21 | ¥ | 775 | 2Q21 6-K financial report, p.6 |
| 1Q21 | ¥ | 638 | 1Q21 6-K financial report, p.6 |
| 2020 | ¥ | 2,478 | 2020 20-F, p.100 |
| 2019 | ¥ | 1,571 | 2021 20-F, p.103 |
| 2018 | ¥ | 671 | 2022 20-F, p.103 |
| Total Rmb mm | ¥ | 7,176 | |
| Total US$ mm | $ | 1,114 | 3Q2 6-K financial report, p.9 (Rmb 6.4434:US$1) |

- **Zhonghuan: Sham Transaction Routed through Straw Entity controlled by Likely Company Proxy**

BEKE claims that it spent RMB 1.8 billion to acquire 100% of Zhonghuan Real Estate Agency ("Zhonghuan") in a two-part transaction supposedly completed in 2020. However, SAIC data shows that BEKE routed the transaction through a likely straw buyer controlled by a Company proxy. Straw buyers controlled by management proxies are a common way in our experience to overstate asset purchases prices.

In its prospectus, BEKE claimed that the Company acquired 100% of Zhonghuan in a two-legged transaction. First, the Company claimed that it paid RMB 931 million for 62% of Zhonghuan on July 12, 2019. Second, BEKE claimed to have paid RMB 910 million for the remaining 38% in April 2020.[60] The table below shows BEKE's claims.

**BEKE's Purported Timelines and Valuation for the Zhonghuan Acquisition**

| RMB M | Date | Ownership % | Consideration | Cash | Shares | Valuation |
|-------|------|-------------|---------------|------|--------|-----------|
| Phase 1 | 7/12/2019 | 62% | 931 | 931 | 0 | 1,502 |
| Phase 2 | Apr 2020 | 38% | 910 | 194 | 716 | 2,395 |

However, SAIC data contradicts BEKE's disclosures. Regarding the first leg of the transaction, instead of acquiring 62% of Zhonghuan in July, 2019, BEKE only acquired 28%.[61]

On the same day, another entity, Tianjin Yunju Real Estate Agency ("Yunju"), acquired 33.6% of Zhonghuan. Within six months, Yunju flipped its newly acquired 33.6% ownership to BEKE, and not long after deregistered.

---

[59] BEKE 3Q21 6-K financial report, p.6,9; BEKE 2Q21 6-K financial report, p.6; BEKE 1, Q21 6-K financial report, p.6; 2020 20-F, pp.100,103
[60] BEKE F-1, p. F-84 ~ F-86
[61] SAIC Company Information Database



*Above: Tianjin Yunju's basic SAIC data including data of establishment and deregistration*



*Above: SAIC data re the acquisition and consolidation of shares in Zhonghuan by BEKE via Pontus HK on 12/30/21*

Evidence indicates that this intermediary was likely a straw buyer controlled by a Company proxy. First, SAIC data shows that the intermediary was incorporated only six weeks before it acquired a substantial share interest in the target. We infer that the purpose of the entity was to hold the interest for a short period before selling to BEKE.

The intermediary also appears to be controlled by an individual closely connected to BEKE. The intermediary (Yunju) was owned by Liu Xiaojun (99%) and Xia Jingsheng (1%). Liu appears to have close ties to BEKE.



The "inextricable connection" between BEKE and Liu Xiaojun was covered by the Chinese media.[62] For example, Liu Xiaojun used to be the supervisor of Yantai Lianjia Real Estate Brokerage,[63] a subsidiary of BEKE, and owns a

---

[62] https://www.36kr.com/p/1724208054273, "...刘晓军却与链家存在着千丝万缕的联系"
[63] Until May 2018. (Chinese company information database)

company called Beijing Beike Real Estate Consulting. Liu is also the ultimate owner of Beijing Fangjianghu Info Tech[64], which uses @lianjia.com email for corporate registration and shares the same phone number with multiple BEKE subsidiaries.

At BEKE's reported purchase price, BEKE supposedly paid RMB 504 million (to an obvious proxy) for this acquisition. Put simply, rather than buying Zhonghuan outright, BEKE routed the purchase through a highly suspect intermediary. Formed just weeks before the transaction, we think the purpose of the entity was to fraudulently inflate the original purchase price. After holding the target's shares for a mere six months, it then flipped them to BEKE.

In our view, inserting a straw buyer likely enables BEKE a convenient mechanism to fake cash that is a byproduct of significantly overstating revenues.[65]

Additional evidence also indicates that BEKE significantly inflated the value of the acquisition. In two transactions in 2017 and 2019, BEKE acquired a partial interest in IFM, the Century 21 brand network of franchise brokerages in China. BEKE valued its 37.6% equity interest in IFM and loan to IFM's controlling shareholder at a fair value of RMB 225.4 million at the end of 2019.[66] This gave an implied valuation of RMB 599 million to IMF. Notably, BEKE subsequently wrote down RMB 317 million of the IFM investment.[67]

We believe IFM is a good benchmark to value Zhonghuan because both are franchise operations acquired by the Company, so we can compare the relative valuation of each business with the data on transactions and stores collected from the platform.

Looking at BEKE platform data, we see that IFM brokerages produce significantly more new and existing home sales, have almost double the number of agents, and more than 40% more stores than Zhonghuan.

---

[64] 北京房江湖信息科技有限公司

[65] This transaction has many similarities with the Shunshun and DFRL investments discussed in our TAL report.

[66] https://www.sec.gov/Archives/edgar/data/1809587/000110465920091904/fi lename1.htm

[67] https://www.sec.gov/Archives/edgar/data/1809587/000110465920091904/fi lename1.htm

Pursuant to ASC 825-10-15-4, the Company elected the fair value option to account for all of its investments in IFM and the loan provided to IFM's controlling shareholder above. The fair value of the additional investment in IFM and the loan to IFM's controlling shareholder was RMB120.1 million on the transaction date, which was supported by independent valuer's valuation report. The difference of RMB317.9 million between the consideration paid and the fair value of financial assets received was recognized as deemed marketing expenses, amounting to RMB274.8 million and RMB43.1 million when the payments were made in May and November 2019, respectively, for the following reasons:

The Company invested heavily to promote the *Beike* platform after its launch in 2018, including online and offline advertising efforts. In 2019, the Company launched many incentive programs to incentivize real estate brokerage firms to join its platform. By making this investment, the Company received marketing related benefits as IFM agreed to be the first large brokerage firm joining the *Beike* platform. It has an effect similar to a corner stone business partner that will bring confidence to other potential smaller brokerage firms for them to trust the Company and join the *Beike* platform. The fact that IFM joined the platform helped to enhance the brand awareness of *Beike* and strengthen the Company's market position.

There is no minimum transactions or traffic committed by IFM to be brought to *Beike* platform as IFM does not directly provide those services to the Company, nor does the cooperation with IFM include any favorable terms. Therefore the business cooperation with IFM did not qualify as an identifiable intangible asset. Moreover, the Company's platform revenue directly generated from IFM was only about RMB6.9 million in 2019, which is immaterial and provides evidence that the payment to IFM is not to give a price concession to IFM as a customer of the Company's platform service.

The Company concluded the business rationale to pay the premium is to enhance and promote the *Beike* platform. Hence, the difference between the consideration paid and the fair value of the investments and the loan should be recognized as a marketing expense. In response to the Staff's comment, the Company has revised the disclosure on page 107 of the Registration Statement to provide

**Comparative Value of IFM and Zhonghuan by Store, Agent, and Transaction**

| Brand Name | # of Stores | # of Agents | Number of Transactions from May 25, 2021 to Aug 8, 2021 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Existing Home Sales | New Home Sales | Total Transctions | |
| 21 Century - IFM | 2,876 | 24,872 | 8,395 | 6,254 | 14,649 | a |
| Zhonghuan | 1,991 | 13,414 | 4,488 | 5,209 | 9,697 | b |
| **Difference** | **885** | **11,458** | **3,907** | **1,045** | **4,952** | a-b |
| **Difference %** | **44%** | **85%** | **87%** | **20%** | **51%** | a/b-1 |

On both an EV/transaction basis or an EV/store basis, BEKE paid nearly 4x for Zhonghuan.  We believe this underscores the absurdity of the price paid for Zhonghuan.

**Zhonghuan Valuation Premium**

| Brand Name | # of Stores | # of Agents | # of Transctions | Implied Equity Value (RMB mm) as of Dec 31, 2019 | **Zhonghuan Valuation Premium** |
| --- | --- | --- | --- | --- | --- |
| 21 Century - IFM | 2,876 | 24,872 | 14,649 | 599 | |
| Zhonghuan | 1,991 | 13,414 | 9,697 | **1,841** | |
| | | | | | |
| Zhonghuan Valuation - Adjusted on Equity Value/ # of Store Basis | | | | 415 | **3.4x** |
| Zhonghuan Valuation - Adjusted on Equity Value/ # of Agents Basis | | | | 323 | **4.7x** |
| Zhonghuan Valuation - Adjusted on Equity Value/ # of Transactions Basis | | | | 397 | **3.6x** |
| Zhobghuan Valuation - Adjusted Average | | | | 378 | **3.9x** |

It also notable that whereas BEKE wrote down the value of IFM (through a deemed marketing expense), BEKE wrote up the value of Zhonghuan.

Ultimately, we think the evidence shows that BEKE inflated the purchase price of the Zhonghuan acquisition to route the acquisition through a likely Company proxy and burn off phantom cash.

- **Shengdu: Absurd Acquisition Price**

Another suspicious acquisition merits scrutiny. BEKE claims that the Company spent RMB 8 billion[68] to acquire Shengdu Home Renovation ("Shengdu"), a home renovation service provider.  Yet Shengdu only operates in several provinces with many of its branches setup in 2021.

As a basis of comparison, Dong Yi Ri Sheng Decoration Group (2713.CH) ("Dong Yi"), is a publicly listed renovation service provider. Dong Yi operates in 30 provinces and cities.  Its enterprise value in June 2021, around the time of BEKE's acquisition announcement, was RMB 2.5 billion.

In an expert network forum interview, a former BEKE senior manager responsible for the online home sales business discussed his view of the Shengdu acquisition, opining that it was "not a very smart move."

> "Personally, I think the company think that it is very natural that people want to get a home renovation. If they bought a home, especially if they bought a secondary housing, they want someone to help them to do with their renovation. But in my opinion, it is a very — like what I said, this industry, the home renovation, the way of acquiring a company like Shengdu is not a very smart move."

> "What's more important is that, for the home renovation, you do not have this kind of network effect like what you have with brokerage companies. With the brokerage companies, the more agents that you have, you have a better chance of getting a much bigger market share than a smaller one. But for home renovations, you do not have this kind of network effect. Even if you are 10 times bigger, or even 100 times bigger, than your competitor, it is highly unlikely that you can take market share from the small competitor.

---

[68] BEKE did not disclose the exact amount, but only stated that the purchase price would be capped at RMB 8 billion.

> The ones who are making some real difference is the companies that invested in, for instance, new ways of doing home renovation. I came across some of the startups or some of the companies in China. They are doing something different. For instance, they will offer a total solution to your home renovation, with different materials and different ways of doing home renovation, which is quite different from that of Shengdu. Shengdu is a service provider. It does not have this kind of technology. I'm pretty negative about this acquisition."

We question why BEKE would pay RMB 8 billion to acquire a home renovation business in a limited number of provinces.  Our suspicion is that like Zhonghuan, BEKE grossly overpaid for a questionable business in order to hide fake cash, a balance sheet problem created by BEKE's gross overstatement of its revenues.

**Appendix I: Data Collection Methodology and Results**

BEKE's online platform has a large volume of data flowing through it. The platform contains key data points on the number of stores and transactions for new and existing homes, what the company refers to as its Agent Cooperation Network (ACN). Platform data is available for external customers to view. We created an automated program to collect the publicly available data on BEKE's platform for the sale of new and existing homes through the Company owned brokerage (Lianjia) and connected store brokerages.

We discussed the platform and data with BEKE agents and confirmed that this data mirrors the company's internal back-end data, showing the same transaction data that company agents see with two main differences:

- No buyer or seller personal information is made public
- There is a roughly two-week delay between a contract signing and the posting of new transactions. The agents explained that this 14–17-day delay is intended to prevent the poaching of sales, listings, and customers by other agents.[69]

We conducted multiple data collections from the platform. The key data point that we collected was the number of transactions at the store level. BEKE's platform collections frequently provided numerous other data points such as the total number of new and existing home transactions on the platform for the trailing 76-day period, the number of agents and stores on the platform, plus details on the transactions. The collections from the store pages also provided the store name, address, link to its SAIC business registration, number of agents, etc.

| | Number of Transactions | |
| --- | --- | --- |
| Lookback Period | Existing Homes | New Homes |
| May 25, 2021 – August 8, 2021 | 145,220 | 112,747 |
| June 9, 2021 – August 23, 2021 | 127,803 | 106,727 |
| June 30, 2021 – September 13, 2021 | 118,728 | 99,756 |
| August 8, 2021 – October 22, 2021 | 94,877 | 107,994 |
| September 1, 2021- Nov 15, 2021 | 96,068 | 118,207 |

The collection process worked as follows.

1. First, we used the 'Find Agent' function under each city to retrieve the agent data.



*Left: The find and an agent function, Right: Agent information*

---

[69] The 76 days of data plus a 14-17 wait time approximately equal 90-93 days; or one calendar quarter, less the 14-17 day delay. When we make our estimates, we prorate the 76 period to match the number of days in the quarter (91 days for Q2 and 92 days for Q3).

2. Each agent works at a real estate brokerage store. We use agents' pages to identify their affiliated stores in each city. We then collect the basic store information for each Lianjia and connected brokerage, including the number of agents, store names, store addresses and store URL.



*Left: the agent's store information, Center: the store name, address, and link to its SAIC business registration certificate, Right: more store details including number of agents at the store, number of clients, and active listings*

3. We analyzed the store details in the code and collected a category of data labelled "Store Completed Transactions" or "门店成交," which shows the number of transactions at each store, including existing home transactions, new home transactions and rental transactions, for the 76-day period preceding the new listing delay.



*Above: the app page displaying completed transactions, transaction details including prices, and its code*

Both English, Chinese and Romanized Chinese or "pinyin" are written in the code. When in pinyin, the Chinese word for completed transactions is "Chengjiao" (成交). The terms "chengjiao", "zulin" (租赁, rental), "xinfang" (新房, new home), "ershoufang" (二手房, existing home) and others can be seen in the code.

Looking at a single example below, the "chengjiaoData" show 64 rentals, 3 new home sales, and 56 existing home sales in the 76 days prior to the delay for this particular store. The number of existing home sales can also be tied to the number of transactions shown on the individual store's transaction list tab.



*Above: sections of the BEKE app code showing number of rental, new home, and existing home transactions*

4.  BEKE's platform lists detailed information for its existing home transactions for each store under the tab called "dynamic list of completed transactions" (成交动态).[70] The information contained on this tab includes property information, transaction price, date of transaction, and price per square meter for an existing home transaction. Our program collected this detailed transaction data for the stores on the platform identified via the "Find Agent" search program. We collected the number of transactions posted at the store level.



*Above: the main page of the app showing the current dynamic list of all completed transactions and its code*

---

[70] Note: auto-translate functions may label the dynamic list of completed transactions (成交动态) as transaction trends, transaction dynamics, etc.

The StoreID is a unique identifier for each store on BEKE's platform.  We use it to collect all the transaction details for each company-owned or connected store on BEKE's platform.



*Above: additional details regarding completed transaction available in the code*

We used the unique StoreID to collect all the transaction details for each Company owned and connected store on BEKE's platform.



*Above: the store ID displayed in the code*

Our program was able to collect the details of the most recent 10 existing home transactions' details listed on each store's page.  If stores had more than 10 transactions during the 76-day period, only the most recent 10 transactions' details were collected.  However, most stores had fewer than 10 recent transactions, in which case all transactions were collected.

Ultimately, we obtained detailed information for approximately two-thirds of the transactions that comprise our data set.  For example, our August data collection retrieved details for 96,636 of the 142,220 existing home transactions identified from 5/25 to 8/8 in Step 3, a 76-day period.

5.  Another set of completed transaction data (chengjiaoData) was available at the city level.  We made an additional data collection of this city level data for some cities; however the store level data was used as the primary date set.
For example, to obtain our estimate of the average number of transactions for Shanghai in 2Q, we collected the data at the city level from April 25, 2021 to May 15, 2021.  The results found 3,000 transactions over these 21 days.  To avoid collecting a partial day, we selected just the 20 full days from April 26 to May 15.  We prorated the results to be consistent with the data set and estimated that all Lianjia stores in Shanghai made 10,857 transactions over a 76-day period.



Above: example of completed transaction (chengjiao) data collected at the city level for Shanghai

6.  Approximately two thirds of the stores also listed their SAIC registration certificates on the platform alongside their SAIC registration number, registered name, and registered address.  We used this SAIC license data to verify the store count, check ownership, and registration information.



*Above: a typical store landing page on the BEKE platform, this shows the link to the SAIC registration*

*Below: the corresponding link and SAIC registration certificate with arrows pointing to key information*



## 7. Home Sales GTV Calculation

We primarily used two data sets of data from out data collections to estimate BEKE's home sales GTV in 2Q and 3Q 2021. The data collected are from two 76-day periods and contain the number of transactions from pulled all of the stores on the platform which have the Find Agent function on their site.

The calculation for the new home estimates is straightforward. For new home sales GTV, we used the number of transactions collected from BEKE's platform multiplied by the disclosed average value per transaction reported by BEKE in its SEC filings.[71]

number of transactions  x  the average selling price per transaction

Afterwards we prorate the 76-day total to match the number of days in the quarter, for Q2 this is 91 days and for Q3 this is 92 days.

### i. Lianjia New Home Sales

BEKE stated that its own Lianjia stores are operating in 29 cities.[72]  Over these two 76-day periods, our program collected new home transactions completed by Lianjia stores in all 29 cities.  The total number of transactions collected was 19,963 between 5/25-8/8 and 18,501 between 6/30-9/13.

**Lianjia – New Home Sales (76 Days)**

| | May 25, 2021 - Aug 8, 2021 | | | June 30, 2021 - Sep 13, 2021 | | |
|---|---|---|---|---|---|---|
| Ref. | City | | # of New Home Sales | Ref. | City | | # of New Home Sales |
| 1 | Beijing | 北京 | 1,661 | 1 | Beijing | 北京 | 1,379 |
| 2 | Chengdu | 成都 | 4,180 | 2 | Chengdu | 成都 | 4,240 |
| 3 | Shanghai | 上海 | 1,278 | 3 | Shanghai | 上海 | 1,328 |
| 4 | Chongqing | 重庆 | 859 | 4 | Chongqing | 重庆 | 940 |
| 5 | Shenzhen | 深圳 | 222 | 5 | Shenzhen | 深圳 | 207 |
| 6 | Guangzhou | 广州 | 659 | 6 | Guangzhou | 广州 | 664 |
| 7 | Dalian | 大连 | 1,119 | 7 | Dalian | 大连 | 1,144 |
| 8 | Tianjin | 天津 | 808 | 8 | Tianjin | 天津 | 717 |
| 9 | Wuhan | 武汉 | 1,238 | 9 | Wuhan | 武汉 | 1,129 |
| 10 | Nanjing | 南京 | 787 | 10 | Nanjing | 南京 | 699 |
| 11 | Xi'an | 西安 | 614 | 11 | Xi'an | 西安 | 693 |
| 12 | Hangzhou | 杭州 | 312 | 12 | Hangzhou | 杭州 | 340 |
| 13 | Zhengzhou | 郑州 | 1,046 | 13 | Zhengzhou | 郑州 | 745 |
| 14 | Qingdao | 青岛 | 585 | 14 | Qingdao | 青岛 | 495 |
| 15 | Shenyang | 沈阳 | 680 | 15 | Shenyang | 沈阳 | 660 |
| 16 | Suzhou | 苏州 | 363 | 16 | Suzhou | 苏州 | 323 |
| 17 | Hefei | 合肥 | 388 | 17 | Hefei | 合肥 | 348 |
| 18 | Jinan | 济南 | 1,082 | 18 | Jinan | 济南 | 782 |
| 19 | Yantai | 烟台 | 522 | 19 | Yantai | 烟台 | 403 |
| 20 | Xiamen | 厦门 | 154 | 20 | Xiamen | 厦门 | 108 |
| 21 | Shijiazhuang | 石家庄 | 337 | 21 | Shijiazhuang | 石家庄 | 315 |
| 22 | Changsha | 长沙 | 432 | 22 | Changsha | 长沙 | 339 |
| 23 | Foshan | 佛山 | 209 | 23 | Foshan | 佛山 | 181 |
| 24 | Dongguan | 东莞 | 68 | 24 | Dongguan | 东莞 | 57 |
| 25 | Langfang | 廊坊 | 97 | 25 | Langfang | 廊坊 | 69 |
| 26 | Huizhou | 惠州 | 49 | 26 | Huizhou | 惠州 | 40 |
| 27 | Wuxi | 无锡 | 159 | 27 | Wuxi | 无锡 | 94 |
| 28 | Haikou | 海口 | 0 | 28 | Haikou | 海口 | 1 |
| 29 | Zhongshan | 中山 | 55 | 29 | Zhongshan | 中山 | 61 |
| | Total | | 19,963 | | Total | | 18,501 |

*Source: Data Collected from BEKE's Platform*

---

[71] Prorated from 76 days to the number of days in the quarter. BEKE disclosed the average value per transaction in its 2020 20-F.  Real estate market data show that property prices are flat in the past two years.

[72] BEKE 2020 20-F, p. 60

### ii. Connected Stores New Home Sales

Over these same two 76-day periods, we estimate that in Q2 there were ~93,975[73] and in Q3 ~87,998[74] new home transactions from connected stores.

**Connected Stores – New Home Sales (76 Days) (May 25, 2021 – Aug 8, 2021)**

| Ref | City | | Number of Transactions | Ref | City | | Number of Transactions | Ref | City | | Number of Transactions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ji'an | 吉安 | 674 | 48 | Tangshan | 唐山 | 392 | 95 | Kunshan | 昆山 | 841 |
| 2 | Zhognshan | 中山 | 787 | 49 | Datong | 大同 | 69 | 96 | Weihai | 威海 | 203 |
| 3 | Ningbo | 宁波 | 1,005 | 50 | Dali | 大理 | 144 | 97 | Xinxiang | 新乡 | 143 |
| 4 | Linyi | 临沂 | 1,836 | 51 | Zibo | 淄博 | 605 | 98 | Fuyang | 阜阳 | 74 |
| 5 | Taiyuan | 太原 | 3,713 | 52 | Jinan | 济南 | 1,498 | 99 | Neijiang | 内江 | 86 |
| 6 | Leshan | 乐山 | 1,524 | 53 | Yantai | 烟台 | 885 | 100 | Haikou | 海口 | 96 |
| 7 | Qingdao | 青岛 | 2,338 | 54 | Foshan | 佛山 | 1,378 | 101 | Baotou | 包头 | 418 |
| 8 | Haerbin | 哈尔滨 | 737 | 55 | Guangzhou | 广州 | 959 | 102 | Jilin | 吉林 | 94 |
| 9 | Changsha | 长沙 | 3,323 | 56 | Dandong | 丹东 | 286 | 103 | Changzhou | 常州 | 241 |
| 10 | Wuxi | 无锡 | 975 | 57 | Xuchang | 许昌 | 699 | 104 | Jiaxing | 嘉兴 | 365 |
| 11 | Guiyang | 贵阳 | 1,382 | 58 | Wuhan | 武汉 | 3,491 | 105 | Jinhua | 金华 | 61 |
| 12 | Zhoukou | 周口 | 532 | 59 | Xiangyang (HB) | 襄阳 | 620 | 106 | Beihai | 北海 | 331 |
| 13 | Jiujiang | 九江 | 712 | 60 | Tianjin | 天津 | 2,970 | 107 | Hai'an | 海安 | 37 |
| 14 | Shenyang | 沈阳 | 2,145 | 61 | Nanjing | 南京 | 827 | 108 | Taizhou | 台州 | 139 |
| 15 | Hangzhou | 杭州 | 1,549 | 62 | Xuzhou | 徐州 | 492 | 109 | Ma'anshan | 马鞍山 | 51 |
| 16 | Shangrao | 上饶 | 1,206 | 63 | Langfang | 廊坊 | 995 | 110 | Huanggang | 黄冈 | 55 |
| 17 | Hanzhong | 汉中 | 562 | 64 | Heze | 菏泽 | 275 | 111 | Hengyang | 衡阳 | 36 |
| 18 | Xiangyang (SX) | 咸阳 | 496 | 65 | Xiangxi | 湘西* | 65 | 112 | Baoding | 保定 | 56 |
| 19 | Zhenjiang | 镇江 | 365 | 66 | Nanning | 南宁 | 508 | 113 | Yongzhou | 永州 | 47 |
| 20 | Changde | 常德 | 537 | 67 | Liaozhou | 柳州 | 441 | 114 | Dongguan | 东莞 | 283 |
| 21 | Nanchang | 南昌 | 2,182 | 68 | Huizhou | 惠州 | 842 | 115 | Taicang | 太仓 | 16 |
| 22 | Weifang | 潍坊 | 1,219 | 69 | Guilin | 桂林 | 490 | 116 | Changshu | 常熟 | 31 |
| 23 | Handan | 邯郸 | 287 | 70 | Baoji | 宝鸡 | 70 | 117 | Pingxinag | 萍乡 | 51 |
| 24 | Kaifeng | 开封 | 1,271 | 71 | Xiamen | 厦门 | 1,391 | 118 | Panzhihua | 攀枝花 | 52 |
| 25 | Anqing | 安庆 | 689 | 72 | Zhuzhou | 株洲 | 451 | 119 | Yancheng | 盐城 | 107 |
| 26 | Huangshi | 黄石 | 558 | 73 | Nantong | 南通 | 1,147 | 120 | Huzhou | 湖州 | 64 |
| 27 | Meishan | 眉山 | 339 | 74 | Guangyuan | 广元 | 146 | 121 | Luzhou | 泸州 | 44 |
| 28 | Nanchong | 南充 | 785 | 75 | Chongqing | 重庆 | 1,575 | 122 | Yuncheng | 运城 | 19 |
| 29 | Zhengzhou | 郑州 | 2,436 | 76 | Zhumadian | 驻马店 | 317 | 123 | Tianshui | 天水 | 14 |
| 30 | Dazhou | 达州 | 770 | 77 | Zhangjiakou | 张家口 | 189 | 124 | Jurong | 句容 | 4 |
| 31 | Lanzhou | 兰州 | 876 | 78 | Jining | 济宁 | 423 | 125 | Xinyu | 新余 | 12 |
| 32 | Kunming | 昆明 | 1,953 | 79 | Jiangmen | 江门 | 226 | 126 | Tongliao | 通辽 | 15 |
| 33 | Fushzou (FJ) | 福州 | 1,006 | 80 | Mianyang | 绵阳 | 967 | 127 | Lianyungang | 连云港 | 20 |
| 34 | Luoyang | 洛阳 | 1,271 | 81 | Zhaoxing | 绍兴 | 489 | 128 | Fuzhou (JX) | 抚州 | 13 |
| 35 | Chengdu | 成都 | 1,478 | 82 | Wuhu | 芜湖 | 538 | 129 | Yichun | 宜春 | 25 |
| 36 | Zhuhai | 珠海 | 547 | 83 | Zhangzhou | 漳州 | 742 | 130 | Chengde | 承德 | 2 |
| 37 | Dalian | 大连 | 2,024 | 84 | Shenzhen | 深圳 | 548 | 131 | Qidong | 启东 | 2 |
| 38 | Xi'an | 西安 | 2,425 | 85 | Zhanjiang | 湛江 | 103 | 132 | Tai'an | 泰安** | 105 |
| 39 | Hefei | 合肥 | 1,745 | 86 | Jinzhong | 晋中 | 41 | 133 | Urumqi | 乌鲁木齐** | 142 |
| 40 | Yueyang | 岳阳 | 362 | 87 | Hohhot | 呼和浩特 | 635 | 134 | Deyang | 德阳** | 296 |
| 41 | Wenzhou | 温州 | 572 | 88 | Jingdezhen | 景德镇 | 90 | 135 | Liangshan | 凉山** | 285 |
| 42 | Shijiazhuang | 石家庄 | 1,580 | 89 | Yichang | 宜昌 | 456 | 136 | Suining | 遂宁** | 156 |
| 43 | Chifeng | 赤峰 | 584 | 90 | Qingyuan | 清远 | 64 | 137 | Quzhou | 衢州** | 1 |
| 44 | Changchun | 长春 | 1,383 | 91 | Zunyi | 遵义 | 209 | 138 | Yibin | 宜宾** | 162 |
| 45 | Ganzhou | 赣州 | 669 | 92 | Ya'an | 雅安 | 129 | 139 | Chengmai | 澄迈** | 4 |
| 46 | Suzhou | 苏州 | 1,656 | 93 | Huai'an | 淮安 | 235 | 140 | Pingdingshan | 平顶山** | 40 |
| 47 | Quanzhou | 泉州 | 904 | 94 | Yinchuan | 银川 | 555 | Total | | | 93,975 |

*湘西土家族苗族自治州  **Estimated number of transactions

---

[73] Our Q2 collection data for new homes did not contain the number of transactions for Tai'an, Urumqi, Deyang, Liangshan, Suining, Quzhou, Yibin, Chengmai, Pingdingshan; estimates were used based on other collected data for these cities from Q3 and Q4 data.

[74] Our Q3 collection data for new homes does not contain number of transactions for Pingdingshan; estimates were used based on Pingdingshan data from Q4.

**Connected Stores – New Home Sales (76 Days) (Jun 30, 2021 – Sep 13, 2021)**

| Ref | City | | Number of Transactions | Ref | City | | Number of Transactions | Ref | City | | Number of Transactions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ji'an | 吉安 | 684 | 48 | Tangshan | 唐山 | 396 | 95 | Kunshan | 昆山 | 690 |
| 2 | Zhognshan | 中山 | 804 | 49 | Datong | 大同 | 82 | 96 | Weihai | 威海 | 149 |
| 3 | Ningbo | 宁波 | 875 | 50 | Dali | 大理 | 148 | 97 | Xinxiang | 新乡 | 141 |
| 4 | Linyi | 临沂 | 1,179 | 51 | Zibo | 淄博 | 595 | 98 | Fuyang | 阜阳 | 88 |
| 5 | Taiyuan | 太原 | 3,111 | 52 | Jinan | 济南 | 1,324 | 99 | Neijiang | 内江 | 137 |
| 6 | Leshan | 乐山 | 1,539 | 53 | Yantai | 烟台 | 649 | 100 | Haikou | 海口 | 49 |
| 7 | Qingdao | 青岛 | 2,007 | 54 | Foshan | 佛山 | 1,374 | 101 | Baotou | 包头 | 581 |
| 8 | Haerbin | 哈尔滨 | 716 | 55 | Guangzhou | 广州 | 1,277 | 102 | Jilin | 吉林 | 55 |
| 9 | Changsha | 长沙 | 2,723 | 56 | Danzhou | 丹东 | 257 | 103 | Changzhou | 常州 | 257 |
| 10 | Wuxi | 无锡 | 793 | 57 | Xuchang | 许昌 | 638 | 104 | Jiaxing | 嘉兴 | 286 |
| 11 | Guiyang | 贵阳 | 1,066 | 58 | Wuhan | 武汉 | 3,788 | 105 | Jinhua | 金华 | 77 |
| 12 | Zhoukou | 周口 | 489 | 59 | Xiangyang (HB) | 襄阳 | 661 | 106 | Beihai | 北海 | 368 |
| 13 | Jiujiang | 九江 | 621 | 60 | Tianjin | 天津 | 2,976 | 107 | Hai'an | 海安 | 30 |
| 14 | Shenyang | 沈阳 | 1,803 | 61 | Nanjing | 南京 | 899 | 108 | Taizhou | 台州 | 147 |
| 15 | Hangzhou | 杭州 | 1,533 | 62 | Xuzhou | 徐州 | 549 | 109 | Ma'anshan | 马鞍山 | 75 |
| 16 | Shangrao | 上饶 | 1,168 | 63 | Langfang | 廊坊 | 847 | 110 | Huanggang | 黄冈 | 67 |
| 17 | Hanzhong | 汉中 | 505 | 64 | Heze | 菏泽 | 352 | 111 | Hengyang | 衡阳 | 29 |
| 18 | Xiangyang (SX) | 咸阳 | 421 | 65 | Xiangxi | 湘西** | 143 | 112 | Baoding | 保定 | 43 |
| 19 | Zhenjiang | 镇江 | 275 | 66 | Nanning | 南宁 | 529 | 113 | Yongzhou | 永州 | 37 |
| 20 | Changde | 常德 | 472 | 67 | Liaozhou | 柳州 | 521 | 114 | Dongguan | 东莞 | 282 |
| 21 | Nanchang | 南昌 | 1,972 | 68 | Huizhou | 惠州 | 769 | 115 | Taicang | 太仓 | 14 |
| 22 | Weifang | 潍坊 | 1,182 | 69 | Guilin | 桂林 | 492 | 116 | Changshu | 常熟 | 32 |
| 23 | Handan | 邯郸 | 271 | 70 | Baoji | 宝鸡 | 93 | 117 | Pingxinag | 萍乡 | 29 |
| 24 | Kaifeng | 开封 | 768 | 71 | Xiamen | 厦门 | 962 | 118 | Panzhihua | 攀枝花 | 117 |
| 25 | Anqing | 安庆 | 580 | 72 | Zhuzhou | 株洲 | 479 | 119 | Yancheng | 盐城 | 127 |
| 26 | Huangshi | 黄石 | 449 | 73 | Nantong | 南通 | 1,087 | 120 | Huzhou | 湖州 | 84 |
| 27 | Meishan | 眉山 | 333 | 74 | Guangyuan | 广元 | 136 | 121 | Luzhou | 泸州 | 78 |
| 28 | Nanchong | 南充 | 725 | 75 | Chongqing | 重庆 | 1,685 | 122 | Yuncheng | 运城 | 35 |
| 29 | Zhengzhou | 郑州 | 1,906 | 76 | Zhumadian | 驻马店 | 256 | 123 | Tianshui | 天水 | 30 |
| 30 | Dazhou | 达州 | 820 | 77 | Zhangjiakou | 张家口 | 146 | 124 | Jurong | 句容 | 3 |
| 31 | Lanzhou | 兰州 | 508 | 78 | Jining | 济宁 | 253 | 125 | Xinyu | 新余 | 6 |
| 32 | Kunming | 昆明 | 1,614 | 79 | Jiangmen | 江门 | 264 | 126 | Tongliao | 通辽 | 29 |
| 33 | Fushzou (FJ) | 福州 | 1,084 | 80 | Mianyang | 绵阳 | 875 | 127 | Lianyungang | 连云港 | 12 |
| 34 | Luoyang | 洛阳 | 926 | 81 | Zhaoxing | 绍兴 | 372 | 128 | Fuzhou (JX) | 抚州 | 7 |
| 35 | Chengdu | 成都 | 3,099 | 82 | Wuhu | 芜湖 | 539 | 129 | Yichun | 宜春 | 23 |
| 36 | Zhuhai | 珠海 | 569 | 83 | Zhangzhou | 漳州 | 565 | 130 | Chengde | 承德 | 10 |
| 37 | Dalian | 大连 | 2,099 | 84 | Shenzhen | 深圳 | 564 | 131 | Qidong | 启东 | 0 |
| 38 | Xi'an | 西安 | 2,867 | 85 | Zhanjiang | 湛江 | 137 | 132 | Tai'an | 泰安 | 79 |
| 39 | Hefei | 合肥 | 1,612 | 86 | Jinzhong | 晋中 | 25 | 133 | Urumqi | 乌鲁木齐 | 111 |
| 40 | Yueyang | 岳阳 | 414 | 87 | Hohhot | 呼和浩特 | 487 | 134 | Deyang | 德阳 | 201 |
| 41 | Wenzhou | 温州 | 364 | 88 | Jingdezhen | 景德镇 | 82 | 135 | Liangshan | 凉山 | 204 |
| 42 | Shijiazhuang | 石家庄 | 1,594 | 89 | Yichang | 宜昌 | 404 | 136 | Suining | 遂宁 | 102 |
| 43 | Chifeng | 赤峰 | 412 | 90 | Qingyuan | 清远 | 91 | 137 | Quzhou | 衢州 | 1 |
| 44 | Changchun | 长春 | 1,189 | 91 | Zunyi | 遵义 | 244 | 138 | Yibin | 宜宾 | 174 |
| 45 | Ganzhou | 赣州 | 629 | 92 | Ya'an | 雅安 | 110 | 139 | Chengmai | 澄迈 | 0 |
| 46 | Suzhou | 苏州 | 1,644 | 93 | Huai'an | 淮安 | 207 | 140 | Pingdingshan | 平顶山* | 38 |
| 47 | Quanzhou | 泉州 | 527 | 94 | Yinchuan | 银川 | 594 | Total | | | 87,998 |

*Estimated number of transactions          **湘西土家族苗族自治州

BEKE claimed that the average price per new home was RMB 2.1 million from Lianjia stores and RMB 1.4 million for the connected stores in its 2020 20-F filing.[75]

---

[75] BEKE 2020 20-F, p 91, p. 99

**BEKE's Average Price per New Home**

|  | RMB M | Calculation |
|---|---|---|
| GTV new homes | 1,383,000 | a |
|   Lianjia Stores | 276,700 | b |
|   Connected Stores | 1,106,300 | c |
| # of transactions - new home ('000) | 924 | d |
|   Lianjia Stores | 134 | f=d-e |
|   Connected Stores | 790 | e |
| Average price per transaction |  |  |
|   Lianjia Stores | 2.1 | g=b/f |
|   Connected Stores | 1.4 | h=c/e |
| New home transaction services revenue | 37,900 | i |
| Commission rate | 2.74% | j=i/a |

Using BEKE's self-reported values for new home sales in 2020, we believe we are able to reasonably estimate such values for 2021 based on real estate housing data in China.

CRE Price, hosted by China Real Estate Association (CRE), is a platform that provides real estate transaction data in China, including average home prices by geographical location.

According to the CRE Price platform, on average over the past 2 years, new home prices have remained relatively unchanged. Therefore, we believe using the average value of new homes sold by BEKE in 2020 is reasonable to estimate the value of new homes sold by the Company in 2021. Below we show the two-year pricing trends for the Tier 1 Cities (Beijing and Shanghai), New Tier 1 Cities (Chengdu and Wuhan), and Tier 2 Cities (Taiyuan and Changsha). The CRE price data indicates that prices were largely unchanged in Q2-Q3 2021 compared with 2020.



BEKE claimed that its GTV from existing home sales was RMB 908 billion in 2Q-3Q 2021. Yet based on the transaction records collected from its own platform and the price disclosed by the Company, we calculated that BEKE's new home sales GTV was RMB 402 billion in 2Q-3Q 2021, suggesting the Company inflated its new home transaction GTV by at least 126%.

**BEKE Inflated its New Home Sales GTV by 125% in 2Q-3Q 2021**

| RMB M | Avg. Price per Home | 76 days (May 25 - Aug 8) # of new homes | Estimated GTV | 2Q 2021 (91 days) Estimated GTV | 2Q 2021 Reported GTV | **2Q 2021 Inflated%** |
|---|---|---|---|---|---|---|
| New homes - Lianjia | 2.06 | 19,963 | 41,099 | 49,211 | 83,800 | **70%** |
| New homes - Connected Stores | 1.40 | 93,975 | 131,668 | 157,655 | 414,500 | **163%** |
| Total | | 113,938 | 172,767 | 206,866 | 498,300 | **141%** |
| RMB M | Avg. Price per Home | 76 days (Jun 30 - Sep 13) # of new homes | Estimated GTV | 3Q 2021 (92 days) Estimated GTV | 3Q 2021 Reported GTV | **3Q 2021 Inflated%** |
| New homes - Lianjia | 2.06 | 18,501 | 38,089 | 46,108 | 72,550 | **57%** |
| New homes - Connected Stores | 1.40 | 87,998 | 123,293 | 149,249 | 337,550 | **126%** |
| Total | | 106,499 | 161,382 | 195,358 | 410,100 | **110%** |
| RMB M | Avg. Price per Home | 152 days # of new homes | Estimated GTV | 2Q-3Q 2021 Estimated GTV | 2Q-3Q 2021 Reported GTV | **2Q-3Q 2021 Inflated%** |
| New homes - Lianjia | 2.06 | 38,464 | 79,189 | 95,319 | 156,350 | **64%** |
| New homes - Connected Stores | 1.40 | 181,973 | 254,961 | 306,904 | 752,050 | **145%** |
| Total | | 220,437 | 334,150 | 402,224 | 908,400 | **126%** |

### b. Existing Homes

Our program collected 145,220 transactions of existing homes on BEKE's platform over a 76-day period in Q2 2021, including data from all 29 cities in which Company owned brokerage Lianjia stores. The transaction prices for houses are publicly available in most of the cities in China.[76] In total, two thirds of the collected transactions also included transaction details with the price of the sale, making assumptions unnecessary to calculate GTV of these existing home sales. For the remaining transactions without price data, we benchmarked them against a reference city selected for which we did have transaction price data collected from the platform. To do so we used the average house listing prices provided by CRE Price and adjusted them according to the relative difference in the prices from CRE Price.[77]

### i. Existing Home Sales: Lianjia Network of Company Owned Brokerages

Over a 76-day period in Q2 2021, our collection captured 34,646 transactions of existing home transactions done by Lianjia stores in 27 cities out of their 29 cities over the prior 76-day period.

The two cities without detailed transaction data on the platform were Chengdu and Shanghai. To get the estimated number of transactions for Chengdu, we calculated the overall average number of transactions per store for all other Lianjia stores for which we collected data over the full 76 days (6.12 transactions/store) and applied that number to the number of Lianjia agents in Chengdu recorded in the data collection (952). This calculation provided an estimated total of 5,825 Chengdu transactions during the period.

For Shanghai we drew on a data set collected over a period of 20 full days from Monday, April 26th to Saturday, May 15th, wherein we found 3,000 transactions and then prorated this to 76 days to match the data set size. This calculation provided an estimated total of 10,754 transactions for 76 days.

After adding the number of existing home transactions in Chengdu and Shanghai, we calculate that all Lianjia stores on the platform sold 51,225 existing homes over the 76 days period.

---

[76] For the 142 cities we collected, BEKE's platform has price information in ~62% of the cities on its platform.
[77] CRE Price, hosted by China Real Estate Association (CRE), is a platform provides real estate transaction data in China, including housing prices, rents, and new housing prices.

**GTV Estimate for Lianjia Existing Home Sales with Adjustments (76 Days) (May 25, 2021 – Aug 8, 2021)**

| City | | Number of Stores on the Platform | Number of Transactions (Collected) | Number of Transactions (Estimated) | Number of Tranactions/ Store | Avg. Price per Transaction Collected (RMB '000) | Estimated/ Adjusted Avg. Price per Transaction* (RMB '000) | Estimated GTV 76 days (RMB '000) | Note |
|---|---|---|---|---|---|---|---|---|---|
| Dalian | 大连 | 326 | 2,476 | | 7.6 | 1,348 | | 3,337,412 | |
| Shenyang | 沈阳 | 149 | 868 | | 5.8 | 1,134 | | 984,541 | |
| Jinan | 济南 | 118 | 518 | | 4.4 | 1,707 | | 884,198 | |
| Chengdu | 成都 | 952 | | 5,825 | 6.1 | | 2,007 | 11,688,726 | Note 1, 3 |
| Zhengzhou | 郑州 | 194 | 939 | | 4.8 | 1,588 | | 1,490,678 | |
| Changsha | 长沙 | 65 | 251 | | 3.9 | 1,245 | | 312,428 | |
| Qingdao | 青岛 | 159 | 1,007 | | 6.3 | 1,970 | | 1,983,313 | |
| Foshan | 佛山 | 60 | 153 | | 2.6 | 1,618 | | 247,478 | |
| Nanjing | 南京 | 269 | 1,220 | | 4.5 | 2,836 | | 3,459,517 | |
| Yantai | 烟台 | 111 | 560 | | 5.0 | 1,082 | | 605,801 | |
| Guangzhou | 广州 | 371 | 1,183 | | 3.2 | 3,002 | | 3,551,401 | |
| Shijiazhuang | 石家庄 | 65 | 261 | | 4.0 | 1,476 | | 385,274 | |
| Tianjin | 天津 | 310 | 2,282 | | 7.4 | 1,881 | | 4,291,445 | |
| Hefei | 合肥 | 138 | 719 | | 5.2 | - | 2,063 | 1,482,951 | Note 3 |
| Wuhan | 武汉 | 275 | 1,338 | | 4.9 | 1,992 | | 2,665,034 | |
| Xi'an | 西安 | 207 | 1,201 | | 5.8 | - | 1,896 | 2,277,193 | Note 3 |
| Hangzhou | 杭州 | 204 | 1,110 | | 5.4 | - | 3,185 | 3,535,093 | Note 3 |
| Wuxi | 无锡 | 37 | 174 | | 4.7 | - | 2,486 | 432,557 | Note 3 |
| Beijing | 北京 | 1,364 | 13,898 | | 10.2 | - | 4,593 | 63,835,060 | Note 3 |
| Suzhou | 苏州 | 145 | 557 | | 3.8 | 2,967 | | 1,652,748 | |
| Shanghai | 上海 | 902 | | 10,754 | 11.9 | - | 4,529 | 48,708,286 | Note 2 |
| Langfang | 廊坊 | 40 | 536 | | 13.4 | 1,457 | | 781,163 | |
| Xiamen | 厦门 | 79 | 129 | | 1.6 | 3,079 | | 397,210 | |
| Chongqing | 重庆 | 446 | 2,313 | | 5.2 | 1,315 | | 3,040,584 | Note 3 |
| Dongguan | 东莞 | 56 | 85 | | 1.5 | 2,624 | | 223,020 | |
| Shenzhen | 深圳 | 391 | 480 | | 1.2 | - | 4,926 | 2,364,495 | Note 3 |
| Zhongshan | 中山 | 22 | 54 | | 2.5 | 1,202 | | 64,900 | |
| Huizhou | 惠州 | 38 | 128 | | 3.4 | 984 | | 125,997 | |
| Haikou | 海口 | 23 | 206 | | 9.0 | 1,626 | | 335,052 | |
| Sub-Total | | 7,516 | 34,646 | 16,579 | | | | 165,143,555 | |
| Additional adjustment to 76 day for timing difference | | | | | | | | 9.66% | Note 4 |
| Total Estimate for 76 days (4/1 ~ 6/30) | | | | | | | | 181,096,423 | |

Notes:
1. Chengdu's number of transactions was estimated based on the average number of transactions per store (6.12/store) for all other Lianjia stores for which transaction data was available and then multiplied by the number of Chengdu stores.
2. Shanghai's estimates are based on 2,830 transactions, 20 full days' transactions from 4/26 to 5/15 and prorated to 76 days. Shanghai's avg transactions/store is the 2nd highest, leading us to believe the estimate is highly company favorable.
3. When the average value of the transactions was not available for a specific city, a city with similar characteristics was used as a base, and an adjustment was applied using CRE price existing home sale data.
4. Additional adjustments made to number of transactions and GTV to accommodate the timing difference between the collection period (5/25 ~ 8/8) and the 2Q21 period (4/1 ~ 6/30).

When data on the average value of the transactions was not available for a specific city, a city with similar characteristics was used as a base, and an adjustment was applied in order to approximate its localized value using data on existing home sales from CRE price.[78] The cities for which such estimates were made are shown in the table below. For the purposes of benchmarking cities, we used the 2021 City Tier rankings by Yicai. These are included to demonstrate that the reference cities are of an equal or higher tier, indicating a higher level of development. We believe that benchmarking cities average home prices against higher Tier cities creates a Company favorable, making our estimate of GTV more conservative.

We use the CRE's pricing for reference; however, for illustrative purposes only we provide the examples which present the September data from the CRE website. Note, in our calculation, Hangzhou's adjustment uses the CRE's 2Q average pricing data, not that from September.

---

[78] China Real Estate Association, (Qingdao Xitai Real Estate Data Co., Ltd.) 中国房地产业协会, 青岛禧泰房地产数据有限公司, www.creprice.cn

In the table below the left side provides reference price information from the CRE website, and the right side shows the data for the adjustment. We used the percent difference in the average price per house from the CRE site and applied it to the city transaction price. For example, Nanjing and Hangzhou are both provincial capitals, geographically close to each other, and had average pricing per house higher than most other cities.



Above: CRE data for Sept 2021 Hangzhou existing home ASP (example)



Above: CRE data for Sept 2021 Nanjing existing home ASP (example)

The table below shows the cities and data which were adjusted based on the average sales price collected from BEKE's platform for the reference city and the CRE price data's average listing price for 2Q21. The CRE listing price will be higher than the actual sales price.[79]

---

[79] As this price ratio is used to adjust the transaction price data for the reference city collected from the BEKE platform, the effect is likely to be company favorable, but probably small.

**2Q21 Adjusted Transaction Values from CRE Price**

| City | 2021 City Tier Rank | Existing Homes (CRE price) | Adjustment to Value per Transaction | | | |
|---|---|---|---|---|---|---|
| | | 2Q21 Avg House Listing Price | Reference City | Value per Reference City Transaction | Adjustment based on Avg House Listing Price (%) | Adjusted Transaction Value |
| Lianjia Stores | | | | | | |
| Shanghai | 1st Tier | 7,573 | | 4,529 | | |
| Beijing | 1st Tier | 7,680 | Shanghai | 4,529 | 1.41% | 4,593 |
| Shenzhen | 1st Tier | 8,237 | Shanghai | 4,529 | 8.8% | 4,926 |
| Suzhou | New 1st Tier | 2,733 | | 2,967 | | |
| Wuxi | Tier 2 | 2,290 | Suzhou | 2,967 | -16.2% | 2,486 |
| Wuhan | New 1st Tier | 2,253 | | 1,992 | | |
| Hefei | Tier 2 | 2,333 | Wuhan | 1,992 | 3.6% | 2,063 |
| Xi'an | New 1st Tier | 2,420 | Wuhan | 1,992 | 7.4% | 2,139 |
| Chengdu | New 1st Tier | 2,270 | Wuhan | 1,992 | 0.7% | 2,007 |
| Nanjing | New 1st Tier | 3,300 | | 2,836 | | |
| Hangzhou | New 1st Tier | 4,067 | Nanjing | 2,836 | 23.2% | 3,494 |

Units: '000 rmb

We collected Q2 data for the existing home sales from BEKE's platform over the 76-day period from May 25 to August 8, 2021. This 76-day period straddles 6 weeks at the end of 2Q21 and 6 weeks at the beginning of 3Q21. Because of new policy initiatives aimed at reining in the residential real estate market, sales volumes declined at the beginning of the third quarter. [80,81] We therefore applied an upward adjustment to the collected data to reflect what should have been stronger sales volumes in the first half of 2Q21. This adjustment to the sales volume is based on data published by the China Housing Real Estate Association ("China Housing") (中房研协测评研究中心) for the second-hand housing market for 13 major cities[82] in April,[83] May,[84] June,[85] July,[86] and August.[87] The China Housing reported 402,000 transactions during the 2Q21 period for these 13 cities.

To calculate the adjustment, we started with the monthly number of transactions reported by China Housing and convert that to a daily average for the months May through August. We then applied the daily average number of transactions to the number of days in each month over our 76-day period, this provides a volume of transactions for the 76 day period based on China Housing data. Then we take the sum and prorate the 76 days to the 91 days in 2Q21.

China Housing reported 402,000 transactions during the 2Q21. The estimated number of transactions for the 76-day period based off of China Housing data was 366,588. This calculation indicates an adjustment of +9.66% to our 76-day estimates would be appropriate to accommodate the timing difference.

---

[80] http://www.xinhuanet.com/english/2021-01/06/c_139646693.htm, https://www.bloombergquint.com/politics/xi-renews-call-housing-should-be-for-living-in-not-speculation

[81] The China Real Estate Association data indicated that across cities covered, the average selling price for the existing homes over our 76-day collection period was roughly flat compared to those in 2Q21, we did not make an adjustment to the average selling price to accommodate a difference between the first half of 2Q21 and the period of our data collection.

[82] The 13 major cities are: Beijing, Shanghai, Guangzhou, Shenzhen, Tianjin, Qingdao, Nanjing, Wuhan, Zhengzhou, Chongqing, Chengdu, Xiamen, and Hefei.

[83] m.fangchan.com/data/13/2021-05-20/6811497953191334448.html

[84] m.fangchan.com/data/135/2021-06-21/6812575317111411031.html

[85] m.fangchan.com/data/133/2021-07-20/6823080881344024826.html

[86] www.fangchan.com/data/13/2021-08-18/6833595864750297431.html

[87] www.fangchan.com/data/135/2021-09-17/6844450560402592191.html

**Adjustments to 2Q21 Estimated Number of Transactions for Timing Difference of Collection Period**

| Month | Number of Transactions Reported by Chine Housing | Number of Transactions Reported by China Housing in Q2 | Est. Daily Number of Transactions | Days of Data Collection in Month in MW for 2Q Estimate | Est. Number of Transactions in China Housing data in 76 days | Conversion to 91 days for 2Q21 | Adjustment: Upwards revision for 1st half 2Q21 |
|---|---|---|---|---|---|---|---|
| April | 143,000 | 143,000 | | | | | |
| May | 129,000 | 129,000 | 4,161 | 7 | 29,129 | | |
| June | 130,000 | 130,000 | 4,333 | 30 | 130,000 | | |
| July | 122,000 | | 3,935 | 31 | 122,000 | | |
| August | 97,000 | | 3,129 | 8 | 25,032 | | |
| Total | 621,000 | 402,000 | | 76 | 306,161 | 366,588 | 402,000 |
| Adustment (%) | | | | | | 19.7% | **9.66%** |

Additional Adjustment for 1st half of 2Q21

| | |
|---|---|
| 1. CREA data for the number of transactions during the 91 day 2Q21 period: | 402,000 |
| 2. Calculateion of CREA number of transactions if over 76 days from 5/25 to 8/8 | 306,161 |
| 3. Adjust number of transactions in data from 76 to 91 days | 366,588 |
| 4. Adjustment ratio to 76 days of MW collected number of transactions to reflect a 4/1 and 6/30 collection | 1.09660 |

After calculating the total from the number of transactions collected and estimated by the collected and estimated average prices per transaction, we apply the 9.66% timing adjustment to the estimate GTV for the 76-day period. This yields an 2Q 76-day Lianjia store GTV estimate of ~Rmb 181 billion. Last, we prorate the 76-day GTV to estimate a 91-day GTV for the 2nd quarter. Using this method, we approximate that BEKE's existing home GTV from Lianjia stores in Q2 2021 was only ~RMB 217 billion.

BEKE's 2Q21 reported existing home GTV sales for its Lianjia stores of RMB 309.5 billion, suggesting that the Lianjia existing home GTV figure was inflated by approximately ~43%.

In 3Q21, BEKE claimed that Lianjia stores' existing home sales GTV was RMB 185.3 billion. Our program collected another set of 76-day data, from June 30 to September 13, 2021.[88] During this 76-day period we estimate BEKE's Lianjia stores had approximately 40,248 transactions. After applying what we think are conservative estimate to complete the data set and prorating to the 76-day totals to the 3rd quarter's 92 days, we estimated that in 3Q21 BEKE's Lianjia existing home sales GTV was only Rmb ~161 billion, or inflated by approximately ~15%.

---

[88] Since the 76-day period of collected data for all cities except for Shanghai originated from within the 3Q21, no timing adjustments were necessary.

**3Q21 - GTV Estimate for Lianjia Existing Home Sales (76 Days) with Adjustments**

| City | | Numnber of Stores | Number of Transactions Collected | Number of Transactions (Estimated) | Number of Transactions/ Store | Avg. Price per Transaction Collected (RMB '000) | Estimated/ Adjusted Avg. Price per Transaction* (RMB '000) | Estimated GTV 76 days (RMB '000) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Beijing | 北京 | 1,364 | 11,719 | | 8.6 | | 4,927 | 57,735,066 | |
| Chengdu | 成都 | 952 | | 4,694 | 4.9 | | 1,855 | 8,706,444 | Note 1, 4 |
| Shanghai | 上海 | 902 | | 7,619 | 8.4 | 4,587 | | 34,946,365 | Note 2 |
| Chongqing | 重庆 | 446 | 1,486 | | 3.3 | 1,267 | | 1,883,303 | |
| Shenzhen | 深圳 | 391 | 357 | | 0.9 | | 4,927 | 1,758,804 | Note 4 |
| Guangzhou | 广州 | 371 | 1,247 | | 3.4 | | 3,002 | 3,743,494 | Note 3 |
| Dalian | 大连 | 326 | 1,790 | | 5.5 | 1,325 | | 2,372,247 | |
| Tianjin | 天津 | 310 | 2,424 | | 7.8 | 1,815 | | 4,400,650 | |
| Wuhan | 武汉 | 275 | 905 | | 3.3 | | 1,992 | 1,802,760 | Note 3 |
| Nanjing | 南京 | 269 | 809 | | 3.0 | 2,564 | | 2,074,358 | |
| Xi'an | 西安 | 207 | 735 | | 3.6 | | 1,855 | 1,363,146 | Note 4 |
| Hangzhou | 杭州 | 204 | 781 | | 3.8 | | 3,061 | 2,390,282 | Note 4 |
| Zhengzhou | 郑州 | 197 | 535 | | 2.7 | 1,526 | | 816,388 | |
| Qingdao | 青岛 | 159 | 801 | | 5.0 | 1,938 | | 1,552,623 | |
| Shenyang | 沈阳 | 149 | 710 | | 4.8 | 1,140 | | 809,089 | |
| Suzhou | 苏州 | 145 | 439 | | 3.0 | 3,002 | | 1,318,063 | |
| Hefei | 合肥 | 138 | 549 | | 4.0 | | 2,028 | 1,113,293 | Note 4 |
| Jinan | 济南 | 118 | 424 | | 3.6 | 1,780 | | 754,511 | |
| Yantai | 烟台 | 111 | 500 | | 4.5 | 1,033 | | 516,448 | |
| Xiamen | 厦门 | 79 | 113 | | 1.4 | 3,045 | | 344,090 | |
| Shijiazhuang | 石家庄 | 65 | 234 | | 3.6 | 1,389 | | 325,031 | |
| Changsha | 长沙 | 65 | 213 | | 3.3 | 1,190 | | 253,420 | |
| Foshan | 佛山 | 60 | 148 | | 2.5 | 1,713 | | 253,469 | |
| Dongguan | 东莞 | 56 | 68 | | 1.2 | 2,459 | | 167,220 | |
| Langfang | 廊坊 | 40 | 517 | | 12.9 | 1,469 | | 759,454 | |
| Huizhou | 惠州 | 38 | 84 | | 2.2 | 1,012 | | 85,040 | |
| Wuxi | 无锡 | 37 | 107 | | 2.9 | | 2,487 | 266,078 | Note 4 |
| Haikou | 海口 | 23 | 189 | | 8.2 | 1,681 | | 317,626 | |
| Zhongshan | 中山 | 22 | 51 | | 2.3 | 1,194 | | 60,900 | |
| Totals | | 7,519 | 27,935 | 12,313 | | 37,129 | 26,132 | 132,889,662 | |

Notes:

1. Chengdu's number of transactions was estimated based on the average number of transactions per store plus an additional 25% (4.93/store) for all other Lianjia stores for which transaction data was available and then multiplied by the number of stores.
2. Shanghai's estimated number of transactions is based on a 17.5% market share applied to the total number of existing home transactions reported in the quarter (52,768) by public sources and then prorated to 76 days.[89] Shanghai's avg number of transactions/store is the 3rd highest leading us to conclude that the adjustment is highly company favorable.
3. Guangzhou and Wuhan's average value per transaction is based on the 2Q (5/25-8/22) data set
4. When the average value of the transactions was not available for a specific city, a city with similar characteristics was used as a base, and an adjustment was applied using the existing homes sales data from CREprice.
5. The number of transactions and average value per transaction for other cities comes from the 76-day period, 6/30 - 9/13.

Using the same methods as in 2Q21, when data on the average value of the transactions was not available for a specific city, a city with similar characteristics was used as a base, and an adjustment was applied in order to approximate its localized value using data on existing home sales from CRE price.[90] The cities for which such estimates were made and their estimates are shown in the table below.

---

[89] https://zhuanlan.zhihu.com/p/428790729?utm_source=wechat_session&utm_medium=social&utm_oi=1013776284731772928

[90] www.creprice.cn

**3Q21 Adjusted Transaction Values from CRE Price**

| City | 2021 City Tier Rank | Existing Homes (CRE price) | Adjustment to Value per Transaction | | | |
|---|---|---|---|---|---|---|
| | | 3Q21 Avg House Listing Price | Reference City | Value per Reference City Transaction | Adjustment based on Avg House Listing Price (%) | Adjusted Transaction Value |
| Lianjia Stores | | | | | | |
| Shanghai | 1st Tier | 7,203 | | 4,587 | | |
| Beijing | 1st Tier | 7,737 | Shanghai | 4,587 | 7.4% | 4,927 |
| Shenzhen | 1st Tier | 8,237 | Shanghai | 4,587 | 14.3% | 5,245 |
| Suzhou | New 1st Tier | 2,833 | | 3,002 | | |
| Wuxi | Tier 2 | 2,347 | Suzhou | 3,002 | -17.2% | 2,487 |
| Wuhan | New 1st Tier | 2,207 | | 1,992 | | |
| Hefei | Tier 2 | 2,223 | Wuhan | 1,992 | 0.8% | 2,007 |
| Xi'an | New 1st Tier | 2,227 | Wuhan | 1,992 | 1.8% | 2,028 |
| Chengdu | New 1st Tier | 2,070 | Wuhan | 1,992 | -6.9% | 1,855 |
| Nanjing | New 1st Tier | 3,443 | | 2,564 | | |
| Hangzhou | New 1st Tier | 4,110 | Nanjing | 2,564 | 19.4% | 3,061 |

After prorating our data to the number of days in the 3rd quarter,[91] we estimate that Lianjia's existing home sales GTV was approximately RMB ~161 billion in 3Q21, which suggests BEKE inflated the GTV by ~15%.

**BEKE Inflated Lianjia's existing home sales GTV**

| RMB M | 2Q 2021 | 3Q 2021 | 2Q-3Q 2021 |
|---|---|---|---|
| Reported | 309,500 | 185,300 | 494,800 |
| MW estimate | 216,839 | 160,984 | 377,823 |
| Difference | (92,661) | (24,316) | (116,977) |
| **Inflated%** | **43%** | **15%** | **31%** |

We note that our estimate is very sensitive to Shanghai's transaction numbers and average price per transaction. We believe Shanghai's estimates are conservative. For example, the Lianjia Shanghai Research Institute reported that the average existing home selling price in Shanghai in August and September was just Rmb 3.18 and 3.13 million/house.[92,93] Were we to assume Shanghai's average transaction price was 3.85m (the mid-point of these two ranges), then our total 92-day GTV estimate for 3Q21 would be just Rmb 142.5m, yielding a GTV inflation estimate of 30%, or double our current estimate.

**ii.      Existing Home Sales: Connected Brokerages**

BEKE's connected stores are supposedly independently owned and operated stores that sign up to the ACN network and collaborate on sales or part of its Deyou brand franchise network. The Company states its connected store network exists in "more than 100 economically vibrant cities in China."[94] BEKE claims its connected stores' existing home sale GTV was 342.5 billion in 2Q21.[95] We performed the same exercise as was used for the Lianjia store existing home sales to calculate the actual existing home sales GTV from connected stores.

---

[91] 92 days

[92] http://house.china.com.cn/2107052.htm

[93] https://wap.stcn.com/zqsbapp/yw/202110/t20211020_3776443.html

[94] BEKE 2020 20-F, p.54

[95] BEKE 2Q21 6-K, Financial Results

Our program's "Find Agent" search identified stores with agents listed on the platform in 140 cities. This excludes Beijing or Shanghai where no non-self-operated Lianjia brand branch stores are operating.[96]

We estimate that the connected stores completed only approximately 113,463 existing home transactions between May 25 to August 8, 2021. In Q2 we directly collected 110,574 transactions and estimate that there were approximately 2,889 more across serval cities. These cities were Chengdu, Datong, Tai'an, Urumqi, Deyang, Liangshan, Suining, Quzhou, Yibin, Chengmai, and Pingdingshan.

For Chengdu and Datong two cities, we estimate the number of transactions per store at all other connected stores and multiplied that by the number agents displayed for Chengdu and Datong in the data. To be company favorable, we further assume that both cities are performing 25% above average, and estimate 1,778 transactions in Chengdu and 51 in Datong.

**2Q21 Est. Number of Existing Home Transactions for Chengdu & Datong Connected Stores**

| | | |
|---|---|---|
| All connected stores transactions (x-Chengdu, Datong) | 110,574 | a |
| Total connected stores on the platform (x-Chengdu, Datong) | 35,291 | b |
| Avg # transactions/store for all connected stores (x-Chengdu, Datong) | 3.13 | c=a/b |
| Adjustment to assume all Chengdu & Datong stores are performing above avergage | 25% | d |
| Est. number of transactions per store for Chengdu and Datong | 3.92 | e=c*d |
| Chengdu - number of connected stores on the platform | 454 | f |
| Datong - number of connected stores on the platform | 13 | g |
| Chengdu - estimated number of connected store transactions in 2Q21 | 1,778 | h=f*e |
| Datong - estimated number of connected store transactions in 2Q21 | 51 | i=g*e |

Additionally, in Q2 we identified another 9 minor cities from subsequent data collections and used their Q3 and Q4 data to estimate their number of transactions in Q2. First, we establish the individual proportion of the 9 cities' stores to the total number of stores in the Q4 data (Sept 1- Nov 15), then apply the ratio of the 9 cities' individual number of stores in (x-missing cities) to the total number of stores in the 2Q data (5/25-8/8) collection.

**2Q21 Estimated Number of 9 Cities' Stores & Transactions**
**As Calculated from 11/30 Data**

| City | Est. Number of 9 Cities' Connected Stores as at end of 2Q21 | 2Q21 Est. Number of 9 Cities' Connected Store Transactions |
|---|---|---|
| Tai'an | 37 | 94 |
| Urumqi | 36 | 161 |
| Deyang | 32 | 119 |
| Liangshan | 39 | 145 |
| Suining | 51 | 270 |
| Quzhou | 9 | 46 |
| Yibin | 26 | 97 |
| Chengmai | 6 | 44 |
| Pingdingshan | 13 | 84 |

*Estimated number of stores based on store count collection from Nov. 2021

After adding these connected stores' existing homes transaction volumes into our data set, we calculated that the connected stores on BEKE's platform completed 113,463 existing home transactions over the 76-day period.

For Shenzhen, Hangzhou, Chengdu, Xian, Hefei, Wuxi, Chengdu, Datong, plus the 9 cities in the table above, we estimate their average transaction value by using the collected data for a similar city, benchmarking the price differential in the reference city and the estimates city using CRE prices average existing home selling price, and

---

[96] BEKE 2020 20-F, p.60 "In Beijing and Shanghai, where Lianjia has established significant market penetration, Lianjia is currently the only real estate brokerage brand with presence on Beike platform to guarantee high-quality customer services and strengthen market-leading positions in these two markets."

adjusting accordingly.  For small cities where the data contained transaction numbers, but did not include sales price details, we use the CRE average 2Q 2021 averages sales prices for new homes sold in these cities.

**2Q21 Adjusted Transaction Values from CRE Price**

| City | 2021 City Tier Rank | Existing Homes (CRE price) | Adjustment to Value per Transaction | | | |
|---|---|---|---|---|---|---|
| | | 2Q21 Avg House Listing Price | Reference City | Value per Reference City Transaction | Adjustment based on Avg House Listing Price (%) | Adjusted Transaction Value |
| Connected Stores | | | | | | |
| Shanghai | 1st Tier | 7,573 | | 4,529 | | |
| Shenzhen | 1st Tier | 8,237 | Shanghai | 4,529 | 8.8% | 4,926 |
| Suzhou | New 1st Tier | 2,733 | | 2,725 | | |
| Wuxi | Tier 2 | 2,290 | Suzhou | 2,725 | -16.2% | 2,283 |
| Nanjing | New 1st Tier | 3,300 | | 2,584 | | |
| Hangzhou | New 1st Tier | 4,067 | Nanjing | 2,584 | 23.2% | 3,185 |
| Wuhan | New 1st Tier | 2,253 | | 1,782 | | |
| Hefei | Tier 2 | 2,333 | Wuhan | 1,782 | 3.6% | 1,845 |
| Xi'an | New 1st Tier | 2,420 | Wuhan | 1,782 | 7.4% | 1,914 |
| Chengdu | New 1st Tier | 2,270 | Wuhan | 1,782 | 0.7% | 1,795 |
| Leshan | Tier 3 | 630 | | 478 | | |
| Deyang | Tier 3 | 690 | Leshan | 478 | 9.5% | 524 |
| Suining | Tier 4 | 677 | Leshan | 478 | 7.4% | 514 |
| Yibin | Tier 4 | 657 | Leshan | 478 | 4.2% | 499 |
| Jinan | Tier 2 | 1,907 | | 1,595 | | |
| Tai'an | Tier 4 | 1,110 | Jinan | 1,595 | -41.8% | 929 |
| Wenzhou | Tier 2 | 2,723 | | 1,951 | | |
| Quzhou | Tier 4 | 2,023 | Wenzhou | 1,951 | -25.7% | 1,449 |
| Haikou | 3rd Tier | 1,930 | | 1,901 | | |
| Chengmai | Tier 4 or below | 1,007 | Haikou | 1,901 | -47.8% | 992 |
| Zhanghjiakou | Tier 4 | 927 | | 728 | | |
| Datong | Tier 4 | 767 | Zhanghjiakou | 728 | -17.3% | 602 |
| Zhumadian | Tier 3 | 697 | | 678 | | |
| Pingdingshan | Tier 4 | 667 | Zhumadian | 678 | -4.3% | 649 |

We then use these adjusted transaction values as the estimated/adjusted average price per transaction for the connected stores in the 14 cities and apply them in the 2Q21 GTV estimate for connected stores in the table below.

## 2Q21 - GTV Estimate for Connected Stores Existing Home Sales (76 Days) with Adjustments

| Ref. | City | | Number of Transactions | Avg. Price per Transaction Collected (RMB '000) | Estimated/ Adjusted Avg. Price per Transaction* (RMB '000) | Esitmated GTV 76 days (RMB '000) |
|---|---|---|---|---|---|---|
| 1 | Ji'an | 吉安 | 319 | - | 1,010 | 322,190 |
| 2 | Zhongshan | 中山 | 1,368 | 1,177 | | 1,610,194 |
| 3 | Ningbo | 宁波 | 1,920 | 2,019 | | 3,876,218 |
| 4 | Linyi | 临沂 | 439 | 1,231 | | 540,353 |
| 5 | Taiyuan | 太原 | 1,069 | 1,107 | | 1,183,710 |
| 6 | Leshan | 乐山 | 312 | 478 | | 149,228 |
| 7 | Qingdao | 青岛 | 2,362 | 1,746 | | 4,124,120 |
| 8 | Harbin | 哈尔滨 | 1,529 | 714 | | 1,092,225 |
| 9 | Changsha | 长沙 | 2,392 | 1,108 | | 2,650,158 |
| 10 | Wuxi | 无锡 | 1,949 | | 2,486 | 4,845,199 |
| 11 | Guiyang | 贵阳 | 1,519 | 874 | | 1,326,976 |
| 12 | Zhoukou | 周口 | 393 | | 700 | 275,100 |
| 13 | Jiujiang | 九江 | 541 | 880 | | 476,264 |
| 14 | Shenyang | 沈阳 | 2,846 | 974 | | 2,771,828 |
| 15 | Hangzhou | 杭州 | 3,865 | | 3,185 | 12,309,129 |
| 16 | Shangrao | 上饶 | 483 | 899 | | 434,075 |
| 17 | Hanzhong | 汉中 | 447 | | 740 | 330,780 |
| 18 | Xiangyang (SX) | 咸阳 | 685 | | 1,070 | 732,950 |
| 19 | Zhenjiang | 镇江 | 798 | 930 | | 741,947 |
| 20 | Changde | 常德 | 260 | 695 | | 180,753 |
| 21 | Nanchang | 南昌 | 1,273 | 1,330 | | 1,692,548 |
| 22 | Weifang | 潍坊 | 639 | 774 | | 494,841 |
| 23 | Handan | 邯郸 | 95 | | 1,090 | 103,550 |
| 24 | Kaifeng | 开封 | 369 | 732 | | 270,139 |
| 25 | Anqing | 安庆 | 564 | | 840 | 473,760 |
| 26 | Huangshi | 黄石 | 217 | 614 | | 133,220 |
| 27 | Meishan | 眉山 | 128 | | 800 | 102,400 |
| 28 | Nanchong | 南充 | 315 | 592 | | 186,545 |
| 29 | Zhengzhou | 郑州 | 2,533 | 1,366 | | 3,459,732 |
| 30 | Dazhou | 达州 | 140 | 595 | | 83,230 |
| 31 | Lanzhou | 兰州 | 781 | 1,080 | | 843,110 |
| 32 | Kunming | 昆明 | 1,263 | 1,253 | | 1,582,300 |
| 33 | Fushzou (FJ) | 福州 | 730 | 2,175 | | 1,587,735 |
| 34 | Luoyang | 洛阳 | 819 | 997 | | 816,603 |
| 35 | Chengdu | 成都** | 1,778 | | 2,007 | 3,567,765 |
| 36 | Zhuhai | 珠海 | 945 | 2,236 | | 2,113,182 |
| 37 | Dalian | 大连 | 3,184 | 1,147 | | 3,652,663 |
| 38 | Xi'an | 西安 | 4,338 | | 2,139 | 9,279,532 |
| 39 | Hefei | 合肥 | 3,458 | | 2,063 | 7,132,190 |
| 40 | Yueyang | 岳阳 | 233 | 637 | | 148,437 |
| 41 | Wenzhou | 温州 | 847 | 1,951 | | 1,652,153 |
| 42 | Shijiazhuang | 石家庄 | 1,776 | 1,261 | | 2,240,010 |
| 43 | Chifeng | 赤峰 | 377 | 713 | | 268,965 |
| 44 | Changchun | 长春 | 1,791 | 897 | | 1,606,000 |
| 45 | Ganzhou | 赣州 | 440 | | 1,390 | 611,600 |
| 46 | Suzhou | 苏州 | 2,961 | 2,725 | | 8,068,839 |
| 47 | Quanzhou | 泉州 | 924 | | 2,570 | 2,374,680 |
| 48 | Tangshan | 唐山 | 712 | 927 | | 660,236 |
| 49 | Datong** | 大同 | 51 | | 602 | 30,660 |
| 50 | Dali | 大理 | 58 | | 2,020 | 117,160 |
| 51 | Zibo | 淄博 | 501 | 776 | | 388,713 |
| 52 | Jinan | 济南 | 1,652 | 1,595 | | 2,635,675 |
| 53 | Yantai | 烟台 | 671 | 1,004 | | 673,434 |
| 54 | Foshan | 佛山 | 1,264 | 1,569 | | 1,983,813 |
| 55 | Guangzhou | 广州 | 1,975 | 2,697 | | 5,326,830 |
| 56 | Dandong | 丹东 | 347 | 579 | | 200,913 |
| 57 | Xuchang | 许昌 | 309 | 630 | | 194,690 |
| 58 | Wuhan | 武汉 | 4,212 | 1,782 | | 7,505,773 |
| 59 | Xiangyang (HB) | 襄阳 | 564 | 894 | | 504,214 |
| 60 | Tianjin | 天津 | 5,548 | 1,592 | | 8,830,048 |
| 61 | Nanjing | 南京 | 2,213 | 2,584 | | 5,719,191 |
| 62 | Xuzhou | 徐州 | 926 | 1,253 | | 1,160,392 |
| 63 | Langfang | 廊坊 | 2,480 | 1,320 | | 3,274,210 |
| 64 | Heze | 菏泽 | 126 | 745 | | 93,808 |
| 65 | Xiangxi | 湘西*** | 18 | | 590 | 10,620 |
| 66 | Nanning | 南宁 | 414 | 1,284 | | 531,697 |
| 67 | Liaozhou | 柳州 | 311 | 853 | | 265,233 |
| 68 | Huizhou | 惠州 | 889 | 1,038 | | 922,870 |
| 69 | Guilin | 桂林 | 275 | 571 | | 156,904 |
| 70 | Baoji | 宝鸡 | 260 | | 590 | 153,400 |
| 71 | Xiamen | 厦门 | 1,256 | 3,672 | | 4,611,982 |

| Ref. | City | | Number of Stores | Number of Transactions | Avg. Price per Transaction Collected (RMB '000) | Estimated/ Adjusted Avg. Price per Transaction* (RMB '000) | Esitmated GTV 76 days (RMB '000) |
|---|---|---|---|---|---|---|---|
| 72 | Zhuzhou | 株洲 | 115 | 494 | 679 | | 335,473 |
| 73 | Nantong | 南通 | 818 | 1,246 | 2,584 | | 3,220,114 |
| 74 | Guangyuan | 广元 | 63 | 138 | | 850 | 117,300 |
| 75 | Chongqing | 重庆 | 617 | 2,773 | 1,192 | | 3,305,250 |
| 76 | Zhumadian | 驻马店 | 67 | 180 | 678 | | 122,061 |
| 77 | Zhangjiakou | 张家口 | 75 | 190 | 728 | | 138,295 |
| 78 | Jining | 济宁 | 181 | 662 | 1,098 | | 726,808 |
| 79 | Jiangmen | 江门 | 79 | 121 | 757 | | 91,567 |
| 80 | Mianyang | 绵阳 | 288 | 795 | 863 | | 686,396 |
| 81 | Zhaoxing | 绍兴 | 375 | 804 | 1,038 | | 834,456 |
| 82 | Wuhu | 芜湖 | 457 | 1,795 | | 1,500 | 2,692,500 |
| 83 | Zhangzhou | 漳州 | 346 | 1,028 | 1,037 | | 1,065,615 |
| 84 | Shenzhen | 深圳 | 653 | 575 | | 4,926 | 2,832,468 |
| 85 | Zhanjiang | 湛江 | 65 | 110 | 971 | | 106,760 |
| 86 | Jinzhou | 晋中 | 33 | 51 | | 830 | 42,330 |
| 87 | Hohhot | 呼和浩特 | 387 | 1,340 | 1,031 | | 1,381,565 |
| 88 | Jingdezhen | 景德镇 | 39 | 77 | | 790 | 60,830 |
| 89 | Yichang | 宜昌 | 114 | 294 | | 970 | 285,180 |
| 90 | Qingyuan | 清远 | 100 | 184 | 820 | | 150,790 |
| 91 | Zunyi | 遵义 | 71 | 163 | | 680 | 110,840 |
| 92 | Ya'an | 雅安 | 23 | 51 | | 670 | 34,170 |
| 93 | Huai'an | 淮安 | 176 | 550 | 1,092 | | 600,681 |
| 94 | Yinchuan | 银川 | 426 | 2,076 | 769 | | 1,595,427 |
| 95 | Kunshan | 昆山 | 432 | 2,460 | 1,901 | | 4,675,250 |
| 96 | Weihai | 威海 | 107 | 229 | 932 | | 213,515 |
| 97 | Xinxiang | 新乡 | 97 | 295 | 764 | | 225,396 |
| 98 | Fuyang | 阜阳 | 71 | 58 | | 1,050 | 60,900 |
| 99 | Neijiang | 内江 | 46 | 49 | | 610 | 29,890 |
| 100 | Haikou | 海口 | 158 | 389 | 1,901 | | 739,536 |
| 101 | Baotou | 包头 | 320 | 1,037 | 655 | | 679,214 |
| 102 | Jilin | 吉林 | 51 | 437 | 635 | | 277,397 |
| 103 | Changzhou | 常州 | 229 | 591 | 1,676 | | 990,376 |
| 104 | Jiaxing | 嘉兴 | 428 | 1,270 | 1,537 | | 1,951,585 |
| 105 | Jinhua | 金华 | 84 | 197 | 1,997 | | 393,487 |
| 106 | Beihai | 北海 | 209 | 577 | 564 | | 325,343 |
| 107 | Hai'an | 海安 | 18 | 37 | 1,327 | | 49,090 |
| 108 | Taizhou | 台州 | 109 | 301 | 1,900 | | 571,993 |
| 109 | Ma'anshan | 马鞍山 | 224 | 1,049 | | 1,100 | 1,153,900 |
| 110 | Huanggang | 黄冈 | 37 | 89 | | 740 | 65,860 |
| 111 | Hengyang | 衡阳 | 50 | 56 | | 680 | 38,080 |
| 112 | Baoding | 保定 | 48 | 100 | 925 | | 92,460 |
| 113 | Yongzhou | 永州 | 34 | 39 | | 630 | 24,570 |
| 114 | Dongguan | 东莞 | 484 | 464 | 2,113 | | 980,480 |
| 115 | Taicang | 太仓 | 12 | 47 | 2,093 | | 98,363 |
| 116 | Changshu | 常熟 | 31 | 87 | 1,654 | | 143,905 |
| 117 | Pingxinag | 萍乡 | 29 | 20 | | 640 | 12,800 |
| 118 | Panzhihua | 攀枝花 | 33 | 47 | | 620 | 29,140 |
| 119 | Yancheng | 盐城 | 180 | 306 | 1,322 | | 404,399 |
| 120 | Huzhou | 湖州 | 153 | 583 | 1,272 | | 741,307 |
| 121 | Luzhou | 泸州 | 35 | 40 | | 720 | 28,800 |
| 122 | Yuncheng | 运城 | 32 | 22 | | 760 | 16,720 |
| 123 | Tianshui | 天水 | 15 | 18 | | 920 | 16,560 |
| 124 | Jurong | 句容 | 2 | 1 | 2,870 | | 2,870 |
| 125 | Xinyu | 新余 | 18 | 18 | | 780 | 14,040 |
| 126 | Tongliao | 通辽 | 29 | 125 | | 680 | 85,000 |
| 127 | Lianyungang | 连云港 | 82 | 73 | | 1,570 | 114,610 |
| 128 | Fuzhou (JX) | 抚州 | 25 | 27 | | 880 | 23,760 |
| 129 | Yichun | 宜春 | 59 | 83 | | 1,080 | 89,640 |
| 130 | Chengde | 承德 | 15 | 34 | | 1,010 | 34,340 |
| 131 | Qidong | 启东 | 2 | 5 | 2,298 | 2,364 | 11,820 |
| 132 | Tai'an | 泰安** | 37 | 94 | | 929 | 87,685 |
| 133 | Urumqi | 乌鲁木齐** | 36 | 161 | 808 | | 130,478 |
| 134 | Deyang | 德阳** | 32 | 119 | | 524 | 62,216 |
| 135 | Liangshan | 凉山** | 39 | 145 | 852 | | 123,173 |
| 136 | Suining | 遂宁** | 51 | 270 | | 514 | 138,455 |
| 137 | Quzhou | 衢州** | 9 | 46 | | 1,449 | 66,200 |
| 138 | Yibin | 宜宾** | 26 | 97 | | 499 | 48,583 |
| 139 | Chengmai | 澄迈** | 6 | 44 | | 992 | 43,787 |
| 140 | Pingdingshan | 平顶山** | 13 | 84 | | 649 | 54,345 |
| | Sub-total | | 35,758 | 113,463 | | | 177,169,729 |
| | Additional adjustment | | | | | | 9.66% |
| | Total Estimate | | | | | | 194,284,325 |

*Estimated value calcualtion detailed per separate table, otherwise per cre.com's Sept 2021 city's avg listing price
**Estimated number of transactions, details in separate table
***湘西土家族苗族自治州

Last, we again apply the 9.66% additional adjustment for the timing difference between 2Q21 period and the 5/25 to 8/8 data collection period which increases the GTV estimate from ~177 billion to ~194. Prorating this to 91 days generates a 2Q21 connected store existing home sale GTV estimate of RMB ~233 billion, implying the connected stores' existing home sales GTV was inflated by ~47.2%.

In 3Q21, the Company claimed that its connected stores' existing home sales GTV was RMB 192.9 billion.[97] We conducted our estimation exercise and approximate BEKE's GTV in 3Q2021. Our program collected 92,004 existing home sales transactions from connected stores from June 30, 2021, to September 13, 2021. We estimate that the connected stores' existing home sales GTV was ~RMB 165 billion, suggesting 17% GTV inflation.

---

[97] BEKE 3Q21 6-K, Financial Results

We use the same basic methodology to compose this 3Q21 connected store existing home estimate, but because more of the cities have directly collected data for the number of transactions, fewer estimates were needed.

For Chengdu, we estimated the number of transactions in the same way as was conducted for 2Q21's connected store existing home estimate, including the +25% adjustment to make the estimate conservative and company favorable.

**3Q21 Chengdu Connected Stores Est. Number of Existing Home Transactions**

| | | |
|---|---|---|
| All connected stores transactions (x-Chengdu, Pingdingshan) | 92,004 | a |
| Total connected stores displayed on the platform (x-Chengdu, Pingdingshan) | 37,499 | b |
| Number of Chengdu connected stores displayed on the platform | 996 | c |
| All connected stores less Chengdu | 36,503 | e=b-c-d |
| Avg # transactions/stores or all connected stores (x-Chengdu) | 2.52 | e=a/e |
| Adjustment to assume all Chengdu stores are performing above avergae | 25% | f |
| Est. number of transactions per store for Chengdu | 3.15 | g |
| Estimated number of Chengdu connected store transactions in 3Q21 | 3,138 | h=g*c |

The average value per transaction for cities for which we were not able to directly collect this data, the same method was applied but Q3 data was used. In this data set, we obtained no pricing data for Wuhan and Guangzhou. As such we substituted these two cities' Q2 directly collected transaction pricing.

**3Q21 Adjusted Transaction Values from CRE Price**

| City | 2021 City Tier Rank | Existing Homes (CRE price) | Adjustment to Value per Transaction | | | |
|---|---|---|---|---|---|---|
| | | 3Q21 Avg House Listing Price | Reference City | Value per Reference City Transaction | Adjustment based on Avg House Listing Price (%) | Adjusted Transaction Value |
| Connected Stores | | | | | | |
| Shanghai | 1st Tier | 7,203 | | 4,587 | | |
| Shenzhen | 1st Tier | 8,237 | Shanghai | 4,587 | 14.3% | 5,245 |
| Suzhou | New 1st Tier | 2,833 | | 2,797 | | |
| Wuxi | Tier 2 | 2,347 | Suzhou | 2,797 | -17.2% | 2,316 |
| Nanjing | New 1st Tier | 3,443 | | 2,467 | | |
| Hangzhou | New 1st Tier | 4,163 | Nanjing | 2,467 | 20.9% | 2,983 |
| Wuhan | New 1st Tier | 2,207 | | 1,782 | | |
| Hefei | Tier 2 | 2,223 | Wuhan | 1,782 | 0.8% | 1,795 |
| Xi'an | New 1st Tier | 2,227 | Wuhan | 1,782 | 0.9% | 1,798 |
| Chengdu | New 1st Tier | 2,070 | Wuhan | 1,782 | -6.2% | 1,672 |
| Leshan | Tier 3 | 640 | | 499 | | |
| Deyang | Tier 3 | 673 | Leshan | 499 | 5.2% | 525 |
| Suining | Tier 4 | 680 | Leshan | 499 | 6.3% | 530 |
| Yibin | Tier 4 | 687 | Leshan | 499 | 7.3% | 536 |
| Jinan | Tier 2 | 1,900 | | 1,584 | | |
| Tai'an | Tier 4 | 1,220 | Jinan | 1,584 | -35.8% | 1,017 |
| Wenzhou | Tier 2 | 2,700 | | 1,261 | | |
| Quzhou | Tier 4 | 1,943 | Wenzhou | 1,261 | -28.0% | 908 |
| Haikou | 3rd Tier | 2,070 | | 1,929 | | |
| Chengmai | Tier 4 or below | 1,023 | Haikou | 1,929 | -50.6% | 954 |
| Zhanghjiakou | Tier 4 | 907 | | 687 | | |
| Datong | Tier 4 | 780 | Zhanghjiakou | 687 | -14.0% | 591 |
| Zhumadian | Tier 3 | 687 | | 653 | | |
| Pingdingshan | Tier 4 | 667 | Zhumadian | 653 | -2.9% | 634 |

Notes:
Wuhan's Avg Value per Reference City Transaction originates from the 2Q (5/25-8/22) data set
Units: '000 rmb

## 3Q21 - GTV Estimate for Connected Stores Existing Home Sales (76 Days: 6/30-9/12) with Adjustments

| Ref. | City | | Number of Stores | Number of Existing Home Transactions | Average Value per Transaction Collected (RMB '000) | Estimated/ Adjusted Average Transaction Value (RMB '000) | Esitmated Existing Home GTV 76 days (RMB '000) | Ref. | City | | Number of Stores | Number of Existing Home Transactions | Average Value per Transaction Collected (RMB '000) | Estimated/ Adjusted Average Transaction Value (RMB '000) | Esitmated Existing Home GTV 76 days (RMB '000) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ji'an | 吉安 | 143 | 303 | | 1,010 | 306,030 | 71 | Xiamen | 厦门 | 646 | 909 | 3,645 | | 3,313,492 |
| 2 | Zhongshan | 中山 | 572 | 1,086 | 1,079 | | 1,171,812 | 72 | Zhuzhou | 株洲 | 115 | 426 | 661 | | 281,522 |
| 3 | Ningbo | 宁波 | 869 | 1,425 | 2,020 | | 2,878,378 | 73 | Nantong | 南通 | 823 | 944 | 1,469 | | 1,386,924 |
| 4 | Linyi | 临沂 | 296 | 345 | 1,177 | | 696,870 | 74 | Guangyuan | 广元 | 63 | 113 | | 850 | 96,050 |
| 5 | Taiyuan | 太原 | 625 | 1,072 | 1,122 | | 1,202,761 | 75 | Chongqing | 重庆 | 840 | 2,142 | 1,129 | | 2,417,476 |
| 6 | Leshan | 乐山 | 192 | 381 | 499 | | 190,208 | 76 | Zhumadian | 驻马店 | 67 | 148 | 653 | | 96,648 |
| 7 | Qingdao | 青岛 | 660 | 1,920 | 1,706 | | 3,275,796 | 77 | Zhangjiakou | 张家口 | 75 | 156 | 687 | | 107,106 |
| 8 | Harbin | 哈尔滨 | 309 | 1,326 | 704 | | 933,202 | 78 | Jining | 济宁 | 181 | 520 | 1,046 | | 543,829 |
| 9 | Changsha | 长沙 | 722 | 2,001 | 1,078 | | 2,157,502 | 79 | Jiangmen | 江门 | 79 | 109 | 686 | | 74,792 |
| 10 | Wuxi | 无锡 | 573 | 1,216 | | 2,316 | 2,816,565 | 80 | Mianyang | 绵阳 | 290 | 758 | 830 | | 629,490 |
| 11 | Guiyang | 贵阳 | 406 | 1,423 | 895 | | 1,272,911 | 81 | Zhaoxing | 绍兴 | 375 | 498 | 1,420 | | 706,985 |
| 12 | Zhoukou | 周口 | 110 | 329 | | 5,768 | 1,897,672 | 82 | Wuhu | 芜湖 | 458 | 1,256 | | 1,500 | 1,884,000 |
| 13 | Jiujiang | 九江 | 191 | 472 | 862 | | 406,810 | 83 | Zhangzhou | 漳州 | 348 | 781 | 1,039 | | 811,410 |
| 14 | Shenyang | 沈阳 | 850 | 2,345 | 862 | | 2,022,026 | 84 | Shenzhen | 深圳 | 806 | 457 | | 5,245 | 2,396,972 |
| 15 | Hangzhou | 杭州 | 862 | 2,639 | | - | - | 85 | Zhanjiang | 湛江 | 66 | 97 | 891 | | 86,460 |
| 16 | Shangrao | 上饶 | 210 | 398 | 866 | | 344,496 | 86 | Jinzhong | 晋中 | 33 | 59 | | 830 | 48,970 |
| 17 | Hanzhong | 汉中 | 85 | 413 | | 740 | 305,620 | 87 | Hohhot | 呼和浩特 | 388 | 1,200 | 1,023 | | 1,227,690 |
| 18 | Xiangyang (SX) | 咸阳 | 210 | 424 | | 1,070 | 453,680 | 88 | Jingdezhen | 景德镇 | 39 | 69 | | 790 | 54,510 |
| 19 | Zhenjiang | 镇江 | 166 | 627 | 925 | | 580,185 | 89 | Yichang | 宜昌 | 114 | 268 | | 970 | 259,960 |
| 20 | Changde | 常德 | 90 | 212 | 662 | | 140,329 | 90 | Qingyuan | 清远 | 100 | 179 | 811 | | 145,210 |
| 21 | Nanchang | 南昌 | 667 | 1,159 | 1,304 | | 1,511,544 | 91 | Zunyi | 遵义 | 71 | 156 | | 680 | 106,080 |
| 22 | Weifang | 潍坊 | 200 | 576 | 780 | | 449,013 | 92 | Ya'an | 雅安 | 23 | 51 | | 670 | 34,170 |
| 23 | Handan | 邯郸 | 60 | 107 | | 1,090 | 116,630 | 93 | Huai'an | 淮安 | 176 | 375 | 1,125 | | 421,875 |
| 24 | Kaifeng | 开封 | 162 | 306 | 671 | | 205,367 | 94 | Yinchuan | 银川 | 427 | 1,764 | 746 | | 1,316,508 |
| 25 | Anqing | 安庆 | 131 | 510 | | 840 | 428,400 | 95 | Kunshan | 昆山 | 432 | 1,676 | 1,836 | | 3,076,968 |
| 26 | Huangshi | 黄石 | 137 | 182 | 628 | | 114,220 | 96 | Weihai | 威海 | 108 | 220 | 934 | | 205,500 |
| 27 | Meishan | 眉山 | 69 | 105 | | 800 | 84,000 | 97 | Xinxiang | 新乡 | 97 | 269 | 758 | | 203,960 |
| 28 | Nanchong | 南充 | 159 | 292 | 555 | | 162,106 | 98 | Fuyang | 阜阳 | 71 | 87 | | 1,050 | 91,350 |
| 29 | Zhengzhou | 郑州 | 839 | 1,433 | 1,346 | | 1,928,111 | 99 | Neijiang | 内江 | 46 | 48 | | 610 | 29,280 |
| 30 | Dazhou | 达州 | 107 | 123 | 615 | | 75,630 | 100 | Haikou | 海口 | 159 | 400 | 1,929 | | 771,514 |
| 31 | Lanzhou | 兰州 | 239 | 704 | 1,042 | | 733,880 | 101 | Baotou | 包头 | 320 | 893 | 644 | | 574,943 |
| 32 | Kunming | 昆明 | 538 | 1,002 | 1,210 | | 1,212,277 | 102 | Jilin | 吉林 | 51 | 434 | 627 | | 272,254 |
| 33 | Fuzhou (FJ) | 福州 | 334 | 610 | 2,228 | | 1,358,903 | 103 | Changzhou | 常州 | 229 | 397 | 1,608 | | 638,368 |
| 34 | Luoyang | 洛阳 | 280 | 637 | 995 | | 633,603 | 104 | Jiaxing | 嘉兴 | 429 | 917 | 1,448 | | 1,327,508 |
| 35 | Chengdu | 成都** | 996 | 3,138 | | 1,672 | 5,245,523 | 105 | Jinhua | 金华 | 84 | 133 | 2,217 | | 294,912 |
| 36 | Zhuhai | 珠海 | 458 | 699 | 2,088 | | 1,459,398 | 106 | Beihai | 北海 | 209 | 499 | 591 | | 294,981 |
| 37 | Dalian | 大连 | 595 | 2,600 | 1,108 | | 2,880,497 | 107 | Hai'an | 海安 | 18 | 32 | 1,198 | | 38,350 |
| 38 | Xi'an | 西安 | 1,312 | 3,083 | | 1,855 | 5,717,796 | 108 | Taizhou | 台州 | 109 | 261 | 1,930 | | 503,842 |
| 39 | Hefei | 合肥 | 892 | 2,888 | | 2,028 | 5,856,448 | 109 | Ma'anshan | 马鞍山 | 224 | 862 | | 1,100 | 948,200 |
| 40 | Yueyang | 岳阳 | 102 | 248 | 623 | | 154,457 | 110 | Huanggang | 黄冈 | 37 | 71 | | 740 | 52,540 |
| 41 | Wenzhou | 温州 | 318 | 625 | 1,845 | | 1,153,115 | 111 | Hengyang | 衡阳 | 50 | 63 | | 680 | 42,840 |
| 42 | Shijiazhuang | 石家庄 | 519 | 1,572 | 1,241 | | 1,951,596 | 112 | Baoding | 保定 | 48 | 85 | 921 | | 78,323 |
| 43 | Chifeng | 赤峰 | 115 | 402 | 683 | | 274,376 | 113 | Yongzhou | 永州 | 34 | 46 | | 630 | 28,980 |
| 44 | Changchun | 长春 | 416 | 1,534 | 916 | | 1,405,022 | 114 | Dongguan | 东莞 | 485 | 368 | 1,950 | | 717,600 |
| 45 | Ganzhou | 赣州 | 257 | 358 | | 1,390 | 497,620 | 115 | Taicang | 太仓 | 12 | 36 | 1,908 | | 68,700 |
| 46 | Suzhou | 苏州 | 869 | 2,414 | 2,797 | | 6,751,025 | 116 | Changshu | 常熟 | 31 | 90 | 1,406 | | 126,520 |
| 47 | Quanzhou | 泉州 | 400 | 753 | | 2,570 | 1,935,210 | 117 | Pingxiang | 萍乡 | 29 | 17 | | 640 | 10,880 |
| 48 | Tangshan | 唐山 | 292 | 689 | 892 | | 614,423 | 118 | Panzhihua | 攀枝花 | 33 | 74 | | 620 | 45,880 |
| 49 | Datong | 大同 | 13 | 2 | | 525 | 1,050 | 119 | Yancheng | 盐城 | 180 | 302 | 1,268 | | 383,007 |
| 50 | Dali | 大理 | 38 | 64 | | 2,020 | 129,280 | 120 | Huzhou | 湖州 | 153 | 488 | 1,209 | | 589,963 |
| 51 | Zibo | 淄博 | 134 | 444 | 818 | | 363,270 | 121 | Luzhou | 泸州 | 35 | 50 | | 720 | 36,000 |
| 52 | Jinan | 济南 | 424 | 1,277 | 1,584 | | 2,023,200 | 122 | Yuncheng | 运城 | 32 | 20 | | 760 | 15,200 |
| 53 | Yantai | 烟台 | 331 | 594 | 1,021 | | 606,617 | 123 | Tianshui | 天水 | 15 | 19 | | 920 | 17,480 |
| 54 | Foshan | 佛山 | 651 | 1,074 | 1,491 | | 1,601,319 | 124 | Jurong | 句容 | 2 | 3 | 3,157 | | 9,470 |
| 55 | Guangzhou | 广州** | 1,049 | 2,319 | | 2,697 | 6,254,343 | 125 | Xinyu | 新余 | 18 | 9 | | 780 | 7,020 |
| 56 | Dandong | 丹东 | 48 | 273 | 581 | | 158,478 | 126 | Tongliao | 通辽 | 29 | 105 | | 680 | 71,400 |
| 57 | Xuchang | 许昌 | 142 | 237 | 618 | | 146,480 | 127 | Lianyungang | 连云港 | 82 | 69 | | 1,570 | 108,330 |
| 58 | Wuhan | 武汉 | 1,367 | 3,250 | | 1,782 | 5,791,500 | 128 | Fuzhou (JX) | 抚州 | 25 | 33 | | 880 | 29,040 |
| 59 | Xiangyang (HB) | 襄阳 | 198 | 492 | 883 | | 434,624 | 129 | Yichun | 宜春 | 59 | 76 | | 1,060 | 80,560 |
| 60 | Tianjin | 天津 | 1,019 | 6,390 | 1,547 | | 9,883,978 | 130 | Chengde | 承德 | 15 | 25 | | 1,010 | 25,250 |
| 61 | Nanjing | 南京 | 715 | 1,562 | 2,467 | | 3,853,702 | 131 | Qidong | 启东 | 2 | 5 | 2,162 | | 10,810 |
| 62 | Xuzhou | 徐州 | 316 | 689 | 1,158 | | 797,569 | 132 | Tai'an | 泰安 | 23 | 52 | | 2,983 | 155,118 |
| 63 | Langfang | 廊坊 | 369 | 2,209 | 1,327 | | 2,931,673 | 133 | Urumqi | 乌鲁木齐 | 30 | 134 | 744 | | 99,718 |
| 64 | Heze | 菏泽 | 83 | 133 | 674 | | 89,590 | 134 | Deyang | 德阳 | 29 | 109 | | 5,245 | 571,707 |
| 65 | Xiangxi (HN) | 湘西*** | 14 | 39 | | 590 | 23,010 | 135 | Liangshan | 凉山 | 26 | 61 | 739 | | 45,097 |
| 66 | Nanning | 南宁 | 270 | 378 | 1,191 | | 450,084 | 136 | Suining | 遂宁 | 32 | 75 | | 530 | 39,783 |
| 67 | Liaozhou | 柳州 | 143 | 263 | 821 | | 215,941 | 137 | Quzhou | 衢州 | 7 | 36 | | 1,795 | 64,637 |
| 68 | Huizhou | 惠州 | 575 | 653 | 978 | | 638,690 | 138 | Yibin | 宜宾 | 20 | 61 | | 2,316 | 141,291 |
| 69 | Guilin | 桂林 | 183 | 273 | 558 | | 152,306 | 139 | Chengmai | 澄迈 | 7 | 26 | | 1,672 | 43,462 |
| 70 | Baoji | 宝鸡 | 40 | 250 | | 590 | 147,500 | 140 | Pingdingshan | 平顶山** | 14 | 70 | | 536 | 37,494 |
| | | | | | | | | Total (76 days) | | | 38,509 | 95,212 | | | 136,131,390 |

*Estimated value calcaulion detailed per separate table, otherwise per cre.com's Sept 2021 city's avg listing price.
**Number of transactions in the quarter was not in the collected data, estimate is detailed in separate table.
***Guangzhou, Wuhan, avergage value per transaction obtained from the 5/25-8/8 data set
****湘西土家族苗族自治州

Together with the Lianjia stores' existing home sales GTV overstatement, our collected data suggests BEKE inflated its existing home sales GTV by 33% in 2Q-3Q 2021.

| RMB M | 2Q 2021 | | | 3Q 2021 | | | 2Q-3Q 2021 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% | Reported | MW estimate | Inflated% |
| GTV of new home sales by Lianjia and connected | 498,300 | 206,866 | **141%** | 410,100 | 195,358 | **110%** | 908,400 | 402,224 | **126%** |
| GTV of existing home sales by Lianjia | 309,500 | 216,839 | **43%** | 185,300 | 160,866 | **15%** | 494,800 | 377,706 | **31%** |
| GTV of existing home sales by connected stores | 342,500 | 232,630 | **47%** | 192,900 | 164,791 | **17%** | 535,400 | 397,421 | **35%** |
| GTV of existing home sales | 652,000 | 449,469 | **45%** | 378,200 | 325,657 | **16%** | 1,030,200 | 775,126 | **33%** |
| GTV of home sales | 1,150,300 | 656,335 | **75%** | 788,300 | 521,015 | **51%** | 1,938,600 | 1,177,350 | **65%** |

In total, the collected data suggested that BEKE inflated its new home and existing home sales GTV by 65% in 2Q-3Q 2021.

**Data Verification Checks**

To verify that our collected data was comprehensive, we compared the key metrics from the data we collected from the platform with BEKE's SEC disclosures.

BEKE reported connecting with 278 real estate brokerage brands other than Lianjia.[98]  In our July data collection, we identified 310 brands.

BEKE stated that its Lianjia stores operate in 29 cities in China.[99]  Our collected data captured Lianjia brokerage transaction data in 29 cities.

BEKE reported that its platform includes connected brokerages in "more than 100 economically vibrant cities in China."[100]  We collected transaction data from connected and franchise stores with agents for 140 cities, excluding Beijing and Shanghai.  Including Beijing and Shanghai we collected transactions from 142 cities.

We also note that BEKE's online website doubles as an MLS and contains listings for over cities around China plus cities in the US, Canada, Japan, Thailand, Singapore, Germany, France, the UK, Australia.[101]  Our July data collections identified the individual webpages for each of the 241 domestic China websites.  Recently this number has declined to 227.

Because BEKE does not claim to have overseas business, we did not investigate the overseas listings.

For mainland China, these cities' store pages did not contain the same level of completeness as other cities.  Substantially all of these cities are in lower tier cities, such as 3rd, 4th, 5th tier cities as well as "no tier" cities and "country-level cities." Furthermore, the majority of these cities are missing store listings, agent listings, any property listing and/or transaction information.  Some sites redirect back to the BEKE main page. We believe these the vast majority are listing sites only.

In the cases where we found cities serviced by a BEKE agent, the agent was not local but from a neighboring city.  For example, in Yangzhou, a Tier 3 city in Jiangsu, the agent listing the new home property works in a store in nearby Zhenjiang.  The business license related to this agent is for a store called Deyou Fenghuangcheng Flagship store A.[102]  This store and this agent are in our data under the city Zhenjiang.  This pattern of coverage was repeated for other small cities and their stores, agents, and/or transaction data could be seen in our data sets.  A screen shot of a Yangzhou listing page and the connection to the Deyou Fenghuangcheng agent is below.

To the extent some or any of these cities provide a contribution to total GTV that is not collected and flowing through a neighboring city in the collected data sets, we believe it will very likely be small and will not have a significant impact on our overall estimates.

---

[98] BEKE 2020 20-F, p.60
[99] BEKE 2020 20-F, p.60
[100] BEKE 2020 20-F, p.54
[101] BEKE F-1A, dated Nov. 16, 2020, p. 2, "We believe that ACN, from its inception, is similar to the Multiple Listing Service, or MLS, in the United States."
[102] Store name: 德佑凤凰城旗舰 A 店, company name: 镇江市德佐房地产经纪有限公司句容分公司



*Above: BEKE landing page for Yangzhou, the listing is serviced by a Deyou agent in neighboring Zhenjiang*

**Appendix II: Sanhe Langfang Ghost Store Case Study**

In the report, we presented two examples in Sanhe Langfang that show BEKE inflates its store count by having ghost stores at the same location. This Appendix provides additional examples of Ghost Stores that we found:

- **Example 1: Branch No. 10 and No. 79 are also the Same Store**

Branch No. 10 and No. 79 are also co-located but presented as distinct and different stores on BEKE's platform with different store numbers, different branch numbers, and different SAIC business registrations.

On BEKE's platform, both Branch No. 10 and Branch No. 79 are shown with the same vague location description: "Shenwei North Street."



Above: Sanhe Lianjia Yanjiao Branch No. 10 on BEKE's platform, aka Lianjia Yanjing Hangcheng Store No. 4[103]



Above: Sanhe Lianjia Yanjiao Branch No. 79 on BEKE's platform, aka Lianjia Yanjing Hangcheng Store No. 2[104]

The use of similar but different store names and the extremely vague store location descriptions and addresses is a common theme on BEKE's platform. It suggests the platform created an ecosystem that was devised to obfuscate, allowing some stores to exist on paper alone.

Further, Branch No. 10 was initially registered in unit 1-1914, which is currently occupied by a Century 21 branch, a connected store held by Zhonghuan. Interestingly, Branch No. 10 changed its registered address from street number 1914 (the current Century 21 location) to 1913 on March 18, 2021. This is another instance where stores move just one or two doors down the street. This move makes little economic sense. Both locations are in the middle of a block, not on a corner, so the new location would provide little to no impact to attract traffic. In addition, moving costs, decorating expense and the impact of business disruption all suggest the move did not happen. We believe Branch No. 10 only changed its registered address to hide its connection with Century 21 or Zhonghuan.

---

[103] https://m.ke.com/store/11018900761765031134.html , 燕京航城 4 店, Branch 10
[104] https://m.ke.com/store/10088500751985031478.html , 燕京航城 2 店, Branch 79





Above: registration details and changes to the Branch 10



Above: Left, the Century 21 at 1-1914, Right, the Lianjia Store at 1-1913

Because of Lianjia's claims of an extensive national network, we believe Sanhe Langhang's examples indicate a systemic inflation of store and agent counts.

- **Example 2: Sanhe Lianjia Yanjiao Branch Store 51 Does Not Exist**

Branch No. 51 was established around the same time as Branches No. 54–59, those branches explored in another example; it even has the same legal representative and phone number as those branches. It is registered at Zhugedian Village in Yanjiao Town. Yet when we visited the site, we could not find any Lianjia or other real estate brokerage to speak of.

| Branch Company Name | Registered Business Address & Location | BEKE Platform Store Name | Physical Location |
|---|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 51 | Yanjiao Village, Zhuge Commercial Town | None | No |
| 三河市链家房产经纪有限公司燕郊第五十一分公司 | 燕郊镇诸葛店村 | | |

| SAIC Registration Information for the SanHe City Lianjia Real Estate Brokerage Co, Yanjiao Branches | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | 12-Jun-17 | SONG Xinghua 宋兴华 | 133-1561-8352, 563284618@qq.com | On file, operating | On file, operating | On file, operating | On file, operation closed | Active | No |

**No Lianjia Store at the Zhugedian Village**



*Source: Site Visits, Q4 2021*

- **Example 3: SAIC Registrations Show Two Neighboring Lianjia Stores, But One is a Restaurant**

According to the SAIC records, Branch No. 4 and 88 are registered on the same street, only two stores away. We visited these two branches' registered addresses. Yet we only found one Lianjia store (Branch 88). The location where Branch No. 4 should be is actually a restaurant.

**No Branch No. 4 But a Restaurant**



*Source: Site Visits, Q4 2021*

The Baidu Map also confirms that the restaurant is located at Branch No. 4's registered address.

**The Restaurant Xiang Gu Li 's address on Baidu maps**



*Source: Baidu Maps*

According to a Chinese corporate registration database, Branch No. 4 and No. 88 filed their 2020 annual reports and are supposedly active. Yet, both our site visits and the Baidu Maps indicate that Branch 4 does not exist.

| Branch Company Name | Registered Business Address & Location | BEKE Platform Store Name | Physical Location |
|---|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 4 | South side of Yanjiao Palace East Street, East side of Minfu Garden, Fuze Yuyuan District, No, 29-08 | ??? | No, address occupied by a restaurant |
| 三河市链家房产经纪有限公司燕郊第四分公司 | 燕郊行宫东大街南侧、民福元东侧福泽御园小区29-08号 | | |
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 88 | South side of Yanjiao Palace East Street, East side of Minfu Garden, Fuze Yuyuan District, 1st Floor No. 29-06 | ??? | Yes |
| 三河市链家房产经纪有限公司燕郊第八十八分公司 | 燕郊行宫东大街南侧、民福园东侧福泽御园小区29-06号一层 | | |

- **Example 4: Missing Sanhe Lianjia Branches are Set up as Deyou Branches**

When reviewing Lianjia's SAIC registrations, we found two Lianjia stores that share addresses with two Deyou stores. More importantly, in our site visits we found a Deyou store at one of these physical locations, but not Lianjia.

Branch No. 56, one of the seven Lianjia's, is registered at ShouErYuan TianCheng, District E, building 7, 1st Floor, Unit 1, Suite A1-8 in the Yanjiao New High-Tech Zone in the SAIC records.[105] The same address is also registered with the SAIC by Langfang Wisdom Deyou.

| Branch Company Name | Registered Business Address & Location | Parent Co./Owner |
|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 56 | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 7, 1st Floor, Unit 1, Suite A2-6 | BEKE (Tianjin) Investment Co. Ltd. |
| 三河市链家房产经纪有限公司燕郊第五十六分公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期　第7幢1单元1层A2-6 | 贝壳（天津）投资有限公司 |
| Langfang Wisdom Deyou Real Estate Agency Co., Ltd. | Yanjiao New High Tech Zone, Yanhsun Rd., East Side, S. Mizhou Branch Line; ShouErYuan TianCheng, Phase 1, District E, Building 7, 1st Floor, Unit 1, Suite A2-6 | Pontus Development (Hong Kong) Ltd. |
| 廊坊市智慧德佑房地产经纪有限公司 | 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期E区一期　第7幢1单元1层A2-6号 | |

Deyou is supposedly a franchise brand owned by BEKE, and all Deyou stores should be owned by franchisees.

*Deyou*

We own *Deyou* brand, which is offered under a franchise model for connected brokerage stores that seek for branding effect and access to solutions offered by *Beike* platform. Participating brokerage stores can reduce their operating cost, increase business efficiency and productivity, enhance exposure to updated market news and industry trends, gain access to extensive authentic property listing inventory and be referred to high-quality customer leads on *Beike* platform. They are able to keep the culture of being a small team while enjoying the full-fledged infrastructure of a tremendous platform and cooperating within our extensive store network.

*Source: BEKE Prospectus Aug 13, 2021, p. 170*

Yet the SAIC records indicate that this Deyou store shares the same registered address with a Lianjia store. This Deyou store registered in the location of a missing Lianjia store appears to be pulling double duty – doubling up as a Lianjia store and being counted as a Deyou store.

---

[105] 燕郊高新区燕顺路东侧、密涿支线南侧首尔园甜城一期 E 区一期第 7 幢 1 单元 1 层 A2-6

The double duty being pulled at Branch no. 56 is not a single incident. We also found Branch No. 36 and another Deyou store share a same registered address.[106] When we visited, we only the found the Deyou store at that location.

| Branch Company Name | Registered Business Address & Location | BEKE Platform Store Name | Physical Location |
|---|---|---|---|
| Sanhe City Lianjia Real Estate Brokerage Co, Yanjiao Branch No. 36<br>三河市链家房产经纪有限公司燕郊第三十六分公司 | Yanjiao New Development Zone, West side of Yanxing Rd., Xiangxin Store, No. 92<br>燕郊开发区燕兴路西侧祥馨门店92号 | None ??? | Occupied by a Deyou franchise store |
| Sanhe City ZeAn Real Estate Brokerage Co, Ltd.<br>三河市泽安产房经纪有限公司 | Yanjiao New Development Zone, West side of Yanxing Rd., Xiangxin Store, No. 92<br>燕郊开发区燕兴路西侧祥馨门店92号 | ??? | Yes |

**Found Deyou Store at Lianjia Store's Registered Address**



As discussed earlier in this report, Lianjia stores and Deyou franchise stores present very different economic contributions to BEKE. All of the commissions collected by Lianjia stores are reported on a gross basis, while only a small percent of the commissions generated by Deyou stores plus some other possible fees flow to BEKE from Deyou operations. Therefore, changing from a Lianjia to a Deyou store is not a matter of rebranding, but one of economics – directly impacting commission revenue.

---

[106] 三河市泽安产房经纪有限公司, 燕郊开发区燕兴路西侧祥馨门店 92 号