# Exhibit I

| KE Holdings Inc.: Stock Price (NYSE: BEKE) November 16, 2020 – June 17, 2022 Source: Yahoo! Finance | | | |
|---|---|---|---|
| **Date** | **Opening Price** | **Closing Price** | **Volume** |
| November 16, 2020 | $75.00 | $73.56 | 4,379,900 |
| November 17, 2020 | $70.10 | $67.60 | 5,092,600 |
| November 18, 2020 | $68.21 | $61.17 | 4,325,600 |
| November 19, 2020 | $57.75 | $59.35 | 15,527,500 |
| November 20, 2020 | $61.74 | $60.80 | 8,445,400 |
| November 23, 2020 | $62.47 | $62.97 | 5,297,500 |
| November 24, 2020 | $63.97 | $64.08 | 5,508,400 |
| November 25, 2020 | $62.20 | $60.50 | 3,527,200 |
| November 27, 2020 | $62.39 | $64.46 | 3,446,300 |
| November 30, 2020 | $65.01 | $65.33 | 4,392,100 |
| December 1, 2020 | $65.80 | $64.39 | 2,368,800 |
| December 2, 2020 | $62.50 | $62.67 | 2,337,900 |
| December 3, 2020 | $63.01 | $63.12 | 2,536,200 |
| December 4, 2020 | $63.50 | $62.02 | 2,504,500 |
| December 7, 2020 | $62.50 | $62.19 | 1,738,600 |
| December 8, 2020 | $62.55 | $65.57 | 3,917,800 |
| December 9, 2020 | $65.99 | $67.20 | 3,067,800 |
| December 10, 2020 | $65.83 | $68.00 | 2,386,800 |
| December 11, 2020 | $68.06 | $66.13 | 2,669,400 |
| December 14, 2020 | $66.00 | $65.82 | 2,566,200 |
| December 15, 2020 | $66.41 | $63.62 | 2,557,500 |
| December 16, 2020 | $64.40 | $62.99 | 1,580,900 |
| December 17, 2020 | $63.24 | $62.87 | 1,491,900 |
| December 18, 2020 | $64.00 | $64.46 | 2,789,800 |
| December 21, 2020 | $64.00 | $66.82 | 3,629,200 |
| December 22, 2020 | $66.78 | $67.66 | 1,816,100 |
| December 23, 2020 | $68.47 | $67.97 | 2,380,600 |
| December 24, 2020 | $66.48 | $65.34 | 1,217,000 |
| December 28, 2020 | $65.65 | $62.40 | 3,056,300 |
| December 29, 2020 | $64.20 | $62.25 | 1,836,800 |
| December 30, 2020 | $63.01 | $63.82 | 1,162,700 |

1

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| December 31, 2020 | $63.90 | $61.54 | 1,626,300 |
| January 4, 2021 | $62.27 | $57.51 | 5,476,900 |
| January 5, 2021 | $58.00 | $61.74 | 4,259,000 |
| January 6, 2021 | $61.64 | $61.80 | 2,345,800 |
| January 7, 2021 | $62.00 | $62.96 | 3,607,500 |
| January 8, 2021 | $63.52 | $65.28 | 3,761,500 |
| January 11, 2021 | $65.20 | $64.29 | 1,696,800 |
| January 12, 2021 | $65.79 | $65.99 | 2,090,200 |
| January 13, 2021 | $65.96 | $63.94 | 1,896,100 |
| January 14, 2021 | $64.20 | $62.54 | 2,186,300 |
| January 15, 2021 | $62.60 | $62.38 | 1,834,600 |
| January 19, 2021 | $65.09 | $63.37 | 2,567,600 |
| January 20, 2021 | $64.18 | $72.81 | 7,673,400 |
| January 21, 2021 | $70.12 | $73.40 | 4,644,000 |
| January 22, 2021 | $72.80 | $71.45 | 3,328,500 |
| January 25, 2021 | $72.50 | $70.80 | 5,495,600 |
| January 26, 2021 | $70.01 | $63.72 | 6,114,800 |
| January 27, 2021 | $61.80 | $61.84 | 4,432,700 |
| January 28, 2021 | $62.00 | $59.41 | 5,371,000 |
| January 29, 2021 | $60.20 | $59.10 | 3,190,100 |
| February 1, 2021 | $61.52 | $60.97 | 3,839,100 |
| February 2, 2021 | $63.99 | $64.55 | 3,559,900 |
| February 3, 2021 | $65.65 | $63.06 | 3,067,100 |
| February 4, 2021 | $62.86 | $64.98 | 3,816,200 |
| February 5, 2021 | $65.96 | $62.62 | 3,140,200 |
| February 8, 2021 | $62.01 | $62.20 | 3,792,300 |
| February 9, 2021 | $63.49 | $66.22 | 5,595,100 |
| February 10, 2021 | $66.50 | $68.95 | 6,589,800 |
| February 11, 2021 | $70.10 | $70.80 | 4,866,600 |
| February 12, 2021 | $69.22 | $67.32 | 3,074,300 |
| February 16, 2021 | $67.41 | $68.00 | 9,272,400 |
| February 17, 2021 | $66.39 | $66.67 | 3,821,200 |
| February 18, 2021 | $65.29 | $64.29 | 5,948,600 |
| February 19, 2021 | $65.50 | $69.39 | 6,825,600 |

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| February 22, 2021 | $70.00 | $76.69 | 13,726,900 |
| February 23, 2021 | $73.70 | $70.56 | 8,323,200 |
| February 24, 2021 | $69.28 | $68.21 | 4,549,000 |
| February 25, 2021 | $71.05 | $64.86 | 3,241,900 |
| February 26, 2021 | $63.86 | $63.83 | 7,266,200 |
| March 1, 2021 | $67.41 | $66.16 | 3,750,500 |
| March 2, 2021 | $67.16 | $64.33 | 3,695,400 |
| March 3, 2021 | $64.46 | $59.94 | 3,692,900 |
| March 4, 2021 | $57.99 | $52.68 | 10,499,600 |
| March 5, 2021 | $53.00 | $52.43 | 11,907,500 |
| March 8, 2021 | $50.50 | $47.08 | 6,760,100 |
| March 9, 2021 | $48.99 | $53.75 | 5,104,800 |
| March 10, 2021 | $54.32 | $53.71 | 5,167,200 |
| March 11, 2021 | $59.04 | $59.46 | 4,605,500 |
| March 12, 2021 | $57.80 | $58.96 | 2,642,600 |
| March 15, 2021 | $58.83 | $59.50 | 4,543,700 |
| March 16, 2021 | $63.00 | $65.30 | 11,923,400 |
| March 17, 2021 | $65.30 | $67.00 | 4,562,400 |
| March 18, 2021 | $64.69 | $60.79 | 9,074,800 |
| March 19, 2021 | $60.99 | $64.00 | 4,631,100 |
| March 22, 2021 | $64.00 | $64.44 | 4,251,300 |
| March 23, 2021 | $63.99 | $60.66 | 3,527,100 |
| March 24, 2021 | $60.00 | $52.81 | 4,747,400 |
| March 25, 2021 | $50.86 | $56.95 | 5,564,000 |
| March 26, 2021 | $56.51 | $56.35 | 4,819,600 |
| March 29, 2021 | $56.28 | $55.37 | 2,531,300 |
| March 30, 2021 | $54.93 | $56.99 | 2,303,100 |
| March 31, 2021 | $57.30 | $56.98 | 2,787,200 |
| April 1, 2021 | $59.15 | $60.88 | 4,027,300 |
| April 5, 2021 | $60.95 | $58.86 | 1,510,100 |
| April 6, 2021 | $58.59 | $60.16 | 2,215,300 |
| April 7, 2021 | $59.25 | $56.08 | 3,014,400 |
| April 8, 2021 | $58.23 | $56.13 | 2,504,900 |
| April 9, 2021 | $56.26 | $55.95 | 1,727,100 |

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| April 12, 2021 | $54.76 | $53.33 | 1,987,400 |
| April 13, 2021 | $53.32 | $53.59 | 2,565,600 |
| April 14, 2021 | $54.41 | $49.42 | 6,634,300 |
| April 15, 2021 | $50.80 | $51.24 | 4,810,100 |
| April 16, 2021 | $51.35 | $51.53 | 5,678,100 |
| April 19, 2021 | $52.00 | $50.42 | 4,859,400 |
| April 20, 2021 | $49.80 | $51.52 | 3,347,200 |
| April 21, 2021 | $51.49 | $53.88 | 3,717,700 |
| April 22, 2021 | $53.56 | $54.81 | 3,514,400 |
| April 23, 2021 | $55.75 | $56.38 | 2,012,100 |
| April 26, 2021 | $55.26 | $56.33 | 1,954,200 |
| April 27, 2021 | $56.15 | $56.00 | 877,800 |
| April 28, 2021 | $55.72 | $54.87 | 1,702,400 |
| April 29, 2021 | $55.77 | $52.64 | 3,476,800 |
| April 30, 2021 | $52.03 | $52.05 | 3,912,600 |
| May 3, 2021 | $52.68 | $51.61 | 3,930,100 |
| May 4, 2021 | $51.29 | $50.50 | 4,991,200 |
| May 5, 2021 | $51.10 | $49.51 | 4,428,900 |
| May 6, 2021 | $49.67 | $50.26 | 3,163,200 |
| May 7, 2021 | $51.35 | $50.90 | 1,563,900 |
| May 10, 2021 | $50.31 | $46.79 | 9,852,200 |
| May 11, 2021 | $45.78 | $48.24 | 5,314,000 |
| May 12, 2021 | $47.89 | $49.53 | 6,241,900 |
| May 13, 2021 | $49.25 | $47.40 | 3,973,100 |
| May 14, 2021 | $47.73 | $50.00 | 3,500,500 |
| May 17, 2021 | $50.23 | $49.89 | 3,415,000 |
| May 18, 2021 | $50.50 | $50.26 | 6,597,600 |
| May 19, 2021 | $49.00 | $50.26 | 3,994,300 |
| May 20, 2021 | $46.55 | $49.85 | 20,404,100 |
| May 21, 2021 | $50.00 | $50.13 | 10,769,900 |
| May 24, 2021 | $50.00 | $52.01 | 8,398,900 |
| May 25, 2021 | $50.32 | $50.55 | 16,032,100 |
| May 26, 2021 | $50.26 | $51.20 | 6,931,500 |
| May 27, 2021 | $51.28 | $50.49 | 38,567,500 |

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| May 28, 2021 | $50.41 | $51.89 | 5,003,200 |
| June 1, 2021 | $51.95 | $54.11 | 7,813,600 |
| June 2, 2021 | $51.49 | $49.84 | 12,970,700 |
| June 3, 2021 | $49.50 | $46.25 | 9,860,100 |
| June 4, 2021 | $47.11 | $46.45 | 3,876,300 |
| June 7, 2021 | $46.25 | $44.58 | 6,725,200 |
| June 8, 2021 | $45.39 | $46.03 | 5,771,600 |
| June 9, 2021 | $46.50 | $47.69 | 4,451,400 |
| June 10, 2021 | $46.82 | $47.14 | 2,741,600 |
| June 11, 2021 | $47.29 | $48.63 | 3,893,400 |
| June 14, 2021 | $48.85 | $47.54 | 4,338,300 |
| June 15, 2021 | $47.39 | $47.66 | 3,963,600 |
| June 16, 2021 | $47.91 | $47.75 | 3,816,500 |
| June 17, 2021 | $47.70 | $50.25 | 6,319,600 |
| June 18, 2021 | $50.74 | $49.74 | 16,505,500 |
| June 21, 2021 | $49.75 | $48.65 | 3,523,500 |
| June 22, 2021 | $48.19 | $49.53 | 8,427,100 |
| June 23, 2021 | $50.10 | $51.05 | 5,726,200 |
| June 24, 2021 | $51.15 | $52.01 | 6,984,900 |
| June 25, 2021 | $52.31 | $51.67 | 4,145,500 |
| June 28, 2021 | $51.28 | $48.95 | 7,396,000 |
| June 29, 2021 | $48.65 | $48.18 | 4,901,500 |
| June 30, 2021 | $48.64 | $47.68 | 3,268,400 |
| July 1, 2021 | $47.80 | $46.95 | 2,949,700 |
| July 2, 2021 | $47.00 | $46.85 | 3,542,500 |
| July 6, 2021 | $45.45 | $42.03 | 7,488,100 |
| July 7, 2021 | $42.14 | $38.83 | 11,268,100 |
| July 8, 2021 | $36.89 | $38.85 | 8,284,800 |
| July 9, 2021 | $39.00 | $40.75 | 5,037,700 |
| July 12, 2021 | $40.77 | $37.79 | 5,116,600 |
| July 13, 2021 | $38.49 | $39.53 | 4,324,000 |
| July 14, 2021 | $39.20 | $39.00 | 2,621,900 |
| July 15, 2021 | $38.83 | $39.00 | 2,054,400 |
| July 16, 2021 | $38.77 | $38.89 | 1,890,600 |

5

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| July 19, 2021 | $38.00 | $37.13 | 5,041,200 |
| July 20, 2021 | $37.55 | $38.00 | 3,244,400 |
| July 21, 2021 | $38.00 | $37.75 | 2,594,000 |
| July 22, 2021 | $37.91 | $37.95 | 4,182,600 |
| July 23, 2021 | $32.67 | $33.80 | 29,335,300 |
| July 26, 2021 | $27.42 | $24.44 | 31,648,400 |
| July 27, 2021 | $23.00 | $24.26 | 38,727,900 |
| July 28, 2021 | $25.60 | $26.81 | 15,802,100 |
| July 29, 2021 | $27.64 | $23.15 | 14,065,300 |
| July 30, 2021 | $23.61 | $21.99 | 16,539,400 |
| August 2, 2021 | $22.02 | $22.20 | 10,266,300 |
| August 3, 2021 | $22.04 | $21.22 | 12,063,000 |
| August 4, 2021 | $21.14 | $20.91 | 10,863,300 |
| August 5, 2021 | $20.50 | $19.81 | 14,472,500 |
| August 6, 2021 | $20.00 | $18.54 | 22,214,800 |
| August 9, 2021 | $18.81 | $21.41 | 25,833,200 |
| August 10, 2021 | $21.57 | $20.96 | 14,199,400 |
| August 11, 2021 | $21.25 | $19.88 | 12,619,300 |
| August 12, 2021 | $17.17 | $19.66 | 30,490,800 |
| August 13, 2021 | $19.16 | $17.80 | 16,139,800 |
| August 16, 2021 | $17.29 | $17.68 | 14,696,400 |
| August 17, 2021 | $17.16 | $18.71 | 17,776,100 |
| August 18, 2021 | $18.93 | $19.98 | 13,574,800 |
| August 19, 2021 | $18.55 | $17.01 | 18,129,200 |
| August 20, 2021 | $17.76 | $16.11 | 17,443,200 |
| August 23, 2021 | $16.12 | $16.59 | 13,893,100 |
| August 24, 2021 | $17.63 | $19.22 | 19,225,800 |
| August 25, 2021 | $18.32 | $18.96 | 11,378,700 |
| August 26, 2021 | $18.80 | $20.05 | 17,416,000 |
| August 27, 2021 | $19.73 | $19.88 | 9,491,800 |
| August 30, 2021 | $18.83 | $18.45 | 12,336,300 |
| August 31, 2021 | $18.75 | $18.09 | 17,558,500 |
| September 1, 2021 | $18.25 | $20.52 | 30,660,400 |
| September 2, 2021 | $20.53 | $20.52 | 12,481,100 |

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| September 3, 2021 | $20.30 | $18.98 | 8,116,900 |
| September 7, 2021 | $20.00 | $22.00 | 18,761,800 |
| September 8, 2021 | $21.84 | $20.51 | 14,635,700 |
| September 9, 2021 | $19.86 | $20.32 | 9,295,800 |
| September 10, 2021 | $20.41 | $18.98 | 7,746,000 |
| September 13, 2021 | $18.61 | $19.02 | 4,359,600 |
| September 14, 2021 | $18.77 | $17.44 | 9,640,800 |
| September 15, 2021 | $17.01 | $16.99 | 10,099,400 |
| September 16, 2021 | $16.58 | $16.25 | 6,797,000 |
| September 17, 2021 | $17.18 | $17.08 | 13,210,300 |
| September 20, 2021 | $16.04 | $15.64 | 17,607,700 |
| September 21, 2021 | $15.79 | $16.68 | 10,301,300 |
| September 22, 2021 | $17.21 | $17.60 | 18,838,500 |
| September 23, 2021 | $17.20 | $17.32 | 7,969,500 |
| September 24, 2021 | $16.77 | $16.53 | 7,094,600 |
| September 27, 2021 | $16.75 | $17.62 | 10,657,000 |
| September 28, 2021 | $17.56 | $17.48 | 7,342,400 |
| September 29, 2021 | $17.48 | $17.66 | 12,610,400 |
| September 30, 2021 | $18.13 | $18.26 | 11,759,200 |
| October 1, 2021 | $18.80 | $18.62 | 7,483,800 |
| October 4, 2021 | $18.01 | $17.85 | 3,858,500 |
| October 5, 2021 | $17.60 | $17.88 | 6,243,100 |
| October 6, 2021 | $17.65 | $17.80 | 3,419,600 |
| October 7, 2021 | $18.88 | $19.15 | 7,546,000 |
| October 8, 2021 | $18.84 | $19.40 | 7,599,900 |
| October 11, 2021 | $20.10 | $20.52 | 16,483,100 |
| October 12, 2021 | $20.23 | $20.60 | 6,299,700 |
| October 13, 2021 | $20.89 | $22.09 | 10,641,500 |
| October 14, 2021 | $21.26 | $20.89 | 7,952,300 |
| October 15, 2021 | $21.40 | $22.02 | 5,667,800 |
| October 18, 2021 | $21.53 | $21.76 | 7,123,500 |
| October 19, 2021 | $21.70 | $21.89 | 6,560,400 |
| October 20, 2021 | $22.47 | $23.20 | 11,116,400 |
| October 21, 2021 | $23.50 | $25.06 | 16,326,500 |

7

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| October 22, 2021 | $25.55 | $24.98 | 8,437,000 |
| October 25, 2021 | $23.86 | $23.95 | 6,863,400 |
| October 26, 2021 | $23.13 | $20.80 | 8,513,500 |
| October 27, 2021 | $20.90 | $20.35 | 9,093,600 |
| October 28, 2021 | $20.00 | $19.65 | 14,185,700 |
| October 29, 2021 | $19.27 | $18.22 | 8,350,500 |
| November 1, 2021 | $18.50 | $19.66 | 9,684,600 |
| November 2, 2021 | $19.06 | $18.67 | 8,011,300 |
| November 3, 2021 | $19.20 | $18.95 | 4,727,200 |
| November 4, 2021 | $19.02 | $18.37 | 14,905,500 |
| November 5, 2021 | $17.84 | $18.03 | 8,301,400 |
| November 8, 2021 | $18.04 | $17.92 | 5,760,000 |
| November 9, 2021 | $18.70 | $19.79 | 19,388,200 |
| November 10, 2021 | $21.86 | $22.26 | 23,194,500 |
| November 11, 2021 | $23.81 | $23.34 | 15,741,200 |
| November 12, 2021 | $21.98 | $22.61 | 9,177,700 |
| November 15, 2021 | $22.25 | $23.12 | 7,272,800 |
| November 16, 2021 | $24.05 | $24.24 | 10,833,100 |
| November 17, 2021 | $24.23 | $22.31 | 7,808,900 |
| November 18, 2021 | $22.17 | $22.77 | 7,002,400 |
| November 19, 2021 | $23.35 | $23.81 | 8,361,600 |
| November 22, 2021 | $23.23 | $23.15 | 9,497,600 |
| November 23, 2021 | $23.16 | $21.30 | 10,688,100 |
| November 24, 2021 | $21.29 | $22.18 | 7,505,900 |
| November 26, 2021 | $21.31 | $20.98 | 5,726,200 |
| November 29, 2021 | $21.12 | $21.24 | 8,287,400 |
| November 30, 2021 | $21.03 | $20.01 | 11,242,300 |
| December 1, 2021 | $20.60 | $19.84 | 12,157,100 |
| December 2, 2021 | $19.98 | $18.48 | 15,221,600 |
| December 3, 2021 | $18.50 | $17.96 | 14,941,500 |
| December 6, 2021 | $19.00 | $19.65 | 19,872,500 |
| December 7, 2021 | $21.00 | $19.92 | 17,630,600 |
| December 8, 2021 | $20.07 | $22.15 | 13,035,200 |
| December 9, 2021 | $21.69 | $22.45 | 9,519,000 |

8

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| December 10, 2021 | $22.45 | $22.11 | 15,533,300 |
| December 13, 2021 | $21.75 | $18.73 | 11,864,700 |
| December 14, 2021 | $18.35 | $19.13 | 14,559,000 |
| December 15, 2021 | $19.02 | $18.68 | 10,758,900 |
| December 16, 2021 | $17.96 | $18.31 | 52,181,800 |
| December 17, 2021 | $17.88 | $19.36 | 16,409,300 |
| December 20, 2021 | $18.65 | $17.31 | 8,177,400 |
| December 21, 2021 | $18.00 | $19.35 | 7,065,800 |
| December 22, 2021 | $18.69 | $19.35 | 5,854,200 |
| December 23, 2021 | $19.11 | $19.00 | 5,545,200 |
| December 27, 2021 | $19.06 | $19.58 | 6,216,900 |
| December 28, 2021 | $19.66 | $19.77 | 4,455,300 |
| December 29, 2021 | $19.37 | $17.95 | 10,867,000 |
| December 30, 2021 | $18.31 | $20.19 | 8,409,600 |
| December 31, 2021 | $19.88 | $20.12 | 5,403,600 |
| January 3, 2022 | $19.92 | $19.72 | 7,053,800 |
| January 4, 2022 | $19.46 | $17.60 | 12,626,000 |
| January 5, 2022 | $17.50 | $17.09 | 11,174,900 |
| January 6, 2022 | $17.56 | $18.93 | 11,376,600 |
| January 7, 2022 | $19.42 | $20.87 | 11,715,200 |
| January 10, 2022 | $21.30 | $21.24 | 8,447,700 |
| January 11, 2022 | $21.22 | $22.95 | 12,404,500 |
| January 12, 2022 | $22.35 | $22.78 | 11,985,600 |
| January 13, 2022 | $21.71 | $21.09 | 6,338,200 |
| January 14, 2022 | $20.91 | $21.00 | 4,199,700 |
| January 18, 2022 | $20.74 | $22.03 | 10,398,600 |
| January 19, 2022 | $23.60 | $22.71 | 15,126,100 |
| January 20, 2022 | $24.00 | $22.86 | 17,599,400 |
| January 21, 2022 | $22.51 | $21.74 | 9,942,000 |
| January 24, 2022 | $21.28 | $21.07 | 8,504,700 |
| January 25, 2022 | $20.48 | $20.48 | 6,709,000 |
| January 26, 2022 | $21.00 | $19.14 | 6,539,300 |
| January 27, 2022 | $19.14 | $18.53 | 4,552,700 |
| January 28, 2022 | $18.44 | $18.93 | 5,978,600 |

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| January 31, 2022 | $20.00 | $21.79 | 11,390,800 |
| February 1, 2022 | $21.84 | $21.84 | 4,918,900 |
| February 2, 2022 | $21.92 | $20.52 | 5,035,000 |
| February 3, 2022 | $20.11 | $19.67 | 7,024,300 |
| February 4, 2022 | $19.88 | $20.00 | 3,203,800 |
| February 7, 2022 | $19.85 | $19.11 | 4,916,800 |
| February 8, 2022 | $19.02 | $19.18 | 6,001,200 |
| February 9, 2022 | $20.06 | $21.12 | 7,445,200 |
| February 10, 2022 | $22.00 | $22.50 | 21,228,100 |
| February 11, 2022 | $21.89 | $21.12 | 6,308,500 |
| February 14, 2022 | $20.14 | $19.89 | 8,472,500 |
| February 15, 2022 | $20.01 | $20.27 | 12,752,200 |
| February 16, 2022 | $20.50 | $20.53 | 7,919,500 |
| February 17, 2022 | $20.79 | $20.77 | 9,109,000 |
| February 18, 2022 | $21.34 | $20.12 | 7,266,600 |
| February 22, 2022 | $19.84 | $19.90 | 12,044,500 |
| February 23, 2022 | $20.44 | $19.24 | 6,942,600 |
| February 24, 2022 | $18.36 | $19.58 | 10,298,000 |
| February 25, 2022 | $19.39 | $19.39 | 7,817,400 |
| February 28, 2022 | $18.98 | $19.41 | 4,980,700 |
| March 1, 2022 | $20.00 | $20.35 | 7,337,600 |
| March 2, 2022 | $20.05 | $18.12 | 13,214,300 |
| March 3, 2022 | $18.33 | $17.31 | 10,412,400 |
| March 4, 2022 | $17.10 | $14.50 | 15,030,800 |
| March 7, 2022 | $14.28 | $13.76 | 24,115,100 |
| March 8, 2022 | $14.01 | $13.42 | 16,773,500 |
| March 9, 2022 | $13.90 | $14.46 | 21,457,100 |
| March 10, 2022 | $11.45 | $11.00 | 40,170,100 |
| March 11, 2022 | $11.77 | $10.04 | 29,176,700 |
| March 14, 2022 | $8.58 | $9.00 | 45,030,700 |
| March 15, 2022 | $8.19 | $9.06 | 43,205,800 |
| March 16, 2022 | $13.00 | $14.89 | 118,619,000 |
| March 17, 2022 | $13.26 | $12.87 | 42,494,800 |
| March 18, 2022 | $13.04 | $14.15 | 45,207,700 |

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| March 21, 2022 | $13.33 | $12.15 | 31,687,700 |
| March 22, 2022 | $13.26 | $13.03 | 43,997,000 |
| March 23, 2022 | $12.84 | $13.54 | 45,873,100 |
| March 24, 2022 | $12.79 | $13.19 | 27,575,600 |
| March 25, 2022 | $12.39 | $12.13 | 17,788,700 |
| March 28, 2022 | $12.50 | $12.31 | 15,926,100 |
| March 29, 2022 | $12.74 | $12.82 | 14,196,700 |
| March 30, 2022 | $13.14 | $13.11 | 38,105,500 |
| March 31, 2022 | $13.05 | $12.37 | 20,175,500 |
| April 1, 2022 | $14.06 | $14.01 | 29,364,100 |
| April 4, 2022 | $15.63 | $16.43 | 38,125,800 |
| April 5, 2022 | $15.90 | $15.44 | 17,535,600 |
| April 6, 2022 | $15.28 | $15.64 | 14,069,900 |
| April 7, 2022 | $15.00 | $14.52 | 12,426,400 |
| April 8, 2022 | $14.72 | $15.22 | 10,354,600 |
| April 11, 2022 | $14.62 | $14.19 | 13,184,000 |
| April 12, 2022 | $14.29 | $13.97 | 12,682,400 |
| April 13, 2022 | $14.35 | $14.39 | 8,249,400 |
| April 14, 2022 | $14.53 | $14.04 | 13,112,500 |
| April 18, 2022 | $13.55 | $13.51 | 11,109,400 |
| April 19, 2022 | $13.18 | $13.63 | 10,200,900 |
| April 20, 2022 | $12.90 | $12.87 | 15,181,600 |
| April 21, 2022 | $12.71 | $11.87 | 16,942,100 |
| April 22, 2022 | $12.11 | $12.12 | 13,556,700 |
| April 25, 2022 | $11.78 | $12.34 | 11,745,200 |
| April 26, 2022 | $12.23 | $12.79 | 18,065,400 |
| April 27, 2022 | $13.06 | $13.24 | 12,872,200 |
| April 28, 2022 | $13.11 | $13.31 | 9,046,600 |
| April 29, 2022 | $14.92 | $14.18 | 25,749,700 |
| May 2, 2022 | $14.01 | $14.51 | 7,478,000 |
| May 3, 2022 | $14.49 | $14.49 | 8,690,800 |
| May 4, 2022 | $14.00 | $14.41 | 10,203,000 |
| May 5, 2022 | $14.01 | $13.23 | 10,311,600 |
| May 6, 2022 | $13.01 | $12.27 | 11,030,400 |

11

| Date | Opening Price | Closing Price | Volume |
|---|---|---|---|
| May 9, 2022 | $12.04 | $11.37 | 20,401,000 |
| May 10, 2022 | $11.99 | $11.83 | 9,798,800 |
| May 11, 2022 | $12.05 | $11.50 | 10,354,400 |
| May 12, 2022 | $11.32 | $11.80 | 9,564,400 |
| May 13, 2022 | $12.08 | $12.53 | 11,863,800 |
| May 16, 2022 | $12.69 | $12.15 | 11,884,000 |
| May 17, 2022 | $13.00 | $12.35 | 14,678,500 |
| May 18, 2022 | $12.25 | $12.66 | 16,467,100 |
| May 19, 2022 | $12.92 | $12.34 | 16,768,000 |
| May 20, 2022 | $12.98 | $12.07 | 17,383,600 |
| May 23, 2022 | $12.09 | $11.86 | 11,516,100 |
| May 24, 2022 | $11.46 | $11.15 | 11,796,600 |
| May 25, 2022 | $11.25 | $11.18 | 9,529,200 |
| May 26, 2022 | $11.00 | $11.73 | 16,311,400 |
| May 27, 2022 | $11.64 | $11.49 | 13,231,500 |
| May 31, 2022 | $12.55 | $13.40 | 37,568,800 |
| June 1, 2022 | $12.86 | $12.67 | 11,722,000 |
| June 2, 2022 | $12.75 | $14.70 | 22,046,500 |
| June 3, 2022 | $14.01 | $14.30 | 18,238,200 |
| June 6, 2022 | $15.62 | $14.61 | 23,321,900 |
| June 7, 2022 | $14.57 | $15.00 | 8,451,500 |
| June 8, 2022 | $15.15 | $16.46 | 22,095,200 |
| June 9, 2022 | $15.34 | $15.33 | 10,561,300 |
| June 10, 2022 | $15.65 | $14.50 | 14,141,200 |
| June 13, 2022 | $13.88 | $14.41 | 17,542,900 |
| June 14, 2022 | $14.89 | $15.27 | 16,716,300 |
| June 15, 2022 | $15.02 | $15.61 | 9,781,100 |
| June 16, 2022 | $14.85 | $14.89 | 10,098,300 |
| June 17, 2022 | $15.78 | $15.88 | 36,650,500 |