# Exhibit L

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM 20-F

**(Mark One)**

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2020.**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report . . . . . . . . . . . . . . . . . . .**

**For the transition period from to**

**Commission file number: 001-39436**

## KE Holdings Inc.
(Exact name of Registrant as specified in its charter)

**N/A**
(Translation of Registrant's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**Oriental Electronic Technology Building,**
**No. 2 Chuangye Road, Haidian District,**
**Beijing 100086**
**People's Republic of China**
**+86 10 5810 4689**
(Address of principal executive offices)

**XU Tao, Chief Financial Officer**
**Telephone: +86 10 5810 4689**
**Email: ir@ke.com**
**Oriental Electronic Technology Building,**
**No. 2 Chuangye Road, Haidian District,**
**Beijing 100086**
**People's Republic of China**
(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| American depositary shares (one American depositary share representing three class A ordinary shares, par value US$0.00002 per share) | BEKE | New York Stock Exchange |
| Class A ordinary shares, par value US$0.00002 per share* | | New York Stock Exchange |

\*    Not for trading, but only in connection with the listing on the New York Stock Exchange, or the NYSE, of American depositary shares.

Securities registered or to be registered pursuant to Section 12(g) of the Act:

**None**
(Title of Class)

Table of Contents

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:

**None**
(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

As of December 31, 2020, there were 3,552,268,135 ordinary shares outstanding, being the sum of 2,666,966,855 class A ordinary shares and 885,301,280 class B ordinary shares, par value US$0.00002 per share.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes  No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.  Yes  No

Note - Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes  No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

 Large accelerated filer                  Accelerated filer                  Non-accelerated filer                  Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. Yes  No

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes  No

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

 U.S. GAAP                  International Financial Reporting Standards as issued by the International                  Other
                                              Accounting Standards Board

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.  Item 17  Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes  No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.  Yes  No

Table of Contents

**TABLE OF CONTENTS**

|  |  |  | Page |
|---|---|---|---|
| INTRODUCTION |  |  | 1 |
| FORWARD-LOOKING INFORMATION |  |  | 3 |
| PART I |  |  | 4 |
|  | Item 1. | Identity of Directors, Senior Management and Advisers | 4 |
|  | Item 2. | Offer Statistics and Expected Timetable | 4 |
|  | Item 3. | Key Information | 4 |
|  | Item 4. | Information on the Company | 53 |
|  | Item 4A. | Unresolved Staff Comments | 89 |
|  | Item 5. | Operating and Financial Review and Prospects | 89 |
|  | Item 6. | Directors, Senior Management and Employees | 120 |
|  | Item 7. | Major Shareholders and Related Party Transactions | 133 |
|  | Item 8. | Financial Information | 136 |
|  | Item 9. | The Offer and Listing | 138 |
|  | Item 10. | Additional Information | 138 |
|  | Item 11. | Quantitative and Qualitative Disclosures about Market Risk | 154 |
|  | Item 12. | Description of Securities Other than Equity Securities | 155 |
| PART II |  |  | 157 |
|  | Item 13. | Defaults, Dividend Arrearages and Delinquencies | 157 |
|  | Item 14. | Material Modifications to the Rights of Security Holders and Use of Proceeds | 157 |
|  | Item 15. | Controls and Procedures | 158 |
|  | Item 16A. | Audit Committee Financial Expert | 159 |
|  | Item 16B. | Code of Ethics | 159 |
|  | Item 16C. | Principal Accountant Fees and Services | 160 |
|  | Item 16D. | Exemptions from the Listing Standards for Audit Committees | 160 |
|  | Item 16E. | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 160 |
|  | Item 16F. | Change in Registrant's Certifying Accountant | 160 |
|  | Item 16G. | Corporate Governance | 160 |
|  | Item 16H. | Mine Safety Disclosure | 161 |
| PART III |  |  | 161 |
|  | Item 17. | Financial Statements | 161 |
|  | Item 18. | Financial Statements | 161 |
|  | Item 19. | Exhibits | 161 |
| SIGNATURES |  |  |  |

i

Table of Contents

**INTRODUCTION**

Unless otherwise indicated or the context otherwise requires, references in this annual report to:

- "ADRs" are to the American depositary receipts that may evidence the ADSs;

- "ADSs" are to the American depositary shares, each of which represents three class A ordinary shares;

- "BVI" are to the British Virgin Islands;

- "Beike," "we," "us," "our company" and "our" are to KE Holdings Inc., our Cayman Islands holding company and its subsidiaries, its consolidated variable interest entities and the subsidiaries of the consolidated variable interest entities;

- "China" or the "PRC" are to the People's Republic of China, excluding, for the purposes of this annual report only, Hong Kong, Macau and Taiwan;

- "class A ordinary shares" are to our class A ordinary shares, par value US$0.00002 per share;

- "class B ordinary shares" are to our class B ordinary shares, par value US$0.00002 per share;

- "GTV" of our platform, for a given period, are to gross transaction value, which is calculated as the total value of all transactions we facilitated on our platform and evidenced by signed contracts as of the end of the period, including the value of the existing home transactions, new home transactions and emerging and other services, and including transactions that are contracted but pending closing at the end of period.

- "mobile monthly active users" or "mobile MAU" are to the sum of (i) the number of accounts that have accessed our platform through our *Beike* or *Lianjia* mobile app (with duplication eliminated) at least once during a month, and (ii) the number of Weixin users that have accessed our platform through our Weixin mini programs at least once during a month. The number of our mobile MAU is calculated using internal company data that have not been independently verified, and we treat each mobile app account and Weixin user account as a separate user for the purpose of calculating mobile MAU, although some individuals may use more than one accounts, may share the same account with other individuals, and/or may use both our mobile apps and Weixin mini programs to access our platform. Average mobile MAU is calculated as the arithmetic average of the mobile MAU during the applicable period;

- "ordinary shares" are to our class A and class B ordinary shares, par value US$0.00002 per share;

- "our VIEs" are to Beijing Lianjia Real Estate Brokerage Co., Ltd., Tianjin Xiaowu Information & Technology Co., Ltd., and Beijing Yiju Taihe Technology Co., Ltd.;

- "our WFOEs" are to Beike Jinke (Tianjin) Technology Co., Ltd., Beike (Tianjin) Investment Co., Ltd., Beike (China) Investment Holdings Limited and Jinbei (Tianjin) Technology Co., Ltd.;

- "RMB" and "Renminbi" are to the legal currency of China;

- "SaaS" are to software-as-a-services;

- "Tencent" are to Tencent Holdings Limited and its subsidiaries; and

- "US$," "U.S. dollars," "$," and "dollars" are to the legal currency of the United States.

1

Table of Contents

When we calculate agents on our platform, we refer to agents who are affiliated with the real estate brokerage stores and subject to our Agent Cooperation Network, or ACN, rules.

In China, real estate brokerage refers to the activities of providing intermediary or agency services in connection with housing transactions by brokerage firms and agents, wherein brokerage firms and agents are allowed to collect commissions from either or both of buy side and sell side as long as the payment arrangement is prescribed in the brokerage service agreements.

Unless otherwise noted, all translations from Renminbi to U.S. dollars and from U.S. dollars to Renminbi in this annual report are made at a rate of RMB6.5250 to US$1.00, the exchange rate in effect as of December 31, 2020 as set forth in the H.10 statistical release of The Board of Governors of the Federal Reserve System. We make no representation that any Renminbi or U.S. dollar amounts could have been, or could be, converted into U.S. dollars or Renminbi, as the case may be, at any particular rate, or at all.

2

Table of Contents

## FORWARD-LOOKING INFORMATION

This annual report contains forward-looking statements that reflect our current expectations and views of future events. The forward-looking statements are contained principally in the sections entitled "Item 3. Key Information-D. Risk Factors," "Item 4. Information on the Company-B. Business Overview" and "Item 5. Operating and Financial Review and Prospects." Known and unknown risks, uncertainties and other factors, including those listed under "Item 3. Key Information-D. Risk Factors," may cause our actual results, performance or achievements to be materially different from those expressed or implied by the forward-looking statements.

You can identify some of these forward-looking statements by words or phrases such as "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "is/are likely to," "potential," "continue" or other similar expressions. We have based these forward-looking statements largely on our current expectations and projections about future events that we believe may affect our financial condition, results of operations, business strategy and financial needs. These forward-looking statements include statements relating to:

- our goals and strategies;

- our future business development, financial condition and results of operations;

- expected changes in our revenues, costs or expenditures;

- our ability to empower services and facilitate transactions on our platform;

- competition in our industry;

- relevant government policies and regulations relating to our industry;

- our ability to protect our systems and infrastructures from cyber-attacks;

- our dependence on the integrity of brokerage brands, stores and agents on our platform;

- general economic and business conditions in China and globally; and

- assumptions underlying or related to any of the foregoing.

These forward-looking statements involve various risks and uncertainties. Although we believe that our expectations expressed in these forward-looking statements are reasonable, our expectations and our actual results could be materially different from our expectations. Important risks and factors that could cause our actual results to be materially different from our expectations are generally set forth in "Item 3. Key Information-D. Risk Factors," "Item 4. Information on the Company-B. Business Overview" and "Item 5. Operating and Financial Review and Prospects" and other sections in this annual report. Moreover, we operate in an evolving environment. New risk factors and uncertainties emerge from time to time and it is not possible for our management to predict all risk factors and uncertainties, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. You should read thoroughly this annual report and the documents that we refer to with the understanding that our actual future results may be materially different from and worse than what we expect. We qualify all of our forward-looking statements by these cautionary statements.

The forward-looking statements made in this annual report relate only to events or information as of the date on which the statements are made in this annual report. Except as required by law, we undertake no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise, after the date on which the statements are made or to reflect the occurrence of unanticipated events. You should read this annual report and the documents that we refer to in this annual report and have filed as exhibits to this annual report, of which this annual report is a part, completely and with the understanding that our actual future results may be materially different from what we expect.

3

Table of Contents

**Item 4A. Unresolved Staff Comments**

None.

**Item 5. Operating and Financial Review and Prospects**

*You should read the following discussion and analysis of our financial condition and results of operations in conjunction with our consolidated financial statements and the related notes included elsewhere in this annual report. This discussion contains forward-looking statements that involve risks and uncertainties about our business and operations. Our actual results and the timing of selected events may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those we describe under "Item 3. Key Information-D. Risk Factors" and elsewhere in this annual report on Form 20-F.*

**A.     Operating Results**

**Overview**

*Beike* is the leading integrated online and offline platform for housing transactions and services. We are a pioneer in building the industry infrastructure and standards in China to reinvent how service providers and housing customers efficiently navigate and consummate housing transactions, ranging from existing and new home sales, home rentals, to home renovation, financial services and other services. In 2020, we generated a GTV of RMB3,499 billion (US$536 billion) and facilitated over 3.6 million housing transactions on our platform.

We have three main revenue streams, namely existing home transaction services, new home transaction services, and emerging and other services. For existing home transaction services, we generate revenues (i) from our own *Lianjia* brand where we charge commissions for existing home sales and home rentals, and split of commissions from other brokerage firms that operate brokerage stores on *Beike* platform in collaboration with *Lianjia* agents to complete transactions, (ii) from brokerage firms which own and operate brokerage stores on our *Beike* platform where we receive platform service fees, and those under our franchise brands such as *Deyou* to which we charge an additional franchise fee, and (iii) by providing other value-added services including transaction closing services, field work assistance such as on-site verification, agent recruiting and training services. For new home transaction services, we recognize revenues from sales commissions charged to real estate developers. In addition, we generate revenues from a variety of other home-related services, such as financial services and home renovation-related services.

Our total revenues increased by 60.6% from RMB28.6 billion in 2018 to RMB46.0 billion in 2019, and further by 53.2% to RMB70.5 billion (US$10.8 billion) in 2020. Our net losses were RMB428 million and RMB2,180 million in 2018 and 2019, respectively. We recorded net income of RMB2,778 million (US$426 million) in 2020. Excluding the impact of certain non-cash items, most importantly share-based compensation expenses, we achieved an adjusted net income of RMB131 million in 2018, RMB1,656 million in 2019, and RMB5,720 million (US$877 million) in 2020, and adjusted EBITDA of RMB607 million in 2018, RMB2,917 million in 2019, and RMB7,738 million (US$1,186 million) in 2020, respectively. See "-Contribution Margin and Non-GAAP Metrics" for a reconciliation of net income (loss) to adjusted net income (loss) and to adjusted EBITDA.

**General Factors Affecting Our Results of Operations**

We primarily engage in the residential real estate industry and are building an infrastructure for all industry participants in China. Activity level on our platform is greatly influenced, temporarily or in the long term, by the overall growth and prosperity of the residential real estate industry, which in turn is affected by many factors, including:

- China's overall economic growth,

- the increase in per capital disposable income,

- the change in price, supply and demand of existing and new homes in different geographic regions,

89

Table of Contents

- the urbanization trend and demographic changes, and

- regulatory environment for China's residential real estate industry.

In particular, the evolving regulations have significantly affected the growth of China's residential real estate industry. The resulting fluctuations have affected the demand for real estate brokerage services. We expect the development of China's residential real estate industry, especially the penetration of brokerage services for housing transactions, to continue to have a significant impact on our results of operation in the foreseeable future.

**Specific Factors Affecting Our Results of Operations**

While our business is exposed to general factors affecting the residential real estate industry in China, we believe our results of operations are primarily and more directly affected by the following specific factors:

*Our ability to attract housing customers and enhance customer experience*

An increasing number of housing customers who use services rendered by the agents on our platform is one of the most important drivers of the growth of transaction volume, which directly affects our revenues. Home ownership involves difficult decisions by most housing customers. Therefore, they tend to choose brokerage stores and agents that are most reliable and efficient in locating the ideal property and completing the transaction, and can provide high service quality and transparency. Our deep understanding of China's residential real estate market and goodwill accumulated through our 19 years of operation have helped us gain trust from housing customers. In 2020, we facilitated over 3.6 million housing transactions on our platform and generated a GTV of RMB3,499 billion (US$536 billion) in aggregate, increasing from around 2.2 million housing transactions and a GTV of RMB2,128 billion in 2019.

We believe we are able to attract housing customers mainly through our online and offline touch points, extensive and authentic property listings, and high-quality services by agents on our platform, which collectively enhance our ability to help buyers and sellers meet their objectives efficiently. We aim to attract and retain more housing customers through our continuing efforts in enhancing customer experience, such as improving the service quality of the agents on our platform, introducing innovative initiatives such as VR property showing and one-stop transaction service centers. As we gain trust from customers through our services, they often refer us to their families, friends and contacts, and return to us when they have additional home-related needs, be it home rentals, renovations or other services.

*Our ability to attract and retain real estate brokerage stores and agents on our platform*

The growth in gross transaction value on our platform and platform service revenues are also affected by the number of real estate brokerage stores and agents on our platform and their activity level. Since the inception of our *Beike* platform, we have attracted an increasing number of real estate brokerage stores and agents to join our platform while maintaining high service quality. As of December 31, 2020, there were more than 493,000 real estate agents and approximately 47,000 brokerage stores on our platform, representing 279 real estate brokerage brands, as compared to over 350,000 agents, 37,000 stores and 249 brands as of December 31, 2019 and over 163,000 agents, 15,800 stores and 116 brands as of December 31, 2018.

Real estate brokerage stores and agents are attracted to our platform by the access to the extensive authentic property listing database, the large number of housing customers, the efficiency and collaborative environment promoted by ACN, the thorough platform rules that ensure universally high service quality, and the convenient modules on our platform, which we believe empower real estate brokerage stores and agents to efficiently navigate business opportunities, deliver quality services and consummate transactions.

90

Table of Contents

*Our ability to increase cooperation with real estate developers*

The increasing sales commission revenue earned from real estate developers for our new home transaction services contributed significantly to our total revenue growth in 2019 and 2020. The GTV generated from new home transactions on our platform increased significantly from RMB280.8 billion in 2018 to approximately RMB747.6 billion in 2019, and further to RMB1,383.0 billion in 2020.

As the supply and demand dynamics in China's residential real estate market become more balanced, we are increasingly valued by real estate developers. We have achieved fast growth in new home transactions as an increasing number of real estate developers choose to work with us to take advantage of the infrastructure our platform has built. In 2020, we facilitated approximately 924,000 new home transactions, as compared to approximately 533,000 transactions in 2019, and approximately 196,000 transactions in 2018.

We believe our reputation for high-quality service among the large housing customer base and our growing network of real estate brokerage stores and agents that transact actively on our platform well position us to increase cooperation with existing and new real estate developers.

*Our ability to better monetize the activities on our platform*

The rapid adoption of our *Beike* platform has proven the compatibility of our infrastructure in empowering brokerage stores and agents. As of December 31, 2020, there were more than 493,000 real estate agents and approximately 47,000 brokerage stores on our platform, facilitating over 3.6 million housing transactions in 2020. As our platform grows, we expect its network effect to improve matching and capture more transactions, which in turn will generate greater opportunities for revenue growth, including commission fee, platform service fee, and franchise fee. We constantly improve our services and better empower real estate agents on our platform so that they can transact more efficiently. We believe the improved transaction efficiency of agents on our platform will in turn increase their stickiness to our service offerings, and potentially further increase their income and result in higher service fees to us as a portion of their income.

*Our ability to expand service offerings on our platform*

Our platform brings us close to a variety of participants in China's housing transactions and services industry. In addition to housing customers, brokerage agents and real estate developers, additional industry participants are drawn to our platform and actively transact and engage with each other. We see great potential to further monetize this massive and active ecosystem by increasing our value proposition and expanding our service offerings to all participants. We plan to further expand our offerings into areas such as home renovation, financial services and VR technology. We believe these efforts will help diversify our revenue mix.

*Our ability to manage operating costs and expenses*

Our results of operations are affected by our ability to control our operating costs and expenses. We expect our costs and expenses to continue to increase as we grow our business and attract more agents, housing customers, developers and other industry participants to our platform. Our cost of revenues consists primarily of compensation to internal agents and sales professionals, and split commission to connected agents and other sales channels, as well as cost related to our *Lianjia* stores. We succeeded in improving operating efficiency and reducing the cost related to stores from RMB3.4 billion in 2018 to RMB3.1 billion in 2019, which remained relatively stable at RMB3.2 billion (US$0.5 billion) in 2020, while delivering a growth of commission revenue. Our operating expenses increased year-on-year for the past three years as we launched and expanded our platform in 2018, 2019 and 2020 and we incurred significant share-based compensation in 2019 to attract and retain talents required for our platform business. Excluding share-based compensation expenses, our operating expenses as a percentage of revenue decreased from 26.9% in 2018 to 21.9% in 2019, and further to 17.4% in 2020.

Table of Contents

We believe our massive scale, coupled with the network effect of our platform, will allow us to benefit more from substantial economies of scale. The infrastructure cost associated with the operation of our platform does not increase at the same pace as our GTV and revenue growth, because a significant portion of our platform infrastructure cost was incurred when we initially set up local operations in various cities and is generally fixed. We do not require a proportional increase in the size of our workforce to support our growth. As our business further grows, we believe we will be able to take advantage of economies of scale to further improve our operational efficiency over time.

**Key Components of Results of Operations**

*Net revenues*

Our revenues consist of revenues from existing home transaction services, new home transaction services, and emerging and other services. The following table breaks down our total revenues in absolute amounts and as percentages of total revenues for the periods presented:

| | For the Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | 2019 | | 2020 | | |
| | RMB | % | RMB | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | | | | | |
| **Net revenues** | | | | | | | | | |
| Existing home transaction services | 18,461,231 | 72.4 | 20,154,642 | 70.4 | 24,568,508 | 53.4 | 30,564,584 | 4,684,227 | 43.4 |
| New home transaction services | 6,419,251 | 25.2 | 7,471,924 | 26.1 | 20,273,860 | 44.1 | 37,937,886 | 5,814,235 | 53.8 |
| Emerging and other service | 625,216 | 2.4 | 1,019,933 | 3.5 | 1,172,538 | 2.5 | 1,978,508 | 303,220 | 2.8 |
| **Total net revenues** | **25,505,698** | **100.0** | **28,646,499** | **100.0** | **46,014,906** | **100.0** | **70,480,978** | **10,801,682** | **100.0** |

*Existing home transaction services.* We generate revenue (i) from our own *Lianjia* brand where we charge commissions for existing home sales and home rentals, and split of commissions from other brokerage firms that operate brokerage stores on *Beike* platform in collaboration with *Lianjia* agents to complete transactions, (ii) from brokerage firms which own and operate brokerage stores on our *Beike* platform where we receive platform service fees, and those under our franchise brands such as *Deyou* to which we charge an additional franchise fee, and (iii) by providing other value-added services including transaction closing services, field work assistance such as on-site verification, agent recruiting and training services.

*New home transaction services.* We generate revenue from new home transaction services principally by earning sales commissions from real estate developers for new home sales completed by us.

*Emerging and other services.* We generate revenue from emerging and other services such as financial services and home renovation services.

*Cost of revenues*

Our cost of revenues consists primarily of compensation to our internal agents and sales professionals and split commissions to connected agents and other sales channels, as well as cost related to *Lianjia* stores.

92

Table of Contents

Our compensation paid to our internal agents and other sales professionals is composed of fixed salaries and variable commissions based on the transactions they assist in closing; and we also pay commissions to connected agents and other sales channels for their services to assist us in completing new home and existing home transactions. We are acting as the principal agent for all new home transactions and a majority of existing home transactions. When connected agents and other sales channels assist us to complete these transactions, we will pay them a split of the total commissions we receive, which is recorded as commission - split in our cost of revenues.

Costs related to stores mainly include rent, decoration, and utility bills for real estate brokerage stores under our *Lianjia* brand.

The following table sets forth the components of our cost of revenues by amounts and percentages of our total revenues for the periods presented:

| | For the Year Ended December 31, | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2017 | | 2018 | | 2019 | | 2020 | | |
| | RMB | % | RMB | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | | | | | |
| **Cost of revenues**: | | | | | | | | | |
| Commission - split | 933,162 | 3.7 | 1,393,167 | 4.9 | 11,154,698 | 24.2 | 24,847,023 | 3,807,972 | 35.3 |
| Commission and compensation - internal | 15,663,301 | 61.4 | 15,767,582 | 55.0 | 19,444,127 | 42.3 | 23,324,145 | 3,574,582 | 33.1 |
| Cost related to stores | 3,543,781 | 13.9 | 3,400,545 | 11.9 | 3,078,672 | 6.7 | 3,206,601 | 491,433 | 4.5 |
| Others | 597,397 | 2.3 | 1,215,229 | 4.2 | 1,069,365 | 2.3 | 2,243,352 | 343,809 | 3.2 |
| **Total cost of revenues** | **20,737,641** | **81.3** | **21,776,523** | **76.0** | **34,746,862** | **75.5** | **53,621,121** | **8,217,796** | **76.1** |

*Operating Expenses*

Our operating expenses consist of sales and marketing expenses, general and administrative expenses, research and development expenses, and impairment of goodwill and intangible assets. The following table breaks down our total operating expenses by categories, both in absolute amount and as a percentage of total revenues, for the periods presented:

| | For the Year Ended December 31, | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2017 | | 2018 | | 2019 | | 2020 | | |
| | RMB | % | RMB | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | | | | | |
| **Operating Expenses:** | | | | | | | | | |
| Sales and marketing expenses | 998,575 | 3.9 | 2,489,692 | 8.7 | 3,105,899 | 6.7 | 3,715,278 | 569,391 | 5.3 |
| General and administrative expenses | 4,281,571 | 16.8 | 4,927,367 | 17.2 | 8,376,531 | 18.2 | 7,588,809 | 1,163,037 | 10.8 |
| Research and development expenses | 251,802 | 1.0 | 670,922 | 2.3 | 1,571,154 | 3.4 | 2,477,911 | 379,756 | 3.5 |
| Impairment of goodwill and intangible assets | - | - | - | - | - | - | 236,050 | 36,176 | 0.3 |
| **Total operating expenses** | **5,531,948** | **21.7** | **8,087,981** | **28.2** | **13,053,584** | **28.3** | **14,018,048** | **2,148,360** | **19.9** |

93

Table of Contents

*Sales and marketing expenses.* Our sales and marketing expenses mainly consist of (i) advertising and promotional expenses (ii) salaries, bonuses and benefits for our personnel engaged in sales and marketing activities, (iii) depreciation and amortization expenses related to sales and marketing activities and (iv) travel, reception and related expenses.

*General and administrative expenses.* Our general and administrative expenses mainly consist of (i) salaries, including share-based compensation, bonuses and benefits for our personnel engaged in general corporate functions, (ii) rental and related expenses, (iii) general office expenses, (iv) recruitment and training expenses, (v) professional fees, (vi) travel, reception and related expenses, and (vii) depreciation and amortization expenses related to general corporate activities. We expect that our general and administrative expenses to increase modestly in the near future, as we will incur additional expenses related to the anticipated growth of our business and our operations as a public company.

*Research and development expenses.* Our research and development expenses mainly consist of (i) payroll and related expenses for the personnel engaged in research and development activities, (ii) depreciation and amortization of our technology infrastructure, and (iii) service fees related to research and development activities. We expect that our research and development expenses will continue to increase in absolute amounts, as we continue to build our technology infrastructure and improve our data capabilities.

*Impairment of goodwill and intangible assets.* In the fourth quarter of 2020, we completed the integration of the business of Zhonghuan, and most of the employees and franchise stores of Zhonghuan would then act as sales channels of other brokerage firms on *Beike* platform, especially in new home transaction services, rather than as an individual real estate brokerage brand. As such, we reassigned goodwill to the reporting units affected using the relative fair value approach. We performed a quantitative impairment test for the reporting unit of Zhonghuan before the reassignment and no impairment was identified. We performed a qualitative analysis on the affected reporting units after the reassignment and no impairment was identified in these affected reporting units as their business were profitable and fast growing, and it is more-likely-than-not that the fair values of these reporting units are more than their carrying amounts.

In addition, at the end of 2020, to further streamline our home improvement business, we decided to terminate the home improvement business we acquired in 2019, and goodwill associated with this reporting unit was fully impaired.

Separately identifiable intangible assets to be held and used are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amounts of such assets may not be recoverable. Determination of recoverability is based on an estimate of undiscounted future cash flows resulting from the use of the asset and its eventual disposition. Measurement of any impairment loss for identifiable intangible assets is based on the amounts by which the carrying amounts of the assets exceed the fair values of the assets.

**Contribution Margin and Non-GAAP Metrics**

We also review contribution margin to measure segment profitability and adjusted net income (loss) and adjusted EBITDA, two non-GAAP measures, to evaluate our business, measure our performance, identify trends affecting our business, formulate business plans and make strategic decisions.

94

Table of Contents

*Contribution margin*

The table below sets forth the contribution margin for each of our business lines for the periods indicated.

| | For the Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2017 | 2018 | 2019 | 2020 | |
| | RMB | RMB | RMB | RMB | US$ |
| | (in thousands, except for percentages) | | | | |
| Contribution (existing home transaction services) | 5,635,332 | 7,731,846 | 9,554,244 | 12,499,133 | 1,915,576 |
| Contribution margin (existing home transaction services) | 30.5 % | 38.4 % | 38.9 % | 40.9 % | 40.9 % |
| Contribution (new home transaction services) | 2,866,263 | 3,027,822 | 4,918,700 | 8,149,925 | 1,249,030 |
| Contribution margin (new home transaction services) | 44.7 % | 40.5 % | 24.3 % | 21.5 % | 21.5 % |
| Contribution (emerging and other services) | 407,640 | 726,082 | 943,137 | 1,660,752 | 254,522 |
| Contribution margin (emerging and other services) | 65.2 % | 71.2 % | 80.4 % | 83.9 % | 83.9 % |

We define contribution for each service line as the revenue less the direct compensation to our internal agents and sales professionals, and split commission to connected agents and other sales channels for such services. We define contribution margin as a percentage of contribution bearing to revenue.

The following table presents the calculation to arrive at contribution from net revenues, for each of the periods indicated:

| | For the Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2017 | 2018 | 2019 | 2020 | |
| | RMB | RMB | RMB | RMB | US$ |
| | (in thousands) | | | | |
| **Existing home transaction services** | | | | | |
| Net revenues | 18,461,231 | 20,154,642 | 24,568,508 | 30,564,584 | 4,684,227 |
| Less: Commission and compensation | (12,825,899) | (12,422,796) | (15,014,264) | (18,065,451) | (2,768,651) |
| Contribution | 5,635,332 | 7,731,846 | 9,554,244 | 12,499,133 | 1,915,576 |
| **New home transaction services** | | | | | |
| Net revenues | 6,419,251 | 7,471,924 | 20,273,860 | 37,937,886 | 5,814,235 |
| Less: Commission and compensation | (3,552,988) | (4,444,102) | (15,355,160) | (29,787,961) | (4,565,205) |
| Contribution | 2,866,263 | 3,027,822 | 4,918,700 | 8,149,925 | 1,249,030 |
| **Emerging and other services** | | | | | |
| Net revenues | 625,216 | 1,019,933 | 1,172,538 | 1,978,508 | 303,220 |
| Less: Commission and compensation | (217,576) | (293,851) | (229,401) | (317,756) | (48,698) |
| Contribution | 407,640 | 726,082 | 943,137 | 1,660,752 | 254,522 |

Contribution margin demonstrates the margin that we generate after costs directly attributable to the respective revenue streams, including existing home transaction services, new home transaction services, and emerging and other services. The costs and expenses related to the platform infrastructure building and enhancement, including cost related to our *Lianjia* stores and the development cost of our technological platform, which are not directly attributable to the respective revenue streams, are not deducted from revenue when calculating contribution.

The contribution margin for existing home transaction service business grew from 38.4% in 2018 to 38.9% and 40.9% in 2019 and 2020, respectively, because we started to serve existing home transactions through *Beike* platform and charge platform fees and franchise fees which do not incur much direct compensation or commission cost. Our effort to optimize the compensation structure of our internal agents also contributed to the improved margin.

The contribution for new home transaction service business grew significantly from RMB3.0 billion in 2018 to RMB4.9 billion in 2019, and further to RMB8.1 billion (US$1.2 billion) in 2020, as a fast growing number of real estate developers resort to us for effective marketing solutions. With the launch of our *Beike* platform, an increasing percentage of new home transactions has been facilitated by connected agents and other sales channels. This structural change led to a decreased contribution margin from 40.5% in 2018 to 24.3% in 2019 and to 21.5% in 2020.

Building from our housing transaction infrastructure and close connections to real estate agents, home owners and buyers, we have also tapped into other market opportunities, such as financial services and home renovation. These emerging and other services can efficiently utilize our infrastructure in place of technologies and connections to clients, thus requires relatively less variable and direct costs to deliver. Consequently, we managed to keep a high contribution margin for our emerging and other services, which increased from 71.2% in 2018, 80.4% in 2019, and further to 83.9% in 2020.

95

Table of Contents

### *Adjusted net income (loss) and adjusted EBITDA*

In addition to net income (loss), we also adjusted net income (loss) and adjusted EBITDA to evaluate our business. We have included these non-GAAP financial measures in this annual report because they are key measures used by our management to evaluate our operating performance. Accordingly, we believe that they provide useful information to investors and others in understanding and evaluating our operating results in the same manner as our management team and board of directors. Our calculation of these non-GAAP financial measures may differ from similarly-titled non-GAAP measures, if any, reported by our peer companies. They should not be considered in isolation from, or as a substitute for, financial information prepared in accordance with U.S. GAAP.

We define adjusted net income (loss) as net income (loss), excluding (i) share-based compensation expenses, (ii) amortization of intangible assets resulting from acquisitions and business cooperation agreement, (iii) changes in fair value from long term investments, loan receivables measured at fair value and contingent consideration, (iv) impairment of goodwill and intangible assets, (v) impairment of investments, and (vi) the tax effects of the above adjustments. We expand our business through acquisitions along the value chain of housing transactions, including the acquisition of Zhonghuan in 2019, a regional real estate brokerage firm. We also entered into a business cooperation agreement with Tencent in 2018, which grants us the access to its advertising resources and allows us to use Tencent's cloud services. Amortization of intangible assets arising from these acquisitions and the business cooperation agreement with Tencent is excluded as item (ii) above when adjusted net income (loss) is calculated.

We define adjusted EBITDA as net income (loss), excluding (i) interest income, net, (ii) income tax expenses (benefit), (iii) depreciation of property and equipment, (iv) amortization of intangible assets, (v) share-based compensation expenses, (vi) impairment of goodwill and intangible assets, (vii) impairment of investments, and (viii) changes in fair value from long term investments, loan receivables measured at fair value and contingent consideration.

Investors should note that some adjustment expenses are related to assets that contribute to revenue generation.

The following table presents a reconciliation of net income (loss) to adjusted net income and adjusted EBITDA for each of the periods indicated:

| | For the Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | |
| | RMB | RMB | RMB | RMB | US$ |
| | | | (in thousands) | | |
| Net income (loss) | (537,621) | (427,681) | (2,180,127) | 2,778,323 | 425,797 |
| Add (less): | | | | | |
| Share-based compensation expenses | 475,783 | 382,196 | 2,955,590 | 2,252,589 | 345,225 |
| Amortization of intangible assets resulting from acquisitions and business cooperation agreement | 133,481 | 127,825 | 450,413 | 604,806 | 92,691 |
| Changes in fair value from long term investments, loan receivables measured at fair value and contingent consideration | 4,015 | 52,801 | 428,422 | (175,115) | (26,838) |
| Impairment of goodwill and intangible assets | - | - | - | 236,050 | 36,176 |
| Impairment of investments | - | - | - | 26,650 | 4,084 |
| Tax effects on non-GAAP adjustments[1] | (5,003) | (4,339) | 1,705 | (3,599) | (552) |
| **Adjusted net income** | **70,655** | **130,802** | **1,656,003** | **5,719,704** | **876,583** |
| Net income (loss) | (537,621) | (427,681) | (2,180,127) | 2,778,323 | 425,797 |
| Add (less): | | | | | |
| Interest income, net | (81,171) | (121,374) | (230,339) | (163,600) | (25,073) |
| Income tax expenses (benefit) | 399,283 | (71,384) | 904,363 | 1,608,796 | 246,558 |
| Depreciation of property and equipment | 674,202 | 653,376 | 561,995 | 552,798 | 84,720 |
| Amortization of intangible assets | 137,001 | 138,918 | 477,323 | 621,174 | 95,199 |
| Share-based compensation expenses | 475,783 | 382,196 | 2,955,590 | 2,252,589 | 345,225 |
| Changes in fair value from long term investments, loan receivables measured at fair value and contingent consideration | 4,015 | 52,801 | 428,422 | (175,115) | (26,838) |
| Impairment of goodwill and intangible assets | - | - | - | 236,050 | 36,176 |
| Impairment of investments | - | - | - | 26,650 | 4,084 |
| **Adjusted EBITDA** | **1,071,492** | **606,852** | **2,917,227** | **7,737,665** | **1,185,848** |

Note:

(1) Tax effects on non-GAAP adjustments primarily consist of tax effects relating to the amortization of intangible assets resulting from acquisitions.

96

Table of Contents

**Taxation**

*Cayman Islands*

The Cayman Islands currently levies no taxes on individuals or corporations based upon profits, income, gains or appreciation and there is no taxation in the nature of inheritance or estate duty. There are no other taxes likely to be material to us levied by the government of the Cayman Islands except for stamp duties which may be applicable on instruments executed in, or brought within the jurisdiction of the Cayman Islands. In addition, the Cayman Islands does not impose withholding tax on dividend payments.

*British Virgin Islands*

Our subsidiaries incorporated in the British Virgin Islands are not subject to income or capital gains tax under the current laws of the British Virgin Islands. In addition, payment of dividends by the British Virgin Islands subsidiaries to their respective shareholders who are not resident in the British Virgin Islands, if any, is not subject to withholding tax in the British Virgin Islands.

*Hong Kong*

Our wholly-owned subsidiaries in Hong Kong are subject to 16.5% Hong Kong profit tax on their taxable income generated from operations in Hong Kong. No Hong Kong profit tax has been levied as we did not have assessable profit that was earned in or derived from any Hong Kong subsidiaries during the periods presented. Under Hong Kong tax law, our Hong Kong subsidiaries are exempted from Hong Kong income tax on their foreign-derived income. Hong Kong does not impose a withholding tax on dividends.

*PRC*

Generally, our PRC subsidiaries, consolidated variable interest entities and their subsidiaries, which are considered PRC resident enterprises under PRC tax law, are subject to enterprise income tax on their worldwide taxable income as determined under PRC tax laws and accounting standards at a rate of 25%. A "software enterprise," which is reassessed annually, is entitled to favorable income tax rate of 0% for the first two years after qualification, and 12.5% for the subsequent three years. In December 2020, the Ministry of Finance, the State Administration of Taxation, the NDRC, and the MIIT jointly issued a circular which has repealed the original preferential tax treatment applicable to the "Key Software Enterprise." Such circular provides that the Key Software Enterprise's enterprise income tax would be waived for five years since its first year of making profit and it may benefit from a preferential tax rate of 10% for the following years. In addition, a "high and new technology enterprise," which is reassessed every three years, is entitled to favorable income tax rate of 15%. Certain PRC subsidiaries and consolidated variable interest entity of us are currently enjoying favorable tax rates as software enterprise or high and new technology enterprise.

We are also subject to value added tax, or VAT, at a rate of 6% on most of the services we provide, less any deductible VAT we have already paid or borne. We are also subject to surcharges on VAT payments in accordance with PRC law.

Dividends paid by our wholly foreign-owned subsidiaries in China to our intermediary holding companies in Hong Kong will be subject to a withholding tax rate of 10%, unless the relevant Hong Kong entity satisfies all the requirements under the Arrangement between the PRC and the Hong Kong Special Administrative Region on the Avoidance of Double Taxation and Prevention of Fiscal Evasion with respect to Taxes on Income and Capital and receives approval from the relevant tax authority. If a Hong Kong subsidiary satisfies all the requirements under the tax arrangement and receives approval from the relevant tax authority, then the dividends paid to the Hong Kong subsidiary would be subject to withholding tax at the standard rate of 5%. See "Item 3. Key Information-D. Risk Factors-Risks Relating to Doing Business in China-We may rely on dividends and other distributions on equity paid by our PRC subsidiaries to fund any cash and financing requirements we may have, and any limitation on the ability of our PRC subsidiaries to make payments to us could have a material and adverse effect on our ability to conduct our business."

Table of Contents

If our holding company in the Cayman Islands or any of our subsidiaries outside of China were deemed to be a "resident enterprise" under the PRC Enterprise Income Tax Law, it would be subject to enterprise income tax on its worldwide income at a rate of 25%. See "Item 3. Key Information-D. Risk Factors-Risks Relating to Doing Business in China-If we are classified as a PRC resident enterprise for PRC enterprise income tax purposes, such classification could result in unfavorable tax consequences to us and our non-PRC shareholders and ADS holders."

**Results of Operations**

The following table sets forth a summary of our consolidated results of operations for the periods presented, both in absolute amount and as a percentage of our revenues for the periods presented. This information should be read together with our consolidated financial statements and related notes included elsewhere in this annual report. The results of operations in any particular period are not necessarily indicative of our future trends.

| | For the Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | 2019 | | 2020 | | |
| | RMB | % | RMB | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages, share and per share data) | | | | | | | | |
| **Net revenues:** | | | | | | | | | |
| Existing home transaction services | 18,461,231 | 72.4 | 20,154,642 | 70.4 | 24,568,508 | 53.4 | 30,564,584 | 4,684,227 | 43.4 |
| New home transaction services | 6,419,251 | 25.2 | 7,471,924 | 26.1 | 20,273,860 | 44.1 | 37,937,886 | 5,814,235 | 53.8 |
| Emerging and other services | 625,216 | 2.4 | 1,019,933 | 3.5 | 1,172,538 | 2.5 | 1,978,508 | 303,220 | 2.8 |
| **Total net revenues** | **25,505,698** | **100.0** | **28,646,499** | **100.0** | **46,014,906** | **100.0** | **70,480,978** | **10,801,682** | **100.0** |
| **Cost of revenues[1]** | | | | | | | | | |
| Commission-split | (933,162) | (3.7) | (1,393,167) | (4.9) | (11,154,698) | (24.2) | (24,847,023) | (3,807,972) | (35.3) |
| Commissions and compensation-internal | (15,663,301) | (61.4) | (15,767,582) | (55.0) | (19,444,127) | (42.3) | (23,324,145) | (3,574,582) | (33.1) |
| Cost related to stores | (3,543,781) | (13.9) | (3,400,545) | (11.9) | (3,078,672) | (6.7) | (3,206,601) | (491,433) | (4.5) |
| Others | (597,397) | (2.3) | (1,215,229) | (4.2) | (1,069,365) | (2.3) | (2,243,352) | (343,809) | (3.2) |
| **Total cost of revenues** | **(20,737,641)** | **(81.3)** | **(21,776,523)** | **(76.0)** | **(34,746,862)** | **(75.5)** | **(53,621,121)** | **(8,217,796)** | **(76.1)** |
| **Gross profit** | **4,768,057** | **18.7** | **6,869,976** | **24.0** | **11,268,044** | **24.5** | **16,859,857** | **2,583,886** | **23.9** |
| Sales and marketing expenses[1] | (998,575) | (3.9) | (2,489,692) | (8.7) | (3,105,899) | (6.7) | (3,715,278) | (569,391) | (5.3) |
| General and administrative expenses[1] | (4,281,571) | (16.8) | (4,927,367) | (17.2) | (8,376,531) | (18.2) | (7,588,809) | (1,163,037) | (10.8) |
| Research and development expenses[1] | (251,802) | (1.0) | (670,922) | (2.3) | (1,571,154) | (3.4) | (2,477,911) | (379,756) | (3.5) |
| Impairment of goodwill and intangible assets....... | - | - | - | - | - | - | (236,050) | (36,176) | (0.3) |
| **Total operating expenses** | **(5,531,948)** | **(21.7)** | **(8,087,981)** | **(28.2)** | **(13,053,584)** | **(28.3)** | **(14,018,048)** | **(2,148,360)** | **(19.9)** |
| **Income (loss) from operations** | **(763,891)** | **(3.0)** | **(1,218,005)** | **(4.2)** | **(1,785,540)** | **(3.8)** | **2,841,809** | **435,526** | **4.0** |
| Interest income, net | 81,171 | 0.3 | 121,374 | 0.4 | 230,339 | 0.5 | 163,600 | 25,073 | 0.2 |
| Share of results of equity investees | 12,832 | 0.1 | 1,762 | 0.0 | 11,382 | 0.0 | (37,574) | (5,758) | (0.1) |
| Fair value changes in investments, net | 75,357 | 0.3 | (39,176) | (0.1) | (109,193) | (0.2) | 360,124 | 55,191 | 0.5 |
| Foreign currency exchange gain (loss), net | (3) | 0.0 | 224 | 0.0 | (54,052) | (0.1) | 3,506 | 537 | 0.0 |
| Other income, net | 456,196 | 1.8 | 634,756 | 2.2 | 431,300 | 0.9 | 1,055,654 | 161,786 | 1.6 |
| **Income (loss) before income tax benefit (expense)** | **(138,338)** | **(0.5)** | **(499,065)** | **(1.7)** | **(1,275,764)** | **(2.7)** | **4,387,119** | **672,355** | **6.2** |
| Income tax benefit (expense) | (399,283) | (1.6) | 71,384 | 0.2 | (904,363) | (2.0) | (1,608,796) | (246,558) | (2.3) |
| **Net income (loss)** | **(537,621)** | **(2.1)** | **(427,681)** | **(1.5)** | **(2,180,127)** | **(4.7)** | **2,778,323** | **425,797** | **3.9** |
| **Weighted average number of ordinary shares used in computing net income (loss) per share, basic and diluted** | | | | | | | | | |
| -Basic | 1,345,194,322 | | 1,362,565,880 | | 1,378,235,522 | | 2,226,264,859 | 2,226,264,859 | |
| -Diluted | 1,345,194,322 | | 1,362,565,880 | | 1,378,235,522 | | 2,267,330,891 | 2,267,330,891 | |
| **Net income (loss) per share attributable to ordinary shareholders** | | | | | | | | | |
| -Basic | (1.07) | | (1.75) | | (2.94) | | 0.32 | 0.05 | |
| -Diluted | (1.07) | | (1.75) | | (2.94) | | 0.32 | 0.05 | |

Note:

(1) Share-based compensation expenses were allocated as follows:

| | For the Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | |
| | RMB | RMB | RMB | RMB | US$ |
| | (in thousands) | | | | |
| Cost of revenues | - | - | - | 511,637 | 78,412 |
| Sales and marketing expenses | - | - | - | 77,574 | 11,889 |
| General and administrative expenses | 475,783 | 382,196 | 2,955,590 | 1,131,335 | 173,385 |
| Research and development expenses | - | - | - | 532,043 | 81,539 |
| **Total** | **475,783** | **382,196** | **2,955,590** | **2,252,589** | **345,225** |

98

Table of Contents

***Year ended December 31, 2020 Compared to Year ended December 31, 2019***

  ***Net revenues***

Our net revenues increased by 53.2% to RMB70.5 billion (US$10.8 billion) in 2020 from RMB46.0 billion in 2019, primarily driven by the robust total GTV growth of 64.5% to RMB3,499.1 billion (US$536.3 billion) in 2020 from RMB2,127.7 billion in 2019.

*Existing home transaction services.* Our net revenues from existing home transaction services increased by 24.4% to RMB30.6 billion (US$4.7 billion) in 2020 from RMB24.6 billion in 2019, primarily attributable to a 49.5% increase in GTV of existing home transactions to RMB1,940.0 billion (US$297.3 billion) in 2020 from RMB1,297.4 billion in 2019. The higher growth rate of GTV of existing home transaction services was primarily attributable to the GTV mix shift in existing home transaction services from GTV served by *Lianjia* brand where revenue is recorded on a gross commission revenue basis, towards GTV served by connected agents on the our platform, where revenue is recorded on a net basis from platform service, franchise service and other value-added services.

The revenue derived from platform service, franchise service and other value-added services increased by 94.3% to RMB3.0 billion (US$0.5 billion) in 2020 from RMB1.5 billion in 2019, as the GTV of existing home transactions served by connected agents on our platform increased by 109.9% to RMB928.1 billion (US$142.2 billion) in 2020 from RMB442.1 billion in 2019, as well as moderate increase in existing home transaction commission rate charged from connected stores.

Commission revenue increased by 19.7% to RMB27.6 billion (US$4.2 billion) in 2020 from RMB23.0 billion in 2019, driven by the GTV of existing home transactions served by our *Lianjia* brand increased by 18.3% to RMB1,011.9 billion (US$155.1 billion) in 2020 from RMB855.3 billion in 2019.

*New home transaction services.* Our revenues from new home transaction services increased by 87.1% to RMB37.9 billion (US$5.8 billion) in 2020 from RMB20.3 billion in 2019, primarily attributable to an increase of 85.0% in the GTV of new home transactions to RMB1,383.0 billion (US$211.9 billion) in 2020 from RMB747.6 billion in 2019. The GTV of new home transactions served by *Lianjia* brand increased by 37.2% to RMB276.7 billion (US$42.4 billion), while the GTV of new home transaction services completed on our platform through connected agents and other sales channels increased by 102.7% year-over-year to RMB1,106.3 billion (US$169.5 billion). Although most of the brokerage stores on our platform were subject to lockdown and low activity level for a certain period of time in 2020 due to the COVID-19 pandemic, the significantly increased demand and capacity of our platform for new home transactions brought about a strong revenue growth over 2019.

*Emerging and other services.* Our revenues from emerging and other services increased by 68.7% to RMB2.0 billion (US$0.3 billion) in 2020 from RMB1.2 billion in 2019. The increase was primarily attributable to the increase of service penetration level in the Company's financial services around the housing transaction services, as well as the increase in revenues from other services.

***Cost of revenues***

Our total cost of revenues increased by 54.3% to RMB53.6 billion (US$8.2 billion) in 2020 from RMB34.7 billion in 2019, primarily due to the increase in both split commission to connected agents and other sales channels, and internal commission and compensation.

●  *Commission - split.* Our cost of revenues for commissions to connected agents and other sales channels increased by 122.7% to RMB24.8 billion (US$3.8 billion) in 2020 from RMB11.2 billion in 2019, which was primarily attributable to the significant increase in the number of new home transactions connected agents and other sales channels completed through our platform from around 426,500 in 2019 to around 789,600 in 2020, which in turn was driven by the increasing number of connected agents and other sales channels joining our platform.

99

Table of Contents

- *Commission and compensation - internal.* Our cost of revenues for internal commission and compensation increased by 20.0% to RMB23.3 billion (US$3.6 billion) in 2020 from RMB19.4 billion in 2019, which was primarily attributable to the increase in the number of new home transactions completed through our *Lianjia* brand along with the expansion of our new home transaction services as well as a 12.4% year-over-year increase in the number of existing home transactions through *Lianjia*, despite the impact of the COVID-19 pandemic.

- *Cost related to stores.* Our cost related to stores increased by 4.2% to RMB3.2 billion (US$0.5 billion) in 2020 from RMB3.1 billion in 2019, mainly attributable to the increase in the number of stores under our *Lianjia* brand in top tier cities with higher rental cost, as well as a moderate general increase in store-level rental cost.

Please see "-Contribution Margin and Non-GAAP Metrics" for the analysis of our segment profitability.

***Operating expenses***

*Sales and marketing expenses.* Our sales and marketing expenses increased by 19.6% to RMB3,715 million (US$569 million) in 2020 from RMB3,106 million in 2019. The increase was primarily attributable to (i) an increase of RMB686.9 million (US$105.3 million) in advertising and promotional expenses, (ii) an increase of RMB144.0 million (US$22.1 million) in amortization expense, and (iii) an increase of RMB77.6 million (US$11.9 million) in share-based compensation expenses to our sales and marketing personnel, partially offset by a decrease of RMB317.9 million (US$48.7 million) in other marketing-related expenses.

We entered into a business cooperation agreement with Tencent in late 2018, which grants us the access to the traffic of Tencent's products, and allows us to use Tencent's cloud and advertising services. We started utilizing such traffic access in early 2019, and accordingly recorded amortization expenses, attributing to the large increase in depreciation and amortization expenses within sales and marketing function.

*General and administrative expenses.* Our general and administrative expenses decreased by 9.4% to RMB7,589 million (US$1,163 million) in 2020 from RMB8,377 million in 2019. The decrease was primarily attributable to a decrease of RMB1.8 billion (US$0.3 billion) in share-based compensation expenses due to a lump sum recognition of the share-based compensations to our senior management in the fourth quarter in 2019, partially offset by (i) an increase of RMB644.3 million (US$98.7 million) in payroll expenses as a result of the rapid growth of city-level support staff and back office functions as our business expanded, and to a less extent the increased number of our headquarter personnel in preparation of the public offering and ongoing obligations as a public company, and (ii) an increase of RMB399.5 million (US$61.2 million) in provision for credit losses due to our increased balance of deposits paid to real estate developers and accounts receivable from them along with our growth in new home sales services.

*Research and development expenses.* Our research and development expenses increased by 57.7% to RMB2,478 million (US$380 million) in 2020 from RMB1,571 million in 2019. The increase was primarily attributable to (i) an increase of RMB532.0 million (US$81.5 million) in share-based compensation expenses, and (ii) an increase of RMB242.1 million (US$37.1 million) in payroll expenses due to an increase in headcount of experienced R&D personnel.

Table of Contents

*Impairment of goodwill and intangible assets*. In the fourth quarter of 2020, in connection with integration of Zhonghuan, we reassigned goodwill to the reporting units affected using the relative fair value approach, and RMB1,192.9 million of goodwill was reassigned to the new home transaction segment, while RMB133.0 million remained in the existing home transaction segment. We performed a quantitative impairment test for the reporting unit of Zhonghuan before the reassignment and no impairment was identified. We performed a qualitative analysis on the affected reporting units after the reassignment and no impairment was identified in these affected reporting units as their business were profitable and fast growing, and it is more-likely-than-not that the fair values of these reporting units are more than their carrying amounts.

Goodwill associated with our acquired home improvement business was fully impaired of RMB16.2 million for the year ended December 31, 2020.

We performed an impairment testing on the intangible assets of Zhonghuan and our acquired home improvement business, and identified RMB213.4 million (US$32.7 million) of impairment losses in these assets. Impairment charges of intangible assets were recognized nil, nil, and RMB213.4 million (US$32.7 million) for the years ended December 31, 2018, 2019 and 2020.

### Income tax expense (benefit)

We recorded income tax expense of RMB1,609 million (US$247 million) in 2020, compared to income tax expense of RMB904 million in 2019.

### Net income (loss)

As a result of the foregoing, we recorded net income of RMB2,778 million (US$426 million) in 2020, compared to net loss of RMB2,180 million in 2019. This increase is the result of net loss of RMB1,231 million (US$189 million) in the first quarter of 2020, compared to net income of RMB166 million in the first quarter of 2019, due to the impact of COVID-19 pandemic, and a record-high net income of RMB2,839 million (US$435 million) in the second quarter of 2020, compared to net income of RMB391 million in the second quarter of 2019, after business activities resumed and demand was released. We were able to maintain positive net income of RMB75.3 million (US$11.5 million) and RMB1,096 million (US$168 million) in the third and fourth quarter of 2020, respectively.

Excluding the impact of certain non-cash items, most importantly share-based compensation expenses, our adjusted net income increased from RMB1,656 million in 2019 to RMB5,720 million (US$877 million) in 2020, and our adjusted EBITDA increased from RMB2,917 million in 2019 to RMB7,738 million (US$1,186 million) in 2020. Please see "-Contribution Margin and Non-GAAP Metrics" for the reconciliation of net income (loss), adjusted net income (loss) and adjusted EBITDA.

### Year ended December 31, 2019 Compared to Year ended December 31, 2018

### Net revenues

Our revenues increased by 60.6% from RMB28.6 billion in 2018 to RMB46.0 billion in 2019, primarily attributable to the increases in revenues from both existing and new home transaction services as a result of the expansion of our *Beike* platform nationwide.

*Existing home transaction services.* Our revenues from existing home transaction services increased by 21.9% from RMB20.2 billion in 2018 to RMB24.6 billion in 2019, which was primarily attributable to the increase of GTV for existing home transactions from RMB822 billion in 2018 to RMB1,297 billion in 2019.

Commission revenue, which increased by 15.3% from RMB20.0 billion in 2018 to RMB23.0 billion in 2019, contributed most of the growth in our existing home transaction service revenue. GTV of existing home transactions served by our *Lianjia* brand grew significantly from RMB784 billion in 2018 to RMB855 billion in 2019, and the average commission rate improved from 2.49% in 2018 to 2.56% in 2019.

Table of Contents

Additionally, the revenue derived from platform service, franchise service and other value-added services, which are mostly charged to connected agents on our platform, grew significantly from RMB194 million in 2018 to RMB1,547 million in 2019. We launched our *Beike* platform in April 2018 and have experienced a substantial growth in the number of transactions and connected brokerage stores and agents on our platform. The number of connected brokerage stores and agents on our platform increased from 8,136 stores and approximately 60,900 agents as of December 31, 2018, to 29,592 stores and approximately 232,800 agents as of December 31, 2019. The number of existing home sales handled by connected agents on our *Beike* platform increased from approximately 29,000 in 2018 to 313,000 in 2019.

*New home transaction services.* Our revenues from new home transaction services increased by 171.3% from RMB7.5 billion in 2018 to RMB20.3 billion in 2019, primarily attributable to an increase in the GTV for new home transactions from RMB280.8 billion in 2018 to RMB747.6 billion in 2019, within which RMB142.4 billion and RMB201.7 billion respectively were served by our *Lianjia* brand. This was in turn driven by the number of new home transactions completed on our platform increasing from approximately 196,000 in 2018 to 533,000 in 2019 and the number of brokerage stores, both *Lianjia* and connected brokerage stores, on our platform increasing from 15,809 as of December 31, 2018 to 37,514 as of December 31, 2019.

*Emerging and other services.* Our revenues from emerging and other services increased by 15.0% from RMB1.0 billion in 2018 to RMB1.2 billion in 2019.

### Cost of revenues

Our cost of revenues increased by 59.6% from RMB21.8 billion in 2018 to RMB34.7 billion in 2019, primarily attributable to the increases in compensation to internal agents and sales professionals, and split commission to connected agents and other sales channels.

- *Commission - split.* Our cost of revenues for commissions to connected agents and other sales channels increased significantly by 700.7% from RMB1.4 billion in 2018 to RMB11.2 billion in 2019, which was primarily attributable to the significant increase in the number of new home transactions connected agents and other sales channels completed through our platform from around 114,400 in 2018 to around 426,500 in 2019.

- *Commission and compensation - internal.* Our cost of revenues for internal commissions and compensation increased by 23.3% from RMB15.8 billion in 2018 to RMB19.4 billion in 2019, which was primarily attributable to the increase in the number of transactions completed through our *Lianjia* brand from approximately 856,000 in 2018 to 972,000 in 2019.

- *Cost related to stores.* Our cost related to stores decreased by 9.5% from RMB3.4 billion in 2018 to RMB3.1 billion in 2019 - while in the meantime revenue kept a healthy growth - as we took efforts to optimize our store network and store size and improve the efficiency of each store.

### Operating expenses

*Sales and marketing expenses.* Our sales and marketing expenses increased by 24.8% from RMB2.5 billion in 2018 to RMB3.1 billion in 2019. The increase was primarily attributable to (i) an increase of RMB378 million in payroll expenses due to the growth of our sales and marketing team and (ii) an increase of RMB325 million in depreciation and amortization expenses related to the business corporation agreement with Tencent, which was partially offset by a decrease of RMB364 million in advertising and promotional expenses.

We invested heavily to promote our *Beike* platform after its launch in 2018, including aggressive online and offline advertising efforts. As our *Beike* platform gained recognition among housing customers and the brokerage agency community, we gradually scaled back our marketing efforts, which resulted in the decrease of RMB364 million in advertising and promotional expenses.

Table of Contents

*General and administrative expenses.* Our general and administrative expenses increased by 70.0% from RMB4.9 billion in 2018 to RMB8.4 billion in 2019. The increase was primarily attributable to an increase of RMB2.9 billion in payroll expenses due to an increase in general and administrative personnel including a lump sum recognition of the share-based compensations to our senior management. To attract and retain talents to build the *Beike* platform business, we granted a package of share awards to our management and recorded a share-based compensation of RMB2.5 billion in 2019, compared to only RMB0.3 billion in 2018.

*Research and development expenses.* Our research and development expenses increased by 134.2% from RMB671 million in 2018 to RMB1,571 million in 2019. The increase was primarily attributable to (i) an increase of RMB731 million in payroll and related expenses as a result of the increased number of our research and development personnel; and (ii) an increase of RMB89 million in technological service fees.

### Income tax expense (benefit)

We recorded income tax expense of RMB904 million in 2019, compared to income tax benefit of RMB71 million in 2018. We greatly increased our advertising and marketing expenses to promote *Beike* and rapidly expand our operation geographically after the launch of *Beike* platform in 2018. The large advertising expenses and the loss from some of our newly established local operation led to taxable loss in China of RMB143 million in 2018 while we generated a taxable income of RMB2.4 billion from China operation in 2019 after we scaled down our advertising spending and many of our local operation turned to profitable. Our operation, particularly the share-based compensation expenses, at Cayman level has no impact on our income tax expense (benefit).

### Net loss

As a result of the foregoing, we recorded net loss of RMB2,180 million in 2019, compared to net loss of RMB428 million in 2018. Excluding the impact of certain non-cash items, most importantly share-based compensation expenses, our adjusted net income increased significantly from RMB131 million in 2018 to RMB1,656 million in 2019, and our adjusted EBITDA increased from RMB607 million in 2018 to RMB2,917 million in 2019. Please see "-Contribution Margin and Non-GAAP Metrics" for the reconciliation of net income (loss), adjusted net income (loss) and adjusted EBITDA.

### Discussion of Key Balance Sheet Items

### Cash, cash equivalents, restricted cash, and short-term investments

Cash, cash equivalents, restricted cash, and short-term investments constitute our most liquid assets. Short-term investments include bank term deposit and investments in wealth management products issued by financial institutions. These products normally offer returns higher than bank deposits, maintain relatively low risk, and provide sufficient liquidity as they are redeemable upon short notice. We therefore consider such wealth management products part of our cash management program.

The total amount increased significantly from RMB15.2 billion as of December 31, 2018 to RMB33.5 billion as of December 31, 2019, because we completed a large size private equity financing and syndicate loan transaction in the fourth quarter of 2019. We believe our healthy liquidity and capital resources help us navigate through unexpected events such as the COVID-19 pandemic. The total amount increased from RMB33.5 billion as of December 31, 2019 to RMB65.2 billion (US$10.0 billion) as of December 31, 2020, which was mainly attributable to the cash generated from operating and financing activities, especially to the initial public offering and follow-on public offering of our class A ordinary shares.

Table of Contents

*Accounts receivable, net of allowance for credit losses*

Our accounts receivable, net of allowance for credit losses was RMB3.4 billion, RMB8.1 billion and RMB13.2 billion (US$2.0 billion) as of December 31, 2018, 2019 and 2020, respectively. A significant portion of accounts receivable was due from real estate developers for our new home transaction services. The accounts receivable increased significantly in 2019 as we greatly expanded our new home transaction service business. Our accounts receivable, net of allowance for credit losses increased from RMB8.1 billion as of December 31, 2019 to RMB13.2 billion (US$2.0 billion) as of December 31, 2020, as we continued to expand our new home transaction service business.

We serve real estate developers in our new home transaction services and grant them credit terms relatively longer compared to individual and small brokerage firm clients. Our accounts receivable turnover days for new home transaction services were 117 days in 2018, 96 days in 2019 and 103 days in 2020, while the accounts receivable turnover days for existing home transaction service, where our clients are individual housing customers and brokerage firms on our platform, were 14 days in 2018, 10 days in 2019 and 8 days in 2020. The increase of accounts receivable turnover days for new home transaction services to 103 days in 2020 was result of the slowdown in collection activities due to the COVID-19 pandemic, particularly in the first quarter. Accounts receivable turnover days improved to 87 days in both the third and fourth quarters as the economic activities resumed.

Accounts receivable turnover days for a given period are equal to average balances of accounts receivable at the beginning and the end of the period divided by total revenues during the period and multiplied by the number of days during the period.

*Intangible assets, net*

Our intangible assets net of accumulated amortization and impairment amounted to RMB197 million, RMB2,560 million and RMB1,643 million (US$252 million) as of December 31, 2018, 2019 and 2020, respectively. We entered into a business cooperation agreement with Tencent in late 2018, which grants us the access to the advertising resources from Tencent's products and allows us to use Tencent's cloud services. We started utilizing such resources and services in early 2019, and therefore recorded a large increase in carrying amount of intangible assets (business cooperation agreement) as of December 31, 2019 compared to December 31, 2018.

*Long-term investments, net*

Our long-term investments amounted to RMB418 million, RMB2,334 million and RMB3,140 million (US$481 million) as of December 31, 2018, 2019 and 2020, respectively. We invest regularly into the value chain of housing transactions. Along with our transition to build *Beike* platform, we started to make investments into key industry players in 2018. Consequently, the long-term investments increased significantly from RMB418 million as of December 31, 2018 to RMB3,140 million (US$481 million) as of December 31, 2020.

*Goodwill*

Our goodwill was RMB1,135 million, RMB2,477 million and RMB2,467 million (US$378 million) as of December 31, 2018, 2019 and 2020, respectively. The rapid increase of goodwill in 2019 was the result of acquisition of Zhonghuan, a regional real estate brokerage firm that focuses operation in Southern China.

104

Table of Contents

*Prepayments, receivables and other assets*

The following table set forth the breakdown of this account as of the dates indicated.

| | As of December 31, | | | | |
|---|---|---|---|---|---|
| | **2017** | **2018** | **2019** | **2020** | |
| | **RMB** | **RMB** | **RMB** | **RMB** | **US$** |
| | | | (in thousands) | | |
| **Current:** | | | | | |
| Advances to suppliers | 82,134 | 157,210 | 254,534 | 474,629 | 72,740 |
| Deposits paid to new home developers | 2,476,640 | 277,766 | 3,311,371 | 2,124,204 | 325,549 |
| Prepaid rental and other deposits | 339,989 | 393,850 | 439,775 | 771,010 | 118,162 |
| Staff advances | 258,833 | 282,316 | 247,353 | 215,007 | 32,951 |
| Receivables from equity investors | - | 3,000,000 | - | - | - |
| Receivables from escrow account | - | 139,590 | 18,982 | 15,029 | 2,303 |
| Interests receivable | 6,245 | 15,224 | 93,950 | 37,227 | 5,705 |
| VAT-input deductible | 151,351 | 280,868 | 608,958 | 655,016 | 100,387 |
| Prepaid income tax | - | - | - | 108,989 | 16,703 |
| Others | 278,873 | 318,190 | 318,073 | 276,267 | 42,340 |
| **Total** | **3,594,065** | **4,865,014** | **5,292,996** | **4,677,378** | **716,840** |
| **Non-current:** | | | | | |
| Prepayment for advertising resources | - | 2,745,280 | 145,806 | - | - |
| Deferred tax asset | 147,535 | 672,622 | 520,292 | 884,435 | 135,546 |
| Others | 1,136 | 109 | 59,452 | 109,959 | 16,852 |
| **Total** | **148,671** | **3,418,011** | **725,550** | **994,394** | **152,398** |

Deposits paid to real estate developers represents the earnest deposits we pay to developers for new home sales agency service contracts, and will be collected back after we meet our service commitment. The significant increase in 2019 was due to our expanding cooperation with developers for new home transaction services. We implement stringent selection process for the real estate projects for which we provide brokerage service, and will only agree to make earnest deposits for those we are confident in meeting our sales commitment.

The business cooperation agreement with Tencent, which granted us the right to use advertising resources provided by Tencent, was executed in December 2018. We issued our preferred shares as consideration. We had not activated our rights to utilize the resources thereunder as of December 31, 2018. Therefore, the value of the consideration we paid was recorded as our prepayment, for relevant advertising resources.

We were in the process of reorganization and established our Cayman holding company structure in 2018, which required all shareholders then to make payment offshore into our Cayman holding entity. These offshore payment obligations resulted in an RMB3.0 billion of receivables from equity investors as of December 31, 2018, which was fully settled in January 2019.

*Accounts payable*

Our accounts payable was RMB1,468 million, RMB4,213 million and RMB6,595 million (US$1,011 million) as of December 31, 2018, 2019 and 2020, respectively. This rapid increase was primarily the result of increasing payable related to new home transaction business. Commission payable related to new home transaction business increased rapidly from RMB761 million as of December 31, 2018, to RMB3,528 million as of December 31, 2019 and to RMB5,467 million (US$838 million) as of December 31, 2020, as increasingly more brokerage firms joined and transacted on our *Beike* platform. Consequently, the ending balance of commission payable to them for their services in assisting us selling new homes grew rapidly. The advertising fee payable also increased, as a result of our effort to promote our *Beike* platform after its launch in 2018.

105

Table of Contents

*Borrowings*

Our long-term borrowings were RMB113 million, RMB4,890 million and nil as of December 31, 2018, 2019 and 2020, respectively. The significant increase of borrowing as of 2019 year end was the result of a US$675 million syndicate loan and a RMB103 million bank loan completed in October 2019.

As of December 31, 2018, 2019 and 2020, our short-term borrowings was RMB210 million, RMB720 million and nil.

**Critical Accounting Policies, Judgments and Estimates**

An accounting policy is considered critical if it requires an accounting estimate to be made based on assumptions about matters that are uncertain and require significant judgment at the time such estimate is made, and if different accounting estimates that reasonably could have been used, or changes in the accounting estimates that are reasonably likely to occur periodically, could materially impact the consolidated financial statements.

We prepare our financial statements in conformity with U.S. GAAP, which requires us to make judgments, estimates and assumptions. We continually evaluate these estimates and assumptions based on the most recently available information, our own historical experiences and various other assumptions that we believe to be reasonable under the circumstances. Since the use of estimates is an integral component of the financial reporting process, actual results could differ from our expectations as a result of changes in our estimates. Some of our accounting policies require a higher degree of judgment than others in their application and require us to make significant accounting estimates.

The following descriptions of critical accounting policies, judgments and estimates should be read in conjunction with our consolidated financial statements and other disclosures included in this annual report. When reviewing our financial statements, you should consider (i) our selection of critical accounting policies, (ii) the judgments and other uncertainties affecting the application of such policies and (iii) the sensitivity of reported results to changes in conditions and assumptions.

*Reorganization*

The reorganization consists of transferring our business including existing and new home sales, home rentals, home renovation, financial services and other services, collectively referred as the Beike Business to our group which is owned by the shareholders of Beijing Lianjia and Yiju Taihe immediately before and after the reorganization. The shareholding percentages and rights of each shareholder of our group are substantially the same in Beijing Lianjia, Yiju Taihe and in the Company immediately before and after the reorganization. Accordingly, the reorganization is accounted for in a manner similar to a common control transaction because of the high degree of common ownership, and it is determined that the transfers lack economic substance. Therefore, the accompanying consolidated financial statements are prepared as if the corporate structure of our group after the reorganization had been in existence since inception. Accordingly, the effect of the ordinary shares and the preferred shares issued by our Company pursuant to the reorganization have been retrospectively presented as of the beginning of the earliest period presented on the consolidated financial statement or the original issue date, whichever is later.

*Basis of consolidation*

Our consolidated financial statements include the financial statements of our company, our subsidiaries, our VIE and its subsidiaries for which we are the ultimate primary beneficiary.

Subsidiaries are those entities in which we, directly or indirectly, control more than one half of the voting power, or have the power to appoint or remove the majority of the members of the board of directors, or cast a majority of votes at the meeting of the board of directors, or to govern the financial and operating policies of the investee under a statute or agreement among the shareholders or equity holders.

Table of Contents

A VIE is an entity in which we have, or our subsidiary has, through contractual arrangements, the power to direct the activities that most significantly impact the entity's economic performance, bears the risks of and enjoys the rewards normally associated with ownership of the entity, and therefore is the primary beneficiary of the entity.

All intercompany transactions and balances between ourselves, our subsidiaries, our VIE and subsidiaries of the VIE have been eliminated upon consolidation.

### Revenue recognition

We adopted ASC 606, Revenue from Contracts with Customers, for all periods presented. According to ASC 606, revenues from contracts with customers are recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to be entitled to in exchange for those goods or services, after considering reductions by estimates for refund allowances, price concession, discount and Value Added Tax ("VAT").

### Existing home transaction services

We generate revenue from existing home transaction services primarily by earning commissions from housing customers for sales or leases transactions facilitated by our own *Lianjia* brand where we act as the principal agent, or split of commissions with other brokerage firms acting as the principal agents in cooperation with us to complete transactions. In these transactions, the principal agent signs a housing agency service contract with housing customers and is responsible for fulfilling the obligations to provide the agency services under the contract. The *Beike* platform requires platform agreements to be signed by all brokerage firms registered with the platform. The platform agreements establish a cooperative relationship between the principal agent and all participating brokerage firms, which allows the principal agent to combine and control services provided by the participating agent. The platform agreements also set the principal agent's role and responsibility for overall agency services and a fee allocation structure for various standard cooperating roles of agency services. For each successful transaction completed through the platform, the platform will calculate commissions for each participating agent in accordance with the platform agreements and settle them through the platform's payment system.

When we sign the housing agency service contracts with housing customers and split commissions with other brokerage firms who cooperate with us to complete the housing transactions in accordance with the platform agreement, we are considered to be the principal agent as we have the right to determine the service price and to define the service performance obligations, we have control over services provided and we are fully responsible for fulfilling the agency services pursuant to the housing agency service contracts it signed with the housing customers. Accordingly, we account for the commissions from these agency service contracts on a gross basis, with any commissions paid to other brokerage firms recorded as a cost of revenues.

When other brokerage firms on *Beike* platform sign the housing agency service contracts with housing customers and split commissions with us in accordance with platform agreement for cooperation services by us in completing the housing transactions, we are considered as a participating agent who provides services to the principal agents as we are not the primary obligor for the agency service contract and do not have the right to determine the service price. Accordingly, we account for the commissions from these agency service contracts on a net basis.

For agency commissions earned by us, either as the principal agent or participating agent, we recognize commissions as revenues when the performance obligations are satisfied at the time the housing customers sign the housing sale and purchase agreements or the lease agreements, after deducting estimated potential refunds due to a terminated transaction.

We also generate revenue from existing home transaction services by earning (i) platform service fees from real estate brokerage firms on the *Beike* platform as a percentage of the transaction commissions earned on the platform for using our ACN and SaaS systems, (ii) franchise fees from brokerage firms as a percentage of the transaction commissions earned under our franchise brands such as the *Deyou* brand, and (iii) other service fees for various services offered by *Beike* platform, such as transaction closing service through our transaction center.

Table of Contents

For platform service and franchise fees, we recognize the estimated fees that we expect to receive as revenues when we obtain the right to payment at the time the housing customers sign the housing sale and purchase agreements or the lease agreements.

For other service fees, we recognize them as revenues when the services are provided.

***New home transaction services***

We generate revenues from new home transaction services principally by earning sales commissions from real estate developers for new home sales facilitated by us. We sign new home agency service contracts with real estate developers in which the terms and conditions for sales commission earned are defined. We recognize sales commissions as revenues when the confirmations that terms and conditions for commissions earned are met are received from real estate developers or upon cash receipts of service fees if collection of the commissions are not considered probable.

We subcontract with other brokerage firms to fulfil our agency services contracts with the real estate developers and split commissions with these brokerage firms. We are considered as the principal agent for the agency service contracts signed with the developers as we have the right to determine the service price and to define the service performance obligations, we have control over the services provided by the other brokerage firms and we are fully responsible for fulfilling agency services pursuant to the new home agency service contracts signed with the real estate developers. Accordingly, we account for such agency service contracts on a gross basis and recognize split commissions to collaborating brokerage firms as cost of revenues.

***Employee benefits***

Our full-time employees in mainland China are entitled to staff welfare benefits including pension, work-related injury benefits, maternity insurances, medical insurances, unemployment benefits and housing fund plans through a PRC government-mandated defined contribution plan. Chinese labor regulations require that we make payments to the government for these benefits based on a certain percentage of the employees' salaries, up to a maximum amount specified by the local government. We have no legal obligation for the benefits beyond making the required contributions.

Historically, the contributions made by us for employees might have been insufficient under the PRC laws and regulations, for which we made provisions based on its best estimates considering general administrative practice, historical precedent cases, legal advice and other factors. The provisions made are to be reversed if a) the potential exposures that the provisions were made for do not occur for a period of time and b) we believe that the probability that such exposures would materialize in the future is remote based on most recent developments. The balances of the provisions are included in employee compensation and welfare payable.

***Allowance for credit losses of accounts receivable***

*Prior to January 1, 2020*

We maintain an allowance for doubtful accounts to reserve for uncollectible receivable amounts. The allowance for doubtful accounts is estimated based upon our assessment of various factors including historical experience, the age of the accounts receivable balances, current economic conditions and other factors that may affect the customers' ability to pay.

Table of Contents

*Subsequent to December 31, 2019*

We adopted ASU 2016-13 and assess the accounts receivable quarterly and establish a reserve to reflect the net amount expected to be collected. The allowance is management's estimate of expected credit losses after considering historical collection activity, the nature of the receivable, the current business environment and forecasts that may affect the customers' ability to pay. We estimated the allowance by segmenting accounts receivable based on certain credit risk characteristics and determining an expected loss rate for each segmentation based on historical loss experience adjusted for judgments about the effects of relevant observable data including current and future economic conditions.

**Allowance for credit losses of financing receivables**

*Prior to January 1, 2020*

The allowance for credit losses reflects our estimated probable incurred losses. We assessed the creditworthiness and collectability of the portfolios of respective financial receivables, mainly based on delinquency levels and historical write-offs of respective underlying loans, where applicable, using an established systematic process on a pooled basis within each credit risk levels of the borrowers. When assigning borrowers into different credit risk levels, factors like location, education background, income level, outstanding external borrowings, and external credit references of the borrowers were considered. In the consideration of above factors, we determined that each portfolio of respective financial receivables subject to credit losses within each credit risk level was homogenous with similar credit characteristics. The allowance for credit losses and corresponding receivables were written off after the third year of delinquency, as before then there was still a significant portion of the delinquent balance being collected based on historical data.

*Subsequent to December 31, 2019*

We adopted ASU 2016-13 and estimated the allowance for credit losses to reflect our estimated expected losses. We assess the allowance for credit losses, mainly based on the past collection experience as well as consideration of current and future economic conditions and changes in our customer collection trends. The provision for credit losses represents an estimate of the losses expected to be incurred from our finance receivable portfolio. We use projected risk parameters (e.g. probability of default and loss given default (severity)) to estimate the allowance of different segmentations, driven primarily by business type, on a collective basis. This projected risk parameters are primarily based upon historical loss experience adjusted for judgments about the effects of relevant observable data including current and future economic conditions as well as external historical loan performance trends, recovery rates, credit quality indicators.

We consider available information in quarterly assessments of the adequacy of the allowance. We believe the estimates, including any qualitative adjustments, are reasonable and have considered reasonably available information about past events, current conditions, and reasonable and supportable forecasts of future events and economic conditions.

**Share-based compensation**

We grant share options to our employees, directors and consultants with performance conditions and service conditions, and account for these share-based awards in accordance with ASC 718 "Compensation-Stock Compensation."

Employees' share-based awards are classified as equity awards and are measured at the grant date fair value of the awards and recognized as expenses a) immediately at grant date if no vesting conditions are required, or b) using a straight-line method over the requisite service period, which is the vesting period.

Table of Contents

Share options that were granted contained both a service condition and required the completion of an initial public offering. The initial public offering was completed on August 17, 2020 and options for which the service condition had been met became vested. The remaining options will vest as the service conditions are met. All transactions in which goods or services are received in exchange for equity instruments are accounted for based on the fair value of the consideration received or the fair value of the equity instrument issued, whichever is more reliably measurable.

We use the binomial option pricing model to determine the fair value of stock options. The determination of the fair value of stock options is affected by the fair value of ordinary shares as well as assumptions regarding a number of complex and subjective variables, including the expected share price volatility, actual and projected employee share option exercise behavior, risk free interest rates and expected dividends. The fair value of the ordinary shares is assessed using the income approach/discounted cash flow method, with a discount for lack of marketability, given that the shares underlying the awards were not publicly traded at the time of grant.

In accordance with ASU 2016-09, we have chosen to account for forfeitures when they occur.

The fair value of each option granted by us was estimated on the date of each grant using the binomial option pricing model with the assumptions (or ranges thereof) in the following table:

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2019 | 2020 |
| Expected price volatility of the company's shares | 50.6% ~ 51.5% | 50.8% ~ 52.6% | 51.6% ~52.1% |
| Expected dividend yield | 0% | 0% | 0% |
| Risk-free interest rate | 3.4%~3.7% | 2.3% ~ 3.5% | 1.1% ~1.6% |
| Expected term - years | 10 | 10 | 10 |
| Fair value of ordinary shares (US$) | 2.73~3.03 | 3.04 ~ 3.77 | 3.77 ~20.67 |

The risk-free interest rate is estimated based on the daily treasury long term rate of U.S. Department of the Treasury with a maturity period close to the expected term of the options. The expected volatility is estimated based on annualized standard deviation of daily stock price return of comparable companies with a time horizon close to the expected term. Expected term is the contract life of the options. We have never declared or paid any cash dividends on our capital stock, and we do not have any present plan to pay any cash dividends on our ordinary shares in the foreseeable future.

***Fair value of ordinary shares***

Prior to our initial public offering, we had been a private company with no quoted market prices for our ordinary shares. We therefore need to make estimates of the fair value of our ordinary shares at various dates for the purposes of (i) at the date of issuance of convertible instruments as one of the inputs in determining the intrinsic value of the beneficial conversion feature; and (ii) at the date of grant of a share-based award to our employees or non-employees as the only input to determine the grant date fair value of the award. Upon the completion of our initial public offering, the fair value of share awards is determined with reference to the price of our ADSs on the NYSE.

110

Table of Contents

The following table sets forth the fair value of our ordinary shares estimated at different times with the assistance from an independent valuation firm.

| Date | Fair Value per Share US$ | Discount Rate | DLOM |
|------|------|------|------|
| 2017/1/1 | 1.5 | 22 % | 20 % |
| 2017/9/30 | 2.0 | 21 % | 15 % |
| 2017/12/31 | 2.1 | 21 % | 15 % |
| 2018/6/30 | 2.7 | 21 % | 10 % |
| 2018/9/30 | 2.9 | 21 % | 10 % |
| 2018/12/28 | 3.0 | 20 % | 10 % |
| 2019/2/28 | 3.0 | 20 % | 10 % |
| 2019/5/31 | 3.0 | 19 % | 10 % |
| 2019/8/31 | 3.0 | 19 % | 10 % |
| 2019/11/15 | 3.8 | 18 % | 10 % |
| 2020/3/31 | 3.8 | 19 % | 10 % |
| 2020/6/30 | 6.1 | 18 % | 5 % |
| 2020/7/22 | 6.3 | 18 % | 5 % |

In determining the fair value of our ordinary shares, we applied the income approach/discounted cash flow analysis as the primary approach based on our projected cash flow using our best estimate as of the valuation date. The determination of the fair value of our ordinary shares requires complex and subjective judgments to be made regarding our projected financial and operating results, our unique business risks, the liquidity of our shares and our operating history and prospects at the time of valuation.

The income approach involves applying appropriate discount rates to estimated cash flows that are based on earnings forecasts. Our revenues and earnings growth rates, as well as major milestones that we have achieved, contributed to the increase in the fair value of our ordinary shares from January 1, 2017 to July 22, 2020. However, these fair values are inherently uncertain and highly subjective. The assumptions used in deriving the fair values are consistent with our business plan. These assumptions include: our ability to retain competent management, key personnel and staff to support our ongoing operations; and no material deviation in market conditions from economic forecasts. These assumptions are inherently uncertain. The risk associated with achieving our forecasts were assessed in selecting the appropriate discount rates, which ranged from 18% to 22%.

The option-pricing method was used to allocate equity value of our company to preferred and ordinary shares, taking into account the guidance prescribed by the AICPA Audit and Accounting Practice Aid. This method involves making estimates of the anticipated timing of a potential liquidity event, such as a sale of our company or an initial public offering, and estimates of the volatility of our equity securities. The anticipated timing is based on the plans of our board and management.

The other major assumptions used in calculating the fair value of ordinary shares include:

*Discount rates.* The discount rates listed in the table above were based on the weighted average cost of capital, which was determined based on a consideration of the factors including risk-free rate, comparative industry risk, equity risk premium, company size and non-systemic risk factors.

*Comparable companies.* In deriving the weighted average cost of capital used as the discount rates under the income approach, certain publicly traded companies were selected for reference as our guideline companies. The guideline companies were selected based on the following criteria: (i) they operate in the real estate brokerage and financial services industry and (ii) their shares are publicly traded in the United States or Hong Kong.

Table of Contents

*Discount for lack of marketability*, or *DLOM*. DLOM listed in the table above was quantified by the Finnerty's Average Strike put options mode. Under this option-pricing method, which assumed that the put option is struck at the average price of the stock before the privately held shares can be sold, the cost of the put option was considered as a basis to determine the DLOM. This option pricing method is one of the methods commonly used in estimating DLOM as it can take into consideration factors like timing of a liquidity event, such as an initial public offering, and estimated volatility of our shares. The farther the valuation date is from an expected liquidity event, the higher the put option value and thus the higher the implied DLOM. If the DLOM is used for the valuation is lower the determined fair value of the ordinary shares is higher.

Fair value of our ordinary shares increased from US$1.5 as of January 1, 2017 to US$3.8 as of November 15, 2019 primarily due to:

- the growth in our business;

- our successful completion of four rounds of financing in 2017, 2018 and 2019, which provided us with the funding needed for our expansion;

- as we progressed further towards our initial public offering, we increased our estimated probability of a successful initial public offering. As our preferred shares would be automatically converted into ordinary shares upon the completion of a qualified offering, the increase in estimated probability of initial public offering success results in allocation of a higher portion of our business enterprise value to ordinary shares; and

- the decrease of the DLOM from 20% as of January 1, 2017 to 10% as of November 15, 2019.

The fair value of our ordinary shares remains at US$3.8 as of November 15, 2019 to March 31, 2020 due to the growth in our business and the progress towards the completion of our initial public offering, mitigated by the ongoing uncertainty regarding the COVID-19.

The increase in the fair value of the ordinary shares from US$3.8 per share as of March 31, 2020 to US$6.1 per share as of June 30, 2020 was primarily attributable to the following factors:

- enhanced liquidity and marketability of the ordinary shares. The discount for lack of marketability decreased from 10% as of March 31, 2020 to 5% as of June 30, 2020;

- organic growth of our business. Our revenues and net income continued to grow during this period. The revenues and net income in the second quarter of 2020 were RMB20.1 billion (US$3.0 billion) and RMB2.8 billion (US$0.4 billion), respectively, which exceeded the quarterly revenues and net loss in the first quarter of 2020, respectively;

- the rapid rebound in global capital markets in the second quarter of 2020 after a notable drop in the first half of March due to the COVID-19 outbreak. The New York Stock Exchange Composite Index, the Nasdaq Composite Index and the Nasdaq China US Internet Tiger Index increased by 15%, 29% and 41%, respectively, from March 31, 2020 to June 30, 2020. Furthermore, in the second quarter of 2020, China's gross domestic product increased by 3.2% on a year-over-year basis, following a 6.8% contraction in the first quarter, according to newly released data from the National Bureau of Statistics; and

- increased probability of an initial public offering and conversion of preferred shares. As we approach the completion of our initial public offering, we increased our estimated probability of a successful initial public offering from 70% as of March 31, 2020 to 90% as of June 30, 2020.

The increase in the fair value of the ordinary shares from US$6.1 per share as of June 30, 2020 to US$6.3 per share as of July 22, 2020 was primarily attributable to the growth in our business.

112

Table of Contents

Upon the completion of our initial public offering with a public trading market of our ADSs, it was no longer necessary for us to estimate the fair value of our ordinary shares in connection with our accounting for granted share awards. After our initial public offering in August 2020, the fair value of ordinary shares is determined by the closing market price of the ordinary shares on the relevant grant dates.

### Income tax

Current income tax is recorded in accordance with the laws of the relevant tax jurisdictions.

We apply the assets and liabilities method of income taxes in accordance of ASC 740, Income Taxes, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the consolidated financial statements. Under this method, deferred tax assets and liabilities are provided based on temporary differences arising between the tax bases of assets and liabilities and financial statements, using enacted tax rates that will be in effect in the period in which the differences are expected to reverse.

Deferred tax assets are recognized to the extent that such assets are more-likely-than-not to be realized. In making such a determination, we consider all positive and negative evidence, including results of recent operations and expected reversals of taxable income. Valuation allowances are established to offset deferred tax assets if it is considered more-likely-than-not that amount of the deferred tax assets will not be realized.

### Uncertain tax positions

In order to assess uncertain tax positions, we apply a two-step approach for the tax position measurement and financial statement recognition. Under the two-step approach, the first step is to evaluate the tax position for recognition by determining if the weight of available evidence indicates that it is more-likely-than-not, that the position will be sustained, including resolution of related appeals or litigation processes, if any. The second step is to measure the tax benefit as the largest amount that is more than 50% likely of being realized upon settlement. We recognize interest and penalties related to income tax matters, if any, in income tax expense. We did not have any significant unrecognized uncertain tax positions as of December 31, 2018, 2019 and 2020 nor did we recognize any related interest and penalties.

### Fair Value Determination Related to the Accounting for Business Combinations

A component of our growth strategy has been to acquire and integrate complementary businesses into our ecosystem. We complete business combinations from time to time which require us to perform purchase price allocations. In order to recognize the fair value of assets acquired and liabilities assumed, mainly consisting of intangible assets and goodwill, as well as the fair value of any contingent consideration to be recognized, we use valuation techniques such as discounted cash flow analysis and ratio analysis in comparison to comparable companies in similar industries under the income approach, market approach and cost approach. Major factors considered include historical financial results and assumptions including future growth rates, an estimate of weighted average cost of capital and the effect of expected changes in regulation. Most of the valuations of our acquired businesses have been performed by independent valuation specialists under our management's supervision. We believe that the estimated fair value assigned to the assets acquired and liabilities assumed are based on reasonable assumptions and estimates that market participants would use. However, these assumptions are inherently uncertain and actual results could differ from those estimates.

113

Table of Contents

***Impairment Assessment on Goodwill and Intangible Assets***

Goodwill is not depreciated or amortized but is tested for impairment on an annual basis and between annual tests when an event occurs, or circumstances change that could indicate that the asset might be impaired. We early adopted ASU No. 2017-04, Intangibles-Goodwill and Other (Topic 350): Simplifying the Test for Goodwill Impairment in 2019. In accordance with the FASB, a company first has the option to assess qualitative factors to determine whether it is more-likely-than-not that the fair value of a reporting unit is less than its carrying amount. In the qualitative assessment, we consider primary factors such as industry and market considerations, overall financial performance of the reporting unit, and other specific information related to the operations. If we decide, as a result of our qualitative assessment, that it is more-likely-than-not that the fair value of a reporting unit is less than its carrying amount, the quantitative impairment test is mandatory. Otherwise, no further testing is required. The quantitative impairment test consists of a comparison of the fair value of each reporting unit with its carrying amount, including goodwill. If the carrying amount of each reporting unit exceeds its fair value, an impairment loss equal to the difference will be recorded. Application of a goodwill impairment test requires significant management judgment, including the identification of reporting units, assigning assets and liabilities to reporting units, assigning goodwill to reporting units, and determining the fair value of each reporting unit. The judgment in estimating the fair value of reporting units includes estimating future cash flows, determining appropriate discount rates and making other assumptions. Changes in these estimates and assumptions could materially affect the determination of fair value for each reporting unit. We perform goodwill impairment testing at the reporting unit level on December 31 annually, and between annual tests whenever a triggering event occurs. Impairment charges of goodwill recognized for the years ended December 31, 2018, 2019 and 2020 were nil, nil and RMB22.7 million, respectively. The COVID-19 outbreak adversely affected our business in the first quarter of 2020. Nevertheless, based on our business performance in the last three quarters of 2020, we believe that the impact from COVID-19 is temporary and there will be no material impact on our long-term forecast, and we did not identify any impairments related to goodwill at December 31, 2020 as a result of the impact of COVID-19. We will continue to monitor and evaluate the fair value of goodwill for each reporting unit. Should facts and circumstances change, a non-cash impairment charge could be recorded in the future.

Separately identifiable intangible assets to be held and used are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amounts of such assets may not be recoverable. Determination of recoverability is based on an estimate of undiscounted future cash flows resulting from the use of the asset and its eventual disposition. Measurement of any impairment loss for identifiable intangible assets is based on the amounts by which the carrying amounts of the assets exceed the fair values of the assets. Changes in these estimates and assumptions could materially affect our financial condition and results of operations.

**Recently Issued Accounting Pronouncements**

In 2016, the FASB issued ASU No. 2016-13, "Financial Instruments - Credit Losses (Topic 326)," which replaces the existing incurred loss methodology with an expected loss methodology that is referred to as the current expected credit loss ("CECL") methodology. The Company adopted Topic 326 using a modified retrospective method for all financial assets measured at amortized cost and liabilities for guarantee arrangements. Results for reporting periods beginning after January 1, 2020 are presented under Topic 326 while prior period amounts continue to be reported in accordance with previously applicable GAAP. The Company recorded a decrease to retained earnings, net of tax, of RMB91 million as of January 1, 2020 for the cumulative effect of adopting Topic 326. The Company assesses all financial assets subject to credit losses quarterly and establishes a reserve to reflect the net amount expected to be collected. The credit loss reserve is based on an assessment of historical collection activity, the nature of the receivable, the current business environment and forecasts that may affect the customers' ability to pay.

In August 2018, the FASB issued ASU 2018-13, "Fair Value Measurement (Topic 820): Disclosure Framework-Changes to the Disclosure Requirements for Fair Value Measurement." The ASU is part of the FASB's disclosure framework project to improve the effectiveness of disclosures in the notes to financial statements by facilitating clear communication of the information required by generally accepted accounting principles. The ASU modifies disclosure requirements on fair value measurements in Topic 820. The Company adopted ASU 2018-13 effective January 1, 2020. ASU 2018-13 did not have a material impact on disclosures in our consolidated financial statements.

Table of Contents

In August 2018, the FASB issued ASU 2018-15, "Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement ("CCA") That Is a Service Contract." This update amends the current guidance that exists for CCAs by providing explicit accounting for implementation costs of a hosting arrangement that is a service contract. The amendments effectively align the accounting for implementation costs for hosting arrangements, regardless of whether they convey a license to the hosted software. Thus, a hosting arrangement that is a service contract will follow the guidance in ASC 350-40 "Intangibles-Goodwill and other, Internal-use software," to determine which implementation costs to capitalize or expense. This new standard is effective for public business entities for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years. Early adoption is permitted, including adoption in any interim period for which financial statements have not been issued. Entities can choose to adopt the new guidance (1) prospectively to eligible costs incurred on or after the date the guidance is first applied or (2) retrospectively. The Company expects the impact of this accounting standard update on its consolidated financial statements to be immaterial.

In December 2019, the FASB issued ASU 2019-12, "Simplifying the Accounting for Income Taxes" to remove specific exceptions to the general principles in Topic 740 and to simplify accounting for income taxes. The standard is effective for public companies for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2020. Early adoption is permitted. The Company is currently evaluating the impact of this accounting standard update on its consolidated financial statements.

In January 2020, the FASB issued ASU 2020-01, "Investments-Equity Securities (Topic 321), Investments-Equity Method and Joint Ventures (Topic 323), and Derivatives and Hedging (Topic 815): Clarifying the Interactions between Topic 321, Topic 323, and Topic 815," which clarifies the interaction of the accounting for equity investments under Topic 321 and investments accounted for under the equity method of accounting in Topic 323 and the accounting for certain forward contracts and purchased options accounted for under Topic 815. The standard is effective for public companies for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2020. Early adoption is permitted. The Company is currently evaluating the impact of this accounting standard update on its consolidated financial statements.

In March 2020, the FASB issued ASU No. 2020-04, "Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting," which provides optional expedients and exceptions for applying generally accepted accounting principles to contracts, hedging relationships, and other transactions affected by reference rate reform if certain criteria are met. In January 2021, FASB issued ASU No. 2021-01, "Reference Rate Reform (Topic 848)," which clarifies that certain optional expedients and exceptions in Topic 848 for contract modifications and hedge accounting apply to derivatives that are affected by the discounting transition. The amendments are effective for all entities beginning on March 12, 2020, and the Company may elect to apply the amendments prospectively through December 31, 2022. The Company is currently evaluating the impact of this accounting standard update on its consolidated financial statements.

In August 2020, the FASB issued ASU No. 2020-06, "Debt-Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging-Contracts in Entity's Own Equity (Subtopic 815-40)." The amendments in this update affect entities that issue convertible instruments and/or contracts indexed to and potentially settled in an entity's own equity. The new ASU eliminates the beneficial conversion and cash conversion accounting models for convertible instruments. It also amends the accounting for certain contracts in an entity's own equity that are currently accounted for as derivatives because of specific settlement provisions. In addition, the new guidance modifies how particular convertible instruments and certain contracts that may be settled in cash or shares impact the diluted EPS computation. The amendments in the ASU are effective for public business entities that meet the definition of an SEC filer, excluding entities eligible to be smaller reporting companies as defined by the SEC, for fiscal years beginning after December 15, 2021, including interim periods within those fiscal years. Early adoption is permitted, but no earlier than fiscal years beginning after December 15, 2020, including interim periods within those fiscal years. The Board also specified that an entity should adopt the guidance as of the beginning of its annual fiscal year and is not permitted to adopt the guidance in an interim period. The Company is currently evaluating the impact of this accounting standard update on its consolidated financial statements.

115

Table of Contents

**B.**      **Liquidity and Capital Resources**

The following table sets forth a summary of our cash flows for the periods presented:

| | For the Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2017 | 2018 | 2019 | 2020 | |
| | RMB | RMB | RMB | RMB | US$ |
| | | | (in thousands) | | |
| **Selected Consolidated Cash Flow Data** | | | | | |
| Net cash provided by (used in) operating activities | (6,456,226) | 3,216,797 | 112,626 | 9,361,949 | 1,434,781 |
| Net cash provided by (used in) investing activities | (2,783,562) | 2,609,149 | (3,873,722) | (14,977,618) | (2,295,420) |
| Net cash provided by (used in) financing activities | 9,576,284 | (1,282,408) | 23,026,396 | 25,406,250 | 3,893,678 |
| Effect of exchange rate change on cash, cash equivalents and restricted cash | (330) | 416 | (94,922) | (2,183,682) | (334,664) |
| Net increase in cash, cash equivalents and restricted cash | 336,166 | 4,543,954 | 19,170,378 | 17,606,899 | 2,698,375 |
| Cash, cash equivalents and restricted cash at the beginning of the period | 7,880,078 | 8,216,244 | 12,760,198 | 31,930,576 | 4,893,575 |
| Cash, cash equivalents and restricted cash at the end of the period | 8,216,244 | 12,760,198 | 31,930,576 | 49,537,475 | 7,591,950 |

To date, we have financed our operating and investing activities through cash flows from operations and cash provided by historical equity and debt financing activities. As of December 31, 2018, 2019 and 2020, respectively, our cash, cash equivalents and restricted cash were RMB12.8 billion, RMB31.9 billion and RMB49.5 billion (US$7.6 billion). Our cash and cash equivalents primarily consist of cash on hand, demand deposits and highly liquid investments placed with banks or other financial institutions with original maturities of less than three months. Our restricted cash are primarily pledged for bank borrowings, and escrow payments collected from the property buyers on behalf of and payable to the property sellers.

We believe that our current cash, cash equivalents and restricted cash and expected cash provided by operating activities will be sufficient to meet our current and anticipated working capital requirements and capital expenditures for an extended period of time. We may, however, need additional cash resources in the future if we experience changes in business conditions or other developments. We may also need additional cash resources in the future if we identify and wish to pursue opportunities for investment, acquisition, capital expenditure or similar actions.

Although we consolidate the results of our variable interest entities and their subsidiaries, we only have access to the assets or earnings of our variable interest entities and their subsidiaries through our contractual arrangements with our variable interest entities and their shareholders. See "Item 4. Information on the Company- C. Organizational Structure-Contractual Arrangements with Our VIEs and Their Shareholders." For restrictions and limitations on liquidity and capital resources as a result of our corporate structure, see "-Holding Company Structure."

Table of Contents

Substantially all of our revenues have been, and we expect they are likely to continue to be, in the form of Renminbi. Under existing PRC foreign exchange regulations, payments of current account items, including profit distributions, interest payments and trade and service-related foreign exchange transactions, can be made in foreign currencies without prior SAFE approval as long as certain routine procedural requirements are fulfilled. Therefore, our PRC subsidiaries are allowed to pay dividends in foreign currencies to us without prior SAFE approval by following certain routine procedural requirements. However, current PRC regulations permit our PRC subsidiaries to pay dividends to us only out of its accumulated profits, if any, determined in accordance with Chinese accounting standards and regulations. Our PRC subsidiaries are required to set aside at least 10% of its after-tax profits after making up previous years' accumulated losses each year, if any, to fund certain reserve funds until the total amount set aside reaches 50% of its registered capital. These reserves are not distributable as cash dividends. Historically, our PRC subsidiaries have not paid dividends to us, and they will not be able to pay dividends until they generate accumulated profits. Furthermore, capital account transactions, which include foreign direct investment and loans, must be approved by and/or registered with SAFE, its local branches and certain local banks.

As a Cayman Islands exempted company and offshore holding company, we are permitted under PRC laws and regulations to provide funding to our PRC subsidiaries only through loans or capital contributions, subject to the approval or registration of government authorities and limits on the amount of capital contributions and loans. This may delay us from using the proceeds from our initial public offering and our ADS offering in November 2020 to make loans or capital contributions to our PRC subsidiaries. See "Item 3. Key Information-D. Risk Factors-Risks Relating to Doing Business in China-PRC regulation of loans to and direct investment in PRC entities by offshore holding companies may delay us from using the proceeds of our offshore offering to make loans or additional capital contributions to our PRC subsidiaries and to make loans to our VIEs, which could materially and adversely affect our liquidity and our ability to fund and expand our business."

### *Operating activities*

Net cash generated from operating activities in 2020 was RMB9,362 million (US$1,435 million). The difference between net cash generated from operating activities and net income of RMB2,778 million (US$426 million) in the same period was the result of adding back RMB3,729 million (US$571 million) for adjustments of non-cash items, adding back RMB38.6 million (US$5.9 million) for dividends received from long-term investments, removing RMB174.8 million (US$26.8 million) of gain on short-term investments, which is by nature an investing activity, and adding another RMB2,991 million (US$458 million) released from working capital.

The adjustment of non-cash items primarily consisted of RMB2,253 million (US$345 million) in share-based compensation expenses, RMB781.7 million (US$119.8 million) in net impairment loss on financial assets, RMB621.2 million (US$95.2 million) in amortization of intangible assets and RMB552.8 million (US$84.7 million) in depreciation expenses.

The cash released from working capital was the result of a RMB2,360 million (US$362 million) increase in customer deposits payable, a RMB2,303 million (US$353 million) increase in accounts payable, a RMB2,119 million (US$325 million) increase in employee compensation and welfare payable, a RMB1,323 million (US$203 million) increase in lease liabilities, a RMB559.1 million (US$85.7 million) decrease in prepayments, receivables and other assets, and a RMB443.0 million (US$67.9 million) decrease in amounts due from related parties, partially offset by a RMB5,835 million (US$894 million) increase in accounts receivable, and a RMB1,196 million (US$183 million) increase in right-of-use assets. The significant increase in customer deposits payable was due to the significant increase in GTV and number of transactions on our platform in the last three quarters of 2020 along with the surge of demand for housing transactions after the economy started to recover from the negative impact of COVID-19.

Net cash provided by operating activities in 2019 was RMB113 million. The difference between net cash provided by operating activities and net loss of RMB2,180 million in the same period was the result of adding back RMB4,159 million for adjustments of non-cash items, removing RMB105 million of realized gain on short-term investments, which is by nature an investing activity, and deducting RMB1,762 million used for working capital.

117

Table of Contents

The adjustment of non-cash items primarily consisted of RMB2,956 million in share-based compensation expense, RMB562 million in depreciation expenses, RMB477 million in amortization of intangible assets and RMB382 million in net impairment losses on financial assets.

The additional cash used for working capital was the result of a RMB5,041 million increase in accounts receivable, a RMB3,401 million increase in prepayments, receivables and other assets, partially offset by a RMB2,720 million increase in accounts payable and a RMB1,589 million increase in customer deposits payable. We collected deposits from housing customers to secure transactions that are in the process of closing, and this amount increased as a result of our growing gross transaction value.

Net cash provided by operating activities in 2018 was RMB3,217 million. The difference between net cash provided by operating activities and net loss of RMB428 million in the same period was the result of adding back RMB824 million for adjustments of non-cash items, removing RMB258 million in realized gain on short-term investments, which is by nature an investment activity, and adding another RMB3,079 million released from working capital.

The adjustment of non-cash items primarily consisted of RMB653 million in depreciation of property and equipment, RMB515 million in deferred tax benefits, RMB382 million in share-based compensation, and RMB139 million in amortization of intangible assets.

The cash released from working capital was the result of a RMB1,746 million decrease in prepayments, receivables and other assets, a RMB1,098 million increase in accounts payable and a RMB909 million increase in employee compensation and welfare payable, partially offset by a RMB769 million increase in accounts receivable and a RMB338 million increase in amounts due from and prepayments to related parties. The increase in amounts due from and prepayments to related parties was mainly the result of deepening cooperation in home rental referrals with rental platform Ziroom.

### Investing activities

Net cash used in investing activities in 2020 was RMB15.0 billion (US$2.3 billion), consisting primarily of (i) RMB53.0 billion (US$8.1 billion) used to purchase short-term investments, offset by RMB39.8 billion (US$6.1 billion) maturities of short-term investments, and (ii) RMB37.2 billion (US$5.7 billion) of financing receivables originated, offset by RMB35.4 billion (US$5.4 billion) of financing receivables principal collected. The short-term investments are on low-risk and highly liquid products, and are part of our cash management program.

Net cash used in investing activities in 2019 was RMB3.9 billion, consisting primarily of (i) RMB16.2 billion of financing receivables originated in our financing service, offset by RMB14.8 billion of financing receivables collected, (ii) RMB10.4 billion used in purchases of short-term investments, offset by RMB11.1 billion maturities of short-term investments, and (iii) RMB1.9 billion of cash paid on long-term investments and time deposit.

Net cash provided by investing activities in 2018 was RMB2.6 billion, consisting primarily of (i) RMB46.3 billion of maturities of short-term investments, offset by RMB41.0 billion used to purchase short-term investments, and (ii) RMB15.8 billion of financing receivables collected, offset by RMB15.6 billion of financing receivables originated in our financing service.

### Financing activities

Net cash provided by financing activities in 2020 was RMB25.4 billion (US$3.9 billion), consisting primarily of (i) RMB16.3 billion (US$2.5 billion) of proceeds from our initial public offering, net of issuance costs, (ii) RMB15.3 billion (US$2.3 billion) of proceeds from ordinary shares issuance in our follow-on public offering, net of issuance costs, and (iii) RMB3.3 billion (US$0.5 billion) of proceeds from funding debts, partially offset by RMB4.5 billion (US$0.7 billion) of repayment of long-term borrowings and RMB4.0 billion (US$0.6 billion) of repayment of funding debts.

118

Table of Contents

Net cash provided by financing activities in 2019 was RMB23.0 billion, consisting primarily of (i) RMB15.8 billion of proceeds from issuance of preferred shares, (ii) RMB9.9 billion of reinjection of capital from preferred shareholders and (iii) RMB4.9 billion of proceeds from long-term borrowings, partially offset by (i) RMB6.9 billion of repatriation of capital to preferred shareholders to facilitate reorganization, (ii) RMB2.6 billion of repayment of funding debts and (iii) RMB2.4 billion of payment for preferred share buyback.

Net cash used in financing activities in 2018 was RMB1.3 billion, consisting primarily of (i) RMB3.0 billion of repatriation of capital to preferred shareholders to facilitate reorganization and (ii) RMB2.5 billion of repayment of funding debts, partially offset by (i) RMB2.6 billion of proceeds from issuance of preferred shares and (ii) RMB2.3 billion of proceeds from funding debts.

**Capital Expenditures**

Our capital expenditures were RMB543 million in 2018, RMB703 million in 2019 and RMB887 million (US$136 million) in 2020. Capital expenditures represent cash paid for purchase of property and equipment and intangible assets. We intend to fund our future capital expenditures with our existing cash balance and proceeds from our offshore offerings. We will continue to make capital expenditures to meet the expected growth of our business.

**Holding Company Structure**

KE Holdings Inc. is a holding company with no material operations of its own. We conduct our operations primarily through our subsidiaries and our variable interest entities in China. As a result, KE Holdings Inc.'s ability to pay dividends depends upon dividends paid by our PRC subsidiaries. Our PRC subsidiaries in turn generate income from their own operation, and in addition enjoy all economic benefit and receive service fees from our VIEs pursuant to the exclusive business cooperation agreement with our VIEs. Our VIEs collectively held 14.4% of our group's cash, cash equivalents and restricted cash and 12.9% of our group's total assets as of December 31, 2020, and contributed 1.7% of our group's total revenue for 2020. The relatively large asset holding of our VIEs is the result of operating everything under these entities prior to our reorganization in 2018. As we now limit the operation of our VIEs to only the areas that are not open to foreign-invested enterprises, including the value-added telecommunication services and certain financial services, we expect the portion of asset held and revenue generated by our VIEs to continue to decrease in the future.

If our existing PRC subsidiaries or any newly formed ones incur debt on their own behalf in the future, the instruments governing their debt may restrict their ability to pay dividends to us. Under PRC law, each of our subsidiaries and our variable interest entities in China is required to set aside at least 10% of its after-tax profits each year, if any, to fund certain statutory reserve funds until such reserve funds reach 50% of its registered capital. In addition, each of our subsidiaries and our variable interest entities in China may allocate a portion of its after-tax profits based on PRC accounting standards to a surplus fund at its discretion. The statutory reserve funds and the discretionary funds are not distributable as cash dividends. Remittance of dividends by a wholly foreign-owned company out of China is subject to examination by the banks designated by SAFE. Our PRC subsidiaries have not paid dividends and will not be able to pay dividends until it generates accumulated profits and meets the requirements for statutory reserve funds.

**C.     Research and Development**

See "Item 4. Information on the Company-B. Business Overview-Our Technology and Research and Development" and "Item 4. Information on the Company-B. Business Overview-Intellectual Property."

**D.     Trend Information**

Other than as disclosed elsewhere in this annual report, we are not aware of any trends, uncertainties, demands, commitments or events for the year ended December 31, 2020 that are reasonably likely to have a material and adverse effect on our net revenues, income, profitability, liquidity or capital resources, or that would cause the disclosed financial information to be not necessarily indicative of future results of operations or financial conditions.

119

Table of Contents

**E.        Off-Balance Sheet Arrangements**

We provide financial guarantees through our subsidiaries for loans that we facilitate for certain financial partners or individual lenders. We are obligated to compensate the lenders for the principal and interest payment in the event of the borrowers' default. Therefore, we effectively provide guarantees to lenders against the credit risk.

Other than the above, we have not entered into any other commitments to guarantee the payment obligations of any third parties. We have not entered into any derivative contracts that are indexed to our shares and classified as shareholder's equity or that are not reflected in our consolidated financial statements. Furthermore, we do not have any retained or contingent interest in assets transferred to an unconsolidated entity that serves as credit, liquidity or market risk support to such entity. We do not have any variable interest in any unconsolidated entity that provides financing, liquidity, market risk or credit support to us or engages in leasing, hedging or product development services with us.

**F.        Tabular Disclosure of Contractual Obligations**

The following table sets forth our contractual obligations as of December 31, 2020.

| | Total | Less than 1 year | 1 - 3 years | 3 - 5 years | More than 5 years |
|---|---|---|---|---|---|
| | | | (RMB in thousands ) | | |
| Operating lease and other commitments | 930,099 | 238,021 | 426,431 | 241,549 | 24,098 |
| Lease liability obligations | 6,977,481 | 2,818,683 | 3,145,957 | 870,687 | 142,154 |

As of December 31, 2020, our total contractual obligations included RMB1.2 million in obligation to purchase property and equipment, RMB0.5 million in obligation to purchase services, RMB18.8 million in investment commitment, and RMB909.6 million in operating lease commitments, and our funding debt obligations included RMB1,528 million in obligation to repay the consolidated trusts, RMB40 million in obligation to repay the interest.

We did not have any other long-term obligations or guarantees as of December 31, 2020.

**G.        Safe Harbor**

See "Forward-Looking Information."

**Item 6. Directors, Senior Management and Employees**

**A.        <u>Directors and Senior Management</u>**

**Baihui Partnership**

To ensure the sustainability and governance of our company and better align them with the interests of our stakeholders, our management has established an executive partnership, the Baihui Partnership, to help us better manage our business and to carry out our vision, mission and value continuously. The structure of the Baihui Partnership is designed to promote people with diverse skillsets but sharing the same core values and beliefs that we hold dear.

The Baihui Partnership is operated under principles, policies and procedures that evolve with the development of our business and encompass the following major aspects:

*Nomination and Election of Partners*

Partners will be elected annually through a nomination process, whereby existing partners may propose candidates to the partnership committee (the "Partnership Committee"). Election of new partners requires the affirmative vote of not less than 75% of all the partners. In order to be elected a partner, the partner candidate must meet certain quality standards to be determined by the Baihui Partnership from time to time.

120

Table of Contents

**SIGNATURES**

The registrant hereby certifies that it meets all of the requirements for filing its annual report on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

**KE Holdings Inc.**

By:   /s/ ZUO Hui
      Name:    ZUO Hui
      Title:    Chairman of the Board of Directors

Date: April 6, 2021

Table of Contents

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Page(s) |
|---|---|
| Report of Independent Registered Public Accounting Firm | F-2 |
| Consolidated Balance Sheets as of December 31, 2019 and 2020 | F-5 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2018, 2019 and 2020 | F-7 |
| Consolidated Statements of Changes in Shareholders' Equity (Deficit) for the Years Ended December 31, 2018, 2019 and 2020 | F-8 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2018, 2019 and 2020 | F-9 |
| Notes to Consolidated Financial Statements | F-11 |

F-1

Table of Contents

**KE Holdings Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1. Organization**

**(a) Principle activities and subsidiaries**

KE Holdings Inc. ("the Company") was incorporated in the Cayman Islands on July 6, 2018 under the Cayman Islands Companies Law as an exempted company with limited liability. The Company through its consolidated subsidiaries, variable interest entities (the "VIE"s) and the subsidiaries of the VIEs (collectively, the "Group"), is principally engaged in operating a leading integrated online and offline platform for housing transactions and services in the People's Republic of China (the "PRC" or "China").

As of December 31, 2020, the details of the Company's major subsidiaries and consolidated VIEs (inclusive of the VIEs' subsidiaries) are as follows:

| Name | Date of incorporation or acquisition | Place of incorporation | Percentage of direct or indirect economic ownership |
|---|---|---|---|
| **Subsidiaries** | | | |
| Beike Group (Cayman) Limited | August 6, 2018 | Cayman Island | 100 % |
| Beike Group (BVI) Limited | July 12, 2018 | British Virgin Islands | 100 % |
| Sharehome HK International Limited | December 16, 2016 | Hong Kong | 100 % |
| Beike (Tianjin) Investment Co., Ltd. ("Beike Tianjin") | September 29, 2018 | PRC | 100 % |
| Jinbei (Tianjin) Technology Co., Ltd. ("Jinbei Technology") | August 22, 2018 | PRC | 100 % |
| Beike Jinke (Tianjin) Technology Co., Ltd. ("Beike Jinke") | October 30, 2018 | PRC | 100 % |
| Lianjia (Tianjin) Enterprise Management Co., Ltd. ("Lianjia Enterprise Management") | August 13, 2018 | PRC | 100 % |
| Beijing Lianjia Zhidi Real Estate Brokerage Co., Ltd. ("Lianjia Zhidi") | June 25, 2008 | PRC | 100 % |
| Deyou Real Estate Agency Co., Ltd. ("Deyou Real Estate Agency") | December 30, 2015 | PRC | 100 % |
| Beike Zhaofang (Beijing) Technology Co., Ltd. ("Beike Zhaofang") | August 3, 2015 | PRC | 100 % |
| Beike Technology Co., Ltd. | June 28, 2017 | PRC | 100 % |
| **Consolidated VIEs** | | | |
| Beijing Lianjia Real Estate Brokerage Co., Ltd. ("Beijing Lianjia") | September 30, 2001 | PRC | 100 % |
| Beijing Yiju Taihe Technology Co., Ltd. ("Yiju Taihe") | July 23, 2010 | PRC | 100 % |
| Tianjin Xiaowu Information & Technology Co., Ltd. ("Tianjin Xiaowu") | November 14, 2017 | PRC | 100 % |
| **Subsidiaries of VIEs** | | | |
| Beijing Zhongrongxin Financing Guarantee Co., Ltd. | July 25, 2008 | PRC | 100 % |
| Beijing Ehomepay Technologies Co., Ltd. | August 8, 2013 | PRC | 100 % |

**(b) History and reorganization of the Group**

The Group commenced operations in the PRC in 2001 through Beijing Lianjia, which was established in September 2001 by Mr. Zuo Hui (the "Founder" and chairman of the board of directors). Beijing Lianjia and its subsidiaries developed various businesses over time and expanded nationwide in China. During January 2017, the Group restructured Yiju Taihe, which was originally a subsidiary of Beijing Lianjia and operated financial service businesses, to mirror the holding structure substantially identical to that of Beijing Lianjia. In November 2017, the Group incorporated Tianjin Xiaowu, to conduct operations related to value-added telecommunication services. The Founder is the ultimate controlling party of the Group as he has held majority voting power over the Group throughout the Group's history.

F-11

Table of Contents

**KE Holdings Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**1. Organization (Continued)**

Along with the launch of the Group's Beike platform, the Company was incorporated in the Cayman Islands in July 2018 as the Group's holding company to facilitate offshore financing. During July to December 2018, the Company established a series of intermediary holding entities which directly or indirectly hold the equity interests in Beike Tianjin, Jinbei Technology, and Beike Jinke, all of which are the Company's wholly-owned PRC subsidiaries (collectively, "WFOEs"). Through a series of transactions, most of the original subsidiaries of Beijing Lianjia have become the subsidiaries of the applicable WFOEs and the Group's other PRC subsidiaries. For example, most of Beijing Lianjia's operating entities are transferred to Lianjia Zhidi and Lianjia Enterprise Management, both of which are wholly-owned subsidiaries of Beike Tianjin.

Then, through a series of reorganization transactions (the "Reorganization"), the Company obtained control over Beijing Lianjia, Yiju Taihe and Tianjin Xiaowu through contractual arrangements. In connection with the Reorganization, most of the shareholders of Beijing Lianjia and Yiju Taihe or such shareholders' affiliates subscribed for ordinary shares, Series B and C convertible redeemable preferred shares of the Company as applicable, substantially in proportion to their previous respective equity interests in Beijing Lianjia and Yiju Taihe prior to the Reorganization. To effect the Reorganization, the Group returned onshore capital of RMB3,000 million and RMB6,931 million to preferred shareholder in 2018 and 2019, respectively. Such capital was reinjected to the Group offshore in 2019.

The Reorganization was completed on December 28, 2018.

During the second quarter of 2020, certain subsidiaries of Yiju Taihe operating businesses that do not restrict foreign ownership became the subsidiaries of the WFOEs.

On July 22, 2020, the Company effected a 5-for-1 share subdivision, following which each of the Company's issued ordinary shares and preferred shares was subdivided into five ordinary shares and preferred shares, respectively. Upon the subdivision, the number of shares reserved for issuance under the Company's existing share incentive plans and the number of shares to be issued under the options and other awards granted by the Company pursuant to the existing share incentive plans were adjusted to reflect the subdivision. All applicable share data, per share amounts and related information in the consolidated financial statements and notes thereto have been adjusted retroactively to give effect to the 5-for-1 share subdivision.

**(c)     Basis of Presentation for the Reorganization**

During the Reorganization, the shareholding percentages and rights of each shareholder of the Group are substantially the same in Beijing Lianjia, Yiju Taihe and in the Company immediately before and after the Reorganization. Accordingly, the Reorganization is accounted for as a common control transaction because the Founder has control over the Group before and after the Reorganization.

There was no change in the basis of presentation of the financial statements resulting from these Reorganization transactions. The assets and liabilities have been stated at historical carrying amounts. The financial statements are prepared as if the corporate structure of the Group had been in existence since inception of the Group.