UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

KEITH CHIN, Individually and on Behalf of
All Others Similarly Situated,

                Plaintiff,

      vs.

KE HOLDINGS INC., PENG YONGDONG,
XU TAO, SHAN YIGANG, BAO FAN, LI
ZHAOHUI, CHEN XIAOHONG, COLLEEN
A. DE VRIES, GOLDMAN SACHS (ASIA)
L.L.C., MORGAN STANLEY & CO. LLC,
J.P. MORGAN SECURITIES LLC, CHINA
RENAISSANCE SECURITIES (HONG
KONG) LIMITED, GOLDMAN SACHS &
CO. LLC and CHINA RENAISSANCE
SECURITIES (US) INC.,

                Defendants.

———————————————————— x

: Civil Action No. 1:21-cv-11196-GHW

: CLASS ACTION

**DECLARATION OF ERIN W. BOARDMAN IN SUPPORT OF LEAD PLAINTIFF'S
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO
DISMISS THE AMENDED COMPLAINT**

I, Erin W. Boardman, declare, under penalty of perjury:

I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel to

Saskatchewan Healthcare Employees' Pension Plan ("Lead Plaintiff") in the above-captioned action,

and I am admitted to practice before this Court. As such, I have personal knowledge of this matter

and am familiar with the facts and documents referenced herein and in the accompanying

Memorandum of Law. I respectfully submit this Declaration in Support of Lead Plaintiff's

Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss the Amended

Complaint.

      1.      Attached hereto as Exhibit A is a true and accurate copy of the 4Q21 Form 6-K filed

with the SEC by KE Holdings Inc. on March 10, 2022.

2.      Attached hereto as Exhibit B is a true and accurate copy of a *China Business Law Journal* article entitled "KE overcomes hurdles to list back in HK," dated July 14, 2022.

3.      Attached hereto as Exhibit C is a true and accurate of the Historical Stock Price Chart for KE Holdings Inc. reflecting the period from December 15, 2021 to December 20, 2021.

DATED: November 7, 2022

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN

- 2 -

**CERTIFICATE OF SERVICE**

I, Erin W. Boardman, hereby certify that on November 7, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 7, 2022.

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN