# EXHIBIT C

**KE Holdings Inc.: Stock Price (NYSE: BEKE)**
**December 15, 2021 – December 20, 2021**
**Source: Yahoo! Finance**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/15/2021 | 19.02 | 19.16 | 17.97 | 18.68 | 18.68 | 10758900 |
| 12/16/2021 | 17.96 | 21.33 | 17.72 | 18.31 | 18.31 | 52181800 |
| 12/17/2021 | 17.88 | 19.47 | 16.6 | 19.36 | 19.36 | 16409300 |
| 12/20/2021 | 18.65 | 18.82 | 17.20 | 17.31 | 17.31 | 8177400 |