```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                                                 :

SASKATCHEWAN HEALTHCARE EMPLOYEES'     :
PENSION PLAN, *individually and on behalf of all others*    :
*similarly situated*,                                        :          1:21-cv-11196-GHW

                                  Plaintiffs,         :             ORDER

                       -against-                 :

KE HOLDINGS INC., *et al.*,                          :

                                Defendants.   :
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The deadline for Defendants to file and serve their motion to dismiss the second amended complaint is May 8, 2024. Plaintiffs' opposition is due within twenty-eight days after service of Defendants' motion; Defendants' reply, if any, is due within fourteen days after service of Plaintiffs' opposition. Last, as noted during the conference held on April 10, 2024, the Court finds good cause to stay this case pending briefing and resolution of the anticipated motion to dismiss the second amended complaint.

       SO ORDERED.

Dated: April 10, 2024
New York, New York

                                                            GREGORY H. WOODS
                                                    United States District Judge