USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                           :
SASKATCHEWAN HEALTHCARE EMPLOYEES'     :
PENSION PLAN, *individually and on behalf of all others*     :
*similarly situated,*     :     1:21-cv-11196-GHW
                         Plaintiffs,     :
     :     ORDER
           -against-     :
     :
KE HOLDINGS INC., *et al.,*     :
                       Defendants.     :
     :
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On January 3, 2022, the Court entered a Notice of Initial Pretrial Conference. Dkt. No. 8. On April 1, 2022, the Court adjourned *sine die* the initial pretrial conference—along with the parties' obligation to submit a joint letter and proposed case management plan in advance of that conference—given the then-anticipated motion to dismiss. Dkt. No. 40. Given that the motion to dismiss has been resolved, Dkt. No. 100, and Plaintiffs have filed a third amended complaint, Dkt. No. 112, which Defendants have now answered, Dkt. No. 122, the initial pretrial conference is rescheduled to July 1, 2024 at 4:00 p.m. The joint letter and proposed case management plan described in the Court's January 3, 2022 order are due no later than June 24, 2024.

The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: June 17, 2024
New York, New York                                 _____
                                           GREGORY H. WOODS
                                     United States District Judge