UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
KEITH CHIN, Individually and on Behalf of All Others Similarly Situated, : Civil Action No. 1:21-cv-11196-GHW

               Plaintiff,

vs.

KE HOLDINGS INC., PENG YONGDONG, XU TAO, SHAN YIGANG, BAO FAN, LI ZHAOHUI, CHEN XIAOHONG, COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC.,

               Defendants.
---------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(A)(1)**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan, by its undersigned attorneys, voluntarily dismisses, without prejudice, its claims against the following defendants: China Renaissance Securities (Hong Kong) Limited, Peng Yongdong, Xu Tao, Shan Yigang, Bao Fan, Li Zhaohui, Chen Xiaohong.

No Defendant in this action has served a motion for summary judgment and a class has not yet been certified in this action.

- 2 -

DATED: October 24, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
BRENT E. MITCHELL

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
bmitchell@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*