USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SASKATCHEWAN HEALTHCARE
EMPLOYEES' PENSION PLAN, et al.,

    Plaintiffs,

-against-

KE HOLDINGS INC., et al.,

    Defendants.

21-CV-11196 (GHW) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    Upon consultation with the parties, Judge Moses will conduct a status conference on **April 22, 2025, at 10:00 a.m.** No later than **April 15, 2025**, the parties shall submit a joint status letter outlining the progress of discovery to date (including any disputes requiring the Court's attention) as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       October 24, 2024

SO ORDERED.

_____
**BARBARA MOSES**
United States Magistrate Judge