UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KEITH CHIN, Individually and on Behalf of    :    Civil Action No. 1:21-cv-11196-GHW
All Others Similarly Situated,                            :
                                                                          :
                                  Plaintiff,                          :
                                                                          :
          vs.                                                            :
                                                                          :
KE HOLDINGS INC., PENG YONGDONG,    :
XU TAO, SHAN YIGANG, BAO FAN, LI          :
ZHAOHUI, CHEN XIAOHONG, COLLEEN      :
A. DE VRIES, GOLDMAN SACHS (ASIA)        :
L.L.C., MORGAN STANLEY & CO. LLC,          :
J.P. MORGAN SECURITIES LLC, CHINA        :
RENAISSANCE SECURITIES (HONG              :
KONG) LIMITED, GOLDMAN SACHS &            :
CO. LLC and CHINA RENAISSANCE              :
SECURITIES (US) INC.,                                   :
                                                                          :
                                  Defendants.                     :
                                                                          :
———————————————————————— x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED: 10/24/24             │
└─────────────────────────────────┘
```

**MEMORANDUM ENDORSED**

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN
DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(A)(1)**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan, by its undersigned attorneys, voluntarily dismisses, without prejudice, its claims against the following defendants: China Renaissance Securities (Hong Kong) Limited, Peng Yongdong, Xu Tao, Shan Yigang, Bao Fan, Li Zhaohui, Chen Xiaohong.

No Defendant in this action has served a motion for summary judgment and a class has not yet been certified in this action.

DATED:  October 24, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
BRENT E. MITCHELL


_/s/ Erin W. Boardman_
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
bmitchell@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*


Lead Plaintiff has voluntarily dismissed its claims against Defendants China Renaissance Securities (Hong Kong) Limited, Peng Yongdong, Xu Tao, Shan Yigang, Bao Fan, Li Zhaohui, and Chen Xiaohong under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to remove the names of Defendants China Renaissance Securities (Hong Kong) Limited, Peng Yongdong, Xu Tao, Shan Yigang, Bao Fan, Li Zhaohui, and Chen Xiaohong from the caption of this case.


SO ORDERED.

Dated:  October 24, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

- 2 -