UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KEITH CHIN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-11196-GHW-BCM |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC., | : | |
|  | : |  |
| Defendants. | : |  |

**DECLARATION OF ERIN W. BOARDMAN IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, ERIN W. BOARDMAN, declare as follows:

1.      I am a partner at the law firm Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan in the above-caption action, and am admitted to practice before this Court.  I respectfully submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Declaration of Pam Peters in Support of Plaintiff's Motion for Class Certification, dated November 1, 2024;

Exhibit B:      Excerpts from KE Holdings Inc.'s Form 20-F filed with the U.S. Securities and Exchange Commission, dated April 26, 2024; and

Exhibit C:      Firm Résumé of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 1st of November, 2024.



*/s/ Erin W. Boardman*
ERIN W. BOARDMAN