# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

KEITH CHIN, Individually and on Behalf of    :    Civil Action No. 1:21-cv-11196-GHW-BCM
All Others Similarly Situated,               :
                                             :    DECLARATION OF PAM PETERS IN
                    Plaintiff,               :    SUPPORT OF PLAINTIFF'S MOTION FOR
                                             :    CLASS CERTIFICATION
        vs.                                  :
                                             :
KE HOLDINGS INC., COLLEEN A. DE              :
VRIES, GOLDMAN SACHS (ASIA) L.L.C.,          :
MORGAN STANLEY & CO. LLC, J.P.               :
MORGAN SECURITIES LLC, GOLDMAN               :
SACHS & CO. LLC and CHINA                    :
RENAISSANCE SECURITIES (US) INC.,            :
                                             :
                    Defendants.              :
                                             :
——————————————————————— x

I, PAM PETERS, declare as follows:

1.      I respectfully submit this declaration in support of Plaintiff's Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      Saskatchewan Healthcare Employees' Pension Plan ("SHEPP") is a multi-employer defined pension plan that represents workers in the healthcare sector in the province of Saskatchewan, Canada.  SHEPP is the largest defined benefit pension plan in the province, with more than 65,000 members either receiving or entitled to receive a pension benefit under the plan, and approximately $9.97 billion in assets under management.

3.      As SHEPP's Manager of Corporate Finance and Plan Liabilities, I am aware of the process in place by which the Board of Trustees vets and, when appropriate, approves SHEPP's participation in securities litigation such as this one.  As part of this process, I along with SHEPP's

counsel have been delegated to oversee this litigation and together have in fact monitored outside legal counsel in this case.

4.      SHEPP purchased 22,103 shares of KE Holdings, Inc. American Depository Shares ("ADSs") on or about November 19, 2020 at a price of $58.00 per ADS.   SHEPP seeks appointment as a class representative.

5.      SHEPP understands that the Private Securities Litigation Reform Act of 1995 was enacted to encourage institutional investors and others with meaningful losses to seek to direct securities class actions.  SHEPP is a large, sophisticated institutional investor that is committed to vigorously prosecuting this litigation, and should be appointed as class representative.  SHEPP intends to obtain the largest recovery for the class consistent with good faith and sound judgment.

6.      On behalf of SHEPP, I have monitored the progress of this litigation.  I have: (a) received and reviewed periodic updates and other correspondence from counsel; (b) reviewed pleadings and other documents in this case; and (c) participated in discussions with counsel regarding significant developments in the litigation.

7.      Should SHEPP be appointed class representative, it is committed actively monitoring and participating in the ongoing prosecution of this action, and to fulfilling its fiduciary duty to provide fair and adequate representation to all members of the proposed class.  SHEPP intends to continue to fulfill this duty to provide adequate representation to all members of the proposed class by, among other things, monitoring the efforts of its selected counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller").

8.      SHEPP selected Robbins Geller as its proposed class counsel based on the firm's extensive experience and expertise in prosecuting securities class actions.  SHEPP believes

Robbins Geller possesses the necessary financial and human resources to effectively prosecute this action.

9.    I will remain informed of the status and progress of this litigation, the strengths and weaknesses of the case, as well as, at the appropriate time, prospects for settlement.  I will consult with counsel in advance of major litigation events, such as settlement discussions, trial preparation, and trial.

10.    I recognize that SHEPP owes a fiduciary duty to the proposed class and, if appointed class representative, SHEPP will take all steps necessary to vigorously fulfill that duty.

I declare under penalty of perjury that the following is true and correct.  Executed this 1st day of November, 2024, at Regina, SK, Canada.

_Pam Peters_
_____
PAM PETERS