**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KEITH CHIN, Individually and on Behalf of        :
All Others Similarly Situated,

                                                   :

              Plaintiff,        :

             vs        :

KE HOLDINGS INC., COLLEEN A. DE        :   Case No. 1:21-cv-11196 (GHW) (BCM)
VRIES, GOLDMAN SACHS (ASIA) L.L.C.,        :
MORGAN STANLEY & CO. LLC, J.P.        :
MORGAN SECURITIES LLC, GOLDMAN        :
SACHS & CO. LLC and CHINA        :
RENAISSANCE SECURITIES (US) INC.,        :

             Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF B. ANDREW BEDNARK, ESQ., IN OPPOSITION**
**TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, B. Andrew Bednark, under 28 U.S.C. § 1746(2), declare as follows:

1. I am admitted to practice before this Court and a partner with O'Melveny & Myers LLP, counsel to Defendants KE Holdings Inc. ("KE Holdings"), and Colleen A. De Vries.

2. I submit this declaration in support of the Defendants' Opposition to Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel. The purpose of the declaration is to provide the Court with the documents that Defendants cite in their opposition.

**KE Holdings Public Filings Relating to the Follow On Offering**

3. On November 16, 2020, KE Holdings filed a form F-1 registration statement with the SEC. Pursuant to the registration statement, KE Holdings issued 35,400,000American Depositary Shares ("ADS") in a follow-on offering. Contained in the Registration Statement on

1

page 230 was a disclosure describing how investors could hold ADS. Attached to this Declaration as Exhibit A is a true and correct copy of excerpts from KE Holdings' Form F-1 Registration Statement, publicly filed with the SEC on November 16, 2020, and declared effective on November 18, 2020, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

4. On November 19, 2020, KE Holdings filed a prospectus with the SEC. KE Holdings issued the prospectus in connection with the issuance of 35,500,000 ADS in a follow-on offering. Contained in the prospectus on page 230 was a disclosure describing how investors could hold ADS. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts from KE Holdings' Prospectus for its Follow-On Offering, publicly filed with the SEC on November 19, 2020, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

5. On November 16, KE Holdings, Goldman Sachs (Asia) L.L.C, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, and China Renaissance Securities (Hong Kong) Limited ("Underwriters") entered into an underwriting agreement under which KE Holdings would sell to the Underwriters an aggregate of 35,400,000 ADS representing 106,200,000 Class A ordinary shares. The agreement on page 1 also granted Underwriters the option to purchase up to 5,310,000 additional ADS. The underwriting agreement was filed with the SEC as an exhibit to the Form F-1 registration statement. Attached to this Declaration as Exhibit C is a true and correct copy of excerpts from KE Holdings' Underwriting Agreement with Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and China Renaissance Securities (Hong Kong) Limited, publicly filed with the SEC on November 16, 2020, as obtained from the SEC's online filings and form repository (EDGAR), http://www.sec.gov/edgar.shtml.

**KE Holdings Press Release**

6.   On November 19, 2020, KE Holdings issued a press release in connection with its follow-on offering announcing that the 35,400,000 ADS, each representing three Class A ordinary shares of the company, would have a public offering price of US$58.00. The press release further stated that the underwriters would have a 30-day option to purchase an aggregate of 5,310,000 additional ADS from the company. The press release also noted that the offering was expected to close on November 23, 2020. Attached to this Declaration as Exhibit D is a true and correct copy of KE Holdings' November 19, 2020 press release, *KE Holdings Inc. Announces Pricing of Follow-on Public Offering of American Depositary Shares*, published on Businesswire and available at https://www.businesswire.com/news/home/20201119005797/en/.

**Documents Produced in this Litigation**

7.   On July 15, 2024, under Federal Rule of Civil Procedure 26(a)(1), Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan served initial disclosures on all parties. Included in those disclosures was the identification of Lead Plaintiff's "outside investment manager," Baillie Gifford. Attached to this Declaration as Exhibit E is a true and correct copy of excerpts from Lead Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), served on all parties on July 15, 2024.

8.   On December 9, 2024, the Depository Trust Company produced documents in response to a subpoena that KE Holdings served. Attached to this Declaration as Exhibit F is a true and correct copy of excerpts of the Depository Trust Company's Participant Daily Activity Statement for November 23, 2020, that was produced by the Depository Trust Company in this litigation bearing Bates labels DTC-KE-0000033 through DTC-KE-0000046, and the December 18, 2024 Business Record Certification executed by Donald Maj.

**July 1, 2024 Status Conference**

9.    On July 1, 2024, this Court held a status conference to discuss the parties' jointly submitted Status Report and Proposed Civil Case Management Plan and Scheduling Order. Amongst the matters discussed at that status conference, the Court noted that the parties "proposed that [class certification] motion be brought within about four months" and asked my partner Jonathan Rosenberg for his "views regarding the timing for that motion." Attached to this Declaration as Exhibit G is a true and correct copy of excerpts of the transcript for the July 1, 2024 Hearing in this litigation, publicly filed on August 23, 2024, as obtained from PACER, https://ecf.nysd.uscourts.gov/cgi-bin/ShowIndex.pl.

10. I declare under penalty of perjury that the foregoing is true and correct.


/s/ B. Andrew Bednark
B. Andrew Bednark


Executed on:    December 20, 2024
                New York, New York