# Exhibit A

Use these links to rapidly review the document

TABLE OF CONTENTS
INDEX TO CONSOLIDATED FINANCIAL STATEMENTS

Table of Contents

**As filed with the Securities and Exchange Commission on November 16, 2020**

**Registration No. 333-**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM F-1
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

## KE Holdings Inc.
(Exact name of Registrant as specified in its charter)

**Not Applicable**
(Translation of Registrant's name into English)

| | | |
|---|---|---|
| **Cayman Islands** | **7389** | **Not Applicable** |
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**Oriental Electronic Technology Building,**
**No. 2 Chuangye Road, Haidian District,**
**Beijing 100086**
**People's Republic of China**
**+86 10 5810 4689**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**Cogency Global Inc.**
**122 East 42nd Street, 18th Floor**
**New York, NY 10168**
**+1 800-221-0102**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

**Copies to:**

| | |
|---|---|
| **Z. Julie Gao, Esq.**<br>**Skadden, Arps, Slate, Meagher &**<br>**Flom LLP**<br>**c/o 42/F, Edinburgh Tower, The Landmark**<br>**15 Queen's Road Central**<br>**Hong Kong**<br>**+852 3740-4700** | **Li He, Esq.**<br>**Howard Zhang, Esq.**<br>**Davis Polk & Wardwell LLP**<br>**c/o 18th Floor**<br>**The Hong Kong Club Building**<br>**3A Chater Road Central**<br>**Hong Kong**<br>**+852 2533-3300** |

**Approximate date of commencement of proposed sale to the public:**
**as soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box.  ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company  ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standard provided pursuant to Section 7(a)(2)(B) of the Securities Act.

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

---

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to Be Registered | Amount to Be Registered[2][3] | Proposed Maximum Offering Price Per Share[3] | Proposed Maximum Aggregate Offering Price[2][3] | Amount of Registration Fee |
|---|---|---|---|---|
| Class A ordinary shares, par value US$0.00002 per share[1] | 122,130,000 | US$24.17 | US$2,951,882,100 | US$322,050 |

[1] American depositary shares issuable upon deposit of class A ordinary shares registered hereby have been registered under a separate registration statement on Form F-6 (Registration No. 333-241533). Each American depositary share represents three class A ordinary shares.

[2] Includes class A ordinary shares that are issuable upon the exercise of the underwriters' option to purchase additional ADSs. Also includes class A ordinary shares initially offered and sold outside the United States that may be resold from time to time in the United States either as part of their distribution or within 40 days after the later of the effective date of this registration statement and the date the shares are first bona fide offered to the public. These class A ordinary shares are not being registered for the purpose of sales outside the United States.

[3] Estimated solely for the purpose of determining the amount of registration fee in accordance with Rule 457(c) under the Securities Act of 1933, based on the average of the high and low trading prices on November 13, 2020 of the Registrant's American depositary shares listed on the New York Stock Exchange, each representing three class A ordinary shares of the Registrant.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

**The information in this preliminary prospectus is not complete and may be changed. We may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell these securities and we are not soliciting offers to buy these securities in any state where the offer or sale is not permitted.**

**PRELIMINARY PROSPECTUS (Subject to Completion)**
**Dated November 16, 2020.**

## 35,400,000 American Depositary Shares



# KE Holdings Inc.

## Representing 106,200,000 Class A Ordinary Shares

This is a public offering of American depositary shares, or ADSs, of KE Holdings Inc.

We are offering 35,400,000 ADSs. Each ADS represents three of our class A ordinary shares, par value $0.00002 per share.

Our ADSs are listed on the New York Stock Exchange, or the NYSE, under the symbol "BEKE." On November 13, 2020, the closing trading price for our ADSs, as reported on the NYSE, was US$72.53 per ADS.

Our outstanding share capital consists of class A ordinary shares and class B ordinary shares. Holders of class A ordinary shares and class B ordinary shares have the same rights except for voting and conversion rights. Each class A ordinary share is entitled to one vote, and each class B ordinary share is entitled to ten votes and is convertible into one class A ordinary share. Class A ordinary shares are not convertible into class B ordinary shares under any circumstances.

We are, and following the completion of this offering will continue to be, a "controlled company" as defined under the Corporate Governance Rules of the NYSE. Mr. ZUO Hui, our founder and chairman of the board of directors, beneficially owns 885,301,280 class B ordinary shares and 547,348,915 class A ordinary shares, representing 81.7% of the total voting power of our issued and outstanding share capital immediately following the completion of this offering, assuming the underwriters do not exercise their option to purchase additional ADSs. See "Principal Shareholders."

*See "Risk Factors" beginning on page 21 for factors you should consider before buying the ADSs.*

**PRICE US$          PER ADS**

**Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

|  | Per ADS | Total |
|---|---|---|
| Price to Public |  |  |
| Underwriting discounts and commissions[1] |  |  |
| Proceeds, before expenses, to us |  |  |

[1]    See "Underwriting" for additional information regarding underwriting discounts or commissions and compensation payable to the underwriters.

We have granted the underwriters the right to purchase up to an additional 5,310,000 ADSs.

The underwriters expect to deliver the ADSs to purchasers on          , 2020.

| **Goldman Sachs** | **Morgan Stanley** | **J.P. Morgan** | **China Renaissance** |
|---|---|---|---|

Prospectus dated          , 2020.

**American Depositary Shares**

The Bank of New York Mellon, as depositary, will register and deliver American Depositary Shares, also referred to as ADSs. Each ADS will represent three class A ordinary shares (or a right to receive three class A ordinary shares) deposited with The Hongkong and Shanghai Banking Corporation Limited, as custodian for the depositary in Hong Kong. Each ADS will also represent any other securities, cash or other property that may be held by the depositary. The deposited shares together with any other securities, cash or other property held by the depositary are referred to as the deposited securities. The depositary's office at which the ADSs will be administered and its principal executive office are located at 240 Greenwich Street, New York, New York 10286.

You may hold ADSs either (A) directly (i) by having an American Depositary Receipt, also referred to as an ADR, which is a certificate evidencing a specific number of ADSs, registered in your name, or (ii) by having uncertificated ADSs registered in your name, or (B) indirectly by holding a security entitlement in ADSs through your broker or other financial institution that is a direct or indirect participant in The Depository Trust Company, also called DTC. If you hold ADSs directly, you are a registered ADS holder, also referred to as an ADS holder. This description assumes you are an ADS holder. If you hold the ADSs indirectly, you must rely on the procedures of your broker or other financial institution to assert the rights of ADS holders described in this section. You should consult with your broker or financial institution to find out what those procedures are.

Registered holders of uncertificated ADSs will receive statements from the depositary confirming their holdings.

As an ADS holder, we will not treat you as one of our shareholders and you will not have shareholder rights. Cayman Islands law governs shareholder rights. The depositary will be the holder of the shares underlying your ADSs. As a registered holder of ADSs, you will have ADS holder rights. A deposit agreement among us, the depositary, ADS holders and all other persons indirectly or beneficially holding ADSs sets out ADS holder rights as well as the rights and obligations of the depositary. New York law governs the deposit agreement and the ADSs.

The following is a summary of the material provisions of the deposit agreement. For more complete information, you should read the entire deposit agreement and the form of ADR.

**Dividends and Other Distributions**

*How will you receive dividends and other distributions on the shares?*

The depositary has agreed to pay or distribute to ADS holders the cash dividends or other distributions it or the custodian receives on shares or other deposited securities, upon payment or deduction of its fees and expenses. You will receive these distributions in proportion to the number of shares your ADSs represent.

***Cash.*** The depositary will convert any cash dividend or other cash distribution we pay on the shares into U.S. dollars, if it can do so on a reasonable basis and can transfer the U.S. dollars to the United States. If that is not possible or if any government approval is needed and cannot be obtained, the deposit agreement allows the depositary to distribute the foreign currency only to those ADS holders to whom it is possible to do so. It will hold the foreign currency it cannot convert for the account of the ADS holders who have not been paid. It will not invest the foreign currency and it will not be liable for any interest.

Before making a distribution, any withholding taxes, or other governmental charges that must be paid will be deducted. See "Taxation." The depositary will distribute only whole U.S. dollars and

230

**POWER OF ATTORNEY**

Each person whose signature appears below constitutes and appoints each of ZUO Hui and XU Tao as attorneys-in-fact with full power of substitution for him or her in any and all capacities to do any and all acts and all things and to execute any and all instruments which said attorney and agent may deem necessary or desirable to enable the registrant to comply with the Securities Act of 1933, as amended (the "Securities Act"), and any rules, regulations and requirements of the Securities and Exchange Commission thereunder, in connection with the registration under the Securities Act of ordinary shares of the registrant (the "Shares"), including, without limitation, the power and authority to sign the name of each of the undersigned in the capacities indicated below to the Registration Statement on Form F-1 (the "Registration Statement") to be filed with the Securities and Exchange Commission with respect to such Shares, to any and all amendments or supplements to such Registration Statement, whether such amendments or supplements are filed before or after the effective date of such Registration Statement, to any related Registration Statement filed pursuant to Rule 462(b) under the Securities Act, and to any and all instruments or documents filed as part of or in connection with such Registration Statement or any and all amendments thereto, whether such amendments are filed before or after the effective date of such Registration Statement; and each of the undersigned hereby ratifies and confirms all that such attorney and agent shall do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this Registration Statement has been signed by the following persons in the capacities and on November 16, 2020.

| Signature | Title |
|---|---|
| /s/ ZUO HUI <br> ZUO Hui | Chairman of the Board of Directors |
| /s/ PENG YONGDONG <br> PENG Yongdong | Executive Director and Chief Executive Officer (Principal Executive Officer) |
| /s/ SHAN YIGANG <br> SHAN Yigang | Executive Director |
| /s/ XU TAO <br> XU Tao | Chief Financial Officer (Principal Financial and Accounting Officer) |
| /s/ BAO FAN <br> BAO Fan | Director |
| /s/ LI ZHAOHUI <br> LI Zhaohui | Director |
| /s/ CHEN XIAOHONG <br> CHEN Xiaohong | Director |

II-10

**SIGNATURE OF AUTHORIZED REPRESENTATIVE IN THE UNITED STATES**

Pursuant to the Securities Act of 1933, the undersigned, the duly authorized representative in the United States of KE Holdings Inc. has signed this registration statement or amendment thereto in New York on November 16, 2020.

Authorized U.S. Representative

By:  /s/ COLLEEN A. DE VRIES

Name:  Colleen A. De Vries
Title:    Senior Vice President

II-11