# Exhibit C

EX-1.1 2 a2242618zex-1_1.htm EX-1.1

**Exhibit 1.1**

**KE Holdings Inc.**

**106,200,000 Class A Ordinary Shares,**
**in the form of American Depositary Shares**

**Underwriting Agreement**

November [●], 2020

Goldman Sachs (Asia) L.L.C.
68th Floor, Cheung Kong Center
2 Queen's Road Central
Hong Kong

Morgan Stanley & Co. LLC
1585 Broadway
New York, New York 10036
U.S.A.

J.P. Morgan Securities LLC
383 Madison Avenue
New York, NY 10179
U.S.A.

China Renaissance Securities (Hong Kong) Limited
Units 8107-08, Level 81
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong

As representatives of the several underwriters named in Schedule I hereto

Ladies and Gentlemen:

KE Holdings Inc., an exempted company incorporated in the Cayman Islands (the "**Company**"), proposes, subject to the terms and conditions stated herein, to sell to the Underwriters named in Schedule I hereto (the "**Underwriters**") for whom Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and China Renaissance Securities (Hong Kong) Limited are acting as representatives (the "**Representatives**") an aggregate of 35,400,000 American Depositary Shares ("**ADSs**") representing 106,200,000 Class A ordinary shares, par value $0.00002 of the Company (the "**Underlying Shares**"), and, at the election of the Underwriters, up to 5,310,000 additional ADSs. The aggregate of 35,400,000 ADSs to be sold by the Company are herein called the "**Firm ADSs**" and the aggregate of 5,310,000 additional ADSs to be sold by the Company upon the election of the Underwriters pursuant to Section 2 hereof are herein called the "**Optional ADSs.**" The Firm ADSs and the Optional ADSs are herein collectively called the "**ADSs.**"

The ADSs purchased by the Underwriters will be evidenced by American Depositary Receipts ("**ADRs**") to be issued pursuant to a Deposit Agreement, dated as of August 12, 2020 (the "**Deposit Agreement**"), among the Company and The Bank of New York Mellon, as depositary (the "**Depositary**"), and the holders and beneficial owners from time to time of the ADRs.

1.    ***Representations and Warranties of the Company.***  The Company represents and warrants to, and agrees with, each of the Underwriters that:

(a)    *Filings and Effectiveness.* A registration statement on Form F-1 (File No. [●]) (the "**Initial Registration Statement**") in respect of the Underlying Shares has been filed with the U.S. Securities and Exchange Commission (the "**Commission**"); the Initial Registration Statement and any post-effective amendment thereto, each in the form heretofore delivered to you, have been declared effective by the Commission in such form; other than a registration statement, if any, increasing the size of the offering (a "**Rule 462(b) Registration Statement**"), filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended (the "**Act**"), which became effective upon filing, no other document with respect to the Initial Registration Statement has heretofore been filed with the Commission; a registration statement on Form F-6 (No. 333-241533) relating to the ADSs has been filed with the Commission (such registration statement on Form F-6, including all exhibits thereto, as amended at the time such registration statement became effective, being hereafter referred to as the "**ADS Registration Statement**") and has become effective; the Company has also filed, in accordance with Section 12 of the Securities Exchange Act of 1934, as amended (the "**Exchange Act**"), a registration statement on Form 8-A (No. 001-39436) (the "**Form 8-A Registration Statement**") to register the Underlying Shares and the ADSs under Section 12(b) of the Exchange Act; and no stop order suspending the effectiveness of the Initial Registration Statement, any post-effective amendment thereto, the ADS Registration Statement, the Form 8-A Registration Statement or the Rule 462(b) Registration Statement, if any, has been issued and no proceeding for that purpose has been initiated or threatened by the Commission (any preliminary prospectus included in the Initial Registration Statement or filed with the Commission pursuant to Rule 424(a) of the rules and regulations of the Commission under the Act is hereinafter called a "**Preliminary Prospectus**"; the Initial Registration Statement and the Rule 462(b) Registration Statement, if any, including all exhibits thereto and including the information contained in the form of final prospectus filed with the Commission pursuant to Rule 424(b) under the Act in accordance with Section 5(a) hereof and deemed by virtue of Rule 430A under the Act to be part of the Initial Registration Statement at the time it was declared effective, each as amended at the time the Initial Registration Statement became effective or such part of the Rule 462(b) Registration Statement, if any, became or hereafter becomes effective, are hereinafter collectively called the "**Registration Statement**"; the Preliminary Prospectus relating to the ADSs that was included in the Registration Statement immediately prior to the Applicable Time (as defined in Section 1(c) hereof), together with the pricing information included on Schedule II hereto is hereinafter called the "**Pricing Prospectus**"; and such final prospectus, in the form first filed pursuant to Rule 424(b) under the Act, is hereinafter called the "**Prospectus**"; any oral or written communication with potential investors undertaken in reliance on Rule 163B under the Act (including any presentation slides used in connection with such communication) is hereinafter called a "**Testing-the-Waters Communication**"; and any Testing-the-Waters Communication that is a written communication within the meaning of Rule 405 under the Act is hereinafter called a "**Written Testing-the-Waters Communication**"; any "issuer free writing prospectus" as defined in Rule 433 under the Act relating to the ADSs is hereinafter called an "**Issuer Free Writing Prospectus**");

(b)    *Preliminary Prospectus.*  No order preventing or suspending the use of any Preliminary Prospectus or any Issuer Free Writing Prospectus has been issued by the Commission, and the Preliminary Prospectus, the ADS Registration Statement and the Form 8-A Registration Statement, at the time of filing thereof, conformed in all material respects to the requirements of the Act and the rules and regulations of the Commission thereunder, and did not contain an untrue statement of a material fact or omit to state a material fact required to be stated therein or necessary to make the statements therein, in the light of the circumstances under which they were made, not misleading; *provided*, *however*, that this representation and warranty shall not apply to any statements or omissions made in reliance upon and in conformity with information furnished in writing to the Company by an Underwriter through the Representatives expressly for use therein, it being understood and agreed that the only such information furnished by any Underwriter consists of the information described as such in Section 9(b) hereof;

2