# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KEITH CHIN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-11196-GHW-BCM |
| Plaintiff, | : | |
| vs. | : | **LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |
| KE HOLDINGS INC., PENG YONGDONG, XU TAO, SHAN YIGANG, BAO FAN, LI ZHAOHUI, CHEN XIAOHONG, COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC., | : | |
| Defendants. | : | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(a)(1), Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan ("Lead Plaintiff"), through its undersigned counsel and on behalf of the putative class, hereby serves the following initial disclosures on defendants KE Holdings Inc. ("KE Holdings" or the "Company"), Colleen A. De Vries, Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, and China Renaissance Securities (US) Inc. (collectively, "Defendants").

## I.    INITIAL DISCLOSURE QUALIFICATIONS

These initial disclosures are made without waiver of, or prejudice to, any current or future objections Lead Plaintiff may have. Lead Plaintiff expressly reserves all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state laws; (f) undue burden;

concerning the allegations in the Complaint.  This list is not exhaustive.  Lead Plaintiff anticipates that other individuals may have information relevant to the issues in this litigation, and these disclosures are made based upon information reasonably available to Lead Plaintiff at this stage of the litigation and without prejudice to Lead Plaintiff's rights to identify or rely on facts provided by additional witnesses.  Lead Plaintiff incorporates by reference any other individuals or entities identified by any other party in this litigation.

### A.      Lead Plaintiff

Lead Plaintiff, and its outside fund and investment managers, are:

| Name | Contact Information | Subjects |
|---|---|---|
| Saskatchewan Healthcare Employees' Pension Plan<br><br>**To be contacted only through counsel** | c/o Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>+631-367-7100 | The relevant transactions in the relevant securities in the Company's secondary public offering on or about November 19, 2020 (the "SPO"), and participation in this litigation. |
| Baillie Gifford<br><br>(Lead Plaintiff's outside investment manager) | Calton Square, 1 Greenside Row<br>Edinburgh EH1 3AN<br>+44-13-1275-3873<br>jonny.greenhill@bailliegifford.com | The relevant transactions in the relevant securities in the SPO. |

### B.      Defendants

Defendants are likely to have discoverable information regarding the subject matter of Lead Plaintiff's claims as alleged in the Complaint and any purported defenses, including documents responsive to Lead Plaintiff's requests for production.

Defendants are:

| Name | Contact Information | Subjects |
|---|---|---|
| KE Holdings Inc. | c/o O'Melveny & Myers LLP<br>1301 Avenue of the Americas<br>Suite 1700<br>New York, NY 10019 | All matters alleged in the Complaint, including Defendants' public statements in the Form F-1 registration |

- 3 -

**V.**     **ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A JUDGMENT UNDER RULE 26(a)(1)(A)(iv)**

Pursuant to Rule 26(a)(1)(A)(iv), Lead Plaintiff responds that the information sought by this portion of the rule is inapplicable to Lead Plaintiff.

DATED:  July 15, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
BRENT E. MITCHELL

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
bmitchell@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

- 13 -

CERTIFICATE OF SERVICE

I, Erin W. Boardman, hereby certify that on July 15, 2024, I caused a true and correct copy of

the foregoing document to be served on all counsel of record by providing them with copies via

electronic mail.

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN