# Exhibit F

```
DELIVER ORDER                        (026-000) GENERAL FREE      010         1,650-
5036 C

TRANSFER OF ACCOUNT WITHOUT MEMO SEG 098
TD WATER**

DELIVER ORDER                        (026-000) GENERAL FREE      010        14,070-
$838,780.24+        5058 C

DELIVERY VERSUS PAYMENT 030
HAYWOOD**

DELIVER ORDER                        (026-000) GENERAL FREE      010         6,930-
$413,130.56+        5058 C

DELIVERY VERSUS PAYMENT 030
HAYWOOD**

PLEDGE                               (051-000) GENERAL FREE      010            13-
0855 P          01/08/15 L

GENERAL PLEDGE     014              13+              BNY MELLON REPO ACCT

PLEDGE RELEASE                       (056-000) GENERAL PLEDGE    014            20-
0981 P          03/20/73 L

GENERAL FREE       010              20+                   OCC OPTIONS

PLEDGE RELEASE                       (056-000) GENERAL PLEDGE    014            13-
0855 P          01/08/15 L

GENERAL FREE       010              13+              BNY MELLON REPO ACCT
```

| ____ACCOUNT_SUMMARY____ | | OPENING_BALANCES | LONG_(+) | SHORT_(-) CLOSING_BALANCES |
|---|---|---|---|---|
| GENERAL FREE | (010) | 0 | 158,983 | 26,470 |
| 132,513 | | | | |
| GENERAL PLEDGE | (014) | 20 | _____13 | _____33 |
| _____0 | | | | |
| **TOTAL** | 20 | 158,996 | 26,503 | 132,513 |

```
....................................................................................
.....................................................
```

THE DEPOSITORY TRUST COMPANY                                    PAGE    1,797

PARTICIPANT:     0050              PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED

```
_____ACTIVITY_DESCRIPTION_____/____CODE__  __AFFECTED__ACCOUNT__  _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY      _____OTHER_INFO_____


CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20_____SDFS

DELIVER ORDER                        (026-000) GENERAL FREE      010         1,125+
$65,250.00-        0005 C

ID SYNDICATE TRADE 049
GOLDMAN

DELIVER ORDER                        (026-000) GENERAL FREE      010        50,000+
$2,900,000.00-        0005 C

ID SYNDICATE TRADE 049
```

CONFIDENTIAL                                                      DTC-KE-0000033

GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 149,985+ |
| $8,699,130.00- | 0005 C | | |

NEW ISSUE 050
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 10,000+ |
| $580,000.00- | 0005 C | | |

NEW ISSUE 050
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 4,602+ |
| $266,916.00- | 0005 C | | |

ID SYNDICATE TRADE 049
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 2,717+ |
| $157,586.00- | 0005 C | | |

ID SYNDICATE TRADE 049
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 2,535+ |
| $147,030.00- | 0005 C | | |

ID SYNDICATE TRADE 049
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 37+ |
| $2,258.89- | 0005 C | | |

DELIVERY VERSUS PAYMENT 030
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 4,635+ |
| $282,972.08- | 0005 C | | |

DELIVERY VERSUS PAYMENT 030
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 5,000+ |
| $290,000.00- | 0005 C | | |

NEW ISSUE 050
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 50,000- |
| $2,900,000.00+ | 0005 C | | |

NEW ISSUE 050
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 450,000- |
| $26,100,000.00+ | 0005 C | | |

NEW ISSUE 050
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 4,966,000- |
| $288,028,000.00+ | 0005 C | | |

SYNDICATE TAKEDOWN DELIVERY 570
GOLDMAN

| DELIVER ORDER | (026-000) GENERAL FREE | 010 | 800,000- |
| $45,982,400.00+ | 0005 C | | |

SYNDICATE TAKEDOWN DELIVERY 570
GOLDMAN

CONFIDENTIAL                                                                                   DTC-KE-0000034

```
DELIVER ORDER                    (026-000) GENERAL FREE        010        200,000-
$11,600,000.00+        0005 C

NEW ISSUE 050
GOLDMAN

DELIVER ORDER                    (026-000) GENERAL FREE        010        800,000-
$46,400,000.00+        0005 C

NEW ISSUE 050
GOLDMAN
```

```
THE DEPOSITORY TRUST COMPANY                                  PAGE      1,798

PARTICIPANT:      0050                    PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED


_____ACTIVITY_DESCRIPTION_____/____CODE__  __AFFECTED__ACCOUNT__  _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY   _____OTHER_INFO_____


CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20_____SDFS


DELIVER ORDER                    (026-000) GENERAL FREE        010            60+
$3,584.62-          0010 C

DELIVERY VERSUS PAYMENT 030
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010        34,200+
$1,998,117.90-        0010 C

DELIVERY VERSUS PAYMENT 030
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010       103,800-
$6,020,400.00+        0010 C

NEW ISSUE 050
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010        38,400-
$2,227,200.00+        0010 C

NEW ISSUE 050
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010       101,907-
$5,910,606.00+        0010 C

NEW ISSUE 050
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010         3,900-
$226,200.00+         0010 C

NEW ISSUE 050
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010        13,324-
$772,792.00+         0010 C

NEW ISSUE 050
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010           160-
$9,280.00+           0010 C

NEW ISSUE 050
```

CONFIDENTIAL                                                              DTC-KE-0000035

```
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010            74-
$4,392.01+          0010 C

DELIVERY VERSUS PAYMENT 030
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010        78,079-
$4,589,491.42+      0010 C

DELIVERY VERSUS PAYMENT 030
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010       691,839-
$40,126,662.00+     0010 C

NEW ISSUE 050
BROWN BROS

DELIVER ORDER                    (026-000) GENERAL FREE        010       350,000-
$20,117,300.00+     0015 C

IPO FOREIGN DIST/CO-MGR 560
MSSB

DELIVER ORDER                    (026-000) GENERAL FREE        010         1,000-
$58,000.00+         0015 C

IPO FOREIGN DIST/CO-MGR 560
MSSB

DELIVER ORDER                    (026-000) GENERAL FREE        010         2,000-
$116,000.00+        0100 C

SYNDICATE TAKEDOWN DELIVERY 570
COWEN & CO

DELIVER ORDER                    (026-000) GENERAL FREE        010        43,800-
$2,609,743.37+      0161 C

FAIL TO DELIVER 071
BOFA

DELIVER ORDER                    (026-000) GENERAL FREE        010        10,000-
$580,000.00+        0226 C

NEW ISSUE 050
NFS LLC

DELIVER ORDER                    (026-000) GENERAL FREE        010         2,500-
$144,921.79+        0226 C

FAIL TO DELIVER 071
NFS LLC

DELIVER ORDER                    (026-000) GENERAL FREE        010        80,421-
$4,847,198.85+      0229 C

DELIVERY VERSUS PAYMENT 030
BARCLAY/LE

DELIVER ORDER                    (026-000) GENERAL FREE        010       200,000-
$11,600,000.00+     0229 C

NEW ISSUE 050
BARCLAY/LE

DELIVER ORDER                    (026-000) GENERAL FREE        010         1,489+
$90,745.10-         0352 C           391164918 C

ID/NIDS 077
JPMS/JPMC
```

CONFIDENTIAL                                                                DTC-KE-0000036

```
DELIVER ORDER                      (026-000) GENERAL FREE         010        20,330+
$1,219,264.80-         0352 C

DELIVERY VERSUS PAYMENT 030
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010         5,000+
$299,968.37-          0352 C

DELIVERY VERSUS PAYMENT 030
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010           600+
$34,800.00-           0352 C

NEW ISSUE 050
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010       275,000-
$15,806,450.00+        0352 C

SYNDICATE TAKEDOWN DELIVERY 570
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010        30,000-
$1,740,000.00+        0352 C

SYNDICATE TAKEDOWN DELIVERY 570
JPMS/JPMC
```

THE DEPOSITORY TRUST COMPANY                                    PAGE     1,799

PARTICIPANT:     0050                        PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED

```
_____ACTIVITY_DESCRIPTION_____/____CODE__ __AFFECTED__ACCOUNT__ _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY      ____OTHER_INFO_____


CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20_____SDFS

DELIVER ORDER                      (026-000) GENERAL FREE         010       150,000-
$8,700,000.00+        0352 C

NEW ISSUE 050
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010       148,577-
$8,617,466.00+        0352 C

NEW ISSUE 050
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010        50,000-
$2,900,000.00+        0352 C

NEW ISSUE 050
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010        10,000-
$580,000.00+          0352 C

NEW ISSUE 050
JPMS/JPMC

DELIVER ORDER                      (026-000) GENERAL FREE         010        33,372-
$2,032,244.67+        0352 C

DELIVERY VERSUS PAYMENT 030
```

CONFIDENTIAL                                                          DTC-KE-0000037

```
JPMS/JPMC
DELIVER ORDER                    (026-000) GENERAL FREE      010      15,750-
$938,032.21+        0352 C
DELIVERY VERSUS PAYMENT 030
JPMS/JPMC
DELIVER ORDER                    (026-000) GENERAL FREE      010         500-
$30,002.00+        0352 C
DELIVERY VERSUS PAYMENT 030
JPMS/JPMC
DELIVER ORDER                    (026-000) GENERAL FREE      010       2,000-
$119,529.75+       0352 C
FAIL TO DELIVER 071
JPMS/JPMC
DELIVER ORDER                    (026-000) GENERAL FREE      010      10,000-
$580,000.00+       0443 C
NEW ISSUE 050
PERSHING
DELIVER ORDER                    (026-000) GENERAL FREE      010     275,000-
$15,950,000.00+      0505 C
NEW ISSUE 050
CGMI
DELIVER ORDER                    (026-000) GENERAL FREE      010      12,487-
$724,246.00+       0505 C
NEW ISSUE 050
CGMI
DELIVER ORDER                    (026-000) GENERAL FREE      010     355,763-
$20,634,254.00+      0505 C
NEW ISSUE 050
CGMI
DELIVER ORDER                    (026-000) GENERAL FREE      010      50,000-
$2,900,000.00+       0642 C
NEW ISSUE 050
UBS SECLLC
DELIVER ORDER                    (026-000) GENERAL FREE      010      10,000-
$580,000.00+       0642 C
NEW ISSUE 050
UBS SECLLC
DELIVER ORDER                    (026-000) GENERAL FREE      010   7,570,143-
NSCC/0888 C
DELIVERY TO CNS 073
DELIVER ORDER                    (026-000) GENERAL FREE      010     179,878-
$10,432,924.00+      0901 C
NEW ISSUE 050
BANK OF NY
DELIVER ORDER                    (026-000) GENERAL FREE      010      58,100-
$3,369,800.00+       0901 C
NEW ISSUE 050
BANK OF NY
DELIVER ORDER                    (026-000) GENERAL FREE      010      51,925-
```

CONFIDENTIAL                                                                    DTC-KE-0000038

```
$3,011,650.00+        0902 C

NEW ISSUE 050
JPMCBNA

DELIVER ORDER                    (026-000) GENERAL FREE      010      4,300-
$249,400.00+        0902 C

NEW ISSUE 050
JPMCBNA

DELIVER ORDER                    (026-000) GENERAL FREE      010      1,000-
$58,000.00+        0902 C

NEW ISSUE 050
JPMCBNA

DELIVER ORDER                    (026-000) GENERAL FREE      010      5,649+
$346,099.24-        0908 C            589742249 C

ID/NIDS 077
CITIBANK

DELIVER ORDER                    (026-000) GENERAL FREE      010     55,525+
$3,383,896.34-        0908 C            391164844 C

ID/NIDS 077
CITIBANK

DELIVER ORDER                    (026-000) GENERAL FREE      010    200,000+
$11,899,080.00-        0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                    (026-000) GENERAL FREE      010      5,300+
$316,290.75-        0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                    (026-000) GENERAL FREE      010      4,900+
$292,419.75-        0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

THE DEPOSITORY TRUST COMPANY                              PAGE    1,800

PARTICIPANT:      0050                    PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED


_____ACTIVITY_DESCRIPTION_____/____CODE__ __AFFECTED__ACCOUNT__ _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY      ____OTHER_INFO____


CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20_____SDFS


DELIVER ORDER                    (026-000) GENERAL FREE      010        196+
$11,749.55-        0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                    (026-000) GENERAL FREE      010  1,227,590-
$71,200,220.00+        0908 C

NEW ISSUE 050
CITIBANK
```

CONFIDENTIAL

DTC-KE-0000039

```
DELIVER ORDER                          (026-000) GENERAL FREE       010    1,038,200-
$60,215,600.00+          0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010      126,900-
$7,360,200.00+          0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010       53,900-
$3,126,200.00+          0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010       42,600-
$2,470,800.00+          0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010       18,526-
$1,074,508.00+          0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010       16,767-
$972,486.00+           0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010        1,000-
$58,000.00+            0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010        1,000-
$58,000.00+            0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010        1,000-
$58,000.00+            0908 C

NEW ISSUE 050
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010        7,787-
$474,202.60+           0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010        4,849-
$300,468.29+           0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010        3,765-
$224,234.36+           0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                          (026-000) GENERAL FREE       010          515-
$31,972.34+            0908 C
```

CONFIDENTIAL

DTC-KE-0000040

```
DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                      (026-000) GENERAL FREE        010         262-
$15,410.40+         0908 C

DELIVERY VERSUS PAYMENT 030
CITIBANK

DELIVER ORDER                      (026-000) GENERAL FREE        010      22,446-
$1,301,868.00+      0997 C

NEW ISSUE 050
SSB&T CO

DELIVER ORDER                      (026-000) GENERAL FREE        010      20,800-
$1,206,400.00+      0997 C

NEW ISSUE 050
SSB&T CO

DELIVER ORDER                      (026-000) GENERAL FREE        010       3,900-
$226,200.00+        0997 C

NEW ISSUE 050
SSB&T CO

DELIVER ORDER                      (026-000) GENERAL FREE        010       3,746-
$217,268.00+        0997 C

NEW ISSUE 050
SSB&T CO

DELIVER ORDER                      (026-000) GENERAL FREE        010          46-
$2,668.00+          0997 C

NEW ISSUE 050
SSB&T CO

DELIVER ORDER                      (026-000) GENERAL FREE        010      95,359-
$5,530,822.00+      0997 C

NEW ISSUE 050
SSB&T CO

DELIVER ORDER                      (026-000) GENERAL FREE        010      34,500-
$2,001,000.00+      2669 C

NEW ISSUE 050
NRTHRN TR

DELIVER ORDER                      (026-000) GENERAL FREE        010      69,400-
$4,025,200.00+      2669 C

NEW ISSUE 050
NRTHRN TR

DELIVER ORDER                      (026-000) GENERAL FREE        010     193,351-
$11,214,358.00+     2669 C

NEW ISSUE 050
NRTHRN TR

THE DEPOSITORY TRUST COMPANY                               PAGE    1,801

PARTICIPANT:     0050                 PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED


_____ACTIVITY_DESCRIPTION_____/_____CODE___ _AFFECTED__ACCOUNT__ _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY      _____OTHER_INFO_____
```

CONFIDENTIAL                                                    DTC-KE-0000041

```
CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20_____SDFS
```

| | | | | |
|---|---|---|---|---|
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 300,718- |
| $17,441,644.00+        2669 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| NRTHRN TR | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 1,399,282- |
| $81,158,356.00+        2669 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| NRTHRN TR | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 9,619- |
| $557,902.00+        2669 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| NRTHRN TR | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 324,679- |
| $18,831,382.00+        2779 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| SUMI MITSU | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 463,482- |
| $26,881,956.00+        2779 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| SUMI MITSU | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 84,500+ |
| $4,982,103.10-        2787 C | | | | |
| | | | | |
| DELIVERY VERSUS PAYMENT 030 | | | | |
| BNPNY/C/CA | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 163,500+ |
| $9,774,634.95-        2787 C | | | | |
| | | | | |
| DELIVERY VERSUS PAYMENT 030 | | | | |
| BNPNY/C/CA | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 12,138- |
| $704,004.00+        2787 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| BNPNY/C/CA | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 49,954- |
| $2,897,332.00+        2787 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| BNPNY/C/CA | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 1,623- |
| $94,134.00+        2787 C | | | | |
| | | | | |
| NEW ISSUE 050 | | | | |
| BNPNY/C/CA | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 25,000- |
| $1,506,660.46+        2787 C | | | | |
| | | | | |
| FAIL TO DELIVER 071 | | | | |
| BNPNY/C/CA | | | | |
| | | | | |
| DELIVER ORDER | | (026-000) GENERAL FREE | 010 | 54,046- |
| $3,135,727.05+        2787 C | | | | |

CONFIDENTIAL                                                                 DTC-KE-0000042

```
DELIVERY VERSUS PAYMENT 030
BNPNY/C/CA

DELIVER ORDER                    (026-000) GENERAL FREE       010           445-
$25,810.00+        2787 C

NEW ISSUE 050
BNPNY/C/CA

DELIVER ORDER                    (026-000) GENERAL FREE       010         1,395-
$80,910.00+        2787 C

NEW ISSUE 050
BNPNY/C/CA

DELIVER ORDER                    (026-000) GENERAL FREE       010        60,426-
$3,504,708.00+      2787 C

NEW ISSUE 050
BNPNY/C/CA

DELIVER ORDER                    (026-000) GENERAL FREE       010        94,562-
$5,484,596.00+      2787 C

NEW ISSUE 050
BNPNY/C/CA

DELIVER ORDER                    (026-000) GENERAL FREE       010         1,000-
$58,000.00+        2950 C

NEW ISSUE 050
SSB/TETF

DELIVER ORDER                    (026-000) GENERAL FREE       010        52,660-
$3,054,280.00+      3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE       010        27,820-
$1,613,560.00+      3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE       010        26,826-
$1,555,908.00+      3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE       010        15,605-
$905,090.00+        3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE       010         9,900-
$574,200.00+        3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE       010         9,620-
$557,960.00+        3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE       010         5,012-
$290,696.00+        3935 C

NEW ISSUE 050
MORGAN/AG
```

CONFIDENTIAL                                                                 DTC-KE-0000043

```
DELIVER ORDER                    (026-000) GENERAL FREE      010        1,192-
$69,136.00+        3935 C

NEW ISSUE 050
MORGAN/AG

THE DEPOSITORY TRUST COMPANY                                 PAGE     1,802

PARTICIPANT:      0050                       PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED


_____ACTIVITY_DESCRIPTION_____/____CODE___ __AFFECTED__ACCOUNT__ _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY      _____OTHER_INFO_____


CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20_____SDFS


DELIVER ORDER                    (026-000) GENERAL FREE      010          853-
$49,474.00+        3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE      010          512-
$29,696.00+        3935 C

NEW ISSUE 050
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE      010       32,500-
$1,950,339.61+     3935 C

DELIVERY VERSUS PAYMENT 030
MORGAN/AG

DELIVER ORDER                    (026-000) GENERAL FREE      010        2,101-
$121,858.00+       5036 C

NEW ISSUE 050
TD WATER**

DELIVER ORDER                    (026-000) GENERAL FREE      010        1,770-
$102,660.00+       5036 C

NEW ISSUE 050
TD WATER**

DELIVER ORDER                    (026-000) GENERAL FREE      010        6,129-
$355,482.00+       5043 C

NEW ISSUE 050
BMO NSBT**

DELIVER ORDER                    (026-000) GENERAL FREE      010       25,000+
$1,450,000.00-      5208 C

ID SYNDICATE TRADE 049
GSI

DELIVER ORDER                    (026-000) GENERAL FREE      010       25,000+
$1,450,000.00-      5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                    (026-000) GENERAL FREE      010      193,202+
$11,674,134.25-     5208 C

DELIVERY VERSUS PAYMENT 030
```

CONFIDENTIAL                                                    DTC-KE-0000044

GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        30,000+
$1,787,352.00-         5208 C

DELIVERY VERSUS PAYMENT 030
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        21,776+
$1,289,883.94-         5208 C

DELIVERY VERSUS PAYMENT 030
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        58,200+
$3,447,430.44-         5208 C

DELIVERY VERSUS PAYMENT 030
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        40,024+
$2,370,789.62-         5208 C

DELIVERY VERSUS PAYMENT 030
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        25,118-
$1,456,844.00+         5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        25,000-
$1,450,000.00+         5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        19,894-
$1,153,852.00+         5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        16,270-
$943,660.00+          5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010         3,519-
$204,102.00+          5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010         3,776-
$219,008.00+          5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010         1,491-
$86,478.00+           5208 C

NEW ISSUE 050
GSI

DELIVER ORDER                        (026-000) GENERAL FREE        010        24,250-
$1,485,522.14+         5208 C

FAIL TO DELIVER 071
GSI

CONFIDENTIAL                                                                    DTC-KE-0000045

```
DELIVER ORDER                    (026-000) GENERAL FREE      010     16,676-
$1,021,549.16+        5208 C

FAIL TO DELIVER 071
GSI

DELIVER ORDER                    (026-000) GENERAL FREE      010      9,074-
$555,860.94+          5208 C

FAIL TO DELIVER 071
GSI

DELIVER ORDER                    (026-000) GENERAL FREE      010  8,051,089-
$466,963,162.00+         7309 C

NEW ISSUE 050
MS&CO INTL

DELIVER ORDER                    (026-000) GENERAL FREE      010  1,620,000-
$93,960,000.00+          7309 C

NEW ISSUE 050
MS&CO INTL
```

THE DEPOSITORY TRUST COMPANY                               PAGE     1,803

PARTICIPANT:      0050              PARTICIPANT DAILY ACTIVITY STATEMENT -
11/23/20

MORGAN STAN & CO LLC
SDFS & NDFS - COMMINGLED

_____ACTIVITY_DESCRIPTION_____/_____CODE___ __AFFECTED__ACCOUNT___ _QUANTITY_
($)_DOLLAR_VALUE   OTHER__PARTY      ____OTHER_INFO_____

CUSIP____482497_10_4__ADR_KE_HLDGS_IN___F<
PREVIOUS_ACTIVITY__11/20/20____SDFS

```
DELIVER ORDER                    (026-000) GENERAL FREE      010    969,725-
$56,244,050.00+          7309 C

NEW ISSUE 050
MS&CO INTL

DELIVER ORDER                    (026-000) GENERAL FREE      010     57,000-
$3,306,000.00+           8396 C

NEW ISSUE 050
HSBC/CLEAR

DIRECT DEPOSIT AT CUSTODIAN    (037-000) GENERAL FREE      010 35,400,000+

PLEDGE RELEASE                 (056-000) GENERAL PLEDGE    014  1,126,956-
0855 P            12/02/81 L

GENERAL FREE      010  1,126,956+            BNY MELLON REPO ACCT
```

_____ACCOUNT_SUMMARY_____          OPENING_BALANCES        LONG_(+)          SHORT_(-)
CLOSING_BALANCES

GENERAL FREE       (010)                 6,509,958       37,732,043        35,102,959
9,139,042

GENERAL PLEDGE     (014)                 1,126,956       _____0        _1,126,956
_____0

**TOTAL**     7,636,914        37,732,043        36,229,915                9,139,042

..................................................................................
.................................................................

CONFIDENTIAL                                                          DTC-KE-0000046

## BUSINESS RECORDS CERTIFICATION

I, Donald Maj, declare as follows:

1.  I am a Director in the General Counsel's Office at The Depository Trust & Clearing Corporation ("DTCC"). The Depository Trust Company ("DTC") is a wholly-owned subsidiary of DTCC.

2.  In the course of my duties at DTCC, I have personal knowledge of the record-keeping practices of DTC.

3.  On December 9, 2024, DTC produced files bates-stamped DTCC001 to DTCC005 in response to the subpoena dated December 4, 2024 served on DTC in *Kevin Chin v KE Holdings Inc., et.al.*, No. 1:21-cv-11196 (SDNY) (the "Production").

4.  I hereby certify that the files in the Production:

    (i)   are business records kept in the course of regularly conducted activity at DTC, and it is the regular business practice of DTC to make and maintain such records;

    (ii)  were prepared by personnel or staff of DTC, or by persons acting under their direction and control; and

    (iii) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2024

Donald Maj