UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

KEITH CHIN, Individually and on Behalf of       :
All Others Similarly Situated,                  :
                                                :
                    Plaintiff,                  :
                                                :
        vs                                      :
                                                :
KE HOLDINGS INC., COLLEEN A. DE                 :    Case No. 1:21-cv-11196 (GHW) (BCM)
VRIES, GOLDMAN SACHS (ASIA) L.L.C.,             :
MORGAN STANLEY & CO. LLC, J.P.                  :
MORGAN SECURITIES LLC, GOLDMAN                  :
SACHS & CO. LLC and CHINA                       :
RENAISSANCE SECURITIES (US) INC.,               :
                                                :
                    Defendants.                 :
                                                :
------------------------------- x

## AFFIDAVIT OF ANN MARIE BRIA

I, Ann Marie Bria, declare as follows:

1.     I am over eighteen years of age and I am competent to provide this declaration. I have personal knowledge of the facts set forth below.

2.     I am a Managing Director for Asset Services Product Management at The Depository Trust & Clearing Corporation ("DTCC"). The Depository Trust Company ("DTC") is a subsidiary of DTCC.  Cede & Co. is a partnership nominee of DTC.

3.     In the course of my duties at DTCC, I have knowledge of the following facts.

4.     At the close of business on November 20, 2020, DTC held 121,900,000 American Depositary Shares, CUSIP 482497104, ("KE Holdings ADSs"), representing Class A ordinary shares of KE Holdings Inc.'s ("KE Holdings") common stock, registered to Cede & Co., for the benefit of DTC participants.

1                                    CONFIDENTIAL

5. On November 23, 2020, an additional 35,400,000 ADS Shares were deposited into DTC and credited to a DTC participant account. Accordingly, at close of business of November 23, 2020, DTC held a total of 157,300,000 KE Holdings ADSs , registered in the name of Cede & Co., for the benefit of DTC participants.

6. On November 27, 2020, an additional 5,310,000 KE Holdings ADSs were deposited into DTC and credited to a DTC participant account. Accordingly, at the close of business on November 27, 2020, DTC held 162,610,000 KE Holdings ADSs, registered in the name of Cede & Co., for the benefit of DTC Participants.

7. At all times, all the shares of KE Holdings ADSs on deposit at DTC and registered in the name of Cede & Co., including, but not limited to, the KE Holdings ADSs deposited into DTC on November 23, 2020 and November 27, 2020, were held by DTC in an undifferentiated manner known as a "fungible bulk."

8. Each DTC participant that held a position of the KE Holdings ADSs credited to its DTC participant account, held a pro rata beneficial interest in Cede & Co.'s aggregate undifferentiated holding of the KE Holdings ADSs. Accordingly, no DTC participant had any ownership rights to any specific KE Holdings ADS on deposit at DTC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2024

/s/

2 CONFIDENTIAL