UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

KEITH CHIN, Individually and on Behalf of :
All Others Similarly Situated,          :
                                        :
              Plaintiff,                :
                                        :
     vs                                 :
                                        :
KE HOLDINGS INC., COLLEEN A. DE         : Case No. 1:21-cv-11196 (GHW) (BCM)
VRIES, GOLDMAN SACHS (ASIA) L.L.C.,     :
MORGAN STANLEY & CO. LLC, J.P.          :
MORGAN SECURITIES LLC, GOLDMAN          :
SACHS & CO. LLC and CHINA               :
RENAISSANCE SECURITIES (US) INC.,       :
                                        :
              Defendants.               :
                                        :
------------------------------------ x

## DECLARATION OF SANDRA FRIEDRICH

I, Sandra Friedrich, declare as follows:

1.      I am over eighteen years of age and competent to provide this declaration. I have personal knowledge of the facts set forth below.

2.      I am a Vice President at The Bank of New York Mellon ("BNY"). In that role and on behalf of BNY, I worked on the November 2020 follow-on offering ("Follow-On Offering") for American Depositary Shares ("ADSs") of KE Holdings Inc. ("KE Holdings"), for which BNY was the depositary.

3.      On August 12, 2020, BNY and KE Holdings entered into a Deposit Agreement, pursuant to which BNY would create ADSs, CUSIP 482497104, and would hold KE Holdings class A ordinary shares underlying the ADSs with its custodian. Each ADS would represent three class A ordinary shares of KE Holdings' common stock. In accordance with the Deposit Agreement, BNY would provide certain services associated with the ADS facility, including

1

delivery and registration of ADSs following receipt of instructions from a holder of class A ordinary shares of KE Holdings seeking to deposit such shares with BNY for receipt of a corresponding amount of ADSs. The Deposit Agreement is attached as **Exhibit 1.**

4.    In connection with the Follow-On Offering, on November 23, 2020, BNY received delivery and registration instructions from KE Holdings for 35,400,000 ADSs, CUSIP 482497104, representing 106,200,000 KE Holdings class A ordinary shares, to be delivered via book-entry notation to The Depository Trust Company ("DTC") and registered in the name of Cede & Co., as nominee of DTC. Those delivery and registration instructions are attached as **Exhibit 2.**

5.    As instructed, on November 23, 2020, BNY delivered 35,400,000 ADSs to DTC and registered said ADSs in the name of Cede & Co. At the close of November 23, 2020, an aggregate total of 157,300,000 ADSs, CUSIP 482497104, all of which representing class A ordinary shares of KE Holdings' common stock, were thus deposited at DTC and registered to Cede & Co. The registered ADS holder lists maintained by BNY show that Cede & Co. was the registered owner of 121,900,000 ADSs as of Friday November 20, 2020, and of 157,300,000 ADSs as of Monday November 23, 2020. Those lists are attached as **Exhibit 3** and **Exhibit 4.**

6.    BNY received written instructions, dated November 20, 2020, from Morgan Stanley Co. Incorporated to credit 35,400,000 ADSs to DTC Participant # 0050.

7.    In connection with exercise of overallotment option by underwriters of the Follow-On Offering, on November 27, 2020, BNY received delivery and registration instructions from KE Holdings for 5,310,000 ADSs, CUSIP 482497104, representing 15,930,000 KE Holdings class A ordinary shares, to be delivered via book-entry notation to DTC and registered in the name of Cede & Co. BNY received instructions, dated November 24, 2020, from Morgan

Stanley Co. Incorporated to credit 5,310,000 ADSs to DTC Participant # 0050. Those delivery and registration instructions are attached as **Exhibit 5.**

8.      The registered ADS holder list maintained by BNY shows that Cede & Co. was the registered owner of 162,610,000 ADSs as of Friday November 27, 2020, and it is attached as **Exhibit 6**.

9.      No physical securities certificates in connection with the Follow-On Offering were issued to beneficial owners and no uncertificated ADS issued in connection with the Follow-On Offering were registered in direct registration in a purchaser's name at any time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 20, 2024

/s/ Andra Friedrich