# Exhibit 2

November 23, 2020

The Bank of New York Mellon
240 Greenwich Street
New York, New York 10286
United States of America
Attention: Depositary Receipts Division

**Re: Deposit of Shares**

Ladies and Gentlemen:

Pursuant to (i) the Underwriting Agreement dated November 18, 2020 (the "**Underwriting Agreement**") among KE Holdings Inc. (the "**Company**"), and Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and China Renaissance Securities (Hong Kong) Limited as representatives (the "**Representatives**") of the several Underwriters named in Schedule A thereto (the "**Underwriters**"), and (ii) the Deposit Agreement dated as of August 12, 2020 (the "**Deposit Agreement**") among the Company, The Bank of New York Mellon (the "**Depositary**") and all owners and holders from time to time of American Depositary Shares ("**ADSs**") issued thereunder, the Company hereby confirms that The Bank of New York Mellon, as depositary for the ADSs, has been entered in the register of members of the Company as holder of record of the 106,200,000 newly-issued Class A ordinary shares (the "**Class A Ordinary Shares**") and the original certified true copy of the extract of the updated register of members of the Company and the original share certificate for such 106,200,000 newly-issued Class A Ordinary Shares has been delivered to The Hongkong and Shanghai Banking Corporation Limited, as custodian (the "Custodian").

An aggregate of 35,400,000 ADSs representing 106,200,000 Class A Ordinary Shares will be sold by the Company in connection with the deposit of the 106,200,000 newly-issued Class A Ordinary Shares. Please deliver the above referenced ADSs in respect of such deposited Class A Ordinary Shares via book-entry notation, and registered in the name of Cede & Co., as nominee of The Depository Trust Company, for credit initially to the DTC account provided to you by the Representatives.

Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Deposit Agreement.

*(Signature Page Follows)*

Very truly yours,

**KE Holdings Inc.**

By: _____

      Name: XU Tao

      Title:   Chief Financial Officer

*[Signature Page to Instruction Letter to Depositary]*