# Exhibit 4

| A01_CLASS_TOTAL | REG_ADDRESS_LINE_1 | REG_ADDRESS_LINE_2 | REG_ADDRESS_LINE_3 | POSTCODE | DOMICILE | REG_ADDRESS_LINE_6 | REG_ADDRESS_LINE_7 | REG_ADDRESS_LINE_8 |
|---|---|---|---|---|---|---|---|---|
| 157300000 | Cede & Co | 570 Washington Blvd | JERSEY CITY NJ 07310 | 7310 | USA | | | |