# Exhibit 6

| A01_CLASS_TOTAL | REG_ADDRESS_LINE_1 | REG_ADDRESS_LINE_2 | REG_ADDRESS_LINE_3 | POSTCODE | DOMICILE |
|---|---|---|---|---|---|
| 162,610,000 | CEDE & CO | 570 WASHINGTON BLVD | JERSEY CITY NJ 07310 | 7310 | USA |