

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

April 15, 2025

B. Andrew Bednark
D: +1 212 326 2289
abednark@omm.com

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:   *Chin v. KE Holdings Inc., et al.,*
      Case No. 1:21-cv-11196 (GHW) (BCM) (S.D.N.Y)

Dear Judge Moses:

    We represent Defendants KE Holdings, Inc. and Colleen A. De Vries, and respectfully submit this letter on behalf of all parties, in lieu of the joint status letter due by April 15 under the Court's October 24, 2024 order, to inform the Court that the parties have reached a settlement in principle. The parties therefore jointly request that the Court stay all current deadlines pending submission of a motion for preliminary approval of the settlement or a motion to lift the stay.

Respectfully submitted,

B. Andrew Bednark

---

Application GRANTED to the extent that the status conference currently scheduled for April 22, 2025 is hereby ADJOURNED *sine die*. SO ORDERED.

BARBARA MOSES
United States Magistrate Judge
April 16, 2025

---