UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH CHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-11196-GHW-BCM |

## [PROPOSED] ORDER

Having considered the parties' joint submission informing the Court that they have reached an agreement in principle for settlement in this case, the Court ORDERS that all pending deadlines in this case are hereby STAYED pending submission of a motion for preliminary approval of the settlement or a motion to lift the stay.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                        THE HONORABLE GREGORY H. WOODS
                                        UNITED STATES DISTRICT JUDGE