**Robbins Geller Rudman & Dowd LLP**

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

Erin W. Boardman
eboardman@rgrdlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/25
```

**MEMORANDUM ENDORSED**

April 24, 2025

VIA ECF

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

Re:  *Chin v. KE Holdings Inc., et al.*, Case No. 1:21-cv-11196 (GHW) (BCM) (S.D.N.Y.)

Dear Judge Woods:

Pursuant to Your Honor's Individual Rules 1(F) and 4(E), the Parties[1] jointly submit this letter in support of the [Proposed] Order to stay all pending deadlines in this case pending submission of a motion for preliminary approval of the settlement or a motion to lift the stay.

There is a good cause to stay pending deadlines because the Parties have reached an agreement in principle to settle this case.[2] Each of the Parties agrees to this request. The Court has authority to stay case deadlines pending submission of a motion for preliminary approval or a motion to lift the stay as part of its inherent powers to manage its docket for judicial efficiency. *See, e.g.*, *Comcast Corp. v. Rovi Corp.*, 2017 WL 2062989, at *3 (S.D.N.Y. May 15, 2017) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)).

---

[1]  The "Parties" are Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan ("Plaintiff") and Defendants KE Holdings Inc. ("KE Holdings"), Colleen A. De Vries, Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co, LLC, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC and China Renaissance Securities (US) Inc. (collectively, "Defendants").

[2]  On April 15, the Parties filed a letter informing Magistrate Judge Moses of this development and requesting the Court to stay all current deadlines pending submission of a motion for preliminary approval of the settlement or a motion to lift the stay (ECF No. 153). Magistrate Judge Moses adjourned the scheduled April 22 status conference only (ECF No. 154).

**Robbins Geller Rudman & Dowd LLP**

The Honorable Gregory H. Woods
April 24, 2025
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Erin W. Boardman*

ERIN W. BOARDMAN

cc: All Counsel of Record (via ECF)

---

Application granted. The parties' request for a stay of this case in light of their agreement in principle on a settlement, Dkt. No. 156, is granted. All pending deadlines in this case are stayed pending submission of a motion for preliminary approval of the settlement or a motion to lift the stay.

In light of the parties' anticipated settlement, Lead Plaintiff's motion for class certification, appointment as class representative, and appointment of class counsel, Dkt. No. 143, is deemed withdrawn. The parties may request leave to resubmit the motion should a settlement not be consummated.

The Clerk of Court is directed to note the stay of this case on the docket and to terminate the motion pending at Dkt. No. 143.

SO ORDERED.

Dated: April 24, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge