UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

KEITH CHIN, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

   vs.

KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC.,

               Defendants.

———————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:21-cv-11196-GHW-BCM

DECLARATION OF ERIN W. BOARDMAN IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS

4938-5761-6735.v1

I, ERIN W. BOARDMAN, declare as follows:

1.      I am a partner at the law firm of Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan in the above-captioned action, and am admitted to practice before this Court.  I respectfully submit this Declaration in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Certification of the Class, and Approval of Notice to the Class.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Stipulation of Settlement, with annexed exhibits, dated September 8, 2025;

Exhibit 2:      Excerpt of Transcript from *In re Am. Realty Capital Props., Inc. Litig.*, No. 1:15-mc-0040-AKH (S.D.N.Y. Jan. 23, 2020); and

Exhibit 3:      Edward Flores and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review* (NERA Economic Consulting Jan. 22, 2025).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 9th day of September, 2025.

*s/ Erin W. Boardman*
ERIN W. BOARDMAN

- 1 -

4938-5761-6735.v1