USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
SASKATCHEWAN HEALTHCARE EMPLOYEES' :
PENSION PLAN, *individually and on behalf of all others* :
*similarly situated*, :   1:21-cv-11196-GHW
                          Plaintiff, :
:   <u>ORDER</u>
        -against- :
:
KE HOLDINGS INC., *et al.*, :
                         Defendants. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On September 9, 2025, Plaintiff submitted a motion for preliminary approval of a proposed settlement in this action. Dkt. Nos. 161-164. The memorandum of law submitted in support of the motion contains a number of factual assertions regarding, among other things, the adequacy of class counsel and lead plaintiff, the parties' negotiating history, and the adequacy of the settlement amount. Dkt. No. 162. A sworn affidavit was presented to the Court in support of the motion. Dkt. No. 163. That affidavit attaches the parties' stipulation of settlement, the transcript of a single hearing before a district court in 2019, and an overview of recent trends in securities class action litigation, but contains no additional factual support for the motion or the proposed findings contained in the proposed order preliminarily approving the settlement.

      The Court requests that Plaintiff file one or more sworn affidavits setting forth all of the facts that it wishes for the Court to take into account in evaluating the motion. *See* Local Civil Rule 7.1(a)(3). The Court also requests that Plaintiff file an affidavit describing the means by which it calculated the estimated average recovery amount for each allegedly damaged ADS as set forth in the proposed notice to the class. *See* Dkt. No. 163-1 at ECF 64. That description should provide sufficient detail for the Court and class members to evaluate both the methodology used to calculate that amount and the underlying calculations.

The Court will defer action on the motion until these supplemental submissions have been filed with the Court.

SO ORDERED.

Dated: September 10, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge