# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | | |
|---|---|---|
| | x | |
| KEITH CHIN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-11196-GHW-BCM |
| | : | |
| | : | DECLARATION OF PAM PETERS IN |
| Plaintiff, | : | SUPPORT OF UNOPPOSED MOTION FOR |
| | : | PRELIMINARY APPROVAL OF |
| | : | SETTLEMENT, CERTIFICATION OF THE |
| vs. | : | SETTLEMENT CLASS, AND APPROVAL |
| | : | OF NOTICE TO THE SETTLEMENT |
| KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., | : | CLASS |
| MORGAN STANLEY & CO. LLC, J.P. | : | |
| MORGAN SECURITIES LLC, GOLDMAN | : | |
| SACHS & CO. LLC and CHINA | : | |
| RENAISSANCE SECURITIES (US) INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

I, PAM PETERS, declare as follows:

1.    I am the Chief Financial Officer ("CFO") of Saskatchewan Healthcare Employees' Pension Plan ("SHEPP" or "Lead Plaintiff").  I have held this position since January 2025, and have been a key member of SHEPP's Finance team since 2017.  Prior to being appointed CFO, I served as Acting CFO, and before that, as Manager of Corporate Finance and Plan Liabilities.  I am familiar with how SHEPP, through the Board of Trustees, selects and monitors investment managers consistent with its Investment Manager Selection and Monitoring Policy.  I am also familiar with this Action and have been actively monitoring the case since it was filed in December 2021.  I respectfully submit this declaration in support of Lead Plaintiff's unopposed motion for: (i) preliminary approval of the $4,950,000 Settlement (the "Settlement") reached between SHEPP (on behalf of itself and the Settlement Class) and the Defendants; (ii) certification of the proposed Settlement Class for purposes of the Settlement; (iii) approval of the form and manner of the settlement notices to members of the Settlement Class; and (iv) the scheduling of a final fairness hearing ("Settlement Hearing"), along with setting deadlines in connection therewith.

2.    SHEPP understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors with large losses to manage and direct securities fraud class actions.  In seeking appointment as Lead Plaintiff, SHEPP understood its duty to serve the interests of class members by supervising the management and prosecution of the Action.  We vigorously prosecuted this case on behalf of the Settlement Class since 2022.  Ultimately, SHEPP agreed to settle the case only after balancing the risks of a trial and appeal, if we prevailed, against the immediate benefit of a $4,950,000 recovery.

3.    Following appointment as Lead Plaintiff, SHEPP kept fully informed regarding case developments and procedural matters over the course of the Action, including engagement with Robbins Geller Rudman & Dowd LLP ("Robbins Geller") concerning the litigation strategy in connection with the amended complaint, motion to dismiss, discovery, and the potential resolution of

the Action.  In its capacity as Lead Plaintiff, SHEPP also: (a) reviewed pleadings, briefs, court orders, and detailed correspondence concerning the status of the Action; (b) reviewed and responded to document requests and identified relevant sources of documents during the discovery process; and (c) participated in discussions with Robbins Geller regarding mediation and settlement discussions.

4.      SHEPP has also evaluated the significant risks and uncertainties of continuing litigation, including the possibility of a nominal recovery or even no recovery at all.  Following a March 27, 2025 mediation session with David M. Murphy, Esq., of Phillips ADR Enterprises, SHEPP authorized Robbins Geller to settle this Action for $4,950,000.  SHEPP believes this Settlement is fair and reasonable, represents a very good recovery, and is in the best interests of Settlement Class Members.

5.      While SHEPP recognizes that any determination of attorneys' fees and expenses is left to the Court, SHEPP believes that Robbins Geller's request for fees of up to 33-1/3% of the Settlement Amount and expenses not to exceed $125,000, plus interest on both amounts, is fair and reasonable, as this Settlement would not have been possible without their diligent and aggressive prosecutorial efforts.

6.      SHEPP respectfully requests that the Court grant preliminary approval of the Settlement, certify the Settlement Class for purposes of the Settlement, approve the form and manner of the settlement notices to members of the Settlement Class, and schedule a Settlement Hearing, along with setting deadlines in connection therewith.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20 day of October, 2025, in Regina, SK, Canada.

_____

PAM PETERS, CFO,
Saskatchewan Healthcare Employees' Pension Plan

- 2 -