UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KEITH CHIN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-11196-GHW-BCM |
| Plaintiff, | LEAD COUNSEL'S NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §77z-1(a)(4) |
| vs. |  |
| KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC., |  |
| Defendants. |  |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), will move this Court on February 27, 2026, at 10:00 a.m., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York 10007, or as soon thereafter as the parties can be heard, for entry of an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees; (ii) paying litigation expenses incurred in prosecuting the Action; and (iii) granting an award to Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan in connection with its representation of the Settlement Class as authorized by the Private Securities Litigation Reform Act of 1995.

In support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an

- 1 -

4901-7195-5594.v1

Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); (ii) the Declaration of Erin W. Boardman in Support of: (1) Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); (iii) the Declaration of Pam Peters; (iv) the Declaration of Ross D. Murray; and (v) the Declaration of Lead Counsel.

A proposed Order will be submitted with Lead Counsel's reply submission on or before February 20, 2026, after the deadline for objections has passed.

DATED:  January 23, 2026                            Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN


                                                    *s/ Erin W. Boardman*
                                                   ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ELLEN GUSIKOFF STEWART
(*admitted pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Lead Plaintiff

4901-7195-5594.v1