UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH CHIN, Individually and on Behalf of All Others Similarly Situated,

                      Plaintiff,

    vs.

KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC.,

                    Defendants.

---

Civil Action No. 1:21-cv-11196-GHW-BCM

DECLARATION OF ROSS D. MURRAY REGARDING: (A) NOTICE DISSEMINATION; (B) PUBLICATION; (C) ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE; AND (D) REQUESTS FOR EXCLUSION RECEIVED TO DATE

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Verita Global, located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by others and if called to testify I could and would do so competently.

2.      Pursuant to the Court's October 24, 2025 Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF 170) (the "Notice Order"), Verita Global was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").[1]  I oversaw the notice services that Verita Global provided in accordance with the Notice Order.

3.      I submit this declaration in order to provide the Court and the parties to the Action with information regarding: (i) mailing and emailing of the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") and Proof of Claim and Release Form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit A); (ii) publication of the Summary Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Settlement Class received to date by Verita Global.

DISSEMINATION OF NOTICE

4.      Pursuant to the Notice Order, Verita Global is responsible for disseminating notice of the Settlement to potential Settlement Class Members.  The Settlement Class consists of all Persons that purchased or otherwise acquired KE Holdings ADS between November 19, 2020 and

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated September 8, 2025 (ECF 163-1) (the "Stipulation"), which is available on the website established for the Action at www.KEHoldingsSecuritiesSettlement.com.

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - **Civil Action No.** 1:21-cv-11196-GHW-BCM          - 1 -

March 10, 2022, inclusive ("Settlement Class Period"), or traceable to the Follow-On Offering's registration statement.   Excluded from the Settlement Class are Defendants, the Former Defendants, the officers and directors of KE Holdings and the Underwriter Defendants (at all relevant times), members of their Immediate Families and their legal representatives, heirs, successors or assigns, and any entity in which any Defendant or Former Defendant has a controlling interest; provided, however, that, notwithstanding anything set forth above, any "Investment Vehicle shall not be excluded from the Settlement Class.  Also excluded from the Settlement Class are those Persons who would otherwise be a Settlement Class Member who properly exclude themselves by submitting a valid and timely request for exclusion.

5.    Verita Global received a file via email from KE Holdings' transfer agent, which contained the names and addresses of potential Settlement Class Members.  The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of four unique names and addresses.  Verita Global had the unique name and address data printed onto Claim Packages, posted the Claim Packages for First-Class Mail, postage prepaid, and delivered four Claim Packages on November 14, 2025, to the United States Post Office for mailing.

6.    On November 14, 2025, as part of its normal mailing procedures, Verita Global mailed, by First-Class Mail, Claim Packages and cover letters to 256 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Verita Global.  In our experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The cover letter accompanying the Claim Packages advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Claim Packages to potential Settlement Class Members.  In the more than four decades that we have been providing notice and claims administration services in securities class actions, we have found the majority of potential class

members hold their securities in street name and are notified through the Nominee Holders.  Verita Global also mailed Claim Packages and cover letters to 4,413 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit B.

7.    On November 14, 2025, Verita Global also delivered electronic copies of the Claim Packages to 333 registered electronic filers who are qualified to submit electronic claims.  These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.    As part of the notice program for this Settlement, on November 14, 2025, Verita Global also caused electronic copies of the Claim Package to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and contact Verita Global for copies of the Claim Packages for their beneficial holders.

9.    Verita Global has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Verita Global has forwarded the Claim Packages on request to nominees who purchased or otherwise acquired KE Holdings ADS during the Settlement Class Period for the beneficial interest of other persons.  Verita Global has also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.    Following the initial mailing, Verita Global received nine responses to the outreach efforts described above, which included computer files containing a total of 8,377 names and addresses and 21 email addresses of potential Settlement Class Members.  In addition, 29 institutions requested that Verita Global send them a total of 23,850 Claim Packages for forwarding directly to their clients.  Verita Global has also mailed one Claim Package as a result of returned mail for which a new address was identified for re-mailing to that potential Settlement

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - **Civil Action No.** 1:21-cv-11196-GHW-BCM            - 3 -

Class Member.[2]   Verita Global also received two requests for Claim Packages from potential Settlement Class Members.  Each of these requests has been completed in a timely manner.

11.     As of January 23, 2026, Verita Global has mailed or emailed a total of 37,257 Claim Packages to potential Settlement Class Members and nominees.  In addition, one institution reported that they anticipated sending Claim Packages via email to 39,847 potential Settlement Class Members.

<h3 style="text-align:center">PUBLICATION OF THE SUMMARY NOTICE</h3>

12.     In accordance with the Notice Order, on November 21, 2025, Verita Global caused the Summary Notice to be published in the national edition of *The Wall Street Journal* and transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit C.

<h3 style="text-align:center">ESTABLISHMENT OF CALL CENTER SERVICES</h3>

13.     On November 14, 2025, Verita Global established and continues to maintain a case-specific, toll-free telephone number, 1-888-808-1457, to accommodate potential Settlement Class Member inquiries.  The toll-free telephone number is set forth in the Notice, Summary Notice, and on the case website.  Verita Global has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.  As of the date of this declaration, Verita Global has received 18 calls to the toll-free telephone helpline.

<h3 style="text-align:center">ESTABLISHMENT OF SETTLEMENT WEBSITE</h3>

14.     On November 14, 2025, Verita Global established and continues to maintain a website dedicated to this Settlement (www.KEHoldingsSecuritiesSettlement.com) to provide additional information to Settlement Class Members and to provide answers to frequently asked questions.  The web address is set forth in the Notice, Proof of Claim, and Summary Notice.  The website includes information regarding the Action and the Settlement, including the exclusion,

---

[2] To date, of the 37,257 mailed Claim Packages, 928 were undeliverable.  Updated addresses were located, and one additional Claim Package was mailed.

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - **Civil Action No.** 1:21-cv-11196-GHW-BCM                    - 4 -

objection, and claim filing deadlines, and details about the Court's Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. In addition, the website provides Settlement Class Members with the ability to submit their Proofs of Claim online. As of the date of this declaration, there have been 1,498 unique visitors to the website and 4,943 page views.

<strong>REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE</strong>

15.     The Notice informs potential Settlement Class Members that written requests for exclusion from the Settlement Class are to be sent to Verita Global, such that they are received no later than February 6, 2026.

16.     The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this declaration, Verita Global has received one request for exclusion, a redacted copy of which is attached hereto as Exhibit D.

17.     Although the Notice Order (and the Notice) provides that Settlement Class Members who wish to file objections must file them with the Court and copy them to relevant counsel (rather than to Verita Global), I also note for the sake of completeness that as of the date of this declaration, Verita Global has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 23rd day of January, 2026, at San Rafael, California.

_____

ROSS D. MURRAY