# EXHIBIT B



1 McInnis Parkway
Suite 250
San Rafael, CA 94903
P: (415) 458-3015

November 14, 2025

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
South Bend, IN 46601
«FCountry»

Re: **KE Holdings Securities Settlement**

Dear «GENDER» «LastName»:

Please find enclosed the Notice of Pendency of Class Action, Proposed Settlement, and Motion For Attorneys' Fees and Expenses (the "Notice") and Proof of Claim and Release Form ("Claim Form") for the above referenced litigation. Please note both the Settlement Class Period and the designated eligible securities described on page one of the full Notice, specifically the inclusion of all persons purchased or otherwise acquired the American Depository Shares ("ADS") of KE Holdings Inc. ("KE Holdings" or the "Company") between November 19, 2020 and March 10, 2022, inclusive ("the Settlement Class Period"), or traceable to the Follow-On Offering's registration statement. In addition, **the Notice provides that both the exclusion and objection deadline is February 6, 2026 and the claim submission deadline is February 12, 2026.**

Please pay particular attention to the "Special Notice to Securities Brokers and Other Nominees" on page thirteen of the Notice which states, in part: If you purchased or acquired KE Holdings ADS during the Settlement Class Period or traceable to the Follow-On Offering's registration statement for the beneficial interest of a person or entity other than yourself, the Court has directed that you either: (a) WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, provide a list of the names and addresses of all such beneficial owners to the Claims Administrator and the Claims Administrator is ordered to send the Notice and Claim Form ("Claims Packet") promptly to such identified beneficial owners; or (b) WITHIN FOURTEEN (14) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, request additional copies of the Claims Packet from the Claims Administrator, which will be provided to you free of charge, and WITHIN FOURTEEN (14) CALENDAR DAYS of receipt, mail the Claims Packet directly to all such beneficial owners via First Class mail. If you choose to follow procedure (b), the Court has also directed that, upon making that mailing, YOU MUST SEND A STATEMENT to the Claims Administrator confirming that the mailing was made as directed and keep a record of the names and mailing addresses used. Nominees shall also provide email addresses for all such beneficial owners to the Claims Administrator, to the extent they are available.

Please do not make your own copies of the Claim Form, as copies may not be accepted for processing. Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number. If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to notifications@veritaglobal.com, via CD Rom to the above address or contact us to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send.  Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats: ASCII Fixed Length file, ASCII Tab Delimited file, or Microsoft Excel spreadsheet. Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission. If you have any questions, please email notifications@veritaglobal.com.

Sincerely,

Verita Global