# EXHIBIT C

P2JW325000-0-B00600-1--------XA

**B6** | Friday, November 21, 2025                                                    THE WALL STREET JOURNAL.

# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined** quotations are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced** quotations highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

Footnotes:
**‡**-New 52-week high; **†**-New 52-week low; **dd**-Indicates loss in the most recent four quarters.

Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.

**Thursday, November 20, 2025**

### A B C

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AlexandriaREst | ARE | 48.86 | -0.65 |
| Alibaba | BABA | 153.28 | -5.61 |
| AlignTech | ALGN | 132.81 | -0.87 |
| Allegion | ALLE | 159.95 | -1.23 |
| AllianzEnergy | LNT | 67.47 | 0.25 |
| Allstate | ALL | 211.74 | 1.81 |
| AllyFinancial | ALLY | 37.57 | -0.83 |
| AlnylamPharm | ALNY | 445.79 | -14.97 |
| Alphabet C | GOOG | 289.98 | -3.01 |
| Alphabet A | GOOGL | 289.45 | -3.36 |
| Altria | MO | 58.13 | -0.43 |
| Amazon.com | AMZN | 217.14 | -5.55 |
| Ambev | ABEV | 2.43 | -0.04 |
| Amcor | AMCR | 8.36 | -0.06 |
| Amdocs | DOX | 74.98 | -0.41 |
| AmerSports | AS | 34.35 | -0.41 |
| Ameren | AEE | 103.46 | 0.47 |
| AmericaMovil | AMX | 22.84 | -0.39 |
| AEP | AEP | 120.90 | -0.81 |
| AmerExpress | AXP | 343.80 | -0.84 |
| AmericanFin | AFG | 137.15 | 0.39 |
| AmeriflonREIT | AMR | 49.23 | -0.26 |
| AmHomes4Rent | AMH | 32.00 | 0.40 |
| AIG | AIG | 75.69 | -0.06 |
| AmerTowerREIT | AMT | 179.12 | -1.38 |
| AmerWaterWorks | AWK | 145.23 | 1.20 |
| Ameriprise | AMP | 441.63 | -8.17 |
| Ametek | AME | 190.02 | -1.55 |
| Amgen | AMGN | 217.34 | -4.55 |
| Amphenol | APH | 130.36 | -6.30 |
| Airbnb | ABNB | 111.54 | -2.90 |
| AkamaiTech | AKAM | 87.38 | 0.86 |
| AlamosGold | AGI | 32.27 | -1.62 |
| Albemarle | ALB | 105.10 | -4.26 |
| Albertsons | ACI | 17.57 | -0.27 |
| Alcoa | AA | 35.83 | -0.89 |
| Alcon | ALC | 75.05 | -0.37 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AECOM | ACM | 106.14 | -6.89 |
| AES | AES | 13.51 | -0.26 |
| Aflac | AFL | 110.55 | 1.15 |
| AGNC Invt | AGNC | 10.07 | -0.01 |
| APA | APA | 23.38 | -0.67 |
| ASE Tech | ASX | 13.75 | -0.32 |
| ASML | ASML | 980.14 | -58.29 |
| AST Space | ASTS | 50.70 | -7.31 |
| AT&T | T | 25.52 | 0.25 |
| ATI | ATI | 94.80 | -3.32 |
| AXIAEnergia | AXIA | 11.12 | -0.21 |
| AbbottLabs | ABT | 123.97 | -2.18 |
| AbbVie | ABBV | 229.45 | -3.46 |
| Abivax | ABVX | 122.90 | 9.95 |
| Accenture | ACN | 240.79 | -0.29 |
| Acuity | AYI | 341.65 | -6.87 |
| Adobe | ADBE | 312.40 | -5.71 |
| AdvDrainageSys | WMS | 142.14 | -1.20 |
| AdvMicroDevices | AMD | 206.02-17.53 | |
| Aegon | AEG | 7.43 | -0.03 |
| AerCap | AER | 131.34 | -1.11 |
| AeroVironment | AVAV | 273.98 | -6.45 |
| AffirmA | AFRM | 62.54 | -2.81 |
| AgilentTechs A | A | 145.06 | 0.66 |
| AgnicoEagleMines | AEM | 158.60 | -9.07 |
| AgreeRealty | ADC | 73.69 | 0.44 |
| AirProducts | APD | 251.09 | -2.16 |
| Airbnb | ABNB | 111.54 | -2.90 |

### A

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Aon | AON | 345.89 | 1.72 |
| API Group | APG | 36.77 | -0.65 |
| ApolloGblMgmt | APO | 126.76 | -0.44 |
| Apple | AAPL | 266.25 | -2.31 |
| AppliedMaterials | AMAT | 220.23-14.44 | |
| AppLovin | APP | 520.82 | -9.23 |
| Aptiv | APTV | 70.28 | -2.08 |
| Aramark | ARMK | 36.98 | 0.25 |
| ArcelorMittal | MT | 39.46 | -0.90 |
| ArchCapital | ACGL | 91.88 | 0.71 |
| ADM | ADM | 57.87 | -0.36 |
| AresMgmt | ARES | 144.31 | -0.86 |
| argenx | ARGX | 918.50 | 3.91 |
| AristaNetworks | ANET | 119.59 | -5.22 |
| Arm | ARM | 132.53 | -4.46 |
| AscendisPharma | ASND | 209.55 | -2.60 |
| Assurant | AIZ | 226.05 | 1.43 |
| Astera Labs | ALAB | 139.29 | -2.72 |
| AstraZeneca | AZN | 88.68 | -0.11 |
| Atlassian | TEAM | 144.04 | -2.47 |
| AtmosEnergy | ATO | 174.77 | 0.85 |
| Autodesk | ADSK | 286.95 | -4.25 |
| Autoliv | ALV | 112.69 | -3.96 |
| ADP | ADP | 249.06 | -1.35 |
| AutoZone | AZO | 3849.81 | 41.26 |
| Avalonbay | AVB | 177.04 | 0.07 |
| AveryDennison | AVY | 166.01 | -2.43 |
| AvidityBio | RNA | 70.65 | -0.24 |
| AxonEnterprise | AXON | 519.61 | -11.48 |
| BCE | BCE | 29.05 | 0.16 |
| BHP Group | BHP | 52.58 | -0.89 |
| BJ'sWholesale | BJ | 89.71 | 0.47 |
| BP | BP | 35.72 | -0.23 |
| BWX Tech | BWXT | 175.28 | -4.53 |
| BXP | BXP | 68.66 | -0.72 |
| Baidu | BIDU | 110.45 | -5.04 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| BakerHughes | BKR | 48.07 | -0.41 |
| Ball | BALL | 47.91 | 0.34 |
| BBVA | BBVA | 20.23 | -0.29 |
| BancoBradesco | BBDO | 3.27 | 0.14 |
| BancodeChile | BCH | 36.30 | -0.42 |
| BancSanBrasil | BSBR | 6.07 | -0.12 |
| BcoSantChile | BSAC | 29.28 | -0.26 |
| BancoSantander | SAN | 10.06 | -0.22 |
| BankofAmerica | BAC | 51.55 | -0.66 |
| BankMontreal | BMO | 119.92 | -1.86 |
| BankNY Mellon | BK | 106.46 | -1.05 |
| BankNovaScotia | BNS | 66.37 | -0.48 |
| Barclays | BCS | 20.53 | -0.59 |
| BarrickMining | B | 36.00 | -1.73 |
| BaxterIntl | BAX | 17.42 | -0.27 |
| BectonDickson | BDX | 189.58 | -1.64 |
| BentleySystems | BSY | 40.08 | -0.44 |
| BeOneMed | ONC | 349.29 | -4.50 |
| Berkley | WRB | 77.30 | 0.61 |
| BerkHathwy | BRKB | 501.17 | 0.14 |
| BerkHathwy A | BRKA | 754625160.53 | |
| BestBuy | BBY | 73.78 | -0.60 |
| Bilibili | BILI | 24.16 | -1.15 |
| Bio-Techne | TECH | 58.73 | 0.92 |
| Bio-RadLab A | BIO | 303.61 | -1.18 |
| Biogen | BIIB | 168.18 | 0.25 |
| BioMarinPharm | BMRN | 52.48 | -0.08 |
| BioNTech | BNTX | 96.97 | -4.46 |
| BlMontessori | BMNR | 26.02 | -3.16 |
| BlackRock | BLK | 992.52-22.16 | |
| Blackstone | BX | 138.42 | -0.23 |
| Block | XYZ | 61.93 | -0.05 |
| BloomEnergy | BE | 93.38-15.55 | |
| BlueOwlCapital | OWL | 13.74 | -0.95 |
| Boeing | BA | 179.38 | -6.32 |
| Booking | BKNG | 4583.10-167.67 | |
| BorgWarner | BWA | 40.96 | -2.15 |
| BostonSci | BSX | 96.60 | -0.41 |
| BridgeBioPharma | BBIO | 64.62 | -0.42 |
| BristolMyers | BMY | 45.94 | 0.15 |
| BritishAmTob | BTI | 54.75 | 0.01 |
| Broadcom | AVGO | 346.82 | -7.60 |
| BroadridgeFinl | BR | 227.12 | 0.79 |
| BrookfieldAsset | BAM | 59.60 | -1.02 |
| Brookfield | BN | 43.70 | -0.03 |
| BrookfieldInfr | BIP | 35.04 | 0.10 |
| BrookWealth | BNT | 43.59 | -0.45 |
| Brown&Brown | BRO | 79.62 | 0.81 |
| Brown-Forman B | BF.B | 27.90 | 0.63 |
| Brown-Forman A | BF.A | 27.56 | 0.41 |
| BuildersFirst | BLDR | 94.85 | -0.90 |
| Bullish | BLSH | 36.04 | -0.97 |
| Bunge | BG | 82.80 | -0.45 |
| BurlingtonStrs | BURL | 292.37 | 2.98 |
| CACI Intl | CACI | 595.00 | -7.85 |
| CBRE Group | CBRE | 151.58 | -0.21 |

### C D E F

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CDW | CDW | 136.64 | -3.07 |
| CF Industries | CF | 77.79 | -0.93 |
| CGI A | GIB | 86.03 | -0.49 |
| CH Robinson | CHRW | 148.57 | -2.79 |
| CME Group | CME | 275.21 | 2.72 |
| CMS Energy | CMS | 73.50 | 0.55 |
| CNA Fin | CNA | 46.23 | 0.20 |
| CNH Indl | CNH | 9.40 | -0.19 |
| CRH | CRH | 106.90 | -2.78 |
| CSX | CSX | 33.68 | -0.28 |
| CVS Health | CVS | 76.04 | -0.51 |
| CadenceDesign | CDNS | 302.14 | -4.62 |
| CAE | CAE | 25.77 | -0.17 |
| CamdenProperty | CPT | 103.76 | 1.60 |
| Cameco | CCJ | 81.98 | -4.26 |
| Campbell's | CPB | 30.80 | 0.02 |
| CANIntl | CM | 82.96 | -1.07 |
| CanNtlRlwy | CNI | 92.02 | -1.54 |
| CanadianNatRscs | CNQ | 33.97 | -0.03 |
| CdnPacKC | CP | 68.88 | -0.44 |
| CareTrustREIT | CTRE | 36.21 | -0.33 |
| Carlisle | CSL | 295.41 | -8.35 |
| Carlyle | CG | 50.78 | -1.19 |
| Carnival | CCL | 25.32 | -0.76 |
| Carnival | CUK | 23.06 | -0.64 |
| CarpenterTech | CRS | 305.39-18.76 | |
| CarrierGlobal | CARR | 50.36 | -0.89 |
| Carvana | CVNA | 313.25-16.50 | |
| CaseysGenStores | CASY | 551.24 | -5.47 |
| Caterpillar | CAT | 561.66 | -3.53 |
| Celestica | CLS | 282.29-30.20 | |
| CelsiusHldg | CELH | 39.21 | -1.99 |
| Cemex | CX | 10.17 | -0.16 |
| Cencora | COR | 362.07 | 1.34 |
| CenterpointEner | CNP | 39.59 | 0.20 |
| Centene | CNC | 34.83 | -1.12 |
| CentPointEner | CNP | 39.59 | 0.20 |
| CharterComms | CHTR | 194.71 | 0.49 |
| CheckPoint | CHKP | 183.93 | -1.71 |
| CheniereEnergy | LNG | 208.17 | -1.45 |
| CheniereEnergyP | CQP | 53.18 | 0.57 |
| Chevron | CVX | 156.02 | -0.66 |
| Chewy | CHWY | 33.13 | -1.09 |
| Chipotle | CMG | 30.35 | -0.65 |
| Chubb | CB | 296.32 | 2.36 |
| ChunghwaTelCHT | CHT | 41.89 | 0.35 |
| Church&Dwight | CHD | 83.34 | 0.42 |
| Ciena | CIEN | 176.45-12.33 | |
| Cigna | CI | 288.58 | 1.65 |
| CincinnatiFinl | CINF | 163.66 | 2.01 |
| Cintas | CTAS | 183.20 | -0.27 |
| CircleInternet | CRCL | 66.93 | -2.79 |
| CiscoSystems | CSCO | 75.44 | -2.95 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Corpay | CPAY | 277.30 | 0.84 |
| Corteva | CTVA | 64.38 | -0.30 |
| CoStar | CSGP | 65.52 | -0.50 |
| Clorox | CLX | 100.07 | 1.64 |
| CoterraEnergy | CTRA | 25.40 | -0.36 |
| Coupang | CPNG | 26.56 | -0.34 |
| Crane | CR | 176.16 | -3.02 |
| Credicorp | BAP | 243.31 | -6.39 |
| CredoTech | CRDO | 134.25 | -7.15 |
| CrowdStrike | CRWD | 501.31-19.28 | |
| CrownCastle | CCI | 90.12 | -0.93 |
| Crown Holdings | CCK | 95.87 | 1.13 |
| CubeSmart | CUBE | 35.63 | -0.23 |
| Cummins | CMI | 465.19 | -8.07 |
| Curtiss-Wright | CW | 535.80-12.15 | |
| CyberArkSoftware | CYBR | 445.85-36.62 | |

### D E F

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| DTE Energy | DTE | 135.71 | 0.66 |
| DT Midstream | DTM | 116.35 | 1.17 |
| D-WaveQuantum | QBTS | 20.51 | -2.93 |
| Danaher | DHR | 222.18 | -0.23 |
| Darden | DRI | 169.21 | -0.79 |
| Datadog | DDOG | 159.57-16.74 | |
| Dayforce | DAY | 68.87 | -0.10 |
| DeckersOutdoor | DECK | 81.48 | -1.53 |
| Deere | DE | 476.33 | 1.56 |
| DellTechC | DELL | 117.40 | -1.98 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Citigroup | C | 97.63 | -2.20 |
| CitizensFin | CFG | 50.70 | -0.46 |
| CleanHarbors | CLH | 209.12 | -3.06 |
| Coca-ColaFemsa | KOF | 105.80 | -0.70 |
| Coca-Cola | KO | 71.21 | 0.10 |
| Coca-ColaCon | COKE | 163.38 | -0.28 |
| CocaColaEuropac | CCEP | 89.19 | -0.25 |
| ConcentMining | CDE | 13.66 | -0.85 |
| CognizantTech | CTSH | 72.35 | 0.06 |
| Coherent | COHR | 135.61 | -7.33 |
| CoinbaseGlbl | COIN | 238.16-19.13 | |
| ColgatePalm | CL | 77.59 | -0.59 |
| Comcast | A | CMCSA | 26.63 | -0.24 |
| Comerica | CMA | 76.07 | -0.40 |
| ComfortSystems | FIX | 876.19-54.31 | |
| SABESP | SBS | 25.15 | -0.56 |
| ConagraBrands | CAG | 17.38 | -0.62 |
| ConocoPhillips | COP | 87.47 | -0.51 |
| ConEd | ED | 100.95 | 0.57 |
| ConstBrands A | STZ | 130.45 | 1.18 |
| ConstellationEner | CEG | 345.78-11.70 | |
| Cooper | COO | 71.11 | -1.04 |
| Copart | CPRT | 41.02 | -0.35 |
| Core&Main | CNM | 44.29 | -1.08 |
| CoreWeave | CRWV | 69.21 | -5.71 |
| Corning | GLW | 78.03 | -3.66 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| DeltaAir | DAL | 55.97 | -0.90 |
| DeutscheBank | DB | 33.55 | -1.05 |
| DevonEnergy | DVN | 35.16 | -0.12 |
| DexCom | DXCM | 58.42 | -1.31 |
| Diageo | DEO | 88.73 | 0.06 |
| DiamondbkEner | FANG | 146.25 | -2.44 |
| Dick's | DKS | 202.61 | -4.43 |
| DigitalRealty | DLR | 157.59 | -1.71 |
| Dillard's | DDS | 596.56 | -8.85 |
| Disney | DIS | 102.70 | -1.97 |
| DocuSign | DOCU | 64.01 | -1.03 |
| DollarGeneral | DG | 100.29 | 0.64 |
| DollarTree | DLTR | 98.56 | -1.40 |
| DominionEner | D | 60.83 | 0.64 |
| Domino's | DPZ | 397.21 | -2.46 |
| Donaldson | DCI | 84.97 | -0.30 |
| DoorDash | DASH | 187.73-14.59 | |
| Dover | DOV | 178.03 | -1.61 |
| Dow | DOW | 20.95 | -0.36 |
| Doximity | DOCS | 46.42 | -1.56 |
| DrReddy'sLab | RDY | 13.90 | -0.15 |
| DraftKings | DKNG | 29.00 | -0.02 |
| DukeEnergy | DUK | 122.54 | 0.31 |
| DuPont | DD | 37.12 | -0.76 |
| DutchBros | BROS | 50.87 | 0.65 |
| DycomInds | DY | 323.37 | -1.92 |
| Dynatrace | DT | 43.44 | -1.85 |
| EMCOR | EME | 583.08-22.76 | |
| ENI | E | 37.33 | -0.18 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| EOG Rscs | EOG | 106.07 | -1.02 |
| EPAM Systems | EPAM | 178.62 | -2.31 |
| EQT | EQT | 56.35 | -2.54 |
| EastWestBncp | EWBC | 100.97 | 1.91 |
| EastGroup | EGP | 175.72 | -1.65 |
| Eaton | ETN | 328.19-17.46 | |
| eBay | EBAY | 80.05 | -1.23 |
| EchoStar | SATS | 67.23 | -1.87 |
| Ecolab | ECL | 341.74 | 0.24 |
| Ecopetrol | EC | 10.32 | -0.32 |
| EdisonIntl | EIX | 58.08 | 0.50 |
| EdwardsLife | EW | 84.09 | -1.93 |
| ElancoAnimal | ELAN | 21.24 | -0.22 |
| Elastic | ESTC | 82.08 | -6.20 |
| ElbitSystems | ESLT | 468.41-12.92 | |
| ElectronicArts | EA | 200.12 | -0.46 |
| ElevanceHealth | ELV | 313.99 | -2.38 |
| Embraer | ERJ | 84.07 | 0.93 |
| Emerson | EMR | 123.72 | -4.45 |
| Enbridge | ENB | 48.30 | -0.32 |
| EncompassHealth | EHC | 112.79 | 0.87 |
| EnergyTransfer | ET | 16.64 | -0.29 |
| EnsignGroup | ENSG | 179.34 | 0.63 |
| Entegris | ENTG | 68.80 | -4.97 |
| Entergy | ETR | 93.35 | -0.60 |
| EnterpriseProd | EPD | 31.89 | 0.17 |
| Equifax | EFX | 206.65 | 0.39 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Equinix | EQIX | 752.81-12.27 | |
| Equinor | EQNR | 23.04 | -0.23 |
| EquinoxGold | EQX | 12.12 | -0.69 |
| Equitable | EQH | 43.80 | -0.20 |
| EquityLife | ELS | 61.89 | 0.53 |
| EquityResdntl | EQR | 59.16 | 0.22 |
| ErieIndemnity | ERIE | 293.06 | 8.00 |
| EssentialUtil | WTRG | 38.67 | 0.38 |
| EssexProp | ESS | 255.73 | 1.10 |
| EsteeLauder A | EL | 86.61 | 0.70 |
| EvercoreA | EVR | 295.84 | -9.47 |
| Everest | EG | 304.99 | -7.85 |
| Evergy | EVRG | 75.72 | 0.10 |
| EversourceEner | ES | 63.55 | -1.71 |
| ExactSciences | EXAS | 100.67 | 14.49 |
| Exelixis | EXEL | 45.11 | -0.36 |
| Exelon | EXC | 45.41 | -0.15 |
| ExpandEnergy | EXE | 114.50 | -2.77 |
| Expedia | EXPE | 234.77 | -5.19 |
| ExpeditorsIntl | EXPD | 138.30 | -0.83 |
| ExtraSpaceSt | EXR | 128.81 | -0.61 |
| ExxonMobil | XOM | 117.02 | -0.33 |
| F5 | FFIV | 225.83 | 1.84 |
| FTAI Aviation | FTAI | 157.51 | -7.48 |
| Fabrinet | FN | 387.22-29.47 | |
| FactSet | FDS | 273.05 | 6.03 |
| Fairisaac | FICO | 1720.55-15.61 | |
| Fastenal | FAST | 39.15 | -0.40 |

Continued on Page B8

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable/ Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| AECOM | ACM | 1.2 | .31/.26 | Q | Jan23/Jan07 |
| Agilent Technologies | A | 0.7 | .255/.248 | Q | Jan28/Jan06 |
| Brown-Forman Cl A | BF.A | 3.3 | .231/.2265 | Q | Jan02/Dec05 |
| Brown-Forman Cl B | BF.B | 3.3 | .231/.2265 | Q | Jan02/Dec05 |
| Griffon | GFF | 1.3 | .22/.18 | Q | Dec16/Nov28 |
| La-Z-Boy | LZB | 2.7 | .242/.22 | Q | Dec15/Dec04 |
| Marzetti | MZTI | 2.2 | 1.00/.95 | Q | Dec31/Dec05 |
| Matthews Intl Cl A | MATW | 4.0 | .255/.25 | Q | Dec15/Dec01 |
| McCormick Vtg | MKC.V | 2.8 | .48/.45 | Q | Jan12/Dec29 |
| PulteGroup | PHM | 0.8 | .26/.22 | Q | Jan06/Dec15 |
| WesBanco | WSBC | 4.8 | .38/.37 | Q | Jan02/Dec05 |
| **Initial** | | | | | |
| Alpine Incm Prop Pfd.A | PINEpA | 8.2 | .2722 | | Dec31/Dec11 |

**KEY: A:** annual; **M:** monthly; **Q:** quarterly; **r:** revised; **SA:** semiannual; **S2:1:** stock split and ratio; **SO:** spin-off.

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable/ Record |
|---|---|---|---|---|---|
| M&T Bank Pfd.K | MTBpK | 6.3 | .19845 | | Dec15/Dec01 |
| **Stocks** | | | | | |
| EZGO Technologies | EZGO | | 1:25 | | /Nov21 |
| Harrison Global Holdings | BLMZ | | 1:10 | | /Nov21 |
| JX Luxventure Group | JXG | | 1:15 | | /Nov21 |
| Mawson Infrastructure | MIGI | | 1:20 | | /Nov21 |
| SaverOne 2014 ADR | SVRE | | 1:3 | | /Dec10 |
| **Foreign** | | | | | |
| Copa Holdings Cl A | CPA | 5.7 | 1.61 | Q | Dec15/Dec01 |
| Cresud ADR | CRESY | ... | .60934 | | Dec10/Nov28 |
| JOYY ADR | JOYY | 4.4 | .97 | Q | Jan13/Jan07 |
| NXP Semiconductors | NXPI | 2.2 | 1.014 | Q | Jan07/Dec10 |
| Star Bulk Carriers | SBLK | 1.6 | .11 | Q | Dec18/Dec05 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

— — — — — — — — — — — — — — — — — x

KEN CHIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC.,

Defendants.

— — — — — — — — — — — — — — — — — x

Civil Action No. 1:21-cv-11196-GHW-BCM

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

TO: ALL PERSONS AND ENTITIES WHO OR WHICH PURCHASED OR OTHERWISE ACQUIRED KE HOLDINGS INC. ("KE HOLDINGS") AMERICAN DEPOSITORY SHARES ("ADS") BETWEEN NOVEMBER 19, 2020 AND MARCH 10, 2022, INCLUSIVE, OR TRACEABLE TO THE FOLLOW-ON OFFERING'S REGISTRATION STATEMENT ("SETTLEMENT CLASS")

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan, on behalf of itself and all members of the proposed Settlement Class, and KE Holdings and Colleen A. De Vries (the "KE Holdings Defendants"), and Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, and China Renaissance Securities (US) Inc. (the "Underwriter Defendants" and, together with the KE Holdings Defendants, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $4,950,000 (the "Settlement").

A hearing will be held before the Honorable Gregory H. Woods on February 27, 2026, at 10:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 (the "Settlement Hearing") to determine whether the Court should: approve the proposed Settlement as fair, reasonable, and adequate; dismiss the Action with prejudice as provided in the Stipulation of Settlement, dated September 8, 2025; approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Settlement Class Members; and approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing without providing another notice. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing, will be posted to the Settlement website, www.KEHoldingsSecuritiesSettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website for the Settlement, www.KEHoldingsSecuritiesSettlement.com, or by contacting the Claims Administrator at:

KE Holdings Securities Settlement
c/o Verita Global
P.O. Box 301171
Los Angeles, CA 90030-1171
www.KEHoldingsSecuritiesSettlement.com
1-888-808-1457

Inquiries, other than requests for information about the status of a claim, may also be made to Lead Counsel:

Robbins Geller Rudman & Dowd LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
settlementinfo@rgrdlaw.com
1-800-449-4900

If you are a member of the Settlement Class, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than February 12, 2026*. If you are a member of the Settlement Class and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is *received no later than February 6, 2026*. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than February 6, 2026*.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: October 24, 2025

BY ORDER OF THE COURT:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## COMMERCIAL REAL ESTATE

### NOTICE OF PUBLIC SALE OF COLLATERAL

**NOTICE IS HEREBY GIVEN** that, pursuant to (a) Section 9-610 of the Uniform Commercial Code ("UCC") as in effect in the State of New Jersey and (b) the Pledge and Security Agreement, dated as of November 16, 2022 (as amended, restated, or otherwise modified, the "Security Agreement") made by Thomas Sueta and Carney Vetrano, each an individual (collectively, "Debtor") to 100 Mile Northeast, LLC, a Delaware limited liability company (as successor-in-interest to 100 Mile Headliner LLC, a Delaware limited liability company, the "Secured Party"), the Secured Party will offer for sale at public sale (the "Auction") all right, title, and interest of the Debtor in and to the following collateral (the "Subject Collateral"): (i) one hundred percent (100%) of the stock in 35 Brew, Inc., a New Jersey corporation ("35 Brew"), (ii) all furniture, fixtures and equipment owned by 35 Brew and sited at 1401 Highway 35 South, Neptune, New Jersey 07753 ("Premises"), (iii) Debtor's and 35 Brew's right, title and interest in that certain plenary retail consumption liquor license no. 1334-33-011-003 issued by the Township of Neptune (the "Liquor License") and currently sited at the Premises, and (iv) all proceeds (as defined in the UCC) of the foregoing. The Subject Collateral is security for the mortgagor's obligations under that Mortgage and Security Agreement, dated as of November 16, 2022, among New York Concourse, LLC, 35 Brew, Inc. and the Secured Party. Final disposition of the Liquor License is subject to NJABC and Township of Neptune approval.

**TERMS AND CONDITIONS OF THE AUCTION**

The Subject Collateral is being sold as described above on an "AS IS, WHERE IS, WITH ALL FAULTS" basis pursuant to the following terms and conditions.

1. Parties interested in bidding at the Auction may, subject to executing confidentiality agreements and meeting the bidder qualifications set forth in the bidding procedures (the "Bidding Procedures"), which can be obtained by contacting Mannion Auctions, LLC, 299 Broadway, Suite 1601, New York, New York 10007 ("Mannion"), obtain additional information concerning the Subject Collateral. The Bidding Procedures provide additional information about the bidding process, including bidder qualifications, Auction participation and determination of the winning bid.

2. The Auction will be held on December 19, 2025, at 2:30 P.M. via a web-based video conferencing and/or telephonic conferencing program selected by the Secured Party, access to which will be made available to qualified bidders.

3. The Subject Collateral will be sold on an "AS-IS, WHERE IS, WITH ALL FAULTS" basis, without recourse, and without and express or implied representations or warranties whatsoever including, without limitation, as to the condition of title, value, or quality of the Subject Collateral, or without regard to assets, liabilities, financial condition, or earnings of Debtor or any of their affiliates. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL WARRANTIES, WHETHER OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ARE EXPRESSLY DISCLAIMED. The sale of the Subject Collateral is specifically subject to all taxes, liens (other than those of the Secured Party), claims, assessments, liabilities and encumbrances, if any, that may exist against the Subject Collateral under the UCC or other applicable law. The Secured Party makes no representations or warranties and provides no assurances as to any Subject Collateral. Prospective bidders should perform their own diligence as to the Subject Collateral.

4. The Secured Party reserves the right to determine which bidders qualify for participation in the Auction, reject any bid or all bids at the Auction, to announce such other terms at the Auction as may be commercially reasonable in the Secured Party's discretion or to accept non-conforming bids. Further, the Secured Party reserves the right to cancel, postpone, or adjourn the Auction by announcement made at the Auction, either before or after the commencement of bidding, without written notice or further publication. The Secured Party reserves the right to credit bid any portion of its secured indebtedness then outstanding under the Loan Agreement at the Auction. The Secured Party reserves the right to implement such other terms or conditions at the Auction or regarding the Auction procedures as the Secured Party, in its sole discretion, determines to be commercially reasonable under the circumstances.

All inquiries concerning this Notice of Public Sale and the terms and conditions of the sale (including requirements to be a "qualified bidder") should be made to: Matthew Mannion, mdmannion@jpandr. com, 212-267-6698. Interested bidders must contact Auctioneer no later than two (2) business days before the scheduled auction to receive instructions on registering to bid, including making a qualifying deposit. Any person making any inquiry or request must: (i) disclose the person or entity on whose behalf such information is being sought, (ii) execute the confidentiality agreement, which will be provided upon request, and (iii) maintain the confidentiality of the information provided in accordance with the confidentiality agreement.

### NOTICE OF UCC PUBLIC AUCTION SALE

**PLEASE TAKE NOTICE** that, in accordance with the applicable provisions of the Uniform Commercial Code of the States of Texas and New York (as applicable), Graystreet/Kem Exchange, LLC, a Texas limited liability company (the "Secured Party"), will sell at public auction all limited liability company interests held by The Vic on Park Row Holdings, LLC, a Texas limited liability company (the "Pledgor") in The Vic on Park Row, LLC, a Texas limited liability company (the "Pledged Entity"; such interests, the "Equity Interests"). The Equity Interests secure indebtedness owing by Pledgor to Secured Party in a principal amount of not less than $6,000,000, plus advances to pay sums owed on the Senior Loan, unpaid interest, attorneys ' fees and other charges, including the costs to sell the Equity Interests (the "Debt").

Secured Party's understanding, without making any representation or warranty as to accuracy or completeness, is that the principal asset of the Pledged Entity is the real property located at 18210 Park Row Boulevard, Houston, Texas 77084 (the "Property ").

The public sale (the "Public Sale") will be held in person on December 2, 2025 on the steps of the New York Supreme Court in New York City at 3:00 p.m. EST.

At the Sale, the Secured Party reserves the right to: (i) credit bid up to the amount of the Debt; (ii) set minimum price(s) for the Equity Interests; (iii) reject bids, in whole or in part; (iv) cancel or adjourn the Public Sale, in whole or in part; and (v) establish the terms and conditions of the Public Sale (the "Terms of Public Sale") which shall comply with all restrictions and obligations pursuant to the Intercreditor Agreement dated as of December 10, 2021 by and between the Secured Party and the holder of the mortgage encumbering the Property.

Prospective and winning bidder(s) will be required to represent in writing to Secured Party that they will adhere to the Terms of Public Sale and are purchasing the Equity Interests for their own account, not acquiring them with a view toward the sale or distribution thereof and will not resell the Equity Interests unless pursuant to a valid registration under the applicable federal and/or state securities laws, or a valid exemption from the registration thereunder. The Equity Interests have not been registered under such securities laws and cannot be sold by the winning bidder(s) without registration or application for a valid exemption. The Equity Interests will be offered for sale at the auction "as-is, where-is," and there are not express or implied warranties or representations relating to title possession, quiet enjoyment, merchantability, fitness, or the like as to the Equity Interests. THIS NOTICE DOES NOT CONSTITUTE AN OFFER TO SELL, NOR THE SOLICITATION OF AN OFFER TO BUY, THE DISPOSITION OF ASSETS TO OR FROM ANYONE IN ANY JURISDICTION IN WHICH SUCH AN OFFER OR SOLICITATION IS NOT AUTHORIZED.

All bids (other than credit bid of Secured Party) must be for cash, and the successful bidder must be prepared to deliver immediately available good funds in the amount of twenty percent (20%) of the successful bid within 24 hours after the sale, with the balance to be delivered within five (5) business days of the Public Sale and otherwise comply with the bidding requirements , including the payment of transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Equity Interests. Failure to consummate the purchase of the Equity Interests will result in the forfeiture of the deposit.

Parties interested in bidding on the Equity Interests must contact Joseph Lubertazzi, Jr., Secured Party 's lawyer, via e-mail at jlubertazzi@mccarter.com. Upon execution of a standard non-disclosure agreement additional documentation and information will be available. Interested parties who do not contact Mr. Lubertazzi and register for the Public Sale, may not be permitted to participate in the bidding at the Public Sale.

Secured Party reserves the right to adjourn the sale, or to modify the Terms of Public Sale.

## COMMERCIAL REAL ESTATE

### NOTICE OF PUBLIC SALE OF COLLATERAL

**NOTICE IS HEREBY GIVEN** that, pursuant to (a) Section 9-610 of the Uniform Commercial Code ("UCC") as in effect in the State of New Jersey and (b) the Pledge and Security Agreement, dated as of November 16, 2022 (as amended, restated, or otherwise modified, the "Security Agreement") made by Thomas Sueta and Carney Vetrano, each an individual (collectively, "Debtor") to 100 Mile Northeast, LLC, a Delaware limited liability company (as successor-in-interest to 100 Mile Headliner LLC, a Delaware limited liability company, the "Secured Party"), the Secured Party will offer for sale at public sale (the "Auction") all right, title, and interest of the Debtor in and to the following collateral (the "Subject Collateral"): (i) one hundred percent (100%) of the membership interests in New York Concourse, LLC, a New Jersey limited liability company, and (ii) all proceeds (as defined in the UCC) of the foregoing. The Subject Collateral is security for the mortgagor's obligations under that Mortgage and Security Agreement, dated as of November 16, 2022, among New York Concourse, LLC, 35 Brew, Inc. and the Secured Party.

**TERMS AND CONDITIONS OF THE AUCTION**

The Subject Collateral is being sold as described above on an "AS IS, WHERE IS, WITH ALL FAULTS" basis pursuant to the following terms and conditions.

1. Parties interested in bidding at the Auction may, subject to executing confidentiality agreements and meeting the bidder qualifications set forth in the bidding procedures (the "Bidding Procedures"), which can be obtained by contacting Mannion Auctions, LLC, 299 Broadway, Suite 1601, New York, New York 10007 ("Mannion"), obtain additional information concerning the Subject Collateral. The Bidding Procedures provide additional information about the bidding process, including bidder qualifications, Auction participation and determination of the winning bid.

2. The Auction will be held on December 19, 2025, at 1:30 P.M. via a web-based video conferencing and/or telephonic conferencing program selected by the Secured Party, access to which will be made available to qualified bidders.

3. The Subject Collateral will be sold on an "AS-IS, WHERE IS, WITH ALL FAULTS" basis, without recourse, and without and express or implied representations or warranties whatsoever including, without limitation, as to the condition of title, value, or quality of the Subject Collateral, or without regard to assets, liabilities, financial condition, or earnings of Debtor or any of their affiliates. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL WARRANTIES, WHETHER OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ARE EXPRESSLY DISCLAIMED. The sale of the Subject Collateral is specifically subject to all taxes, liens (other than those of the Secured Party), claims, assessments, liabilities and encumbrances, if any, that may exist against the Subject Collateral under the UCC or other applicable law. The Secured Party makes no representations or warranties and provides no assurances as to any Subject Collateral. Prospective bidders should perform their own diligence as to the Subject Collateral.

4. The Secured Party reserves the right to determine which bidders qualify for participation in the Auction, reject any bid or all bids at the Auction, to announce such other terms at the Auction as may be commercially reasonable in the Secured Party's discretion or to accept non-conforming bids. Further, the Secured Party reserves the right to cancel, postpone, or adjourn the Auction by announcement made at the Auction, either before or after the commencement of bidding, without written notice or further publication. The Secured Party reserves the right to credit bid any portion of its secured indebtedness then outstanding under the Loan Agreement at the Auction. The Secured Party reserves the right to implement such other terms or conditions at the Auction or regarding the Auction procedures as the Secured Party, in its sole discretion, determines to be commercially reasonable under the circumstances.

All inquiries concerning this Notice of Public Sale and the terms and conditions of the sale (including requirements to be a "qualified bidder") should be made to: Matthew Mannion, mdmannion@jpandr.com, 212-267-6698. Interested bidders must contact Auctioneer no later than two (2) business days before the scheduled auction to receive instructions on registering to bid, including making a qualifying deposit. Any person making any inquiry or request must: (i) disclose the person or entity on whose behalf such information is being sought, (ii) execute the confidentiality agreement, which will be provided upon request, and (iii) maintain the confidentiality of the information provided in accordance with the confidentiality agreement.

## COMMERCIAL REAL ESTATE

### NOTICE OF SALE

Notice is hereby given that, in accordance with applicable provisions of the Uniform Commercial Code (the "UCC"), by virtue of default under a pledge agreement dated November 27, 2024 executed by AYA Service 1 LLC ("Pledgor") and 47 West LLC, a Delaware limited liability company, authorized to do business in New York ("Secured Party"), the Secured Party, will offer for sale, at public auction, the right, title, and interest of AYA Service 1 LLC ("Pledgor") in and to one hundred percent (100%) of the membership interests and other equity interests, including, but not limited to, all economic rights and governance rights associated therewith, in and to 321-323-325 West 42nd Street LLC (the "Issuer") which owns the real property known as 321, 323 and 325 West 42nd Street, New York, New York ("Property") (collectively, the "Collateral").

The rights secured by the Secured Party are subject to a senior loan (the "Senior Loan") and first-priority mortgage on the Property and the obligations and liabilities set forth in the Senior Loan documents.

In order to satisfy the amounts due to the Secured Party in the amount of $3,448,228.29, plus interest at the rate of 24% per annum from September 1, 2025, reasonable fees, costs and disbursements permitted, less any credits due, the public auction will be held on December 15, 2025 at 1:00pm. (EST), and will be conducted by Matthew D. Mannion of Mannion Auctions, LLC virtually via the following Zoom meeting link: https://us02web.zoom.us/j/83284585036? pwd=e9PsVSSacEba9cUi8msbbKC0VwEZ75.1

Meeting ID: 832 8458 5036 Passcode: 333541 or by phone at +1 (646) 931-3860.

The Secured Party Reserves the right to credit bid. Any individual or entity interested in bidding on the Collateral must contact, Matthew D. Mannion at mdmannion@jpandr.com or by phone at +1 (212) 267-6698, to obtain a copy of the Terms of Sale and additional information regarding bidding instructions. Upon execution of a confidentiality and non-disclosure agreement, additional documentation and information will be made available.

The relevant UCC was filed on November 27, 2024, in the State of Delaware, whereby AYA Service 1 LLC, as pledgor, pledged its 100% interest in 321-323-325 West 42nd Street LLC, as the sole member, to the Secured Party.

Evan M. Newman, Esq., *Attorneys for Secured Party*, Jacobowitz Newman Tversky LLP, 377 Pearsall Ave, Suite C, Cedarhurst, NY 11516, T: (516) 545-0996 | F: (212) 671 1883

## BUSINESS OPPORTUNITIES

**ROGALLERY WILL BUY YOUR ART**
**Want to sell some art?**
RoGallery has you covered. We are looking to buy, from single pieces to entire collections and estates.
Email us now to get started.
Art@RoGallery.com | 718-937-0901

## THE WALL STREET JOURNAL.

## NOTABLE COMMERCIAL PROPERTIES
EVERY WEDNESDAY

(800) 366-3975
sales.realestate@wsj.com
wsj.com/classifieds

© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

## THE WALL STREET JOURNAL.
# THE MARKETPLACE
ADVERTISE TODAY
**(800) 366-3975**
For more information visit: **wsj.com/classifieds**

© 2025 Dow Jones & Company, Inc. All Rights Reserved.



DOW JONES

Nov 21, 2025 9:00 AM Eastern Standard Time

**Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the KE Holdings Securities Litigation**

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the KE Holdings Securities Litigation:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEN CHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANELY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC AND CHINA RENAISSANCE SECURITIES (US) INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-11196-GHW-BCM<br><br>SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES |

TO: ALL PERSONS AND ENTITIES WHO OR WHICH PURCHASED OR OTHERWISE ACQUIRED KE HOLDINGS INC. ("KE HOLDINGS") AMERICAN DEPOSITORY SHARES ("ADS") BETWEEN NOVEMBER 19, 2020 AND MARCH 10, 2022, INCLUSIVE, OR TRACEABLE TO THE FOLLOW-ON OFFERING'S REGISTRATION STATEMENT ("SETTLEMENT CLASS")

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Lead Plaintiff Saskatchewan Healthcare Employees' Pension Plan, on behalf of itself and all members of the proposed Settlement Class, and KE Holdings and Colleen A. De Vries (the "KE Holdings Defendants"), and Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, and China Renaissance Securities (US) Inc. (the "Underwriter Defendants" and, together with the KE Holdings Defendants, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $4,950,000 (the "Settlement").

A hearing will be held before the Honorable Gregory H. Woods on February 27, 2026, at 10:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 (the "Settlement Hearing") to determine whether the Court should: approve the proposed Settlement as fair, reasonable, and adequate; dismiss the Action with prejudice as provided in the Stipulation of Settlement, dated September 8, 2025; approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Settlement Class Members; and approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing without providing another notice. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing, will be posted to the Settlement website, www.KEHoldingsSecuritiesSettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website for the Settlement, www.KEHoldingsSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*KE Holdings Securities Settlement*
*c/o Verita Global*
*P.O. Box 301171*
*Los Angeles, CA 90030-1171*
www.KEHoldingsSecuritiesSettlement.com
*1-888-808-1457*

Inquiries, other than requests for information about the status of a claim, may also be made to Lead Counsel:

Robbins Geller Rudman & Dowd LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
settlementinfo@rgrdlaw.com
1-800-449-4900

If you are a member of the Settlement Class, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form **postmarked or submitted online no later than February 12, 2026.** If you are a member of the Settlement Class and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is **received no later than February 6, 2026.** If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are **received no later than February 6, 2026.**

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: October 24, 2025

BY ORDER OF THE COURT:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Contacts**

Media Contact:

Share 🔗 𝕏 ⓕ ✉ 🔗 ⋯

Greg Wood
(619) 231-1058

Industry:     Class Action Lawsuit     Professional Services     Legal

⬈ NYSE:BEKE

**RELEASE VERSIONS**

English

**CONTACTS**

Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Jonathan D. Carameros, as Senior Vice President, Settlement Administration at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on November 21, 2025 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of November 2025, at Danville, California.

Jonathan D. Carameros