# EXHIBIT D



RECEIVED
January 20, 2026
Claims Center

# Exclusion Cover Page

Case Name: KE Holding Securities Settlement

Case Code: KEHS

Exclusion Deadline: February 6, 2026

Name of Person Filing Exclusion: Melody Fu

January 12, 2026

To Whom It May Concern,

I, Melody Fu want to execute myself from this
Civil Action No. 1:21-CV-11196-GHW-BCM.

Sincerely,

Melody Fu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KEITH CHIN, Individually and on Behalf of All        :        Civil Action No. 1:21-cv-11196-GHW-BCM
Others Similarly Situated,                           :
                            Plaintiff,               :
                                                     :
        vs.                                          :
                                                     :
KE HOLDINGS INC., COLLEEN A. DE VRIES,               :
GOLDMAN SACHS (ASIA) L.L.C., MORGAN                  :
STANLEY & CO. LLC, J.P. MORGAN                       :
SECURITIES LLC, GOLDMAN SACHS & CO. LLC              :
and CHINA RENAISSANCE SECURITIES (US)                :
INC.,                                                :
                            Defendants.              :
                                                     :

———————————————————————— x

## PROOF OF CLAIM AND RELEASE FORM

### I.        GENERAL INSTRUCTIONS

1.        To recover as a Settlement Class Member based on your claims in the action entitled *Chin v. KE Holdings Inc., et al.*, Civil Action No. 1:21-cv-11196-GHW-BCM (S.D.N.Y.) (the "Action"),[1] you must complete and, on page 5 below, sign this Proof of Claim and Release Form ("Claim Form"). If you fail to submit a timely and properly addressed (as explained in paragraph 2 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement. Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

2.        **THIS    CLAIM    FORM    MUST    BE    SUBMITTED    ONLINE    AT WWW.KEHOLDINGSSECURITIESSETTLEMENT.COM NO LATER THAN FEBRUARY 12, 2026, OR, IF MAILED, BE POSTMARKED NO LATER THAN FEBRUARY 12, 2026, ADDRESSED AS FOLLOWS:**

> *KE Holdings Securities Settlement*
> Claims Administrator
> c/o Verita Global
> P.O. Box 301171
> Los Angeles, CA 90030-1171
> Online submissions: www.KEHoldingsSecuritiesSettlement.com

If you are a Settlement Class Member and you do not timely request exclusion in response to the Notice dated October 24, 2025, you are bound by and subject to the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

### II.        CLAIMANT IDENTIFICATION

1.        If you purchased or otherwise acquired KE Holdings Inc. ("KE Holdings") American Depository Shares ("ADS") during the period beginning November 19, 2020 through March 10, 2022, inclusive (the "Settlement Class Period") or traceable to the Follow-On Offering's registration statement and held the stock in your name, you are the beneficial owner as well as the record owner. If, however, you purchased or otherwise acquired KE Holdings ADS during the Settlement Class Period through a third party, such as a brokerage firm, you are the beneficial owner and the third party is the record owner.

2.        Use **Part I** of this form entitled "Claimant Identification" to identify each beneficial owner of KE Holdings ADS that forms the basis of this claim, as well as the owner of record if different. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

3.        All joint owners must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. The last four digits of the Social Security (or full taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

---

[1]        This Proof of Claim and Release Form incorporates by reference the definitions in the Stipulation of Settlement ("Stipulation"), which can be obtained at www.KEHoldingsSecuritiesSettlement.com

1

### III.    IDENTIFICATION OF TRANSACTIONS

1.    Use **Part II** of this form entitled "Schedule of Transactions in KE Holdings ADS" to supply all required details of your transaction(s). If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.    On the schedules, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of KE Holdings ADS, whether the transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

3.    List each transaction separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

4.    The date of covering a "short sale" is deemed to be the date of purchase or acquisition of KE Holdings ADS. The date of a "short sale" is deemed to be the date of sale.

5.    Copies of broker confirmations or other documentation of your transactions must be attached to your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim. **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN KE HOLDINGS ADS.**

6.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. (This is different than the online claim portal on the Settlement website.) All such claimants MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies. If you wish to submit your claim electronically, you must contact the Claims Administrator at edata@veritaglobal.com to obtain the required file layout. Any file not in accordance with the required electronic filing format will be subject to rejection. Only one Claim Form should be submitted for each legal entity (see above) and the complete name of the beneficial owner(s) of the securities must be entered where called for. Distribution payments must be made by check or electronic payment payable to the Authorized Claimant (beneficial account owner). The third-party filer shall not be the payee of any distribution payment check or electronic distribution payment. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data. Do not assume that your file has been received until you receive this notification. If you do not receive such an email within 10 days of your submission you should contact the electronic filing department at edata@veritaglobal.com to inquire about your file and confirm it was received.



Melodu Fu



usa forever

*KE Holdings Securities Settlement*
Claims Administrator
c/o Verita Global
P.O. Box 301171
Los Angeles, CA  90030-1171

RECEIVED

JAN 2 0 2026

VERITA GLOBAL

**KEHS**