# EXHIBIT A

**EXHIBIT A**

*Chin v. KE Holdings Inc., et al.*, No. 1:21-cv-11196-GHW-BCM
Robbins Geller Rudman & Dowd LLP
Inception through November 17, 2025

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 12.80 | 830 | $     10,624.00 |
| Bays, Lea M. | (P) | 14.60 | 970 | 14,162.00 |
| Boardman, Erin W. | (P) | 1,669.90 | 970 | 1,619,803.00 |
| Gusikoff Stewart, Ellen A. | (P) | 89.70 | 1270 | 113,919.00 |
| Millkey, Mark T. | (P) | 227.90 | 1270 | 289,433.00 |
| Rosenfeld, David A. | (P) | 37.30 | 1055 | 39,351.50 |
| Mitchell, Brent E. | (A) | 893.90 | 490 | 438,011.00 |
| Ohlmann, Jonathan A. | (A) | 17.50 | 395 | 6,912.50 |
| Blasy, Mary K. | (OC) | 17.30 | 1045 | 18,078.50 |
| Barhoum, Anthony J. | (EA) | 6.60 | 485 | 3,201.00 |
| Cabusao, Reggie F. | (EA) | 19.70 | 385 | 7,584.50 |
| Hensley, Austin B. | (EA) | 19.50 | 315 | 6,142.50 |
| Roelen, Scott R. | (RA) | 9.80 | 335 | 3,283.00 |
| Brandon, Kelley T. | (I) | 8.50 | 370 | 3,145.00 |
| Peitler, Steven J. | (I) | 69.50 | 395 | 27,452.50 |
| Crosby, Teresa C. | (PL) | 32.40 | 435 | 14,094.00 |
| Garcia, Kathryn E. | (PL) | 5.70 | 350 | 1,995.00 |
| Meyer, Stefanie C. | (PL) | 126.80 | 435 | 55,158.00 |
| Williams, Jaclyn N. | (PL) | 85.50 | 435 | 37,192.50 |
| *TOTAL* | | *3,364.90* | | *$  2,709,542.50* |

(P) Partner
(A) Associate
(OC) Of Counsel
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(PL) Paralegals