# EXHIBIT B

**EXHIBIT B**

*Chin v. KE Holdings Inc., et al.*, No. 1:21-cv-11196-GHW-BCM
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through October 27, 2025

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing and Other Fees | | $    1,855.20 |
| Business Wire | | 450.00 |
| Transportation, Hotels, and Meals | | 928.54 |
| Overnight Delivery | | 49.39 |
| Court Hearing Transcripts | | 100.83 |
| Consultants | | 25,272.95 |
| NY Summit Consulting, Inc. | $ 15,687.50 | |
| ValueScope, Inc. | 9,585.45 | |
| Online Legal and Financial Research | | 8,477.11 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 35,790.00 |
| *TOTAL* | | *$   72,924.02* |