# EXHIBIT C

**EXHIBIT C**

*Chin v. KE Holdings Inc., et al.*, No. 1:21-cv-11196-GHW-BCM
Robbins Geller Rudman & Dowd LLP

Filing and Other Fees: $1,855.20

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 06/24/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: MORGAN STANLEY & CO. LLC: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |
| 06/24/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: GOLDMAN & SACHS & CO. LLC: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |
| 06/25/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: PENG YONGDONG: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |
| 06/27/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: J.P. MORGAN SECURITIES LLC: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |
| 06/27/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: GOLDMAN SACHS (ASIA) L.L.C.: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |
| 06/27/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | SUBSTITUTED SERVICE: COLLEEN A. DE VRIES: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |

| 06/28/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CHINA RENAISSANCE SECURITIES (US) INC.: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES |
|---|---|---|
| 08/30/24 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: MUDDY WATERS CAPITAL LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 09/15/24 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: MUDDY WATERS CAPITAL LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/01/25 | CLERK OF THE COURT | S.D.N.Y. *PRO HAC VICE* FOR ELLEN GUSIKOFF STEWART |