# EXHIBIT D

**EXHIBIT D**

*Chin v. KE Holdings Inc., et al.*, No. 1:21-cv-11196-GHW-BCM
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels, and Meals: $928.54

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Boardman, Erin | 10/24/25 | New York, NY | Prepare for and attend status conference |
| Boardman, Erin | 11/19/25 | New York, NY | Prepare for and attend status conference |
| Boardman, Erin | 03/27/25 | New York, NY | Prepare for and attend mediation |
| Rosenfeld, David | 03/27/25 | New York, NY | Prepare for and attend mediation |