# EXHIBIT E

**EXHIBIT E**

*Chin v. KE Holdings Inc., et al.*, No. 1:21-cv-11196-GHW-BCM
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts: $100.83

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 10/04/22 | SOUTHERN DISTRICT REPORTERS PC | FEE FOR EMAIL TRANSCRIPT OF PROCEEDINGS ON 08/10/22 |
| 04/20/24 | SOUTHERN DISTRICT REPORTERS PC | FEE FOR ORIGINAL TRANSCRIPT OF PROCEEDINGS ON 04/10/24 |