# Exhibit A

## Max Djafari

| | |
|---|---|
| **From:** | KE Holdings Securities Settlement <info@KEHoldingsSecuritiesSettlement.com> |
| **Sent:** | Tuesday, January 20, 2026 6:50 PM |
| **To:** | Max Djafari |
| **Subject:** | Re: Inquiry re KE Holdings Inc Securities Litigation |

Hello,

We apologize for the delayed response.

We are unable to advise regarding claim eligibility prior to receiving and processing a Claim Form submission. We cannot be more specific than the information which has been included in the Notice and cannot interpret how the Notice or Plan of Allocation may apply to a specific claim prior to processing.

Please read the Notice and Class definition carefully and decide whether or not you wish to submit a Claim Form. If you are still not certain of eligibility and want for us to determine eligibility, you will need to submit a Claim Form along with supporting documentation for your transactions.

Sincerely,

KE Holdings Securities Settlement
Claims Administrator
Verita Global

---

**From:** Max Djafari <mdjafari@blaschwartz.com>
**Sent:** Monday, January 5, 2026 7:35 PM
**To:** KE Holdings Securities Settlement <info@KEHoldingsSecuritiesSettlement.com>
**Subject:** Inquiry re KE Holdings Inc Securities Litigation

Hello,
I'm following up on a previous inquiry made concerning the KE Holdings Inc Securities Litigation for which you are the Claim Administrator. I have a few questions regarding this case:
1) The Plan of Allocation within the Final Notice is unclear, on page 11 Table A cites different dates than stipulation 1 below it. Does the zero-loss period end on November 15, 2021, or December 15, 2021? If you could clarify the start and end dates for the each of the 4 periods in the table that would be a great help.
2) How do you identify each purchase or other acquisition of a security pursuant to the registration statement; is it shares purchased between 11/19/2020 to 11/16/2021?
3) Finally, on page 11 for period 2 and line 2 what is the purpose of having the lesser of $18.70 minus sale price in addition to offering price of $58.00 minus sale price, wouldn't it always default to $18.70 minus sale price?
Thank you very much,
Max Djafari

1

**Max Djafari**

**BLA Schwartz, PC**
One University Ave., Suite 302B
Westwood, MA  02090
TEL 781.636.5025  FAX 781.636.5090
www.BLASchwartz.com

WESTWOOD • NEW YORK • LOS ANGELES

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged.  This communication is the property of BLA Schwartz, PC and is intended only for the use of the addressee.  If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

2