# Exhibit B

## Irwin Schwartz

| | |
|---|---|
| **From:** | dpineau@dividexmanagement.com |
| **Sent:** | Tuesday, January 13, 2026 3:17 PM |
| **To:** | 'Ellen Gusikoff' |
| **Cc:** | Max Djafari; Irwin Schwartz |
| **Subject:** | FW: Inquiry re KE Holdings Inc Securities Litigation |

Hello Ellen,

I hope this finds you well and I hope your new year is off to a good start.

My colleague Max Djafari reached out to Gilardi with questions about the details of the KE Holdings Plan of Allocation, but they have yet to respond. So, we are contacting you with the hope that you can clarify a few issues for us.

First, we are confused by the description of the class period. The Notice states, "If you purchased or otherwise acquired the American Depository Shares ("ADS") of KE Holdings Inc. ("KE Holdings" or the "Company") between November 19, 2020 and March 10, 2022, inclusive, or traceable to the Follow-On Offering's registration statement, you may be entitled to a payment from a class action settlement." How will the Admin define "traceable to the Follow-On Offering's registration statement", and is there a way that such a transaction would not fall between November 19, 2020, and March 10, 2022 (the class period)?

Further, paragraph 70 of the Notice states, "Only Shares held until at least November 16, 2021, and sold on or after November 16, 2021, will be entitled to a Recognized Loss Amount under this Plan", however TABLE A list the Zero Loss Period as ending on DECEMBER 15, 2021. Apologies, but is that possibly a typographical error? Otherwise, that is a bit confusing; would you possibly be able to explain the distinction between the two dates?

Thank you very much for any insights you can provide on this.

Sincerely,

David Pineau


David Pineau
**DIVIDEX Management, LLC.**
ONE UNIVERSITY AVE, SUITE 301C
WESTWOOD, MASSACHUSETTS 02090
TEL: 781-636-5077
http://www.dividexmanagement.com/

# DIVIDEX™


**From:** Max Djafari <mdjafari@blaschwartz.com>
**Sent:** Tuesday, January 13, 2026 2:34 PM
**To:** 'dpineau@dividexmanagement.com' <dpineau@dividexmanagement.com>
**Subject:** FW: Inquiry re KE Holdings Inc Securities Litigation

1