UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KEITH CHIN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-11196-GHW-BCM |
| Plaintiff, | : | SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING: (A) CONTINUED NOTICE DISSEMINATION; (B) UPDATE ON CALL CENTER SERVICES AND WEBSITE; AND (C) REQUESTS FOR EXCLUSION RECEIVED TO DATE |
| vs. | : | |
| KE HOLDINGS INC., COLLEEN A. DE VRIES, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC and CHINA RENAISSANCE SECURITIES (US) INC., | : | |
| Defendants. | : | |

I, ROSS D. MURRAY, declare and state as follows:

1. I am employed as a Vice President of Securities by Verita Global ("Verita"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to this Court's October 24, 2025 Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF 170) (the "Notice Order"), Verita was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").[1] I oversaw the notice services that Verita provided in accordance with the Notice Order.

2. I submit this declaration as a supplement to my previously filed declaration, the Declaration of Ross D. Murray Regarding: (A) Notice Dissemination; (B) Publication; (C) Establishment of Call Center Services and Website; and (D) Requests for Exclusion Received to Date (ECF 177) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other Verita employees, and, if called as a witness, I could and would testify competently thereto.

### CONTINUED DISSEMINATION OF NOTICE

3. As more fully detailed in the Initial Mailing Declaration, as of January 23, 2026, Verita had mailed or emailed a total of 37,257 copies of the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") and Proof of Claim and Release Form (the "Proof of Claim") (collectively, the "Claim Package") to potential Settlement Class Members and their nominees. In addition, one institution reported that it anticipated sending Claim Packages via email to 39,847 potential Settlement Class Members. *See* Initial Mailing Declaration, ¶11.

4. Since January 23, 2026, Verita has mailed or emailed an additional 22 Claim Packages in response to requests from potential Settlement Class Members, brokers, and nominees

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated September 8, 2025 (ECF 163-1) (the "Stipulation"), which is available on the website established for the Settlement at www.KEHoldingsSecuritiesSettlement.com.

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - **Civil Action No.** 1:21-cv-11196-GHW-BCM          - 1 -

and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses.[2]  Therefore, as of February 16, 2026, Verita has mailed or emailed a total of 37,279 Claim Packages to potential Settlement Class Members and nominees.

### UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE

5.      Verita continues to maintain the toll-free telephone number (1-888-808-1457) to accommodate inquiries about the Settlement from potential Settlement Class Members.  Verita also monitors the case-dedicated e-mail address, info@KEHoldingsSecuritiesSettlement.com.  Verita endeavors to respond timely to each telephone and e-mail inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number and case dedicated e-mail address until the conclusion of the administration.

6.      Verita also continues to maintain the website dedicated to the Settlement, www.KEHoldingsSecuritiesSettlement.com (the "Settlement Website"), to assist potential Settlement Class Members.  Following Lead Counsel's filing of its briefing in support of the Settlement on January 23, 2026, Verita posted to the Settlement Website copies of the papers in support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4).  Verita will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

### REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

7.      Pursuant to the Notice Order, the Notice and Settlement Website informed potential Settlement Class Members that written requests for exclusion from the Settlement Class were to be mailed to Verita, such that they were received no later than February 6, 2026.  At the time of

---

[2] Verita has re-mailed a total of 15 Claim Packages to persons whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were provided to Verita by the USPS or were obtained through other means.

DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, ESTABLISHMENT OF CALL CENTER SERVICES AND WEBSITE, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - **Civil Action No.** 1:21-cv-11196-GHW-BCM          - 2 -

the Initial Mailing Declaration, Verita reported that it had received one request for exclusion. *See* Initial Mailing Declaration, ¶16.

8.  Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Verita has not received any additional requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 16th day of February, 2026, at San Rafael, California.

_____
ROSS D. MURRAY