IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

KEITH CHIN, Individually and on Behalf of　　:
All Others Similarly Situated

                  Plaintiff,　　:

                               :

          v.　　:

KE HOLDINGS INC., COLLEEN A. DE VRIES,　　:
GOLDMAN SACHS (ASIA) L.L.C., MORGAN
STANLEY & CO. LLC, J.P. MORGAN　　:
SECURITIES LLC, GOLDMAN SACHS & CO.
LLC and CHINA RENAISSANCE SECURITIES　　:
(US) INC.,　　:

                  Defendants.　　:

———————————————————————— X

Civil Action No. 1:21-cv-11196-GHW-BCM

CLASS ACTION

NOTICE OF WITHDRAWAL OF
OBJECTION TO PROPOSED PLAN OF
ALLOCATION

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, for the reasons set forth below, class members California

State Teachers' Retirement System, State of Michigan Retirement System, and Pension Reserves

Investment Management Board of Massachusetts (together, the "BLA Schwartz Clients")

respectfully withdraw the BLA Schwartz Clients' objection to the Plan of Allocation set forth in

the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorney's Fees

and Expenses (the "Objection") [ECF 182].  No payment is being provided in exchange for this

withdrawal.  *See* Fed. R. Civ. P. 23(e)(5)(B)(i).

On February 6, 2026, the BLA Schwartz Clients filed the Objection.

On February 20, 2026, Lead Counsel filed the Declaration of Mishka Ferguson, which

substantively addressed the interpretive questions raised by the BLA Schwartz Clients that are

the subject of the Objection. [ECF 187 ¶¶ 7-8].  Lead Counsel also filed a Declaration of Scott D.

Hakala, an economics expert, in which he explained the dates set forth in the notes to Table A in

paragraph 70 of the Notice of Pendency of Class Action, Proposed Settlement, and Motion for

Attorney's Fees and Expenses [ECF 177-1] were intended to create a "buffer" to assist claims administrator Verita Global in calculating recognized loss.  [ECF 186 ¶ 8].

On February 24, 2026, counsel for the BLA Schwartz Clients met and conferred with Lead Counsel.  With the benefit of these substantive explanations filed in reply to the Objection and Lead Counsel's representations, the interpretative questions raised by the BLA Schwartz Clients have been resolved.

Dated:  February 26, 2026                          Respectfully submitted,


/s/ Irwin B. Schwartz
Irwin B. Schwartz
BLA Schwartz, PC
41 Madison Avenue, 31st Floor
New York, New York 10010
(917) 512-9921
SDNY Bar No. IS3141
*ischwartz@blaschwartz.com*

Counsel for California State Teachers'
Retirement System, State of Michigan
Retirement System, and Pension Reserves
Investment Management Board of
Massachusetts

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the e-mail addresses of counsel of record for Lead Plaintiff and Defendants.

<u>/s/ Irwin B. Schwartz</u>
Irwin B. Schwartz