USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

KEITH CHIN, Individually and on Behalf of    :    Civil Action No. 1:21-cv-11196-GHW-BCM
All Others Similarly Situated,               :
                                             :    ORDER APPROVING PLAN OF
                    Plaintiff,               :    ALLOCATION
                                             :
       vs.                                   :
                                             :
KE HOLDINGS INC., COLLEEN A. DE              :
VRIES, GOLDMAN SACHS (ASIA) L.L.C.,         :
MORGAN STANLEY & CO. LLC, J.P.              :
MORGAN SECURITIES LLC, GOLDMAN              :
SACHS & CO. LLC and CHINA                    :
RENAISSANCE SECURITIES (US) INC.,           :
                                             :
                    Defendants.              :
                                             :
————————————————————— x

This matter having come before the Court on February 27, 2026, on Lead Plaintiff's motion for approval of the Plan of Allocation in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the matter;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated September 8, 2025 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction to enter this Order, over the subject matter of this Action, and over all of the Parties and all Settlement Class Members.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation.

4. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established pursuant to the Stipulation among the Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

- 2 -

5. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

DATED this 27th day of ___February___, 2026.

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

- 2 -